Civil Action No. 3:25-cv-1043

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Amy Van Blarcom-Lackey, Regional Administrator U.S. Environmental Protection Agency Region III

was received by me on *(date)* 01/16/2026 .

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Gerald Volk, Agent in Charge, Law Departmetn at 11:53am , who is designated by law to accept service of process on behalf of *(name of organization)* U.S. Environmental Protection Agency Region III at 1600 JFK Blvd., Philadelphia, PA 19103 on *(date)* 01/20/2026 ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify):* SUMMONS IN A CIVIL ACTION, COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF, FINANCIAL INTEREST DISCLOSURE STATEMENT and SUPPORTING DOCUMENTS.

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 1/21/26

*Server's signature*

Jason Dalessio / Process Server
*Printed name and title*

265 Turkeysag Trail, Suite 102, #154
Palmyra, Virginia 22963
*Server's address*

Additional information regarding attempted service, etc:

Description: White male 5'10 160 black hair brown eyes