# UNITED STATES DISTRICT COURT

for the

Eastern District of Virginia  ▾

| | |
|---|---|
| WILD VIRGINIA, INC. ) ) ) ) *Plaintiff(s)* ) ) v. ) UNITED STATES ENVIRONMENTAL PROTECTION ) AGENCY et al. ) ) ) ) *Defendant(s)* ) | Civil Action No. 3:25-cv-1043 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Amy Van Blarcom-Lackey, Regional Administrator
U.S. Environmental Protection Agency Region III
Four Penn Center
1600 John F. Kennedy Blvd.
Philadelphia, PA 19103-2029

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Isak Jordan Howell
Appalachian Mountain Advocates
P.O. Box 2186
Roanoke, VA 24009-2186
isak@howell-lawoffice.com
(504) 998-7744

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 12/29/2025

*Signature of Clerk or Deputy Clerk*

Civil Action No. 3:25-cv-1043

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  Amy Van Blarcom-Lackey, Regional Administrator
U.S. Environmental Protection Agency Region III

was received by me on *(date)*     01/16/2026

□ I personally served the summons on the individual at *(place)*

on *(date)*                          ; or

□ I left the summons at the individual's residence or usual place of abode with *(name)*

, a person of suitable age and discretion who resides there,

on *(date)*                    , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Gerald Volk, Agent in Charge, Law Departmetn at 11:53am , who is

designated by law to accept service of process on behalf of *(name of organization)* U.S. Environmental Protection
Agency Region III at 1600 JFK Blvd., Philadelphia, PA on *(date)*     01/20/2026     ; or
19103

□ I returned the summons unexecuted because                                      ; or

☒ Other *(specify)*: SUMMONS IN A CIVIL ACTION, COMPLAINT FOR DECLARATORY AND INJUNCTIVE
RELIEF, FINANCIAL INTEREST DISCLOSURE STATEMENT and SUPPORTING
DOCUMENTS.

My fees are $ _____ for travel and $ _____ for services, for a total of $ ____0.00____ .

I declare under penalty of perjury that this information is true.

Date:   1/21/26

                                                Server's signature

                                Jason Dalessio / Process Server
                                        *Printed name and title*

                                265 Turkeysag Trail, Suite 102, #154
                                    Palmyra, Virginia 22963

                                        *Server's address*

Additional information regarding attempted service, etc:

Description:  White male 5'10 160 black hair brown eyes