AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| | |
|---|---|
| WILD VIRGINIA, INC.<br><br>*Plaintiff(s)*<br>v.<br>UNITED STATES ENVIRONMENTAL PROTECTION AGENCY et al.<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)  Civil Action No. 3:25-cv-1043<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  U.S. Environmental Protection Agency
c/o Lee Zeldin, Administrator
U.S. Environmental Protection Agency
1200 Pennsylvania Avenue, N.W.
Washington, DC 20460

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Isak Jordan Howell
Appalachian Mountain Advocates
P.O. Box 2186
Roanoke, VA 24009-2186
isak@howell-lawoffice.com
(504) 998-7744

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 12/29/2025

*Signature of Clerk or Deputy Clerk*

Civil Action No. **3:25-cv-01043-REP**

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **U.S. Environmental Protection Agency** was received by me on *(date)* **January 16, 2026**.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* **Sean Donahue, General Counsel**, who is designated by law to accept service of process on behalf of *(name of organization)* **U.S. Environmental Protection Agency** on *(date)* **Thursday, January 29. 2026** ; or

☐ I returned the summons unexecuted because: _____ ; or

☐ Other: _____ ; or

My fees are $ 00.00 for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: **February 2, 2026**

*Server's signature*

**Paul Koch • Private Process Server**

*Printed name and title*

R. WAYNE TONKER & ASSOCIATES
265 TURKEYSAG TRL STE 102 PMB 154
PALMYRA, VA 22963-2654
434-589-4779

*Server's address*

Additional information regarding attempted service, etc.:
1) Successful Attempt: Jan 29, 2026, 3:40 pm EST at 1200 Pennsylvania Avenue Northwest, Washington, DC 20004 received by Sean Donahue, General Counsel for U.S. Environmental Protection Agency. Age: 40-50; Ethnicity: Caucasian; Gender: Male; Weight: 175; Height: 5'10"; Hair: Black; Eyes: Brown; Relationship: General Council;

**Recipient accepted paperwork personally and stated that they had the authority to do such.**