# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# Richmond Division

| | |
|---|---|
| Wild Virginia, Inc., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case 3:25-cv-01043 |
| ) | |
| United States Environmental Protection ) | |
| Agency, et al. ) | |
| ) | |
| Defendants. ) | |
| _____) | |

## DEFENDANTS' MOTION FOR 180-DAY ABEYANCE

Pursuant to Federal Rule of Civil Procedure 6(b)(1), Defendants, by and through undersigned Counsel, respectfully move this Honorable Court, to hold this matter in abeyance for a period of 180 days until September 7, 2026 and to stay and extend the deadline for Defendants to respond to the Complaint, ECF 1, until 30 days following expiration of the abeyance period or, if this Motion is denied, 30 days after the Court has ruled. In support of their motion, Defendants refer the Court to their Memorandum in Support of Defendants' Motion for 180-Day Abeyance.

Counsel for Defendants has conferred with Plaintiff's Counsel. Plaintiff opposes this Motion.

WHEREFORE, Defendants, by undersigned counsel, respectfully request that the Court issue an order placing this matter in abeyance for 180 days to September 7, 2026, and staying and extending the deadline for Defendants to respond to the Complaint to October 7, 2026.

Dated: March 11, 2026                Respectfully submitted,

ADAM R.F. GUSTAFSON
ACTING ASSISTANT ATTORNEY GENERAL

By:     /s/
Laura J. Glickman
D.C. Bar # 995597
Senior Attorney
U.S. Department of Justice
Environment & Natural Resources Division
Environmental Defense Section
P.O. Box 7611
Washington, D.C. 20044
Tel: (202) 598-3056
laura.glickman@usdoj.gov


TODD W. BLANCHE
DEPUTY ATTORNEY GENERAL

By:     /s/
Jonathan H. Hambrick
VSB No. 37590
Attorney for the Defendant
Office of the United States Attorney
919 East Main Street, Suite 1900
Richmond, Virginia 23219
Telephone:  (804) 819-5400
Facsimile:  (804) 771-2316
Email:  jay.h.hambrick@usdoj.gov

**CERTIFICATE OF SERVICE**

      I hereby certify that on March 11, 2026, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to all counsel of record.

      /s/_____
Jonathan H. Hambrick
VSB No. 37590
Attorney for the Defendants
Office of the United States Attorney
919 East Main Street, Suite 1900
Richmond, Virginia 23219
Telephone: (804) 819-5400
Facsimile: (804) 771-2316
Email: jay.h.hambrick@usdoj.gov