IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| Wild Virginia, Inc., | ) |
|       Plaintiff, | ) |
| v. | ) Case 3:25-cv-01043 |
| United States Environmental Protection Agency, et al. | ) |
|       Defendants. | ) |

**DECLARATION OF SANDRA MUELLER**

Pursuant to 28 U.S.C. § 1746, SANDRA MUELLER hereby declares based on my personal knowledge and/or information provided to me by persons under my supervision as follows:

1. I am the Manager of the Office of Ecology at the Virginia Department of Environmental Quality (VADEQ). I make this Declaration based upon my personal knowledge or information provided to me by VADEQ staff.

2. As part of my duties, I work with personnel in VADEQ who are responsible for preparation of Virginia's biannual list of water quality limited segments still requiring total maximum daily loads. These lists, which are prepared pursuant to Section 303(d) of the Clean Water Act (CWA), 33 U.S.C. § 1313(d), are known generally as "303(d) lists."

3. On January 6, 2025, VADEQ published in the Virginia Regulatory Town Hall a solicitation for data to be used in Virginia's 2026 303(d) list. *See* https://townhall.virginia.gov/L/ViewNotice.cfm?GNid=3028

Exhibit 1

4. VADEQ regularly publishes and accepts public comments on the methodologies it intends to guide its assembly, evaluation and use of water quality-related information for its upcoming 303(d) list. In spring 2025, VADEQ published and accepted public comments on its *2026 Water Quality Assessment Guidance. See* [https://www.deq.virginia.gov/water/water-quality/assessments/wqa-guidance](https://www.deq.virginia.gov/water/water-quality/assessments/wqa-guidance).

5. I have been in regular communication with VADEQ staff regarding the preparation of Virginia's 2026 303(d) list. Through these communications, my understanding is that, pursuant to the EPA's implementing regulations and Virginia's Continuing Planning Process (*see* 40 C.F.R. § 130.7(c)(1)(ii)), VADEQ staff anticipate that, barring unforeseen circumstances, VADEQ will publish and accept public comments on Virginia's draft 2026 303(d) list in the spring or early summer of 2026.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that to the best of my knowledge the foregoing is true and correct.

Mueller Sandra bqt39675
Digitally signed by: Mueller Sandra bqt39675
DN: CN = Mueller Sandra bqt39675 OU = COV-Users, End-Users, DEQ
Date: 2026.03.11 12:05:24 -04'00'

Sandra Mueller
Manager, Office of Ecology
Virginia Department of Environmental Quality

Exhibit 1