IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

WILD VIRGINIA, INC.,

    Plaintiff,

v.                            Civil Action No. 3:25cv1043

UNITED STATES ENVIRONMENTAL
PROTECTION AGENCY, et al.,

    Defendants.

## MEMORANDUM ORDER

This matter is before the Court's on the DEFENDANTS' MOTION FOR 180-DAY ABEYANCE (ECF No. 11), and the supporting and opposing memoranda (ECF Nos. 12 and 13).  The time for filing a timely reply memorandum has lapsed and no reply has been filed.  Having reviewed those documents and the COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF (ECF No. 1), the Court finds that the defendants have not established that the interest of judicial economy warrants a stay of the proceedings or that the defendants will suffer any hardship or inequity if the action is not stayed.  Nor have the defendants negated any potential prejudice to the plaintiff in this case.  Having weighed all the competing interests herein, it is hereby ORDERED that the DEFENDANTS' MOTION FOR 180-DAY ABEYANCE (ECF No. 11) is denied.

It is further ORDERED that, by April 20, 2026, the defendants shall file their Answers and any dispositive motions.

It is so ORDERED.

_____/s/_____

Robert E. Payne
Senior United States District Judge


Richmond, Virginia
Date: March **30**, 2026

2