IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
AT RICHMOND

WILD VIRGINIA, INC.,

        **Plaintiff,**

        **v.**                                   **CIVIL ACTION NO. 3:25-cv-1043**

UNITED STATES ENVIRONMENTAL
PROTECTION AGENCY; LEE ZELDIN,
in his official capacity as Administrator of
U.S. Environmental Protection Agency;
AMY VAN BLARCOM-LACKEY, in her
official capacity as Regional Administrator
for U.S. Environmental Protection Agency
Region III,

        **Defendants.**

**PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT**

Pursuant to Federal Rule of Civil Procedure 56(a), Plaintiff Wild Virginia hereby moves

for partial summary judgment on the Complaint's First Claim for Relief. Defendants violated their

mandatory duties under the Sections 303(d) and 305(b) of the Clean Water Act ("CWA"), 33

U.S.C. §§ 1201 *et seq.*, with respect to the list of impaired waterbodies submitted by Virginia

Department of Environmental Quality ("VDEQ") on March 28, 2025. As explained more fully in

the accompanying memorandum, EPA failed to perform its non-discretionary duty to approve or

disapprove Virginia's submission when it carved out a list of waterbody segments for which it

purported to take "no action." Plaintiff is entitled to summary judgment on this claim, as EPA itself

claims that it has taken no action despite the clear statutory command that it approve or disapprove

1

Virginia's 303(d) List in its entirety within 30 days of a state's submission, under the Clean Water Act and its regulations. *See* 33 U.S.C. § 1313(d)(2); 40 C.F.R. § 130.7(d)(2).[1]

Dated: April 15, 2026

Respectfully submitted,

s/ *Claire Horan*
Claire Marie Horan (VSB No. 95386)
APPALACHIAN MOUNTAIN ADVOCATES
P.O. Box 403
Charlottesville, Virginia 22902
choran@appalmad.org
(907) 687-8561

Isak Jordan Howell (VSB No. 75011)
APPALACHIAN MOUNTAIN ADVOCATES
P.O. Box 2186
Roanoke, Virginia 24009-2186
isak@howell-lawoffice.com
(540) 998-7744

*Counsel for Wild Virginia*

---

[1] The second claim for relief challenges Defendants' actions in response to VDEQ's submission as arbitrary and capricious and not in accordance with law under the Administrative Procedure Act ("APA"), 5 U.S.C. §§ 701 *et seq.* This claim is not included in Plaintiff's motion for summary judgment because it relies upon the administrative record, which has not yet been filed.

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**AT RICHMOND**

**WILD VIRGINIA, INC.,**

        **Plaintiff,**

        **v.**                            **CIVIL ACTION NO. 3:25-cv-1043**

**UNITED STATED ENVIRONMENTAL**
**PROTECTION AGENCY; LEE ZELDIN,**
**in his official capacity as Administrator of**
**U.S. Environmental Protection Agency;**
**AMY VAN BLARCOM-LACKEY, in her**
**official capacity as Regional Administrator**
**for U.S. Environmental Protection Agency**
**Region III,**

        **Defendants.**

## CERTIFICATE OF SERVICE

I, Claire Horan, do hereby certify that on April 15, 2026, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF filing system.

s/ *Claire Horan*
Claire Marie Horan (VSB No. 95386)
Appalachian Mountain Advocates
P.O. Box 403
Charlottesville, Virginia 22902
choran@appalmad.org
(907) 687-8561

*Counsel for Wild Virginia*

3