# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### Richmond Division

| | |
|---|---|
| Wild Virginia, Inc.,<br><br>        Plaintiff,<br><br>    v.<br><br>United States Environmental Protection Agency, et al,<br><br>        Defendants. | No. 3:25-cv-01043 |

## NOTICE OF APPEARANCE

Please take notice that Laura J. Glickman, Senior Trial Attorney in the Environment and Natural Resources Division of the U.S. Department of Justice, is entering her appearance as counsel for Defendants in this action.

Dated: April 20, 2026

Respectfully submitted,

TODD W. BLANCHE
ACTING ATTORNEY GENERAL

*/s/ Laura J. Glickman*
Laura J. Glickman
DC Bar No. 995597
Attorney for the Defendants
Environmental Defense Section
United States Department of Justice
P.O. Box 7611
Washington, D.C. 20044
(202) 598-3056
laura.glickman@usdoj.gov

*/s/ Jonathan H. Hambrick*
Jonathan H. Hambrick
VSB No. 37590

Attorney for the Defendants
Office of the United States Attorney
919 East Main Street, Suite 1900
Richmond, Virginia 23219
Telephone: (804) 819-5400
Facsimile: (804) 771-2316
Email: jay.h.hambrick@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on this 20th day of April, 2026, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to all counsel of record.

*/s/ Laura J. Glickman*
LAURA J. GLICKMAN
Environmental Defense Section
United States Department of Justice
P.O. Box 7611
Washington, D.C. 20044
(202) 598-3056
laura.glickman@usdoj.gov