**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division**

| | | |
|---|---|---|
| Wild Virginia, Inc., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case 3:25-cv-01043 |
| | ) | |
| United States Environmental Protection | ) | |
| Agency, et al. | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**DEFENDANTS' MOTION TO DISMISS**

Pursuant to Rules 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure,

Defendants, by and through undersigned Counsel, respectfully move this Honorable Court, to

dismiss the Complaint, ECF 1, due to lack of subject matter jurisdiction and for failure to state a

claim upon which relief can be granted. In support of their motion, Defendants refer the Court to

their Memorandum in Support of Defendants' Motion to Dismiss filed this date.

WHEREFORE, Defendants, by undersigned counsel, respectfully request that the Court

issue an order dismissing without prejudice the Complaint.


Dated: April 20, 2026          Respectfully submitted,

ADAM R.F. GUSTAFSON
ACTING ASSISTANT ATTORNEY GENERAL

By:   /s/_____
Laura J. Glickman
D.C. Bar # 995597
Senior Attorney

U.S. Department of Justice
Environment & Natural Resources Division
Environmental Defense Section
P.O. Box 7611
Washington, D.C. 20044
Tel: (202) 598-3056
laura.glickman@usdoj.gov


TODD W. BLANCHE
DEPUTY ATTORNEY GENERAL

By:    /s/_____
       Jonathan H. Hambrick
       VSB No. 37590
       Attorney for the Defendant
       Office of the United States Attorney
       919 East Main Street, Suite 1900
       Richmond, Virginia 23219
       Telephone:  (804) 819-5400
       Facsimile:  (804) 771-2316
       Email:  jay.h.hambrick@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on April 20, 2026, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to all counsel of record.

/s/_____
Laura J. Glickman
D.C. Bar # 995597
Senior Attorney
U.S. Department of Justice
Environment & Natural Resources Division
Environmental Defense Section
P.O. Box 7611
Washington, D.C. 20044
Tel: (202) 598-3056
laura.glickman@usdoj.gov