IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

WILD VIRGINIA, INC.,

    Plaintiff,

v.                            Civil Action No. 3:25cv1043

UNITED STATES ENVIRONMENTAL
PROTECTION AGENCY, et al.,

    Defendants.

### ORDER

Having reviewed DEFENDANTS' MOTION TO DISMISS (ECF No. 19), and finding that the applicable analysis is different depending on whether dismissal is sought pursuant to Fed. R. Civ. P. 12(b)(1) or Fed. R. Civ. P. 12(b)(6), it is hereby ORDERED that DEFENDANTS' MOTION TO DISMISS (ECF No. 19) is denied without prejudice to the refiling of separate Motions to Dismiss with a separate supporting memorandum for each motion. It is further ORDERED that the defendants shall file their motions and supporting memoranda by April 29, 2026.

It is so ORDERED.

                              /s/

Robert E. Payne
Senior United States District Judge

Richmond, Virginia
Date: April 21, 2024