IN THE **UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Richmond Division**

Wild Virginia, Inc.,

                Plaintiff,

        v.

United States Environmental Protection
Agency, et al,

                Defendants.

No. 3:25-cv-01043

## NOTICE OF APPEARANCE

Please take notice that Sarah Williams, Trial Attorney in the Environment and Natural

Resources Division of the U.S. Department of Justice, is entering her appearance as counsel for

Defendants in this action.

Dated: May 26, 2026

Respectfully submitted,

TODD W. BLANCHE
ACTING ATTORNEY GENERAL

*/s/ Sarah Williams*
SARAH WILLIAMS
DC Bar No. 1006622
Environmental Defense Section
United States Department of Justice
P.O. Box 7611
Washington, D.C. 20044
(202) 598-9728
sarah.williams@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on this 26th day of May, 2026, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to all counsel of record.

/s/ Sarah Williams
SARAH WILLIAMS
Environmental Defense Section
United States Department of Justice
P.O. Box 7611
Washington, D.C. 20044
(202) 598-9728
sarah.williams@usdoj.gov