**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division**

| | |
|---|---|
| WILD VIRGINIA, INC.,<br><br>    Plaintiff,<br><br>  v.<br><br>UNITED STATES ENVIRONMENTAL PROTECTION AGENCY; LEE ZELDIN, in his official capacity as Administrator of U.S. Environmental Protection Agency; AMY VAN BLARCOM-LACKEY, in her official capacity as Regional Administrator for U.S. Environmental Protection Agency Region III.<br><br>    Defendants. | No. 3:25-cv-01043 |

## NOTICE OF SUBSEQUENT AGENCY ACTION

On December 19, 2025, Plaintiff sued the United States Environmental Protection Agency (EPA) and its officials, alleging: (1) that EPA had failed to timely act on the Virginia Department of Environmental Quality (VADEQ)'s 2024 biannual list of impaired waters, prepared pursuant to Section 303(d) of the Clean Water Act, 33 U.S.C. § 1313(d), generally known as a "303(d) list" (Compl. Doc. 1, ¶¶ 61-71); and (2) that EPA ignored data and lacked a rationale for not disapproving VADEQ's 2024 303(d) list with regard certain waters in the Commonwealth. *See* Compl., ECF 1, ¶¶ 73-81. On June 8, 2026, EPA took action on VADEQ's 2024 303(d) list. Specifically, EPA approved the list as submitted and provided a supplemental rationale based on the data submitted. *See* Attachment 1. This subsequent agency action covers all the waters identified in the Complaint (*Compare* Compl. ¶ 59) and moots the pending claims.

1

Moreover, EPA's supplemental rationale noted that the Agency anticipates additional action in the near future, as VADEQ is currently making listing determinations for the Commonwealth's 2026 303(d) list, which will be informed by additional data post-dating the 2024 list. *See* Attachment 1 at 4. And indeed, on June 15, 2026, VADEQ released a draft of the 2026 list for public comment. *See* Attachment 2; *and see also* Mueller Decl. in Support of Mot. for Abeyance, Doc. No. 12-1 at ¶¶ 3-5 (noting that VADEQ was expected to publish a draft of the Commonwealth's 2026 303(d) list "in the spring or early summer of 2026."). The draft 2026 list includes all the waters identified in the Complaint and considers the additional data. *See* Attachment 2; VADEQ Draft 2026 305(b)/303(d) Water Quality Assessment Integrated Report, https://www.deq.virginia.gov /water/water-quality/assessments/integrated-report (released for public comment June 15, 2026).

Defendants have informed Plaintiff of these subsequent actions that moot its Complaint and the pending dispositive motions. Defendants have also informed Plaintiff of the likelihood of additional agency action addressing the waters in its Complaint now that EPA has received a draft of VADEQ's 2026 303(d) list.

Plaintiff has not yet responded. However, absent voluntary dismissal, Defendant will file a dispositive motion for lack of jurisdiction shortly.

Dated: June 15, 2026                    Respectfully submitted,

                                        ADAM R.F. GUSTAFSON
                                        Principal Deputy Assistant Attorney General
                                        Environment & Natural Resources Division

                                        By: /s/_____
                                        SARAH WILLIAMS
                                        DC Bar No. 1006622
                                        Environmental Defense Section
                                        United States Department of Justice

2

P.O. Box 7611
Washington, D.C. 20044
(202) 598-9728
sarah.williams@usdoj.gov

TODD W. BLANCHE DEPUTY ATTORNEY
GENERAL
By: /s/_____
Jonathan H. Hambrick
VSB No. 37590
Attorney for the Defendant
Office of the United States Attorney 919 East Main
Street, Suite 1900 Richmond, Virginia 23219
Telephone: (804) 819-5400
Facsimile: (804) 771-2316
Email: jay.h.hambrick@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on this 15th day of June 2026, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to all counsel of record.

/s/ Sarah Williams
SARAH WILLIAMS
Environmental Defense Section
United States Department of Justice
P.O. Box 7611
Washington, D.C. 20044
(202) 598-9728
sarah.williams@usdoj.gov

3