**NOTICE OF SUBSEQUENT AGENCY ACTION**

ATTACHMENT 1

June 8, 2026, Cover Letter to Virginia Department of Environmental Quality and Supplemental

Rationale for EPA Approval of Virginia's 2024 Clean Water Act Section 303(d) List



## REGION 3

PHILADELPHIA, PA  19103

June 8, 2026

Ms. Elizabeth McKercher, Director
Water Planning Division
Virginia Department of Environmental Quality
1111 East Main Street, Suite 1400
Richmond, Virginia 23219

Dear Ms. McKercher:

I am writing to notify you that the U.S. Environmental Protection Agency (EPA) hereby approves Virginia's 2024 list of impaired waters pursuant to Section 303(d) of the Clean Water Act (2024 303(d) list) as submitted on March 28, 2025.

On July 28, 2025, the EPA notified you by letter that the EPA was approving the Virginia Department of Environmental Quality's decision to list all water quality-limited segments identified on Virginia's 2024 303(d) list submitted to the EPA on March 28, 2025 through the Assessment, TMDL Tracking and Implementation System (ATTAINS). In the same letter, the EPA notified you that the EPA  was "taking no action, at this time, on water quality related information suggesting the presence of perfluorooctane sulfonic acid (PFOS) in fish tissue in certain segments in the Middle Chickahominy River watershed." An attachment to the EPA's letter identified the specific segments as to which the EPA had not taken action at that time as follows:

| AUID | ASSESSMENT_UNIT_NAME | WATER_TYPE_NAME | WATER_SIZE | UNITS |
|---|---|---|---|---|
| VAP-G08E_CHK02A00 | Chickahominy River | ESTUARY | 5.468 | Square Miles |
| VAP-G08E_CHK01A00 | Chickahominy River | ESTUARY | 1.3726 | Square Miles |
| VAP-G07R_CHK01A00 | Chickahominy River | RIVER | 11.03 | Miles |
| VAP-G07L_CHK01A00 | Chickahominy Lake | RESERVOIR | 1050.47 | Acres |
| VAP-G06R_WOS01A98 | White Oak Swamp | RIVER | 6.69 | Miles |
| VAP-G06R_CHK03A02 | Chickahominy River | RIVER | 2.34 | Miles |
| VAP-G06R_CHK02A14 | Chickahominy River | RIVER | 11.78 | Miles |
| VAP-G06R_CHK01A98 | Chickahominy River | RIVER | 7.46 | Miles |

For the reasons set forth in the enclosed Supplemental Decision Rationale, the EPA is approving Virginia's 2024 303(d) list as submitted on March 28, 2025, including the status of the foregoing waters. The EPA commends you and your staff for the thorough work and exemplary effort in developing the list. The EPA looks forward to working with your staff in preparation for the next Section 303(d) list submission, along with implementation of the EPA's Vision for the Clean Water Act 303(d) Program.

If you have any questions regarding EPA's action, please contact Ms. Jessica Martinsen, Chief of Standards and TMDLs Section, at 215-814-5144.

Sincerely,

Catharine McManus, Director
Water Division

ENCLOSURE – Final Supplement Decision Rationale

## Enclosure 1
## Supplemental Rationale for EPA Approval of
## Virginia's 2024 Clean Water Act Section 303(d) List

This document supplements the U.S. Environmental Protection Agency's (EPA) reasoning for approving Virginia's 2024 Clean Water Act (CWA or Act) Section 303(d) list (303(d) list). EPA received Virginia's 2024 303(d) list on March 28, 2025, through EPA's Assessment, Total Maximum Daily Load (TMDL) Tracking and implementation System (ATTAINS), which is EPA's electronic system to accept and track 303(d) submissions and actions.

On July 28, 2025, EPA notified the Virginia Department of Environmental Quality (VADEQ) that EPA had determined that VADEQ had met the requirements of Section 303(d) of the Clean Water Act and its implementing regulations with respect to all of the impairments identified in the portion of the Integrated Report (Category 5) constituting Virginia's list of water quality-limited segments still requiring TMDLs (2024 Section 303(d) list). While EPA approved all impairments identified on Virginia's 2024 Section 303(d) list, EPA notified VADEQ that EPA was taking no action at that time on water quality related information suggesting the presence of perfluorooctane sulfonic acid (PFOS)[1] in fish tissue in certain segments in the Middle Chickahominy River watershed identified in Enclosure 3 to the July 28, 2025 letter (Appendix B to the Decision Rationale sent July 28, 2025). Those segments are reproduced in Table A below:

**Table A**

| AUID | ASSESSMENT_UNIT_NAME | WATER_TYPE_NAME | WATER_SIZE | UNITS |
|------|----------------------|-----------------|------------|-------|
| VAP-G08E_CHK02A00 | Chickahominy River | ESTUARY | 5.468 | Square Miles |
| VAP-G08E_CHK01A00 | Chickahominy River | ESTUARY | 1.3726 | Square Miles |
| VAP-G07R_CHK01A00 | Chickahominy River | RIVER | 11.03 | Miles |
| VAP-G07L_CHK01A00 | Chickahominy Lake | RESERVOIR | 1050.47 | Acres |
| VAP-G06R_WOS01A98 | White Oak Swamp | RIVER | 6.69 | Miles |
| VAP-G06R_CHK03A02 | Chickahominy River | RIVER | 2.34 | Miles |
| VAP-G06R_CHK02A14 | Chickahominy River | RIVER | 11.78 | Miles |
| VAP-G06R_CHK01A98 | Chickahominy River | RIVER | 7.46 | Miles |

EPA is now approving Virginia's 2024 CWA Section 303(d) list as submitted on March 28, 2025, including the status of the segments in Table A. The EPA incorporates by reference its Decision Rationale as sent to VADEQ on July 28, 2025, and, with respect to the Table A segments, adds the following.

---

[1] The term "PFAS" refers to per- and polyfluoroalkyl substances, which are widely-used manufactured chemicals components of which break down slowly over time. Compl. ¶¶ 2-3; *see also* https://www.epa.gov/pfas/pfas-explained [https://perma.cc/A4GD-5JXA]. Perfluorooctane sulfonic acid ("PFOS") is a form of PFAS.

Section 303(d)(1) of the CWA and EPA's implementing regulations at 40 CFR 130.7 require states, territories, and authorized Tribes (herein referred to as "states") to identify waters for which effluent limitations required by CWA Section 301(b)(1)(A) and (B) are not stringent enough to implement any applicable water quality standard (WQS). States need not identify on their lists waters where the following controls are adequate to implement applicable standards: 1) technology-based effluent limitations required by the Act, 2) more stringent effluent limitations required by state or local authority, and 3) other pollution control requirements required by state, local, or federal authority. 40 CFR 130.7(b)(1) and (2). CWA Section 303(d) lists must identify water quality limited segments (WQLSs) still requiring TMDLs. 40 CFR 130.7(b). The term "applicable water quality standards" refer to those water quality standards established under Section 303 of the Act, including numeric criteria, narrative criteria, waterbody uses, and antidegradation requirements. 40 CFR 130.7(b)(3). In addition, in developing their CWA Section 303(d) lists, states must meet several procedural, submission, and content requirements as described in this decision document.

Among other things, EPA regulations require states to include a description of the methodology used to develop the CWA Section 303(d) list (40 CFR 130.7(b)(6)(i)), assemble and evaluate all existing and readily available water quality-related data and information (*id.* 130.7(b)(5)), and provide a rationale for any decision not to use any existing and readily available data and information for any one of the categories of waters as described in § 130.7(b)(5) (*id. 1*30.7(b)(6)(iii)).

Consistent with 40 CFR 130.7(b)(6)(i), VADEQ provided a summary of the methodologies used to develop the 2024 CWA Section 303(d) list in *Chapter 4.1 Assessment Methodology* of the Integrated Report. In anticipation of preparing its 2024 Integrated Report, VADEQ in March 2023 released for public notice and comment its draft 2024 Water Quality Assessment Guidance Manual, which describes how VADEQ would assemble, evaluate, and use existing and readily available water quality-related data and information for the purpose of developing the 2024 CWA Section 303(d) list. After receiving public comments on that document, VADEQ released the Final 2024 Water Quality Assessment Guidance Manual later that year. [2]

With respect to the segments in Table A, the applicable water quality standards include Virginia's Fish Consumption designated use: "Designation of uses. A. All state waters, … are designated for the following uses: … the production of edible and marketable natural resources, e.g., fish and shellfish." 9VAC25-260-10. Virginia has not yet established a numeric water quality criterion for PFAS. Virginia has the following narrative criteria: "General criteria. State waters … shall be free from substances attributable to sewage, industrial waste, or other waste in concentrations, amounts, or combinations which contravene established standards or interfere directly or indirectly with designated uses of such water or which are inimical or harmful to human, animal, plant, or aquatic life." 9VAC25-260-20.

To assess whether waters are attaining the applicable water quality standards regarding fish consumption, VADEQ identified the following methodologies[3] (Integrated Report at p. 53):

> *Fish Tissue Contamination:*

---

[2] Hyperlink: https://www.deq.virginia.gov/our-programs/water/water-quality/assessments/wqa-guidance-manual
[3] The EPA does not approve or disapprove assessment methodologies. Instead, in acting on CWA 303(d) lists, the EPA evaluates whether the state, territory, or authorized tribe met listing requirements in determining whether applicable WQS are met and included waters requiring TMDLs on its 303(d) list. 2024 Integrated Reporting Memorandum (IR Memo) at 15.

Waters exceeding the same toxic human health criteria-based tissue value (TV), listed in Appendix E-1 of the Final 2024 Water Quality Assessment Guidance Manual, in two or more samples are considered impaired for fish consumption.

\* \* \*

*Fish Advisories:*
VDH fish consumption prohibitions and/or advisories, where fish consumption is specifically limited, are considered evidence of non-attainment of the designated use and are therefore considered impaired.

Fish consumption advisories are issued by the Virginia Department of Health (VDH). VDH issues fish consumption advisories pursuant to Va. Code § 32.1-248.01, and is the expert agency in Virginia regarding human health risk from exposure through fish consumption.

EPA regulations at 40 CFR 130.7(b)(5) require states to describe the data and information that was assemble and evaluated, and based on 40 CFR 130.7(b)(6)(ii), was used to identify impaired waters. See EPA's Decision Rationale as sent to VADEQ on July 28, 2025, for more on this topic. With respect to the segments in Table A, a commenter identified the following fish tissue data analyzed for PFOS within the 2017-2022 timeframe that VADEQ established for data to be used to develop the 2024 303(d) list[4]:

| Station ID | # of results | Avg. PFOS concentration (ppb) |
|---|---|---|
| 2CCHK010.28 | 3 | 8.58 |
| 2CCHK023.37 | 4 | 12.65 |
| 2-CHK024.07 | 2 | 19.95 |
| 2CCHK030.09 | 3 | 14.02 |
| 2-CHK035.26 | 3 | 19.50 |
| 2-CHK042.22 | 3 | 14.79 |
| 2-CHK049.59 | 3 | 10.01 |
| 2-CHK055.04 | 5 | 12.37 |
| 2-WOS002.69 | 4 | 32.64 |

In its Integrated Report, VADEQ discussed the current status of efforts it and other state agencies have made to collect and evaluate PFAS-related data in Virginia's waters. See Integrated Report pp. 269-271. For example, VADEQ described VDH's evaluation of PFAS data as follows: "Since the publication of the draft 2024 IR in April of 2024, VDH identified perfluorooctane sulfonate (PFOS), which is one of many PFAS, as a contaminant of concern in a few species of fish collected from the Chickahominy River and White Oak Swamp. VDH initiated a risk assessment pertaining to the consumption of fish from the affected waterbodies." VADEQ further outlined action being taken by VDH to develop a fish consumption advisory guideline for PFOS under the state's established public process.[5]

---

[4] To facilitate the timely completion of a draft list that can be distributed for public review and comment, states may set a reasonable "cut-off" date after which no additional data or information will be considered in the preparation of the draft section 303(d) list and other aspects of a preliminary Integrated Report. 2006 IR memo at 31.

[5] See below for further discussion of the developments regarding VDH's *Guideline for Issuance of Fish Consumption Advisory Due to Contamination of Fish with Perfluorooctane Sulfonate*.

In its Integrated Report, VADEQ explained that it had established a time period of 2017-2022 for consideration of water quality data and information to be used to develop the 2024 CWA Section 303(d) list. VADEQ further explained its methodology, described above, for assessing whether WQS for fish consumption were being attained.  At the time of its 2024 CWA Section 303(d) list submission to EPA, Virginia had neither established a toxic human health criteria-based tissue value (TV) for this emerging contaminant nor issued a fish consumption advisory for the segments associated with PFOS data. As a result, VADEQ did not identify segments in Table A as impaired due to PFOS on its 303(d) list (Category 5 of its Integrated Report). However, in response to the fish tissue data regarding PFOS for such segments, VADEQ acknowledged the need for further information on PFAS and identified concrete steps the state agencies were pursuing to further develop state assessment of this pollutant. See Integrated Report pp. 269-271. As part of these efforts, Virgina was actively engaged in its established process for determining whether to issue fish consumption advisories for these waters at the time it submitted its Integrated Report to EPA.[6] In consideration of these facts and circumstances, the EPA finds that the VADEQ's record adequately supported its determination not to list segments as impaired due to PFOS based on the existing and readily available data and information from the 2017-2022 timeframe used for its 2024 303(d) list.

Virginia's continuing efforts to further assessment of PFAS regarding fish consumption have resulted in several developments since VADEQ's submission of its Integrated Report in March 2025. Notably, VDH issued a fish consumption advisory for PFOS for the Middle Chickahominy River in May 2025.[7] Additionally, in May 2025, VDH established a guideline identifying a threshold value for PFOS in assessing fish tissue for purposes of issuing fish consumption advisories.[8] While these developments occurred following VADEQ's submission of its 2024 Integrated Report, such developments are relevant to inform VADEQ's 303(d) listing determinations in subsequent submissions to EPA.

---

[6] Information regarding VDH's public process on establishing its PFOS guideline is available at https://www.townhall.virginia.gov/l/GDocForum.cfm?gdocforumid=2590.

[7] See https://www.vdh.virginia.gov/news/public-relations-contacts/2026-regional-news-releases/chickahominy-fish-advisory/.

[8] VDH's *Guideline for Issuance of Fish Consumption Advisory Due to Contamination of Fish with Perfluorooctane Sulfonate* (effective May 8, 2025) is available at https://www.townhall.virginia.gov/l/GetFile.cfm?File=C:\TownHall\docroot\GuidanceDocs_Proposed\601\GDoc_VDH_7813_20241004.pdf.