**NOTICE OF SUBSEQUENT AGENCY ACTION**

**ATTACHMENT 2**

Virginia's Draft 2026 305(b)/303(d) Water Quality Assessment Integrated Report,

https://www.deq.virginia.gov/water/water-quality/assessments/integrated-report (released for

public comment, June 15, 2026)



# Virginia's 2026 305(b)/303(d) Water Quality Assessment Integrated Report

Submitted in accordance with Sections 303(d) and 305(b) of the Clean Water Act, and the Virginia Water Quality Monitoring, Information, and Restoration Act

April 2026

# TABLE OF CONTENTS

TABLE OF CONTENTS ............................................................................................................... 1

LIST OF FIGURES ..................................................................................................................... 2

LIST OF TABLES ....................................................................................................................... 4

LIST OF ACRONYMS ................................................................................................................ 6

LIST OF WEBLINKS .................................................................................................................. 8

ACKNOWLEDGEMENTS ..........................................................................................................13

CHAPTER 1. INTRODUCTION ..................................................................................................14

1.1    Objectives and Federal Requirements ............................................................................14
1.2    Assessment Scheme ......................................................................................................16
1.3    Data Used to Determine Water Quality ..........................................................................19

CHAPTER 2. STATE BACKGROUND INFORMATION ................................................................20

2.1    Population ......................................................................................................................20
2.2    Geography and Geology .................................................................................................20
2.3    Water Resources ...........................................................................................................21
2.4    Land Use ........................................................................................................................22

CHAPTER 3. SURFACE WATER MONITORING PROGRAMS .....................................................23

3.1    Overview of Water Quality Assessment and Monitoring Programs ................................23
3.2    Chesapeake Bay Monitoring Programs in Virginia .........................................................24
3.3    BEACH Monitoring Program – Virginia Department of Health ........................................27
3.4    Citizen and Outside-Agency Water Quality Monitoring Programs ..................................30

CHAPTER 4. SURFACE WATER QUALITY ASSESSMENT ..........................................................36

4.1    Assessment Methodology ..............................................................................................36
4.2    Statewide Water Quality Assessment Results ...............................................................42
4.3    Individual River Basin Assessment Results ....................................................................57
4.4    Freshwater Probabilistic Monitoring .............................................................................89
4.5    Estuarine Probabilistic Monitoring .............................................................................125
4.6    Chesapeake Bay Assessment ......................................................................................146

CHAPTER 5. GROUNDWATER PROTECTION PROGRAMS .....................................................173

5.1    Programs and Resources .............................................................................................173
5.2    Current Activities and Developments ..........................................................................175

CHAPTER 6. WATER QUALITY PROGRAMS ..........................................................................178

**6.1    Water Pollution Control Programs (TMDLs and VPDES)** ............................................178
6.2    303(d) Program Vision .................................................................................................198
6.3    Nonpoint Source (NPS) Assessment and Implementation ...........................................204
6.4    Pollution Prevention and Environmental Management Systems ..................................211
6.5    Cost/Benefit Associated with the Clean Water State Revolving Loan ...........................212
6.6    Public Health and Aquatic Life Concerns .....................................................................215
6.7    Coastal Resources Management Program ....................................................................223
6.8    Chesapeake Bay Program Initiatives ...........................................................................226
6.9    Wetlands Program Initiatives ......................................................................................231
6.10   Regional Water Quality Initiatives: 2019 - 2024 .........................................................236

REFERENCES .........................................................................................................................253

Draft 2026

# LIST OF FIGURES

Figure 1.1-1. Graphical representation of the continuous planning process. ...........................................15
Figure 2.2-1. Map of Virginia's five physiographic regions. ....................................................................20
Figure 3.4-1. External monitoring partners' sites ....................................................................................32
Figure 4.2-1. Designated use summary for rivers (80,632 miles were not assessed). ..............................47
Figure 4.2-2. Designated use summary for lakes (2,851 acres not assessed)...........................................47
Figure 4.2-3. Designated use summary for estuaries (350 miles$^2$ not assessed).......................................48
Figure 4.2-4. Chesapeake Bay-specific designated use summary ...........................................................48
Figure 4.2-5. Summary of parameters causing impairments in Virginia's rivers and streams. .................50
Figure 4.2-6. Summary of impaired lake acres by parameter. .................................................................51
Figure 4.2-7. Summary of impaired estuarine square miles by parameter................................................52
Figure 4.2-8. Summary of waters with fish consumption impairments ....................................................53
Figure 4.2-9. Map of delisted Assessment Units for the 2026 Integrated Report.....................................56
Figure 4.3-1. Map of major river basins in Virginia.................................................................................57
Figure 4.3-2. Designated use summary for rivers in the Potomac-Shenandoah River..............................59
Figure 4.3-3. Designated use summary for lakes in the Potomac-Shenandoah River...............................59
Figure 4.3-4. Designated use summary for estuaries in the Potomac-Shenandoah River ........................60
Figure 4.3-5. Chesapeake Bay-specific designated use summary for the Potomac-Shenandoah.............60
Figure 4.3-6. Designated use summary for rivers in the James River........................................................63
Figure 4.3-7. Designated use summary for lakes in the James River........................................................63
Figure 4.3-8. Designated use summary for estuaries in the James River ..................................................64
Figure 4.3-9. Chesapeake Bay-specific designated use summary for the James River..............................64
Figure 4.3-10. Designated use summary for rivers in the Rappahannock River........................................66
Figure 4.3-11. Designated use summary for lakes in the Rappahannock River.........................................67
Figure 4.3-12. Designated use summary for estuaries in the Rappahannock River ..................................67
Figure 4.3-13. Chesapeake Bay-specific designated use summary for the Rappahannock River ..............68
Figure 4.3-14. Designated use summary for rivers in the Roanoke River .................................................70
Figure 4.3-15. Designated use summary for lakes in the Roanoke River ..................................................71
Figure 4.3-16. Designated use summary for rivers in the Chowan River-Dismal Swamp..........................73
Figure 4.3-17. Designated use summary for lakes in the Chowan River-Dismal Swamp ..........................73
Figure 4.3-18. Designated use summary for estuaries in the Chowan River-Dismal Swamp.....................74
Figure 4.3-19. Designated use summary for rivers in the Tennessee-Big Sandy River...............................76
Figure 4.3-20. Designated use summary for lakes in the Tennessee-Big Sandy River................................77
Figure 4.3-21. Designated use summary for rivers in the Chesapeake Bay/Atlantic Ocean ......................79
Figure 4.3-22. Designated use summary for lakes in the Chesapeake Bay/Atlantic Ocean .......................80
Figure 4.3-23. Designated use summary for estuaries in the Chesapeake Bay/Atlantic Ocean.................80
Figure 4.3-24. Chesapeake Bay-specific designated use summary for the Chesapeake ............................81
Figure 4.3-25. Designated use summary for rivers in the York River ........................................................83
Figure 4.3-26. Designated use summary for lakes in the York .................................................................84
Figure 4.3-27. Designated use summary for estuaries in the York...........................................................84
Figure 4.3-28. Chesapeake Bay-specific designated use summary for the York River ..............................85
Figure 4.3-29. Designated use summary for rivers in the New River .......................................................87
Figure 4.3-30. Designated use summary for lakes in the New River ........................................................88
Figure 4.4-1. Percentage of stream miles with water quality parameters outside the range of criteria or assessment values................................................................................................................................90
Figure 4.4-2. Virginia probabilistic monitoring locations from 2019 - 2023 (n = 206)..............................92
Figure 4.4-3. Virginia probabilistic monitoring locations with Virginia major river basins........................93
Figure 4.4-4. Virginia probabilistic monitoring locations with US Level III Ecoregions..............................93

Draft 2026

Figure 4.4-5. Virginia probabilistic monitoring wadeable locations ........................................................ 94
Figure 4.4-6. Virginia probabilistic monitoring wadeable and boatable sites ........................................... 95
Figure 4.4-7. Biological stream condition index based on VSCI/VCPMI .................................................. 100
Figure 4.4-8. VSCI/VCPMI status by stream size category ................................................................... 101
Figure 4.4-9. VSCI/VCPMI status by US Level III Ecoregions ............................................................... 102
Figure 4.4-10. VSCI status by major Virginia basins............................................................................. 103
Figure 4.4-11. VSCI/VCPMI status by basin.......................................................................................... 105
Figure 4.4-12. Estimate of habitat condition in Virginia streams and rivers .......................................... 108
Figure 4.4-13. Percent of stream miles with suboptimal habitat disturbance ........................................ 109
Figure 4.4-14. Estimate of Virginia streambed sedimentation............................................................... 110
Figure 4.4-15. Percent of stream miles with suboptimal streambed sedimentation............................... 111
Figure 4.4-16. Estimate of total phosphorus condition in Virginia streams and rivers .......................... 112
Figure 4.4-17. Estimate of total nitrogen condition in Virginia streams and rivers................................. 112
Figure 4.4-18. Percent of stream miles with suboptimal total phosphorus ........................................... 113
Figure 4.4-19. Percent of stream miles with suboptimal total nitrogen ................................................. 114
Figure 4.4-20. Estimate of ionic strength condition as measured by TDS .............................................. 115
Figure 4.4-21. Percent of stream miles with suboptimal ionic strength ................................................. 116
Figure 4.4-22. Estimate of CCU Metals Index in Virginia streams and rivers.......................................... 118
Figure 4.4-23. Percent of stream miles with suboptimal cumulative dissolved metals ........................... 120
Figure 4.4-24. Basin rank by parameters without water quality standards and VSCI/VCPMI.................... 121
Figure 4.4-25. Relative Risk for major benthic macroinvertebrate stressors .......................................... 122
Figure 4.4-26. Stressor extent for major benthic macroinvertebrate stressors....................................... 123
Figure 4.4-27. Stressor extent for major benthic macroinvertebrate stressors....................................... 124
Figure 4.5-1. All estuarine probabilistic monitoring stations sampled between 2019 – 2023.................. 126
Figure 4.6-1. Chesapeake Bay dissolved oxygen and water clarity assessment segmentation. .............. 156
Figure 4.6-2. Impairment status of the Chesapeake Bay specific aquatic life designated uses .............. 158
Figure 4.6-3. Evaluation of the Migratory Fish Spawning and Nursery designated use........................... 160
Figure 4.6-4. Attainment of the Open-Water designated use (dissolved oxygen criteria)....................... 162
Figure 4.6-5. Attainment of the Open-Water designated use (chlorophyll criteria) ................................ 163
Figure 4.6-6. Attainment of the Deep-Water and Deep-Channel designated use ................................... 165
Figure 4.6-7. Attainment of the Shallow-Water SAV designated use (SAV acres criteria). ...................... 167
Figure 4.6-8. Estuarine Benthic Biological Assessment. ....................................................................... 169
Figure 4.6-9. Assessment categories for Chesapeake Bay specific aquatic life uses.............................. 172
Figure 5.1-1. Regional planning areas as of October 2024. ................................................................... 174
Figure 6.1-1. TMDL equations by pollutant. ........................................................................................ 181
Figure 6.1-2. Statewide map of TMDL priority waters........................................................................... 187
Figure 6.3-1. Implementation Plan Development in Virginia from June 2001 to June 2024..................... 206
Figure 6.3-2. TMDL implementation watersheds active as of June 30, 2024........................................... 209
Figure 6.6-1. Map of current fish consumption advisories..................................................................... 217
Figure 6.7-1. Map of Virginia's Coastal Zone ....................................................................................... 223
Figure 6.7-2. Virginia CZM Program Funding (1986-2024). ................................................................... 224
Figure 6.10-1 Map of DEQ Regional Office Boundaries ........................................................................ 236

Draft 2026

## LIST OF TABLES

Table 2.3-1. Vegetated wetland coverage for Virginia ................................................................. 21

Table 2.4-1. Virginia statewide land cover summary ................................................................. 22

Table 3.1-1. Fourteen most common physical and chemical parameters collected by DEQ staff24

Table 3.3-1. Location of BEACH Program sampling stations. ....................................................... 28

Table 3.4-1. Quality assurance and quality control criteria for citizen and outside-agency data.35

Table 4.2-1. Designated use descriptions and indicators. .......................................................... 42

Table 4.2-2. Summary of all water bodies assessed ................................................................... 43

Table 4.2-3. Assessment results for Rivers ................................................................................. 44

Table 4.2-4. Assessment results for Lakes/Reservoirs................................................................ 45

Table 4.2-5. Assessment results for Estuarine Waters ............................................................... 46

Table 4.2-6. Comparison of the 2024 and 2026 IR assessment results....................................... 49

Table 4.2-7. Leading causes of impairment by water body type................................................. 49

Table 4.2-8. Top five most probable stressors identified in TMDLs to address impaired benthic54

Table 4.2-9. Pollutant sources of designated use impairment.................................................... 54

Table 4.3-1. Significant causes of use impairment in the Potomac-Shenandoah River .............. 60

Table 4.3-2. Pollutant sources of impairment in the Potomac-Shenandoah River ..................... 61

Table 4.3-3. Significant causes of use impairment in the James River basin .............................. 65

Table 4.3-4. Pollutant sources of designated use impairment in the James River....................... 65

Table 4.3-5. Significant causes of designated use impairment in the Rappahannock River ........ 68

Table 4.3-6. Pollutant sources of designated use impairment in the Rappahannock River ........ 69

Table 4.3-7. Significant causes of designated use impairment in the Roanoke River.................. 71

Table 4.3-8. Pollutant sources of designated use impairment in the Roanoke River .................. 71

Table 4.3-9. Significant causes of use impairment in the Chowan River-Dismal Swamp............. 74

Table 4.3-10. Pollutant sources of use impairment in the Chowan River-Dismal Swamp ........... 75

Table 4.3-11. Significant causes of impairment in the Tennessee-Big Sandy River .................... 77

Table 4.3-12. Pollutant sources of use impairment in the Tennessee-Big Sandy ....................... 77

Table 4.3-13. Significant causes of use impairment in the Chesapeake Bay/Atlantic Ocean ...... 81

Table 4.3-14. Pollutant sources of use impairment in the Chesapeake Bay/Atlantic Ocean....... 82

Table 4.3-15. Significant causes of designated use impairment in the York River....................... 85

Table 4.3-16. Pollutant sources of designated use impairment in the York River ...................... 86

Table 4.3-17. Significant causes of designated use impairment in the New River....................... 88

Table 4.3-18. Pollutant sources of designated use impairment in the New River ...................... 89

Table 4.4-1. Dissolved oxygen results........................................................................................ 96

Table 4.4-2. pH results .............................................................................................................. 97

Table 4.4-3. Temperature results .............................................................................................. 97

Table 4.4-4. Dissolved metals results ........................................................................................ 98

Table 4.4-6. Thresholds of condition classes for biological indicators. ...................................... 99

Table 4.4-7. VSCI/VCPMI Scores ............................................................................................... 99

Table 4.4-8. Stream size categories. ....................................................................................... 101

Table 4.4-9. Thresholds of condition classes for stressor indicators........................................ 106

Table 4.4-5. PFAS results......................................................................................................... 117

Table 4.5-1. Distribution of Estuarine ProbMon monitoring stations by drainage ................... 127

Table 4.5-2. Distribution of stations by salinity regime............................................................ 127

Draft 2026

Table 4.5-3. Estimated dissolved inorganic phosphorus (DIP) condition in Virginia's estuaries 129
Table 4.5-4. Estimated dissolved inorganic nitrogen (DIN) condition in Virginia's estuaries..... 129
Table 4.5-5. Estimated Chl-*a* condition in Virginia's estuarine waters...................................... 130
Table 4.5-6. Estimated near-bottom dissolved oxygen (DO) conditions................................... 130
Table 4.5-7. Water clarity thresholds (% PAR at 1 m) for general estuarine waters................. 131
Table 4.5-8. Chesapeake Bay Program water clarity criteria for shallow-water bay grass ........ 132
Table 4.5-9. Water clarity (PAR) condition by habitat type....................................................... 133
Table 4.5-10. Estimated Water Quality Index (WQI) conditions in Virginia's estuarine waters 133
Table 4.5-11. Benchmarks for regional Water Quality Index condition ..................................... 134
Table 4.5-12. Number of stations and measurements with pH exceedances of > 9 or < 6 ....... 134
Table 4.5-13. Analytes measured in sediment samples, 2019-2023.......................................... 137
Table 4.5-14. Sediment Quality Guideline (SQG) screening values based on salinity regime. .. 138
Table 4.5-15. Mean Sediment Quality Guideline Quotients (mSQG-Q) conditions ................... 138
Table 4.5-16. Estimated logistic regression Pmax conditions in Virginia's estuarine waters..... 139
Table 4.5-17. Estimated condition of Equilibrium Partitioning Sediment Benchmarks for PAH 139
Table 4.5-18. Estimated integrated Sediment Chemistry Index (SCI) ....................................... 140
Table 4.5-19. Toxicity conditions and thresholds, 2019-2023................................................... 141
Table 4.5-20. Sediment Quality Index (SQI) conditions............................................................ 141
Table 4.5-21. Modified and original benchmark values for each benthic index. ...................... 142
Table 4.5-22. Benthic community condition in using four indices of biological integrity .......... 142
Table 4.5-23. Numeric degradation scores assigned to each benthic index condition.............. 143
Table 4.5-24. Relative weighting of benthic indices by estuarine region.................................. 143
Table 4.5-25. Weighted average Integrated Benthic Score (IBS) conditions ............................ 143
Table 4.5-26. Assessment categories regarding aquatic life designated use (ALU) .................. 144
Table 4.5-27. Generalized statewide estuarine condition for each aggregated index ............. 146
Table 4.6-1. Chesapeake Bay dissolved oxygen criteria. ......................................................... 151
Table 4.6-2. Summary of Chesapeake Bay water clarity criteria.............................................. 152
Table 4.6-3. Chlorophyll *a* seasonal mean criteria .................................................................. 154
Table 4.6-4. Chlorophyll *a* short-duration criteria.................................................................. 155
Table 6.1-1. Completed TMDL equations ............................................................................... 180
Table 6.1-2. VPDES General Permit Registrations. .................................................................. 190
Table 6.1-3. Inspection frequency by Facility Type ................................................................. 196
Table 6.3-1. Implementation funded with federal 319(h) and/or state cost-share.................. 207
Table 6.3-2. Section 319(h) nonpoint source success stories through 2024............................ 210

5

## LIST OF ACRONYMS

| | |
|---|---|
| ALU | Aquatic Life Use |
| ANC | Acid Neutralizing Capacity |
| ARP | Advanced Restoration Plan |
| ASSI | Atlantic Subsurface Stratigraphic Initiative |
| ATTAINS | Assessment and Total Maximum Daily Load Tracking and Implementation System |
| AU | Assessment Unit |
| AWQM | Ambient Water Quality Monitoring |
| BAV | Beach action value |
| BEACH | Beaches Environmental Assessment and Coastal Health Act |
| BMAN | Beach Monitoring and Notification |
| CAFO | Concentrated Animal Feeding Operation |
| CBMP | Chesapeake Bay Monitoring Program |
| CBP | U.S. EPA Chesapeake Bay Program |
| CCU | Cumulative Criterion Unit |
| CD | Consent Decree |
| CDX | U.S. EPA Central Data Exchange |
| CFU | Colony Forming Unit |
| Chl-$a$ | Chlorophyll a |
| CitMon | Citizen Monitoring |
| CMC | Chesapeake Monitoring Cooperative |
| CWA | Federal Clean Water Act |
| DCR | Department of Conservation and Recreation |
| DEQ | Virginia Department of Environmental Quality |
| DIN | Dissolved Inorganic Nitrogen |
| DIP | Dissolved Inorganic Phosphorus |
| DMME | Department of Mines, Minerals, and Energy |
| DO | Dissolved Oxygen |
| DSS | Department of Shellfish Sanitation |
| DSSWH | VDH Division of Shellfish Safety and Waterborne Hazards |
| DUET | Data Upload and Evaluation Tool |
| DWR | Department of Wildlife Resources |
| ELG | Effluent Limitation Guidelines |
| EPA | United States Environmental Protection Agency |
| GP | General Permits |
| HAB | Harmful Algal Bloom |
| IP | Implementation Plan |
| IR | DEQ's Integrated Report |
| MFSN | Migratory Fish Spawning and Nursery |
| MOU | Memoranda of Understanding |
| MPN | Most Probable Number |
| NARS | EPA's National Aquatic Resource Survey |
| NCCA | National Coastal Condition Assessment |
| NERRS | National Estuarine Research Reserve |
| NHD | National Hydrography Dataset |
| NMP | Nutrient Management Plan |
| NPDES | National Pollution Discharge Elimination System |
| NPS | Non-point Source |

6

Draft 2026

| | |
|---|---|
| PAR | Photosynthetically Active Radiation |
| PCB | Polychlorinated Biphenyl |
| PEC | Probable Effect Concentration |
| PETM | Paleocene-Eocene Thermal Maximum |
| PFAS | Per- and polyfluoroalkyl substances |
| PFOS | Perfluorooctane sulfonic acid |
| POTW | Publicly Owned Treatment Works |
| PPT | Parts per thousand |
| ProbMon | Probabilistic Monitoring |
| PWS | Public Water Supply |
| QA | Quality Assurance |
| QAPP | Quality Assurance Project Plan |
| QC | Quality Control |
| RBS | Relative Bed Stability |
| RIM | River Input Monitoring Program |
| SAV | Submerged Aquatic Vegetation |
| SOP | Standard Operating Procedures |
| SOW | State Observation Well Program |
| SPMD | Semipermeable Membrane Device |
| SQT | Sediment Quality Triad |
| SRP | Soluble Reactive Phosphorus |
| STORET | U.S. EPA Storage and retrial data repository |
| STV | Statistical Threshold Value |
| TDS | Total Dissolved Solids |
| TMDL | Total Maximum Daily Load |
| USGS | United States Geological Survey |
| VCPMI | Virginia Coastal Plain Macroinvertebrate Index |
| VCRT | Virginia Coastal Resources Tool |
| VDE | Virginia Data Explorer |
| VDH | Virginia Department of Health |
| VECOS | Virginia Estuarine and Coastal Observing System |
| VPA | Virginia Pollution Abatement Program |
| VPDES | Virginia Pollution Discharge Elimination System |
| VSCI | Virginia Stream Condition Index |
| VSMP | Virginia Stormwater Management Program |
| VSWCB | Virginia State Water Control Board |
| VWP | Virginia Water Protection |
| WIP | Watershed Implementation Plan |
| WOE | Weight of Evidence |
| WQMIRA | Virginia Water Quality Monitoring, Information and Restoration Act |
| WQS | Water Quality Standards |
| WRTDS | Weighted Regression on Time, Discharge, and Season |

7

Draft 2026

## LIST OF WEBLINKS

| | |
|---|---|
| Chesapeake Bay Program | https://www.chesapeakebay.net/ |
| Chesapeake Bay Program Issues | https://www.chesapeakebay.net/issues |
| Chesapeake Bay Program Monitoring and Modeling Data | https://www.chesapeakebay.net/what/data |
| Chesapeake Bay Program Toxic Contaminants | https://www.chesapeakebay.net/what/goals/toxic-contaminants |
| Chesapeake Bay Program Vital Habitats | https://www.chesapeakebay.net/what/goals/vital-habitats |
| Coastal Geospatial and Educational Mapping System (GEMS) | https://gaia.vcu.edu/portal/apps/sites/#/gemsmaps |
| Coastal Virginia Ecological Value Assessment (VEVA) | https://www.deq.virginia.gov/home/showpublisheddocument/15685 |
| Code of Federal Regulations | http://www.ecfr.gov/cgi-bin/text-idx?tpl=/ecfrbrowse/Title40/40cfr130_main_02.tpl |
| Code of Virginia Water Quality Monitoring, Information and Restoration Act. | https://law.lis.virginia.gov/vacodefull/title62.1/chapter3.1/article4.01/ |
| Code of Virginia Criteria to protect designated uses from the impacts of nutrients and suspended sediment in the Chesapeake Bay and its tidal tributaries | https://law.lis.virginia.gov/admincode/title9/agency25/chapter260/section185/ |
| Code of Virginia Numerical criteria for DO, pH, and maximum temperature. | https://law.lis.virginia.gov/admincode/title9/agency25/chapter260/section50/ |
| Code of Virginia Virginia Citizen Water Quality Monitoring Program | https://law.lis.virginia.gov/vacode/title62.1/chapter3.1/section62.1-44.19:11/ |
| DCR NPS Assessment and Prioritization | https://www.dcr.virginia.gov/soil-and-water/npsassmt |
| DCR NPS Pollution Assessment Summary 2022 | https://consapps.dcr.virginia.gov/htdocs/progs/NPSass22/ldrnktype22.aspx |
| DEQ About CZM | https://www.deq.virginia.gov/our-programs/coastal-zone-management/about-czm |
| DEQ About US | https://www.deq.virginia.gov/get-involved/about-us |
| DEQ Chesapeake Bay | https://www.deq.virginia.gov/our-programs/water/chesapeake-bay |
| DEQ Chesapeake Bay Monitoring | https://www.deq.virginia.gov/our-programs/water/water-quality/monitoring/chesapeake-bay-monitoring |
| DEQ Chesapeake Bay Nutrient & Sediment Reduction Milestones | https://www.deq.virginia.gov/our-programs/water/chesapeake-bay/chesapeake-bay-nutrient-sediment-reduction-milestones |
| DEQ Citizen Monitoring | https://www.deq.virginia.gov/our-programs/water/water-quality/monitoring/citizen-monitoring |
| DEQ Citizen Monitoring Methods Manual | https://www.deq.virginia.gov/home/showpublisheddocument/12448/637704018822470000 |
| DEQ Coastal GEMS | https://www.deq.virginia.gov/our-programs/coastal-zone-management/coastal-mapping/coastal-gems |
| DEQ Coastal Zone Management | https://www.deq.virginia.gov/water/coastal-zone-management/coastal-conservation/marine-debris |
| DEQ Environmental Data Mapper (EDM) | https://apps.deq.virginia.gov/EDM/ |

8

Draft 2026

| DEQ Fish Tissue Monitoring | https://www.deq.virginia.gov/our-programs/water/water-quality/monitoring/fish-tissue-monitoring |
|---|---|
| DEQ Groundwater Characterization | https://www.deq.virginia.gov/our-programs/water/water-quantity/groundwater-characterization-program |
| DEQ Harmful Algal Blooms | https://www.deq.virginia.gov/topics-of-interest/harmful-algal-blooms |
| DEQ Home Page | https://www.deq.virginia.gov/ |
| DEQ Implementation Planning | https://www.deq.virginia.gov/our-programs/water/water-quality/implementation |
| DEQ Implementation projects | https://www.deq.virginia.gov/our-programs/water/water-quality/implementation/implementation-projects |
| DEQ Mapping Virginia's Coastal resources | https://www.deq.virginia.gov/our-programs/coastal-zone-management/coastal-mapping |
| DEQ NPS Funding, Grant, and Project Resources | https://www.deq.virginia.gov/our-programs/water/water-quality/nonpoint-source-management/funding-grant-and-project-resources |
| DEQ Office of Remediation Programs webpage | https://www.deq.virginia.gov/our-programs/land-waste/land-remediation |
| DEQ Per- and Polyfluoroalkyl Substances (PFAS) | https://www.deq.virginia.gov/topics-of-interest/per-and-polyfluoroalkyl-substances-pfas |
| DEQ Pollution Prevention | https://www.deq.virginia.gov/our-programs/pollution-prevention |
| DEQ Pollution Prevention Case Studies | https://www.deq.virginia.gov/our-programs/pollution-prevention/case-studies |
| DEQ ProbMon | https://www.deq.virginia.gov/our-programs/water/water-quality/monitoring/probabilistic-monitoring |
| DEQ Reducing Marine Debris in Virginia | https://www.deq.virginia.gov/our-programs/coastal-zone-management/coastal-conservation/marine-debris |
| DEQ Regional biological | https://www.deq.virginia.gov/our-programs/water/water-quality/monitoring/biological-monitoring |
| DEQ Soil and Hazardous Waste | https://www.deq.virginia.gov/our-programs/land-waste/solid-hazardous-waste |
| DEQ State Water Resources Plan | https://www.deq.virginia.gov/our-programs/water/water-quantity/water-supply-planning/virginia-water-resources-plan |
| DEQ Strategic Planning and Funding | https://www.deq.virginia.gov/our-programs/coastal-zone-management/strategic-planning-and-funding |
| DEQ Underground Storage Tanks | https://www.deq.virginia.gov/our-programs/land-waste/petroleum-tanks/underground-storage-tanks |
| DEQ Virginia Coastal Policy Team | https://www.deq.virginia.gov/our-programs/coastal-zone-management/about-czm/virginia-coastal-policy-team |
| DEQ Virginia Environmental Data Hub | https://geohub-vadeq.hub.arcgis.com/datasets/fb163586abec4e079ab293823e3bd15e/about |
| DEQ Virginia Environmental Excellence Program | https://www.deq.virginia.gov/our-programs/pollution-prevention/virginia-environmental-excellence-program |
| DEQ Virginia Green | https://www.deq.virginia.gov/our-programs/pollution-prevention/virginia-green |
| DEQ Virginia Native Plant Marketing | https://www.deq.virginia.gov/our-programs/coastal-zone-management/coastal-conservation/native-plant-marketing |
| DEQ Virginia Nonpoint Source Pollution Management Program Plan | https://www.deq.virginia.gov/home/showpublisheddocument/4334/637462334964400000 |
| DEQ Virginia Section 309 Coastal Needs Assessment and Strategies | https://www.deq.virginia.gov/home/showpublisheddocument/8346/637540014441970000 |

9

Draft 2026

| DEQ Water Quality Monitoring Strategy | https://www.deq.virginia.gov/our-programs/water/water-quality/monitoring |
|---|---|
| DEQ Water Quality Success Stories | https://www.deq.virginia.gov/our-programs/water/water-quality/water-quality-success-stories |
| DEQ Water Supply Planning | https://www.deq.virginia.gov/our-programs/water/water-quantity/water-supply-planning |
| DEQ Water Withdrawal | https://www.deq.virginia.gov/permits/water/water-withdrawal |
| DEQ Wetland and Streams | https://www.deq.virginia.gov/our-programs/water/wetlands-streams |
| DEQ WQA Guidance | https://www.deq.virginia.gov/our-programs/water/water-quality/assessments/wqa-guidance-manual |
| DEQ WQM Plan | https://www.deq.virginia.gov/our-programs/water/water-quality/monitoring/water-quality-monitoring-plan |
| DEQ WQS | https://www.deq.virginia.gov/our-programs/water/water-quality/standards |
| DWR Website | https://dwr.virginia.gov/ |
| EPA 2022 Vision | https://www.epa.gov/tmdl/Vision#:~:text=The%202022%20%2D%202032%20Vision%20for,%2C%20lakes%2C%20estuaries%20and%20wetlands. |
| EPA Beach Monitoring Data User Guide | https://www.epa.gov/beaches/submitting-beach-data-epa |
| EPA Chesapeake Bay TMDL | https://www.epa.gov/chesapeake-bay-tmdl |
| EPA How's My Waterway? | https://www.epa.gov/waterdata/hows-my-waterway |
| EPA National List of Beaches | https://www.epa.gov/beaches/national-list-beaches |
| EPA Water Topics | https://www.epa.gov/environmental-topics/water-topics |
| International Continental Scientific Frilling Program | https://www.icdp-online.org/projects/by-continent/the-americas/north-america/petm-usa |
| Mid-Atlantic Regional Council on the Ocean (MARCO) | https://www.midatlanticocean.org/ |
| National Land Cover Database | https://www.usgs.gov/centers/eros/science/national-land-cover-database |
| National Land Cover Database - Class Legend | https://www.mrlc.gov/data/legends/national-land-cover-database-class-legend-and-description |
| NOAA Mid-Atlantic Marine Debris Action Plan | https://marinedebris.noaa.gov/regional-action-plan/mid-atlantic-marine-debris-action-plan |
| NOAA The Coastal Zone Enhancement Program | https://coast.noaa.gov/czm/act/sections/ |
| Plant Virginia Natives | https://www.plantvirginianatives.org/ |
| Toxic Contaminants in the Chesapeake Bay and its Watershed: Extent and Severity of Occurrence and Potential Biological Effects | https://d18lev1ok5leia.cloudfront.net/chesapeakebay/documents/ChesBayToxics_finaldraft_11513b.pdf |
| USGS Annual Water Data Report | https://wdr.water.usgs.gov/ |
| USGS GeoLog Locator | https://webapps.usgs.gov/GeoLogLocator/#!/search |
| USGS Ground Water Levels and Trend Interactive Map | https://rconnect.usgs.gov/vawv-groundwater/ |
| USGS Groundwater Data for Virginia | https://waterdata.usgs.gov/va/nwis/gw/ |
| USGS Hydrogeologic Framework VA | https://pubs.usgs.gov/publication/sir20195093 |
| USGS results for the WRTDS modeling | https://www.usgs.gov/centers/chesapeake-bay-activities/science/chesapeake-bay-water-quality-loads-and-trends/ |

10

Draft 2026

| | |
|---|---|
| USGS Revisions to the Virginia Coastal Plain hydrogeologic framework Southwest of the James River | https://pubs.usgs.gov/publication/sir20225049 |
| USGS ScienceBase Catalog | https://www.sciencebase.gov/catalog/item/6310a254d34e36012efa0e4f |
| USGS Scientific Investigations Report 2022-5049 data | https://www.sciencebase.gov/catalog/item/61e821f0d34e3618e01e481a |
| USGS Virginia Extensometer Network | https://www.usgs.gov/centers/virginia-and-west-virginia-water-science-center/science/virginia-extensometer-network |
| VCU Oyster Shell Recycling Program | https://ricerivers.vcu.edu/research-and-restoration/virginia-oyster-shell-recycling-program/ |
| VDACS Pesticides | https://www.vdacs.virginia.gov/pesticide-collection.shtml |
| VDACS Pesticides container | https://www.vdacs.virginia.gov/pesticide-container-recycling.shtml |
| VDH Algal Bloom Surveillance Map | https://www.vdh.virginia.gov/waterborne-hazards-control/algal-bloom-surveillance-map/ |
| VDH Beach Advisory Map | https://www.vdh.virginia.gov/waterborne-hazards-control/swimming-advisories-and-monitored-beaches-map/ |
| VDH Beach Monitoring Statistics webpage | https://www.vdh.virginia.gov/waterborne-hazards-control/statistics/monitoring-and-advisory-data-by-year/ |
| VDH BEACH Program | https://www.vdh.virginia.gov/waterborne-hazards-control/beach-monitoring/ |
| VDH Cyanobacteria Bloom Response Aid | https://www.vdh.virginia.gov/content/uploads/sites/178/2023/07/Cyanobacteria-Bloom-Response-Job-Aid-July-2023.pdf |
| VDH Fish Consumption Advisory | https://www.vdh.virginia.gov/environmental-health/public-health-toxicology/fish-consumption-advisory/ |
| VDH Guidance for Cyanobacteria Bloom Recreational Advisory Guidance | https://www.vdh.virginia.gov/content/uploads/sites/178/2021/03/Guidance_for_Cyanobacteria_Recreational_Advisory_Mgt.pdf |
| VDH HAB Task Force | https://www.vdh.virginia.gov/waterborne-hazards-control/harmful-algal-blooms/virginia-hab-task-force/ |
| VDH HABs Reporting Form | https://www.vdh.virginia.gov/waterborne-hazards-control/harmful-algal-bloom-online-report-form/ |
| VDH Shellfish Safety and Waterborne Hazards | https://www.vdh.virginia.gov/environmental-health/environmental-health-services/shellfish-safety/ |
| VDH Source Water Programs | https://www.vdh.virginia.gov/drinking-water/source-water-programs/ |
| VDH Waterborne Hazards Control Program | https://www.vdh.virginia.gov/waterborne-hazards-control/ |
| VDH Waterborne Hazards Statistics | https://www.vdh.virginia.gov/waterborne-hazards-control/statistics/ |
| VECOS DataFlow webpage | http://vecos.vims.edu/Content.aspx?idContent=44#Dataflow |
| VECOS Website | http://vecos.vims.edu/ |
| Virginia Administrative Code - 9VAC25-260-185 | https://law.lis.virginia.gov/admincode/title9/agency25/chapter260/section185/ |
| Virginia Administrative Code - Chapter 135. Recreational Advisories | https://law.lis.virginia.gov/admincode/title12/agency5/chapter135/ |
| Virginia Administrative Code - Chapter 260. Water Quality Standards | https://law.lis.virginia.gov/admincode/title9/agency25/chapter260/ |
| Virginia Coastal Resources Tool | https://cmap22.vims.edu/VACoastalResourcesTool/ |
| Virginia EJScreen+ | https://vadeq.maps.arcgis.com/apps/webappviewer/index.html?id=bad3e23c0d6545a1b6b36c1a45e8ed43 |
| Virginia Marine Debris Reduction Plan | https://www.deq.virginia.gov/water/coastal-zone-management/coastal-conservation/marine-debris |

11

Draft 2026

| | |
|---|---|
| Virginia Register | https://register.dls.virginia.gov/home.aspx |
| Virginia Regulatory Town Hall Home Page | https://www.townhall.virginia.gov/ |
| Virginia Wetland Program Plan 2021 - 2025 | https://www.epa.gov/system/files/documents/2022-08/VA%20WPP%202020-2025%20amended%204_29.pdf |
| William and Mary ScholarWorks: Over a Half Century of Connecting Science and Management for Virginia's Tidal Wetlands at the Virginia Institute of Marine Science | https://scholarworks.wm.edu/reports/2858/ |
| Chesapeake Bay Program Integrated Trends Analysis Team<br>Chesapeake Assessment Scenario Tool Tributary Summaries | https://www.chesapeakebay.net/who/group/integrated-trends-analysis-team<br>https://cast.chesapeakebay.net/Home/TMDLTracking#tributaryRptsSection |

12

Draft 2026

# ACKNOWLEDGEMENTS

This report is prepared by the Virginia Department Environmental Quality (DEQ), with contributions from the Virginia Department of Health (VDH). The information presented here is the result of long-term, extensive collaboration among state environmental and public health staff, federal agencies, inter-state partnership programs, academic institutions, local municipalities, involved residents, and the private sector. The level of effort required to produce this report cannot be overstated.

DEQ's Water Resources Division has approximately 60 staff dedicated to monitoring and assessing the Commonwealth's waters. They work under the leadership of the agency's director Michael Rolband, the Water Resources Division director Bryant Thomas, and six regional directors. Monitoring and assessment staff are in seven offices located across Virginia: Central Office (Richmond), Piedmont Regional Office (Glen Allen), Valley Regional Office (Harrisonburg), Northern Regional Office (Woodbridge), Tidewater Regional Office (Virginia Beach), Blue Ridge Regional Office (Roanoke), and Southwest Regional Office (Abingdon).

Monitoring and assessment staff: Cleo Baker, Nicholas Blaisdell-Black, Richard Browder, Matthew Carter, Shayna Childers, Mary Dail, Gabriel Darkwah, Heather Deihls, George Devlin, Reid Downer, Wilson Farthing, Andrew Garey, Scott Hasinger, Sarah Hasychak, Kelly Hazlegrove, Jason Hill, Phillip Hurst, Michael Hutchison, Elizabeth Jaufmann, Cindy Johnson, Emma Jones, Timothy Jones, Sara Jordan, Willard Keene, Kansas Keeton, Andrew Kirk, John Lambert, Adrianna Lovett, Justin Loyd, Paula Main, Mitchall McCotter, Joseph Morina, Sandra Mueller, Rachel Pence, Christian Prudena, Jared Purnhagen, Jacob Rehm, Cory Routh, Amanda Shaver, Michael Shaver, Ryan Shaw, Rebecca Shoemaker, Antone Silvia, Warren Smigo, Lanny Sparks, Royce Steiner, Brett Stern, Emily Taff, Anthony Timpano, Robert Turner, William VanWart, Roland Whitehead, Spencer Wilson, Meighan Wisswell, and Tara Wyrick.

Other DEQ staff who have contributed to this report are Meade Anderson, Megan Bascone, Brian Campbell, Geoff Christie, Weedon Cloe, Karen Doran, Erica Duncan, Brett Fisher, Michelle Henicheck, Renee Hooper, Bill Keeling, Meghan Mayfield, Kathryn Perszyk, Meghann Quinn, Tish Robertson, Anne Schlegel, Ashley Wendt, Neil Zahradka. Contributing authors from non-DEQ agencies: Margaret Smigo, Todd Edgerton, and Tara Mason (VDH). Most of the sample analysis that renders this report possible is performed by the Virginia Department of Consolidated Laboratory Services (DCLS).

DEQ appreciates the data provided by its community partners such as Virginia Save Our Streams and the Alliance for the Chesapeake Bay. Academic institutions such as the Virginia Institute of Marine Science and Old Dominion University are also important components of DEQ's non-agency monitoring network.

Lastly, the United States Environmental Protection Agency provides guidance and oversight for this report and the activities required to produce it. Other federal agencies and inter-state programs that work in conjunction with DEQ include the United States Geological Survey, National Park Service, and the Chesapeake Bay Program Partnership.

Draft 2026

# CHAPTER 1. INTRODUCTION

The Virginia Department of Environmental Quality (DEQ) is one of the state agencies responsible for protecting and enhancing Virginia's environment and for promoting the health and well-being of the citizens, residents, and visitors of the Commonwealth. DEQ administers state and federal environmental laws and regulations pertinent to air and water quality, water supply, and land protection and revitalization. DEQ's two Water Divisions (Water Operations and Water Resources) are responsible for carrying out the mandates of the State Water Control Law, as well as meeting Virginia's federal obligations under the Clean Water Act. DEQ administers state laws and regulations to improve and protect Virginia's streams, rivers, bays, wetlands and ground water for aquatic life, human health and other beneficial water uses. Water monitoring programs, the water quality standards program, water quality assessments, Total Maximum Daily Load (TMDL) plans and permitting under the Virginia Pollution Discharge Elimination System (VPDES), the Virginia Stormwater Management Program (VSMP), the Virginia Water Protection (VWP) and the Virginia Pollution Abatement (VPA) programs are vital instruments DEQ uses to carry out its duties. Please visit DEQ's website to learn more about these programs and others.

> **What is a TMDL?**
> A TMDL is the calculation of the maximum amount of a pollutant allowed to enter a waterbody so that the waterbody will meet water quality standards for that pollutant. A TMDL determines a pollutant reduction target and allocates loadings to all sources.

## 1.1 Objectives and Federal Requirements

Under the Clean Water Act and its enacting federal regulations, EPA requires that each state develop a program to monitor the quality of its surface and ground waters and prepare a report every two years describing the status of its water quality. EPA issues guidelines for states to use during the reporting cycle for national consistency purposes. States are encouraged to use these guidelines to prepare these water quality reports for EPA. EPA compiles the data from the state reports, summarizes them, and transmits the summaries to Congress, including an analysis of water quality nationwide. Referring to the applicable Clean Water Act sections, this 305(b)/303(d) process is the principal means by which the EPA, Congress, and the public evaluate current water quality, the progress made maintaining and restoring water quality, and the extent of remaining work to be done. Many states, including Virginia, rely on the 305(b)/303(d) process for information needed to conduct water quality planning. The 305(b)/303(d) process is an integral part of Virginia's water quality management program, for which requirements are set forth in the Code of Federal Regulations (Title 40, Part 130).

Draft 2026



Figure 1.1-1. Graphical representation of the continuous planning process.

Section 305(b) of the Clean Water Act requires each state to submit a biennial report to EPA describing the quality of its navigable waters. The 305(b) report provides DEQ's assessment of water quality conditions and trends in the Commonwealth. The report is intended to be used as a tool in planning and management of waters in Virginia. The report also directs continuous planning and implementation activities in coordination with the Continuous Planning Process (CPP) (Figure 1.1-1). Similar water quality monitoring, assessment and reporting requirements are mandated under state law; see Virginia Code §62.1-44.19:5; Water Quality Monitoring, Information and Restoration Act (WQMIRA). Pursuant to Virginia Code §62.1-44.19:5, the primary objectives of a 305(b) report are:

1) Provide an accurate and comprehensive assessment of the quality of state surface waters.
2) Identify trends in water quality for specific and easily identifiable geographically defined water segments.
3) Provide a basis for developing initiatives and programs to address current and potential water quality impairment.
4) Contain accurate and comparable data that is representative of the state as a whole.

Section 303(d) of the Clean Water Act and the Environmental Protection Agency's regulation 40 CFR, Section 130.7 (d), requires each state to submit a Total Maximum Daily Load (TMDL)

15

Draft 2026

Priority List for impaired waters to EPA on April 1 of even numbered years. This list is provided in Appendix 1a. In summary, the 303 (d)/305(b) Integrated Report (IR) provides:

- the delineation of water quality assessment units (AUs) based on the U.S. Geological Survey (USGS) National Hydrography Dataset (NHD)
- the status of and progress toward achieving comprehensive assessments of all waters
- the attainment status of designated uses for every AU assessed
- additional monitoring that may be needed to determine designated use support status and, if necessary, to assist development of TMDLs for each pollutant/AU combination
- AUs prioritized for follow-up monitoring
- pollutant/AU combinations still requiring TMDLs
- TMDL development schedules reflecting the priority ranking of each pollutant/AU combination.

## 1.2    Assessment Scheme

The Virginia 305(b) process assesses six primary designated uses, as appropriate for a particular waterbody, based on water quality standards: Aquatic Life, Recreation, Fish Consumption, Shellfishing, Public Water Supply and Wildlife. Designated use descriptions and indicators are explained in detail in Chapter 4.

### 1.2.1   EPA Categories and Virginia Subcategories

The EPA electronic system for recording IR data, Assessment and Total Maximum Daily Load Tracking and Implementation System (ATTAINS) and the Virginia 2026 Water Quality Assessment Guidance Manual both continue to use five categories ("Category 4" having three EPA subcategories) in which every AU should be placed based on designated use attainment. Additionally, Virginia has devised several other sub-categories to supplement the federal categories, enabling a more precise system of tracking and reporting. Below are the EPA defined categories followed by associated Virginia defined subcategories**:**

***Fully Supporting: Waters are supporting one or more designated uses.***

**EPA Category 1:** attaining all associated designated uses and no designated use is threatened.

**VA Category 1A:** waters are attaining all uses and a TMDL has been developed for one or more uses.

**EPA Category 2:** available data and/or other information indicate that some, but not all the designated uses are supported.

**VA Category 2A:** waters are supporting all the uses for which they are monitored.

16

**VA Category 2B**: the Shellfish Use is fully supporting, but harvesting is limited because of seasonal or conditional closures per VDH Department of Shellfish Sanitation.

**VA Category 2C**: waters are now attaining the use(s) for which they were originally 303(d) listed and the TMDL is EPA approved but other applicable use(s) were not monitored and assessed.

### *Intermediate: Waters needing additional information.*

**EPA Category 3**: insufficient data and/or information to determine whether any designated uses are met.

**VA Category 3A**: no data are available within the data window of the current assessment to determine if any designated use is attained, and the water was not previously listed as impaired.

**VA Category 3B**: some data exist but are insufficient to determine support of designated uses. Such waters will be prioritized for follow-up monitoring, as resources allow.

**VA Category 3C**: data collected by a citizen monitoring or another organization indicating water quality problems may exist, but the methodology and/or data quality has not been approved for a determination of support of designated use(s). These waters are considered as having insufficient data with observed effects. Such waters will be prioritized by DEQ for follow-up monitoring.

**VA Category 3D**: data collected by a citizen monitoring or other organization indicating designated use(s) are being attained but the methodology and/or data quality has not been approved for such a determination.

**VA Category 3E**: waters are of concern to the state and data exist, but no Water Quality Standard has been established for the pollutant. The waterbody either exceeds a state screening value, failed a toxicity test or the pollutant has been identified as a most probable stressor and had a TMDL equation assigned during development of an EPA approved TMDL.

### *Impaired: Waters are impaired or threatened.*

**EPA Category 4A**: water is impaired or threatened for one or more designated uses but does not require a TMDL (an EPA approved TMDL already exists or the waterbody has been nested within an approved TMDL). In the case of a nested water, a new TMDL is not necessary to address the newly impaired water if the nesting procedure is followed (see Part VII, Rule 3).

17

Draft 2026

**EPA Category 4B**: water is impaired or threatened for one or more designated uses but does not require the development of a TMDL because other pollution control requirements are reasonably expected to result in attainment of the water quality standard by the next reporting period.

**EPA Category 4C**: water is impaired or threatened for one or more designated uses but does not require a TMDL because the impairment is not caused by a pollutant. This category includes Virginia waters that are swamp waters awaiting aquatic life criteria reclassification because the impairment has been determined to be caused by natural conditions.

**VA Category 4D**: part(s) of a water quality standard is attained for a pollutant with a TMDL, but the remaining criteria for the standard were not assessed due to insufficient information (only to be applied to dissolved oxygen in tidal waters of the Chesapeake Bay).

**EPA Category 5**: waters are impaired or threatened and a TMDL is needed.

**VA Category 5A**: a water quality standard is not attained. The water is impaired or threatened for one or more designated uses by a pollutant(s) and requires a TMDL (303d list).

**VA Category 5B**: the water quality standard for shellfish use is not attained, one or more pollutants causing impairment requires TMDL development (303d list).

**VA Category 5C**: the water quality standard is not attained due to "suspected" natural conditions. The water is impaired for one or more designated uses by a pollutant(s) and may require a TMDL (303d list). Water quality standards for these waters may be re-evaluated due to the presence of natural conditions.

**VA Category 5D**: the water quality standard is not attained where TMDLs for a pollutant(s) have been developed and one or more pollutants are still causing impairment requiring additional TMDL development (303d list).

**VA Category 5F**: the water quality standard is attained for a pollutant(s) with a TMDL and 303(d) delisting approved but the water remains impaired for additional pollutant(s) requiring TMDL development.

**VA Category 5R**: the Water Quality Standard is not attained, and the water is impaired, and implementation of an EPA-accepted restoration plan is expected to result in attainment. A status update will be provided each 303(d) cycle to evaluate progress.

18

Draft 2026

> **EPA Category 5M**: the water quality standard is not attained for mercury primarily due to atmospheric deposition.

> *Atmospheric deposition is the process whereby precipitation (rain, snow, fog), particles, aerosols, and gases originating from a variety of air pollution sources move from the air (atmosphere) to the earth's surface, including land and water.*

### 1.3    Data Used to Determine Water Quality

There are two basic types of water quality data used in the assessment process. The primary type is "monitored" data approved through the quality assurance/quality control process (QA/QC). The data come from the analysis of chemical, biological, and/or physical samples collected by DEQ or by individuals and organizations that have been approved by DEQ. These data are of the highest quality. Generally, states compile their lists of impaired waters using only monitored data, which are generated using EPA-accepted sampling and analytical methods. All non-DEQ monitoring data submittals used in an assessment, except chemical data submittals from the U.S. Geological Survey (USGS), must include a sampling and analysis protocol for DEQ review.

The second type of data used in the assessment is considered "evaluated" data. These physical, chemical, and biological data are primarily obtained from sources without an EPA-approved or DEQ-accepted sampling protocol. These data are of lower quality than monitored data. Normally, these data are not used directly for making formal assessment decisions to include fully supporting or impaired designated uses but may be used to identify and inform areas for additional follow-up monitoring.

Non-DEQ water quality data continue to be tremendously valuable to the assessment process. The data generated by citizen groups, the private sector, and other governmental agencies extend the reach of DEQ's monitoring network. DEQ strives to ensure the quality and representativeness of "outside" data used in this IR process and has made a considerable effort to improve the data quality of outside data providers by reviewing monitoring protocols and holding training events. DEQ will continue to provide technical assistance with a goal of expanding the use of approved outside data into future assessments. It is important to note that use of data collected by non-DEQ organizations is done under the consent of the collecting entity and is submitted consistent with data submission guidelines established by DEQ.

Draft 2026

## CHAPTER 2. STATE BACKGROUND INFORMATION

### 2.1    Population

The Commonwealth of Virginia covers 42,775 square miles and ranks 37th among the states in size. This area is divided into six DEQ regional offices, with one satellite office. According to the most recent census (2020), the population of the Commonwealth was estimated to be 8,631,393, or 2.6% of the total United States population. It has grown approximately 7% between 2010 and 2020, ranking 12th nationally. Approximately 88% of all Virginians live in three metropolitan areas: Northern Virginia, Norfolk-Virginia Beach-Newport News, Richmond-Petersburg. Approximately 12% of the population lives in rural areas.

### 2.2    Geography and Geology

Virginia is over 400 miles in length along its southern boundary, reaching from the Atlantic Ocean in the east, crossing the eastern continental divide into the Mississippi Basin to the west. Along the way, Virginia crosses five physiographic provinces (Figure 2.2-1), which affects the physical, chemical, and biological properties of Virginia's water resources.



Figure 2.2-1. Map of Virginia's five physiographic regions.

The southwestern edge of the state touches the margin of the Appalachian/Cumberland Plateau, characterized by rugged terrain with formations of sandstone and shale. The Valley and Ridge province encompasses the long, parallel ridges of the Appalachian Mountain chain in western Virginia. Erosion-resistant quartzites and sandstones form the ridgetops, while streams have carved valleys into the softer limestones and shales. The narrow Blue Ridge Mountain province is made up of hard greenstone, quartzites, and, granites, igneous, and metamorphic rocks that originated as ancient lava flows. These mountains are among the oldest on earth. East of the Blue Ridge Mountains lies the rolling Piedmont of central Virginia. A complex layer of igneous and metamorphic rocks underlies this area. The Triassic Basins, ancient down-faulted

20

basins filled with sedimentary rocks and igneous intrusions are major sub-units of this province. A distinctive fall line, marked by waterfalls and rapids across the major rivers, divides the Piedmont from the Coastal Plain. Virginia's flat Tidewater area consists of deep, unconsolidated deposits of sand, gravel, fossil shells, and clay. The basement formation of granite, exposed at the fall line, is buried under 2,900 feet of sediment at the Atlantic Coast.

## 2.3    Water Resources

Virginia has an estimated 100,975 miles of streams and rivers divided into nine major river basins (Potomac/Shenandoah, James, York, Roanoke/Yadkin, Chowan/Dismal Swamp, Tennessee/Big Sandy, Chesapeake Bay/Atlantic/Small Coastal, Rappahannock, and New). This estimate represents mileage determined by the United States Geological Survey National Hydrography Dataset (NHD; 1:24,000). The Commonwealth has a combined area of 117,783 acres of lakes/reservoirs that are publicly accessible. Of these lakes, 123 are considered "significant lakes" for monitoring purposes, totaling approximately 113,545 acres. Hundreds of other smaller, privately owned lakes, reservoirs, and ponds, some of significant size, dot the landscape.

Wetlands are another critical water resource for the Commonwealth. Working with the Virginia Institute of Marine Science (VIMS) and utilizing the National Fish and Wildlife Wetland Inventory, the Tidal Marsh Inventory (TMI), and Virginia Coastal Resources Tool (VCRT), DEQ has summarized the vegetated wetland resources throughout the commonwealth (Table 2.3-1). There are approximately 1,000,000 acres of non-tidal vegetated wetlands and 200,000 acres of tidal vegetated wetland throughout the commonwealth. Virginia has a total of 8,916 miles of tidal shoreline (VCRT) with approximately 120 miles of Atlantic Ocean coastline, and a total of 2,842308 square miles of Chesapeake Bay estuarine waters.

Table 2.3-1. Vegetated wetland coverage for Virginia based on the National Fish and Wildlife Service Wetland Inventory and the TMI. Note values are derived from the National Wetland Inventory, except the Tidal Marsh category which was derived from the TMI.

| Wetland Type | Acres |
|---|---|
| Freshwater Emergent Wetlands | 89,750 |
| Freshwater Forested/Shrub Wetlands | 917,830 |
| Freshwater Pond | 4,043 |
| Freshwater Lake | 608 |
| *Total Non-Tidal Vegetated Wetlands* | *1,012,231* |
| Tidal Marsh (TMI) | 195,036 |
| Vegetated Estuarine Intertidal | 15,685 |
| *Total Tidal Vegetated Wetlands* | *210,721* |
| Total Vegetated Wetlands | 1,222,952 |

Draft 2026

## 2.4    Land Use

The effect land use has on water quality differs across land use types. Forests and wetlands promote water quality by acting as natural filter, absorbing nutrients, and reducing sediment loads that would otherwise be washed into nearby surface waters. Virginia's landscape is dominated by forests, which cover approximately 50% of the state's total area (Table 2.4-1). Wetlands account for approximately five percent of the Virginia's land cover, and developed areas account for ~10% of the state's land cover.

Table 2.4-1. Virginia statewide land cover summary of selected parameters from the 2021 National Land Cover Dataset. Further descriptions of land cover classification can be found on the MLRC webpage. Note that not all land cover classifications are shown in this table, area is rounded to one decimal place, and land cover is rounded to the second decimal place.

| Land Cover Classification | Subclassification | Area (miles$^2$) | Land Cover (%) |
|---|---|---|---|
| Forest | Deciduous | 12547.3 | 29.33 |
| | Evergreen | 3792.9 | 8.87 |
| | Mixed | 6260.9 | 14.64 |
| Planted/Cultivated | Pasture/Hay | 5781.3 | 13.52 |
| | Cultivated Crops | 2195.7 | 5.13 |
| Developed | Open Space | 2235.8 | 5.23 |
| | Low Intensity | 1259.4 | 2.94 |
| | Medium Intensity | 621.5 | 1.45 |
| | High Intensity | 217.4 | 0.51 |
| Water | Open Water | 3211.2 | 7.51 |
| Baren | Barren Land | 81.1 | 0.19 |

Draft 2026

## CHAPTER 3. SURFACE WATER MONITORING PROGRAMS

### 3.1     Overview of DEQ Water Quality Assessment and Monitoring Programs

Virginia's comprehensive surface Water Quality Monitoring Strategy integrates both fixed-site and probabilistic monitoring techniques to improve our understanding of water quality conditions, to increase monitoring efficiency, and to allow the agency to meet the needs of multiple regulatory and water quality management programs. The strategy includes detailed descriptions of DEQ's water monitoring programs, as well as quality assurance procedures and data management activities.

Fixed monitoring networks rely on sites that remain in place and are monitored over the course of several years. These data provide consistent, scientifically defensible information on important chemical, physical, and biological characteristics of surface water resources and have many important uses including describing and quantifying water quality conditions, developing long-term trends at specific sites to determine how water quality is changing over time, monitoring for regulatory compliance, supporting watershed modeling efforts, quantifying the success of best management practice implementation, and supporting the Chesapeake Bay Agreement and Watershed Implementation Plan (WIP).

Virginia's freshwater and estuarine probabilistic monitoring programs provide an important complement to the fixed station network. Probabilistic monitoring data from randomly selected stations provide unbiased regional and statewide characterizations of water resources with a known degree of statistical confidence. Probabilistic monitoring data have many applications, such as enabling broad regional evaluations of overall ambient conditions, establishing baseline water quality conditions, identifying problem areas for follow-up monitoring, and determining the most important stressors on aquatic life in Virginia's waters.

### 3.1.1   Data Summary

Between January 2019 and December 2024 DEQ staff collected multiple samples at 3,542 water quality monitoring stations. The number of independent observations for the 14 most frequently measured parameters are listed in Table 3.1-1. The number of stations representing a particular type of stream segment, the types of samples collected, the parameters analyzed, and the sampling frequency all vary depending on site conditions and program emphasis. A detailed report on sample locations, matrices, and parameters is available in the agency's Water Quality Monitoring Plan.

Draft 2026

Table 3.1-1. Fourteen most common physical and chemical parameters collected by DEQ staff, and number of observations for each, in the 2019- 2024 data window. *E. coli* represents the bacteria species *Escherichia coli*.

| Parameter (units) | Observations |
|---|---|
| Temperature (Celsius) | 113,806 |
| Salinity (PPT) | 113,582 |
| Dissolved Oxygen (mg/L) | 113,491 |
| Specific Conductance (µS/cm at 25°C) | 113,364 |
| pH (standard units) | 112,329 |
| Phosphorus (mg/L) | 41,626 |
| Nitrogen (mg/L) | 41,313 |
| *E. coli* (CFU/100 mL) | 34,755 |
| Total Suspended Solids (mg/L) | 22,317 |
| Enterococci (CFU/100 mL) | 19,029 |
| Fecal Coliform (CFU/100 mL) | 18,674 |
| Secchi Depth (m) | 18,315 |
| Ammonia (mg/L) | 14,987 |
| Nitrate (mg/L) | 14,025 |

Each basin summary, found in Section 4.3 of this report, lists the Ambient Water Quality Monitoring (AWQM) and biological (benthic) monitoring summary data within the basin. Summaries of the sampling data collected at each station during the reporting period are provided as an Appendix supplement to this report and can be found on the DEQ water webpage.

## 3.2    Chesapeake Bay Monitoring Programs in Virginia

The Virginia Chesapeake Bay Program is an ongoing water quality-monitoring program initially implemented by the Commonwealth of Virginia and its contractors in the summer of 1988 as one component of the overall Federal-Interstate Chesapeake Bay Monitoring Program (CBMP) operating Bay-wide. In Virginia, monitoring is conducted by DEQ, Old Dominion University (ODU), the USGS, and VIMS. In addition to monitoring for water quality, the CBMP includes long-term monitoring of phytoplankton communities and benthic communities as well as occasional special monitoring for such things as pathogens, sediment toxics or sediment nutrient fluxes. This comprehensive and coordinated monitoring of basic environmental aspects of the Bay provides extensive information for understanding important ecological inter-relationships. This understanding provides a sound scientific basis for support and development of environmental management actions within the Chesapeake Bay Watershed.

Data collected by DEQ, ODU, VIMS, and USGS under the 117(e) Chesapeake Bay Monitoring Grant are regularly submitted to the EPA Chesapeake Bay Program Office (CBP) via the Data

Draft 2026

Upload and Evaluation Tool (DUET), a program designed to ensure the quality assurance and completeness goals of the Bay Program are met. Data are available to the public via the CBP's website

The Objectives of the CBMP are to:

1) Classify current physicochemical and living resource conditions in the Bay and Tributaries based on defined geographical areas categorized by salinity within the Bay (i.e., polyhaline, mesohaline, and tidal fresh segments). Segments are also characterized in relation to water quality criteria developed by the CBMP such as submerged aquatic vegetation habitat goals and living resources habitat dissolved oxygen goals.

2) Assess ambient water quality conditions against pre-defined State water quality standards and criteria for parameters such as dissolved oxygen, pH, temperature, and ammonia.

3) Characterize long-term temporal and spatial trends. Long-term temporal trends are examined to assess the overall success of Bay restoration actions as specified in Watershed Implementation Plan goals (WIPs), and characterizations of spatial patterns are used as a factor to prioritize watersheds which may need more extensive restoration efforts than others.

### 3.2.1  Chesapeake Bay Mainstem Water Quality Monitoring Program

The design of the long-term Chesapeake Bay Mainstem Water Quality Monitoring Program is described in Appendix E of "Chesapeake Bay: A framework for action" (Chesapeake Bay Program (CBP). 1983b. Chesapeake Bay: A framework for action. Main document and Appendices. US Environmental Protection Agency (EPA), Philadelphia, PA). The Virginia Mainstem Monitoring Program is currently conducted by ODU and consists of 27 sites located from the mouth of the Chesapeake Bay to the Eastern Shore's Pocomoke Sound. Sampling occurs monthly throughout the year except in June through August when sampling occurs twice monthly. Whenever possible, sampling is coordinated with the Maryland mainstem monitoring schedule to provide a synoptic picture of the Bay.

### 3.2.2  Chesapeake Bay Living Resources Monitoring Program

The Mainstem Monitoring also contains a living resource component that monitors phytoplankton and benthic organisms. Currently, Virginia only assesses the benthic component of the living resource program. Benthic organisms are important secondary producers, providing key linkages between primary producers (phytoplankton) and higher trophic levels (crabs, bottom feeding fish and water birds). Benthic invertebrates are among the most important components of estuarine ecosystems and may represent the largest standing stock of organic carbon in the Chesapeake Bay. Some benthic organisms, such as hard clams and soft-shell clams, are economically important. Others, such as polychaete worms and shrimp-like crustaceans, contribute significantly to the diets of economically important blue crabs and bottom-feeding juvenile and adult fish such as spot, croaker, striped bass, and white perch. In

Virginia, 21 fixed-point- stations are sampled for benthos one time per year (September) and 100 probabilistic sites are sampled once per year over the course of the summer. All data collected by ODU for DEQ's Chesapeake Bay Program are available through the CBP Database: https://www.chesapeakebay.net/what/data.

The objectives of the Chesapeake Bay Estuarine Benthic Macroinvertebrate Monitoring Program are:

> 1) To characterize the health of regional areas of the lower Chesapeake Bay as indicated by the structure of the benthic community.

> 2) To conduct trend analyses on long-term data, at fixed-point stations, to relate temporal trends in the benthic communities to changes in water and/or sediment quality. The trend analyses will be updated annually as new data are available.

> 3) To warn of environmental degradation by producing an historical data base that will allow annual evaluations of biotic impacts by comparing trends in status within probability-based strata and trends at fixed-point- stations to changes in water and/or sediment quality.

### 3.2.3   Shallow Water Monitoring Program

The near shore monitoring component was initiated as a cooperative agreement with the VIMS. It currently consists of 1) the deployment of continuous monitoring devices, and 2) DataFlow cruises that track throughout the polyhaline, oligohaline, and mesohaline portions of Virginia's Chesapeake Bay tributaries or segments of the mainstem from April through September of each year. See the Virginia Estuarine and Coastal Observing System (VECOS) webpage to learn more about DataFlow system and continuous monitoring. The program was designed to rotate through Virginia's major tributaries and Bay mainstem segments on a three-year basis. The program initiated in the York and James systems in 2006 and by 2021 the rotation had completed all the Virginia Bay segments.

In 2024, the Shallow Water monitoring program was combined with additional projects managed by VIMS to complete an integrated network of long-term continuous monitoring stations maintained year-round along all the main tidal tributaries of Virginia's Chesapeake Bay. VIMS has also implemented a program of opportunistic sampling that collects real-time data and will be informed by preplanned satellite imagery and drone flights. By incorporating satellite and drone imagery, field samples can be collected over a broader spatial and temporal range of parameter concentrations, which can improve sensor and lab determined parameter relationships.

All data collected for the Virginia Shallow water monitoring program may be found on the VIMS VECOS website. Some aspects of continuous monitoring and dataflow are conducted through other non-CBP efforts (e.g., by Hampton Roads Sanitation District, and National Estuarine

Draft 2026

Research Reserve) not described here. The data generated by these efforts is also available on the VECOS website and used by DEQ for assessment when available.

### 3.2.4    Non-tidal Network

The River Input Monitoring Program (RIM) was initiated in Virginia on July 1, 1988, to characterize the status and trends of nutrients and sediment loads to the Bay from the non-tidal watersheds of the major Bay tributaries. The program initially consisted of routine, monthly monitoring, and storm events at one site at each of the Fall Lines of the James, Rappahannock, Appomattox, Mattaponi, and Pamunkey Rivers. Since that time the RIM program has been expanded to the non-tidal monitoring program and includes sites in the North and South Forks of the Shenandoah River, the North Anna River, the Chickahominy River, the Rapidan River, the Smith River, and Rivanna River. In 2012, USGS began targeting storm sampling at sites already monitored routinely on the Appomattox, Rappahannock, and Mattaponi Rivers and implemented a new site for routine and storm sampling on Polecat Creek for a total of 36 sites in Virginia. USGS use these data to run status and trends through a WRTDS as developed by Hirsch et al. 2010 and Moyer et al. 2012. USGS results for the WRTDS modeling are available on their Chesapeake Bay Webpage. USGS has also installed instrumentation that continuously monitors pH, water temperature, dissolved oxygen, specific conductance, and turbidity at eight nontidal network sites and continuous nitrate is measured at seven of those stations.

Site selections for the non-tidal network are based on 1) location to the outlet of rivers draining the major river basin, 2) locations delivering the largest amounts of nutrients and sediment to the Chesapeake Bay or its tributaries, and 3) importance to watershed modeling efforts for closing areas of large data gaps such as the coastal plain.

### 3.3    BEACH Monitoring Program – Virginia Department of Health

### 3.3.1    Introduction

Virginia's BEACH Monitoring Program (BEACH Program) was initiated in 2002 by the Waterborne Hazards Control Programs of the VDH. In addition to the immediate reporting and public notification requirements relative to swimming advisories, results obtained by the VDH are communicated to DEQ for inclusion in the agency's biennial IR.

The BEACH Program in Virginia is designed to provide seasonal monitoring of coastal and Chesapeake Bay beaches within the Commonwealth, with the purpose of monitoring for indicators of fecal contamination of coastal beaches to reduce the risk of swimmers contracting disease or infection. A public bathing beach is defined by the Public Beach Conservation and Development Act (Code of Virginia, Title 10.1, §10.1-705) as "a sandy beach located on a tidal shoreline suitable for bathing in a county, city or town and open to indefinite public use." Based on these characteristics, public beaches were identified prior to December of 2003, by which time their locations were communicated to EPA for the National List of Beaches. As of July 2004, listed beaches were being monitored by the BEACH Program. Currently, 49 beaches (60 sites total) in Virginia are monitored by the BEACH Program. The rationale for identifying and

Draft 2026

enumerating individual beaches is discussed below, in the section on 'siting.' The localities participating in this program include the cities of Virginia Beach, Norfolk, Hampton, and Newport News, as well as the counties of Mathews, York, Gloucester, Northampton, and Accomack.

### 3.3.2  Monitoring Design and Station Siting

The number of sampling stations at a beach is based on EPA guidance available at the following EPA Water Topics webpage. The rationale for siting and enumerating individual beaches is based on beach size and whether (1) it is small and is treated as a single entity for swimming advisories, or (2) if it is more extensive and individual sections may be placed under advisory independently.

Table 3.3-1. Location of BEACH Program sampling stations.

| Locale | Beaches |
| --- | --- |
| Virginia Beach | 22 |
| Norfolk Department of Public Health | 10 |
| Eastern Shore Health District (Accomack, Northampton) | 5 |
| Peninsula Health District (Newport News, York County/Yorktown) | 5 |
| Hampton City Department of Health | 5 |
| Three Rivers Health District (Gloucester, Mathews) | 2 |
| **Total** | **49** |

Samples are taken in the middle of a typical bathing area. If the beach is short, samples are taken at a point corresponding to each lifeguard chair or one sample for every 500 meters of beach. Sample results from several sites at the same beach may be united into a single arithmetic mean for comparison with the Beach Action Value and evaluation for swimming advisories, see below. If the beach is long (> 5 miles) samples are spread out along the entire beach (e.g., Virginia Beach, which is 24 miles long, has 22 stations spaced at least one mile apart). Locations of sites are identified by GPS coordinates and remain uniform from year to year to maintain a permanent, long-term database on beach water quality.

The most updated BEACH Program information, including maps of sampling sites, historical results, and swimming advisories, may be found on the VDH BEACH Monitoring website. Beach monitoring results are exported from the Beach Monitoring and Notification database weekly during the season and posted to the VDH Waterborne Hazards Statistics webpage.

### 3.3.3  Sampling

The fecal indicator organism used for estuarine and marine beaches are bacteria of the genus Enterococcus. Laboratory analysis of Enterococci in beach water samples is conducted using EPA approved methods. Additional measurements of air and water temperature, turbidity, dissolved oxygen, pH, and salinity are also taken at beach sites during each visit.

Draft 2026

Beaches are sampled for fecal indicator bacteria on a weekly basis from mid-May through September. When the Water Quality Standard at a specific beach is exceeded, or when the results of bacterial analysis are inconclusive, follow-up sampling is repeated as soon as possible. As per EPA guidance, samples are collected 0.3 meters below the surface in knee-deep water. Samples are collected on the regular weekly monitoring day, rain, or shine, unless conditions are dangerous to sampling staff. Samples are placed on ice and are delivered to the laboratory for processing within six hours of collection. Samples are collected and transported in the same way at all sites. All samples are grab samples, using sterile bottles that are supplied by the laboratory performing analysis. If a decision is made not to sample (e.g., storms make sampling unsafe for field staff overflow) the beach is placed under a beach warning and electronic notifications are issued to indicate sampling and results will not be available to the public for that week. When results exceed the Beach Action Value, samples are collected and analyzed daily through Thursday, with results relayed by Friday afternoon for weekend patrons. Repeat sampling for beaches under advisory resume the following week on the normal monitoring day.

Beach monitoring sites are considered permanent, fixed sites of the VDH BEACH Monitoring and Notification Program. As mentioned above, the sampling is conducted from mid-May through Labor Day at most beach sites, with Norfolk and Virginia Beach beaches completing monitoring by the end of September.

### 3.3.4  Quality Assurance

The VDH's Quality Assurance Project Plan was updated and approved by EPA in 2021 with a Quality Management Plan approved in 2023. Sampling methods are based on sections 9060 and 9060B of Standard Methods for the Examination of Water and Wastewater (APHA 2012). Standard procedures for laboratory analyses of water samples for Enterococci are produced by the laboratories performing the service and are also included in the Quality Assurance Project Plan. Annual training is provided for all field personnel and their supervisors.

### 3.3.5  Data Management

The VDH receives weekly results from laboratories by email. Timely data submission is emphasized so that the VDH BEACH Monitoring database, website, and social media page can be updated as soon as results are available. Timely data submission is mostly critical when exceedances of the Beach Action Value occur, and swimming advisories need to be issued. Upon receipt of results, VDH local health district staff enters laboratory results into a VDH database.

### 3.3.6  Data Assessment and Reporting

***Swimming advisories***

During the 2026 assessment period, VDH compared beach water sample results with the Beach Action Value (BAV) for Enterococci. The results from several simultaneously collected samples at the same beach may be united into a single arithmetic average for comparison with the BAV,

Draft 2026

and for subsequent evaluation for issuing swimming advisories. The BAV for Enterococci is 104 most probable number (MPN)/100 mL. Sample results equal to or greater than 104 are placed under a swimming advisory. One sample exceedance of the BAV is sufficient to issue a swimming advisory. Additional information regarding the VDH BAV is available at Virginia Administrative Code, Title 12 Health - Agency 5, Department of Health - Chapter 135 Recreational Advisories. If there is an exceedance of the BAV, the beach is posted with a swimming advisory sign and procedures for contacting the locality where the beach is located are followed. A press release is issued locally to notify the public, and a follow-up water sample is collected and delivered to the lab as soon as possible. Procedures for this process are documented in the VDH's Quality Assurance Project Plan.

### Reporting

If sample results exceed the BAV, the beach is posted with a swimming advisory sign, the public is notified through press releases to local newspapers, and an advisory is posted on the VDH Beach Advisory Map and on the @VDHBeach X social media page. Sample results and public notification data are submitted to EPA annually. Data collected by the BEACH Program are available to DEQ for use in the agency's biennial Integrated 305(b)/303(d) Report via email request or download from the Beach Monitoring Statistics page.

### General Support and Programmatic Evaluation

The BEACH Program is funded by a federal grant. Yearly budgets and reviews of the proposals, progress reports, and database submissions are mechanisms for programmatic evaluation by EPA. The VDH participates in monthly conference calls and annual meetings with EPA to review the BEACH Program in Virginia. Within VDH, there is routine communication between the Division of Shellfish Safety and Waterborne Hazards and the participating health districts, and weekly reviews of data from each participating health district are performed by VDH's BEACH Coordinator and support staff. Future changes in methodologies will depend upon EPA recommendations, and expansion of the current program may occur in response to the opening of new public beaches or their identification by local health districts.

### 3.4    External Monitoring Partner Programs

Water quality monitoring by external monitoring partners has been a stewardship activity in Virginia for many years. Monitoring by volunteer monitoring groups and by other federal, state, and local environmental agencies and private organizations is a vital part of the Commonwealth's Monitoring and Assessment Program.

Since 1999, the agency has encouraged external partner water quality monitoring by providing technical and, when possible, financial support. DEQ is continuously working to provide opportunities for community involvement in water monitoring and in the water quality assessment process. DEQ continues to utilize new data that were previously unavailable or unknown to the agency. DEQ values the contributions of external monitoring partners and will continue to support their monitoring efforts.  In partnership with these organizations, DEQ continues to increase monitoring coverage in Virginia. For information on conducting water

30

monitoring, submitting data to the agency, receiving agency funding for monitoring or recommending waters for monitoring by DEQ, please visit our external partner monitoring webpage.

The agency formally requests data from the public to include in assessment decisions by way of a data solicitation notice, which is posted to the Virginia Town Hall website. For the 2026 Integrated Report, this data solicitation period ranged from 01/06/2025 – 03/03/2025. These data are then put through a quality assurance process and ultimately are assigned an appropriate assessment level based on adherence with standard protocols, detailed in the next section.

DEQ currently has contacts with over 200 external monitoring organizations. The monitoring stations sampled by external monitoring partners were distributed across the entire state (Figure 3.4-1). All data received from external monitoring partners for the 2026 Integrated Report is reported in Appendix 9.

31

Draft 2026



Figure 3.4-1. External monitoring partners' sites represented by data submitted for the 2026 Integrated Report (n = 1,377 stations).

Draft 2026

### 3.4.1   Quality Assurance and Data Submission Requirements

The majority of data submitted in this assessment cycle were collected under documented protocols, standard operating procedures, and used methods as approved or recognized by DEQ for water quality assessment. Such datasets met Level II or III quality assurance and quality control (QA/QC) requirements, as described below and in Table 3.4-1. Data collected using unconfirmed protocols (Level I data) or sampled on waters that are not publicly accessible, such as on private lakes, are not used by DEQ for assessment. Additional information on how submitted data were assessed is available in the 2026 Water Quality Assessment Guidance Manual.

To assist citizen water quality monitoring groups with developing their monitoring programs, the agency developed the Virginia Citizen Water Quality Monitoring Methods Manual. The manual provides guidance on acceptable QA/QC procedures and protocols. In addition to adhering to the procedures described in the manual and in this section, a data use authorization form must be submitted at the same time or before data are submitted to DEQ, and data format requirements must be followed. The Virginia Citizen Water Quality Monitoring Methods Manual, and additional information on QA/QC procedures and data submission requirements are available at the Citizen Monitoring page of the DEQ website.

The agency has developed three levels of data quality for external monitoring partners. These levels are based on the data QA/QC and the authorized uses of the data indicated by the submitters. In addition to agency needs, collected data may also be used to educate the community, to assist local governments in land use planning, to supplement data for university and professional studies, and to inform water quality protection and improvement projects. For example, the data have been used by local soil and water conservation districts in prioritizing watershed work for best management practices. Data levels assigned by DEQ may be used by others to evaluate whether a given dataset is appropriate to meet project objectives. The levels increase in rank from Level I to III based on increasing DEQ QA/QC requirements (Table 3.4-1). Individual data points receive QA/QC leveling rather than a group's entire dataset that has been submitted.

In 2022, DEQ partnered with the Chesapeake Monitoring Cooperative (CMC) and VIMS to launch the Virginia Data Explorer (VDE), an online portal for Virginia citizen and non-agency water monitoring data. Users can view sampling locations, data summaries, and visualizations with an interactive map on the homepage. An online query builder allows visitors to download datasets of interest. Submittal through the VDE is required for sharing most datasets with DEQ. One exception is for benthic macroinvertebrate data, which should be submitted by email to the volunteer monitoring mailbox: CitizenWater@deq.virginia.gov.  DEQ, CMC and VIMS are currently working to enhance the VDE to allow for submissions of benthic macroinvertebrate data, with the goal of making the VDE the sole means of submitting data starting with the Integrated Report 2028 reporting cycle.  Groups not yet registered in the VDE who wish to share their data with DEQ should contact CitizenWater@deq.virginia.gov. Once a monitoring plan has been reviewed and initial data quality requirements are met, groups can complete the

Draft 2026

online registration to begin uploading data. New groups not familiar with DEQ's data quality requirements are encouraged to visit DEQ's Citizen Monitoring website and consult the Citizen Monitoring Methods Manual and the Data Submittal to DEQ Guide.

34

Draft 2026

Table 3.4-1. Quality assurance and quality control criteria for citizen and outside-agency data.

| Level | Appropriate Data Uses | QA/QC Requirements |
|---|---|---|
| III | • List or delist waters on the 303(d) Impaired Waters list<br><br>• Assess waters for 305(b) Report<br><br>• Use with DEQ data for TMDL development<br><br>• All uses listed in Levels I and II | • DEQ-approved Quality Assurance Project Plan (QAPP) and field or lab Standard Operating Procedures (SOP) required.<br><br>• Field or laboratory audit required.<br><br>• Group provides calibration and quality control associated information to DEQ when submitting data. This information must meet the specific criteria stated in the QAPP.<br><br>• Data must be collected using DEQ-approved methods.<br><br>• There are Virginia Water Quality Standards and Criteria established in regulations that are applicable to the parameter measured. |
| II | • Identify waters for DEQ follow up monitoring.<br><br>• Track performance of TMDL implementation<br><br>• All uses listed in Level I | • DEQ-approved Quality Assurance Project Plan and approved field or lab SOPs required.<br><br>• There may be deviation from an approved method if it can be demonstrated that the method collects data of similar quality to an approved method.<br><br>• Parameters measured must be appropriate for agency business.  In most cases, there are applicable Virginia Water Quality Criteria for the measured parameter. Data may be considered Level II without applicable water quality criteria if the agency use does not require established criteria. * |
| I | • Education<br><br>• Baseline Conditions<br><br>• Notification of Possible Pollution Events<br><br>• Local Land Use Decisions<br><br>• Special Studies | • No QAPP or SOP required by DEQ.<br><br>• Uniform methodology recommended.<br><br>• QAPP, SOPs, or lab methods may not meet DEQ quality assurance/quality control requirements or,<br><br>• There are no Virginia Water Quality standards or criteria applicable to the parameter measured and the data are not appropriate for quantitative analysis as part of agency business*. |

* There are no numeric criteria in the Virginia Water Quality Standard regulations for the following commonly monitored parameters: nitrate (except for waterbodies used for drinking water purposes), nitrite, Total Kjeldahl Nitrogen (TKN), orthophosphate, suspended solids, total nitrogen, total phosphorus (except for lakes), water clarity (turbidity, Secchi depth). Information about water Quality Standards is available at the DEQ Water Quality Standards webpage. Data on parameters for which there is no standard may be used as Level II if used for agency business that does not require a standard (e.g., tracking TMDL Implementation performance

35

## CHAPTER 4. SURFACE WATER QUALITY ASSESSMENT

This Chapter describes DEQ's process for assessing the water quality of Virginia's streams, lakes, and estuaries. Assessment results are provided as an overall statewide summary (Section 4.2) as well as broken down by major river basin (Section 4.3). Chapter 4 also includes an overall "snapshot" of water quality captured by DEQ's freshwater probabilistic monitoring (Section 4.4), a summary of the weight-of-evidence assessments conducted in Virginia's estuaries (Section 4.5), and the assessment of the aquatic life designated uses in the Chesapeake Bay (Section 4.6).

### 4.1     Assessment Methodology

DEQ prepares an assessment guidance manual with each Integrated Report to describe the procedures that will be applied to conducting the water quality assessment. The manual reflects updates to the assessment methods employed which may reflect new, additional or enhanced datasets as well as new data analytical procedures. Additionally, the assessment guidance manual provides the public an opportunity to review and comment on the assessment thresholds and methodologies used by DEQ to determine designated use attainment. The Draft 2026 Water Quality Assessment Guidance Manual was public noticed on April 2, 2025, and DEQ received public comments through May 2, 2025. The Final 2026 Water Quality Assessment Guidance Manual became effective on June 4, 2026. Please visit this document for a more detailed description of assessment procedures and methods to be used in the development of this report.

### 4.1.1   Ten Percent Rule

State and federal law requires DEQ to produce a biennial report on the condition of its waters to Virginia's residents and the EPA. The waters are evaluated in terms of whether the appropriate designated uses are met. The primary designated uses are: 1) wildlife, 2) aquatic life, 3) fish consumption, 4) shellfish harvest, 5) recreation (primary and secondary contact), and 6) public water supply use. There are additional aquatic life Chesapeake Bay specific designated uses associated with the Chesapeake Bay.

Previous EPA national guidance recommended that states use an assessment method based on assumptions about the kind and frequency of data needed to support an assessment. The objective of assessment is to determine whether waterbodies support the designated uses of an assessment unit (AU). The ten percent rule is used for determining full support or impairment for conventional parameters like DO, pH, and temperature and bacterial indicators. Generally, datasets with an exceedance rate that is greater than 10% and at least 2 exceedances are considered impaired. This percentage rule is governed by the fact that sampling is associated with unknown equipment and human error, as well as an acknowledgment that designated uses are not impacted by infrequent, short-term exceedances of water quality standards. The ten percent rule is not applied to the assessment of toxic parameters as contained in 9VAC25-260-140 as the WQS regulation establishes allowable exceedance thresholds for these pollutants.

Draft 2026

### 4.1.2   Rules Used to Assess Support of Designated Uses

Virginia bases its water quality assessment on the ability of the waters to support the associated designated uses. The specific decision rules and procedures are described in the Final 2026 Water Quality Assessment Guidance Manual. Designated use support is established on the waters meeting the criteria for each use as defined in the numeric and/or narrative water quality standards. The following is a general description of the criteria used to determine the quality of the waters relating to each of the designated uses and associated categories. A full list of EPA and Virginia categories can be found in Section 1.2.1. Additional information related to the degree of use support can be found at the DEQ water quality standards webpage.

***Not Assessed***
Waters with no data for any uses or with only a single sample (conventional parameters only) (Category 3A).

***Insufficient Information***
Waters that have a single exceedance in a small dataset (2-9 samples for conventional parameters) are considered insufficient data (Category 3B). Additionally, waters will be classified as insufficient data (Category 3B) where benthic index scores conflict with DEQ biologist's best professional judgment and are unable to determine if the aquatic life use is met. Waters where the data are not QA/QC approved but the data review indicates potential degradation are categorized as insufficient data but having observed effects (Category 3C). Waters where the data are not QA/QC approved but the assessment results indicate acceptable water quality will be considered insufficient data with no observed effects (Category 3D). Waters that were previously categorized as fully supporting a designated use (Category 2) will default to Category 3 after two assessment cycles of no new data. Category 3E are waters of concern to the state and data exist, but no water quality standard has been established for the pollutant. The waterbody either exceeds a state screening value, failed a toxicity test or the pollutant has been identified as a most probable stressor and had a TMDL equation assigned during development of an EPA approved TMDL.

***Fully Supporting***
The following is a description of the types of data and the acceptable criteria used to assess waters as fully supporting designated uses. Waters are placed in Category 1 or 2, depending on whether data is available to assess all applicable designated uses.  Waters would be placed in Category 2A or 2C where all assessed uses or met but there is not information for all applicable uses.  When <u>all</u> designated uses are assessed as fully supporting, the water would be placed in Category 1.

   *Conventional Parameters:*
   Waters that are fully supporting their designated uses can have up to 10.5% exceedances of water quality criteria for conventional parameters dissolved oxygen, temperature, and pH (aquatic life use) without negatively affecting designated uses. Natural variability can cause exceedances of these criteria in the 0-10.5% range and still

37

Draft 2026

fully support the aquatic life designated use. All data assessed as fully supporting must be QA/QC approved.

Numerical criteria for dissolved oxygen, pH and temperature do not apply at < 7Q10 flow conditions. 7Q10 is the lowest flow averaged (arithmetic mean) over a period of seven consecutive days that can be statistically expected to occur once every 10 climatic years (a climatic year begins April 1 and ends March 31). Data for these parameters that are from flow conditions below 7Q10 will not be used to make assessment decisions per 9VAC25-260-50.

*Bacteria:*
An *E. coli* or Enterococci dataset collected in the two most recent years of the assessment data window with 10 or more samples, no geometric mean exceedances, and a Statistical Threshold Value (STV) exceedance rate of less than 10% in a 90-day period is considered fully supporting the recreation use. Both the geometric mean and STV criteria must be met for the water to be considered fully supporting.

*Toxic Pollutants:*
For toxic pollutant assessment in free-flowing streams, waters where there are two or more samples and no exceedances of aquatic life criteria within a running 3-year period, using grab samples or Semipermeable Membrane Device (SPMD) data, are considered fully supporting for aquatic life and wildlife use. For public water supply and human health-related criteria in other surface waters, two or more samples and no exceedances during the reporting period, using grab samples or SPMD data, are considered fully supporting for Public Water Supply (PWS) and/or fish consumption use. For probabilistic benthic assessments in estuarine waters, where there are several types of toxic data available, a "weight of evidence" approach is used.

*Fish Tissue Contamination:*
Waters with two or more samples, with no exceedances of the fish tissue screening values are considered fully supporting.

*Biological Evaluation*:
For free-flowing stream biological community assessment, data for the overall assessment period are rated as not impaired where no biological assemblage (e.g., macro-invertebrates) has been modified beyond the natural range of reference conditions based on the Virginia Stream Condition Index (VSCI) or the Virginia Coastal Plain Macroinvertebrate Index (VCPMI) methodology.

*Fish Consumption Advisories:*
Waters where VDH has not issued any fish consumption advisories and fish tissue data meet toxics criteria are assessed as fully supporting for the fish consumption use.

*Shellfishing Advisories*:

38

Draft 2026

Growing areas are considered fully supporting (Category 2A) for the shellfish consumption use where no restriction or prohibition (condemnation) on shellfish harvesting is imposed as indicated by the Department of Shellfish Sanitation (DSS) summary dated December 2024. The shellfishing use should be considered fully supporting (Category 2B) when harvesting is limited because of seasonal or conditional closures per VDH Department of Shellfish Sanitation.

*Beach Closures/Advisories:*
Beach waters are assessed as fully supporting the recreation use when no VDH beach closures were issued and/or geometric mean exceedances and 10 percent or less exceedance rate of the STV in any 90-day periods occurred, based on QA/QC approved sampling data, during the assessment period.

*Swimming Advisories due to Harmful Algal Blooms (HABs):*
A VDH advisory that is lifted after the minimum follow-up sampling events in the two most recent years of the assessment window.

### Previous Use of Fully Supporting with an Observed Effect
Many of the waters that had previously been categorized as Category 2B will now fall under Category 3E which are waters of concern to the state and data exist, but no water quality standard has been established for the pollutant. Additionally, the waterbody either exceeds a state screening value, failed a toxicity test or the pollutant has been identified as a most probable stressor and had a TMDL equation assigned during development of an EPA approved TMDL.

### Pollutant Caused Impaired or Threatened Waters Not Needing a TMDL
Impaired or threatened waters not needing a TMDL are listed in the federal Category 4. These are waters that are impaired, but a TMDL has been developed and approved by EPA (Category 4A), waters where other pollutant control requirements are reasonably expected to result in attainment of designated use(s) (Category 4B) and waters that are naturally impaired (Category 4C).

### Pollutant Caused Impaired or Threatened Waters Needing a TMDL
Those waters impaired or threatened by pollutant(s) and needing a TMDL are included in the 303(d) list. These waters are placed in the federal Category 5 (needing a TMDL) and the Virginia sub-categories of 5A, 5B, 5D and possibly 5C. The following is a description of the types of QA/QC-approved data and the acceptable criteria used to assess waters as impaired or threatened for the designated uses.

*Conventional Parameters*:
Waters with long-term or chronic pollutant-related problems based on the assessment of monitored data are considered impaired and needing a TMDL. For a conventional parameter dataset, generally at least two exceedances of water quality standards and exceedances >10.5% are considered impaired and needing a TMDL.

Draft 2026

*Bacteria:*
Waters with *E. coli* or Enterococci datasets collected in the two most recent years of the assessment data window that have 10 or more samples in a 90-day period and one or more exceedances of the geometric mean are considered impaired. In addition, waters with *E. coli* or Enterococci datasets collected in the two most recent years of the assessment data window that have two or more samples and an STV exceedance rate greater than 10% in a 90-day period are considered impaired. Both criteria are used to assess the recreation use, but only one must fail for a water to be impaired.

*Toxic Pollutants:*
Virginia will assess waters as impaired for the aquatic life use and included in Category 5A if: 1) an acute criterion is exceeded two or more times within a three-year period based on either grab samples or samples collected with a 30-day semi-permeable membrane device (SPMD) or if 2) a chronic criterion is exceeded two or more times within a three-year period based on either multiple grab samples collected within two separate four-day periods or multiple samples collected with a 30-day semi-permeable membrane device (SPMD). For public water supply or human health criteria in other surface waters, two or more exceedances of the same criteria within the reporting period using grab samples or SPMD data are considered impaired and needing a TMDL for PWS or fish consumption use. For toxic pollutant assessment in estuarine waters, where there are several types of toxic data available, a "weight of evidence" approach is used.

*Fish Tissue Contamination:*
Waters exceeding the same toxic human health criteria-based tissue value (TV), listed in Appendix E-1 of the Final 2026 Water Quality Assessment Guidance Manual, in two or more samples are considered impaired for fish consumption.

*Biological Data*:
For free-flowing waters where the biological community VSCI or CPMI survey data are confirmed to be impaired and needing a TMDL. Based on professional judgment and/or other supplemental data, a second survey may be required to confirm moderate impairment and pollutant related causes. In this case, the initial assessment would reserve judgement and follow-up monitoring scheduled.

*Fish Advisories:*
VDH fish consumption prohibitions and/or advisories, where fish consumption is specifically limited, are considered evidence of non-attainment of the designated use and are therefore considered impaired.

*Shellfish Advisories*:
Those growing areas, as indicated by the DSS summary dated December 2024 that have been classified as prohibited or restricted (condemnations) based on bacteria data are considered impaired. Restricted areas that have been administratively condemned due solely to the presence of a VPDES permitted outfall or administrative closure where no

40

Draft 2026

data is available will not be assessed as the shellfish use has been administratively removed.

*Beach Closures/Advisories:*
10 or more days within a 90-day period are identified at a monitored beach as having a VDH beach swimming advisory within the two most recent calendar years of the six-year assessment window.

*Swimming Advisories due to Harmful Algal Blooms (HABs):*
A water is considered impaired for the recreation use if a VDH advisory persists past the minimum follow-up sampling events in the two most recent years of the assessment window.

41

Draft 2026

**4.2     Statewide Water Quality Assessment Results**

**4.2.1   Designated Use Attainment Summary**

The overall water quality assessment for a given waterbody is determined based on whether it is supporting its designated uses as described in Virginia's water quality standards. A given waterbody can be assessed for multiple, applicable designated uses.  If any one of the applicable designated uses is not supported the waterbody would be placed an impaired assessment category. Table 4.2-1 briefly describes the primary designated uses, and the parameters used in this assessment to demonstrate their attainment. Several additional aquatic life designated uses that have been adopted for the Chesapeake Bay and its tidal tributaries. Additional information about the Chesapeake Bay specific designated uses can be found in Section 4.6.

Table 4.2-1. Designated use descriptions and indicators.

| Designated Use | Use Descriptions and Indicators |
|---|---|
| Aquatic Life Use, Chesapeake Bay Specific Designated Uses | Description: The propagation, growth, and protection of a balanced indigenous population of aquatic life that may be expected to inhabit a waterbody |
| | Indicators: Dissolved oxygen, pH, temperature, chlorophyll $a$*, nutrients*, water column and sediment toxics, toxicity tests, benthics, submerged aquatic vegetation, and water clarity. |
| Fish Consumption Use | Description: Game and marketable fish species that are safe for human health |
| | Indicators: VDH consumption advisories, fish tissue toxics, and water column toxics |
| Shellfishing Use | Description: Marketable shellfish (clams, oysters, mussels) that are safe for human health |
| | Indicators: VDH consumption advisories |
| Recreation (Swimming) Use | Description: Swimming, boating, and other recreational activities |
| | Indicators: VDH advisories for bacteria and harmful algal blooms, bacteria |
| Public Water Supply Use | Description: Drinking water safe for human health |
| | Indicators: VDH advisories, water column toxics |
| Wildlife Use | Description: The propagation, growth, and protection of associated wildlife |
| | Indicators: Water column toxics |

*Chlorophyll a and nutrients (total phosphorus) are assessed only in the lakes listed in Section 187 of the WQS. Chlorophyll a is also assessed in the tidal James River.*

The six-year assessment begins with an analysis of all QA/QC approved data from DEQ ambient water quality, biological, sediment and fish tissue monitoring, special studies and/or other non-agency water quality data, including volunteer monitoring data. Non-agency monitoring data is evaluated for use in the assessment using the process outlined in Part VI of the Draft 2026 Assessment Guidance Manual. The results of these comprehensive data analyses are compared

Draft 2026

to both numeric and narrative criteria related to the designated uses established by Virginia's water quality standards. A description of the assessment methodology can be found in Section 4.1, as well as the Draft 2026 Assessment Guidance Manual.

Geographical re-indexing and the use of the National Hydrography Dataset (NHD) may alter the actual number of stream miles within the state between reports. The Draft 2026 Water Quality Assessment Guidance provides basic guidelines on stream mile delineation to DEQ assessment staff for associating the mileage assessed, relative to a specific sampling station. This is especially important where there are no easily identifiable changes in watershed characteristics. In some cases, the stream miles associated with a sampling station have been conservatively reduced or in other cases, slightly expanded from previous assessment reports. In many cases, additional monitoring stations have been added in the watershed and may increase the size of some assessed segments depending on the additional data collected. The stream mile delineations found in this report are only reflective of the 2026 monitoring and assessment period.

A total of 100,971 miles of rivers, 2,842 square miles of estuarine waters, and 117,904 acres of reservoir/lakes were determined to be available for assessment this cycle (Table 4.2-2). Approximately 65% of Virginia's rivers are first and second order streams and are not routinely monitored by the DEQ ambient monitoring network. These waters are regularly monitored via the Freshwater Probabilistic Monitoring program (Section 4.4) and are also included in watershed cleanup plans.

Table 4.2-2. Summary of all water bodies assessed. Values inside parentheses represent percent of total waterbody type for the entire state.

|  | Rivers (Miles) | Lakes (Acres) | Estuaries (Miles$^2$) |
|---|---|---|---|
| Non-Impaired | 3,970 (4%) | 9,246 (8%) | 316 (11%) |
| Impaired | 16,371 (16%) | 105,808 (90%) | 2,135 (75%) |
| Not Assessed/Insufficient | 80,631 (80%) | 2,851 (2%) | 391 (14%) |
| **Total** | 100,971 | 117,904 | 2,842 |

Following the assessment scheme and categorization described in Section 1.2.1 waters are assigned an overall assessment category as part of the assessment process. The full integrated list of waters is provided in Appendix 1. Tables 4.2-3 through 4.2-5 provide a summary of waters by assessment categories by water body type.

Draft 2026

Table 4.2-3. Assessment results for Rivers by category. All values rounded to the nearest whole number.

| Degree of Use Support | Total (Miles) | Total (%) |
|---|---|---|
| **EPA Category 1**: *Fully supporting all designated uses* | **0** | **0%** |
| Virginia Subcategory 1A | 0 | |
| **EPA Category 2**: *Fully supporting some uses but insufficient data to assess all* | **3,970** | **4%** |
| Virginia Subcategory 2A | 3,798 | |
| Virginia Subcategory 2B | 0 | |
| Virginia Subcategory 2C | 172 | |
| **EPA Category 3**: *Insufficient data to determine if any uses are being met* | **80,631** | **80%** |
| Virginia Subcategory 3A | 79,424 | |
| Virginia Subcategory 3B | 686 | |
| Virginia Subcategory 3C | 243 | |
| Virginia Subcategory 3D | 243 | |
| Virginia Subcategory 3E | 34 | |
| **EPA Category 4**: *Waters are impaired or threatened but do not need a TMDL* | **8,137** | **8%** |
| EPA Subcategory 4A | 8,070 | |
| EPA Subcategory 4B | 0 | |
| EPA Subcategory 4C | 67 | |
| **EPA Category 5**: *Waters are impaired or threatened and need a TMDL* | **8,234** | **8%** |
| Virginia Subcategory 5A | 4,870 | |
| Virginia Subcategory 5B | 0 | |
| Virginia Subcategory 5C | 339 | |
| Virginia Subcategory 5D | 2,938 | |
| Virginia Subcategory 5E | 0 | |
| Virginia Subcategory 5F | 64 | |
| Virginia Subcategory 5R | 23 | |
| **Total Size** | **100,971** | **100%** |

Draft 2026

Table 4.2-4. Assessment results for Lakes/Reservoirs by category. All values rounded to the nearest whole number.

| Degree of Use Support | Total (Acres) | Total (%) |
|---|---|---|
| **EPA Category 1**: <br> *Fully supporting all designated uses* | **0** | **0%** |
| Virginia Subcategory 1A | 0 | |
| **EPA Category 2**: <br> *Fully supporting some uses but insufficient data to assess all* | **9,246** | **8%** |
| Virginia Subcategory 2A | 9,246 | |
| Virginia Subcategory 2B | 0 | |
| Virginia Subcategory 2C | 0 | |
| **EPA Category 3**: <br> *Insufficient data to determine if any uses are being met* | **2,851** | **2%** |
| Virginia Subcategory 3A | 1,284 | |
| Virginia Subcategory 3B | 1,257 | |
| Virginia Subcategory 3C | 199 | |
| Virginia Subcategory 3D | 63 | |
| Virginia Subcategory 3E | 47 | |
| **EPA Category 4**: <br> *Waters are impaired or threatened but do not need a TMDL* | **8,276** | **7%** |
| EPA Subcategory 4A | 7,581 | |
| EPA Subcategory 4B | 0 | |
| EPA Subcategory 4C | 694 | |
| **EPA Category 5:** <br> *Waters are impaired or threatened and need a TMDL* | **97,532** | **83%** |
| Virginia Subcategory 5A | 80,135 | |
| Virginia Subcategory 5B | 0 | |
| Virginia Subcategory 5C | 113 | |
| Virginia Subcategory 5D | 17,285 | |
| Virginia Subcategory 5E | 0 | |
| Virginia Subcategory 5F | 0 | |
| Virginia Subcategory 5R | 0 | |
| **Total Size** | **117,904** | **100%** |

Draft 2026

Table 4.2-5. Assessment results for Estuarine Waters by category. All values rounded to the nearest whole number.

| Degree of Use Support | Total (Miles$^2$) | Total (%) |
|---|---|---|
| **EPA Category 1**: *Fully supporting all designated uses* | **0** | **0%** |
| Virginia Subcategory 1A | 0 | |
| **EPA Category 2**: *Fully supporting some uses but insufficient data to assess all* | **316** | **11%** |
| Virginia Subcategory 2A | 308 | |
| Virginia Subcategory 2B | 4 | |
| Virginia Subcategory 2C | 4 | |
| **EPA Category 3**: *Insufficient data to determine if any uses are being met* | **391** | **14%** |
| Virginia Subcategory 3A | 390 | |
| Virginia Subcategory 3B | <1 | |
| Virginia Subcategory 3C | 0 | |
| Virginia Subcategory 3D | 0 | |
| Virginia Subcategory 3E | 0 | |
| **EPA Category 4**: *Waters are impaired or threatened but do not need a TMDL* | **45** | **2%** |
| EPA Subcategory 4A | 45 | |
| EPA Subcategory 4B | 0 | |
| EPA Subcategory 4C | 0 | |
| **EPA Category 5**: *Waters are impaired or threatened and need a TMDL* | **2,091** | **74%** |
| Virginia Subcategory 5A | 5 | |
| Virginia Subcategory 5B | 0 | |
| Virginia Subcategory 5C | <1 | |
| Virginia Subcategory 5D | 2,016 | |
| Virginia Subcategory 5E | 0 | |
| Virginia Subcategory 5F | 69 | |
| Virginia Subcategory 5R | <1 | |
| **Total Size** | **2,842** | **100%** |

Designated use support summaries of the river miles, estuarine square miles, and lake/reservoir acres within and bordering Virginia are presented in Figures 4.2-1 through 4.2-4. The overall assessment of each waterbody was determined by examining the support of up to six designated uses, as applicable, for each assessed waterbody. The assessment of a specific use depends on the types of data that are available. Additionally, not all uses may exist in each water. For instance, the public water supply use only applies to the waters designated as such in Virginia's water quality standards. The shellfishing use only exists in estuarine waters.

Draft 2026



Figure 4.2-1. Designated use summary for rivers (80,632 miles were not assessed).



Figure 4.2-2. Designated use summary for lakes (2,851 acres not assessed).

47

Draft 2026



Figure 4.2-3. Designated use summary for estuaries (350 miles$^2$ not assessed).



Figure 4.2-4. Chesapeake Bay-specific designated use summary Figures 4.6-4 and 4.6-6 provide an overview of the DO criteria assessment. The use attainment reported in this figure reflects the EPA 1999 Overlist action. Portions of the Chesapeake Bay and tributaries may not be reported as delisted until all applicable DO criteria are assessed.

48

The migratory fish and spawning designated use was not assessed (254 miles$^2$).

The overall summary of assessment results between 2024 and 2026 IR cycles are relatively unchanged. Table 4.2-6 presents a statewide summary comparison between assessment cycles. The largest change from the last integrated report was observed in lakes primarily due to new fish consumption impairment (PCBs) in Swift Creek Reservoir, aquatic life impairment (DO) in the Sandy River Reservoir, aquatic life impairment (DO) in the Beaverdam Swamp Reservoir, and fish consumption impairment (mercury) in Carvin Cove Reservoir.

Table 4.2-6. Comparison of the 2024 and 2026 IR assessment results. Values represent percent of total waterbody type for the entire state.

|  | Rivers (Miles) | | Lakes (Acres) | | Estuaries (Miles$^2$) | |
|---|---|---|---|---|---|---|
|  | 2024 | 2026 | 2024 | 2026 | 2024 | 2026 |
| Non-Impaired | 4% | 4% | 11% | 8% | 11% | 11% |
| Impaired | 16% | 16% | 87% | 90% | 75% | 75% |

## 4.2.2   Causes of Impairment

In Virginia, waters are assigned designated uses (e.g. aquatic life), and then parameters which can negatively impact those designated uses, such as low dissolved oxygen, or parameters which indicate those designated uses are impaired, such as benthic macroinvertebrate communities, are monitored across the state. A summary of the top parameters that are the leading causes of designated use impairments by water body type is presented in Table 4.2-7.

Table 4.2-7. Leading causes of impairment by water body type.

|  | River (Miles) | Lakes (Acres) | Estuaries (Miles$^2$) |
|---|---|---|---|
| Total Impairment | 16,369 | 104,558 | 2,135 |
| Bacteria | 12,149 | 6,078 | 164 |
| Toxics in Fish Tissue | 3,815 | 94,745 | 2,045 |
| Dissolved Oxygen | 729 | 58,470 | 1,242 |

After a waterbody is classified as impaired, state statute directs DEQ to develop and implement a plan to achieve fully supporting status for the water by addressing the pollutant(s) causing the impairment. DEQ may initiate a watershed study, such as a Total Maximum Daily Load (TMDL). TMDLs are implemented in applicable discharge permits and by addressing nonpoint pollutant sources. In Virginia, an Implementation Plan (IP), also known as a clean-up plan, is often used to guide implementation of nonpoint source controls.

The leading cause of impairment in rivers and streams in Virginia is excessive bacteria (Table 4.2-7). *Escherichia coli* (*E. coli*) is the pathogenic indicator used in freshwater, while Enterococci is used in estuarine/coastal waters. These bacteria are associated with the fecal matter of warm-blooded animals. Bacteria and other microorganisms are found naturally in water but can become harmful to human health in high concentrations. Exposure to water-borne pathogens

49

Draft 2026

can cause various gastrointestinal, skin, neurological, and other serious diseases. Many rivers are covered by watershed plans to address excessive bacteria levels across the state. Over 83% (10,122 miles) of the river miles with high bacteria levels already have TMDLs developed (Figure 4.2-5), or other pollution controls enacted.



Figure 4.2-5. Summary of parameters causing impairments in Virginia's rivers and streams. Light purple shading indicates the size of the waterbody that does not require a TMDL because one has been developed, other pollution controls are in place, or the condition is considered natural (Category 4). Dark purple shading indicates that a TMDL is required (Category 5).

The leading cause of impairment in Virginia's reservoirs and lakes is low dissolved oxygen concentration (Figure 4.2-7). All aquatic life depends on oxygen, and when it is depleted to the point where aquatic life is no longer sustainable, a waterbody is said to be hypoxic. Hypoxia can result from natural processes, such as slow-moving swamp waters that have large amounts of decaying plant material. It can also naturally occur in lakes/reservoirs when the water column becomes thermally stratified. However, chronic hypoxia can occur for anthropogenic reasons. An increase in nutrient concentrations in the water can cause hypoxia by promoting the growth of algae. Excessive algae produce floating mats on the water surface which keep light from reaching rooted vegetation, therefore limiting its growth. Moreover, as algae die and settle to the bottom, decay processes reduce oxygen levels and create unfavorable conditions for other aquatic organisms.

Draft 2026



Figure 4.2-6. Summary of impaired lake acres by parameter. Light purple shading indicates the size of the waterbody that does not require a TMDL because one has been developed, other pollution controls are in place, or the condition is considered natural (Category 4). Dark purple shading indicates that a TMDL is required (Category 5).

The leading cause of impairment in estuarine waters is the lack of submerged aquatic vegetation or SAV. The criterion for SAV is represented as an acreage goal by water segment in the Virginia Water Quality Standards regulation. Approximately 49% of the total statewide SAV acre goal was attained during the 2026 IR cycle, a 1% increase in total statewide coverage from the 2024 IR cycle. The Chesapeake Bay TMDL (Bay TMDL) addresses many of the estuarine aquatic life impairments, including dissolved oxygen and SAV. More detail on the Chesapeake Bay assessment results (Section 4.6) and the implementation of the Bay TMDL (Section 6.8) can be found later in this report.

A summary of the parameters causing designated use impairments across Virginia's estuarine waters is presented in Figure 4.2-8. Figure 4.6-8 provides an overview of the Chesapeake Bay benthic assessment results.

51

Draft 2026



Figure 4.2-7. Summary of impaired estuarine square miles by parameter. Light purple shading indicates the size of the waterbody that does not require a TMDL because one has been developed, other pollution controls are in place, or the condition is considered natural (Category 4). Dark purple shading indicates that a TMDL is required (Category 5).

Polychlorinated biphenyls (PCBs) are the major cause of fish consumption impairments (56%) across all water types. Mercury is the second largest cause of fish consumption (41%) impairments across the commonwealth. Mercury, specifically in the form of methylmercury, causes damage to the human central nervous system and brain. The metal can be found naturally, but its appearance in the environment is often due to anthropogenic (human-caused) reasons. Mercury commonly enters water through atmospheric deposition. Air particles can travel vast distances, so locating a single source is not possible in most cases. PCBs are another leading cause of impairment. While the toxicity of PCBs depends on the specific form (or congener) and associated concentration, this class of organic compounds contains endocrine disruptors, neurotoxins, and carcinogens. Like methylmercury, PCBs accumulate in fish tissues. The production of PCBs, used mainly as coolants and insulating fluids, was banned in the US in the late 1970s. However, PCBs are still ubiquitous, frequently appearing as "legacy contaminants" in soils close to where dischargers once used PCBs in industrial processes. These soils can then enter nearby water sources through stormwater runoff. A summary of fish consumption impairments by water body type is presented in Figure 4.2-8.

Draft 2026



Figure 4.2-8. Summary of waters with fish consumption impairments for riverine (A), lacustrine (B), and estuarine (C) waters. This graphic adds all impairments by pollutant of a given waterbody together; if the same assessment unit has multiple fish consumption impairments (PCB, Hg, etc.) then that assessment unit would be counted multiple times in this tally.

The top five parameters that have been identified as most probable stressors to riverine benthic communities in EPA approved TMDLs are listed in Table 4.2-8. Based on the TMDLs completed and approved to date, the largest stressor to riverine benthic macroinvertebrate communities is excessive sediment (902 miles), accounting for over four times the amount of river miles relative to the second most common stressor, total phosphorus (183 miles).

53

Table 4.2-8. Top five most probable stressors identified in TMDLs to address impaired benthic macroinvertebrate communities in riverine systems. All values rounded to the nearest river mile.

| Parameter | Miles |
|---|---|
| Sediment | 1,257 |
| Total Phosphorus | 310 |
| Total Dissolved Solids (TDS) | 106 |
| Polycyclic Aromatic Hydrocarbons (PAHs) | 31 |
| Total Nitrogen | 25 |

Pollutant sources that correlate to causes of impairments are reported by assessment unit once confirmed through the TMDL process. Assessment unit causes will remain with a source unknown until the TMDL is completed. A percentage of impaired waterbody sizes and their associated sources are presented in Table 4.2-9 and are summarized by water body type.

Table 4.2-9. Pollutant sources of designated use impairment, by water body type, ranked by percentage of impaired water size. (Note: Waters can have multiple sources of pollution.)

| Rivers | | Lakes | | Estuaries | |
|---|---|---|---|---|---|
| Wildlife Other than Waterfowl | 40% | Source Unknown | 74% | Source Unknown | 98% |
| Source Unknown | 36% | Atmospheric Deposition | 24% | Agriculture | 96% |
| On-site Septic Treatment Systems | 35% | Industrial Point Source Discharge | 24% | Industrial Point Source Discharge | 88% |
| Livestock (Grazing or Feeding Operations) | 35% | Contaminated Sediments | 24% | Atmospheric Deposition - Nitrogen | 88% |
| Agriculture | 30% | Natural Conditions | 5% | Internal Nutrient Cycling | 88% |
| Non-Point Source | 30% | Natural Sources | 4% | Loss of Riparian Habitat | 88% |

Waters are removed from the impaired waters list by providing new data or information to the U.S. Environmental Protection Agency (EPA) that shows attainment of water quality criteria. In the 2026 IR, DEQ proposes fully or partially delisting 398 water segments from the Impaired Waters List. Of these, 73 are considered full delists, where all assessed uses for the given segment are attained, and 325 are considered partial delists, where one or more parameters meet criteria, but others remain a cause of impairment. Figure 4.2-10 shows a map of the waters proposed for delisting. A water body is considered fully delisted when there are parameter data to show every applicable designated use is supported. DEQ also reports partial delists to EPA, where a water segment may be meeting one designated use and still be impaired for another.

As evident in the tables and figures in this section, Virginia has made substantial progress by completing TMDL plans for many impairments, including those resulting from elevated bacteria, poor benthic macroinvertebrate communities (benthics), dissolved oxygen, and PCBs in fish tissue. Section 6.2 provides more information on the prioritization process for TMDL development through 2032.

Draft 2026

55

Draft 2026



## Water Quality Restoration Progress* in Virginia

**722 Fully Delisted Waters**

73 Additional Full Delistings Submitted in 2026
  184 miles of rivers/streams
  2,485 acres of reservoirs/lakes
  5 sq. miles of estuary

**3,416 Partially Delisted Parameters ^**

333 Additional Partial Delistings Submitted in 2026
  417 miles of rivers/streams
  5,262 acres of reservoirs/lakes
  274 sq. miles of estuary

draft: clb031926

\* Restoration progress (i.e. delist status) is cumulative as December 2024.

^ Partial delisting totals are parameter based. Partial delistings from previous cycles are removed from this tally as they become fully delisted.

Figure 4.2-9. Map of delisted Assessment Units for the 2026 Integrated Report

Draft 2026

**4.3    Individual River Basin Assessment Results**

Individual river basin (Figure 4.3-2) summaries of the river miles, estuarine square miles, and lake/reservoir acres are presented in this chapter. The overall assessment of each waterbody was determined by examining the support of up to six designated uses, as appropriate, for each assessed waterbody. The assessment of a specific use depends on the types of data that are available.



Figure 4.3-1. Map of major river basins in Virginia

### 4.3.1  *Potomac and Shenandoah River Basin*

The Potomac-Shenandoah River basin, as its name implies, is made up of the Shenandoah River sub-basin and the Potomac River sub-basin. It occupies the northern portion of Virginia and covers 5,681 square miles or 13 percent of the Commonwealth's total area.

In Virginia, the Potomac-Shenandoah basin is defined by both hydrologic and political boundaries. The James River and Rappahannock River basins bound the basin to the south. The West Virginia and Maryland State lines and the District of Columbia bound the northern and western perimeter of the basin.

The headwaters of the Shenandoah River sub-basin begin in Augusta County and flow in a northeasterly direction for approximately 100 miles to the West Virginia state line. The basin averages 30 miles in width and covers 3,384 square miles.

The topography of the Shenandoah River sub-basin is characterized by valleys and rolling hills bordered by the Appalachian Mountains to the west and the Blue Ridge Mountains to the east. The Massanutten Mountain Range divides the Shenandoah River into the North and South Forks. Tributaries of the Shenandoah River exhibit steep profiles as they drain the surrounding mountain ridge. The main stem of the Shenandoah exhibits a moderately sloping profile with occasional riffles and pools. Approximately 45 percent of the land is forested due to the large amount of federally owned land and the steep topography. Farmland and pasture account for 39 percent of the land area, while 16 percent is urban.

57

Draft 2026

The Potomac River sub-basin headwaters begin in Highland County. The drainage area is 323 square miles for the headwaters. The river then flows in a northeasterly direction through West Virginia and Maryland before joining the Shenandoah at Harper's Ferry, West Virginia. The Potomac River continues as the border between Maryland and Virginia. These waters flow approximately 200 miles in a southeasterly direction along Loudoun and Fairfax counties to its confluence with the Chesapeake Bay in Northumberland County. Approximately 2,298 of the 14,700 square miles of the Potomac River sub-basin drainage area lie in Virginia. The rest covers four states and the District of Columbia.

Gently sloping hills and valleys from Harpers Ferry to approximately 45 miles downriver characterize the topography of the upper Piedmont region of the Potomac River sub-basin. In the central Piedmont area, the profile is rather flat until it nears the fall line at Great Falls, where the stream elevation rapidly descends from over 200 feet to sea level. Tributaries in the central Piedmont exhibit moderate and near constant profiles. Their flat slope largely characterizes streams in the Coastal Plain area. Approximately 40 percent of the Potomac River basin is forested, 33 percent is farmland and pasture, and an estimated 27 percent is urban.

The 2010 population for the Potomac-Shenandoah River basin was approximately 3,141,200 (VA WIP III). The majority of the population resides in urban Virginia surrounding Washington, D.C. All or part of the following jurisdictions lie within the basin: Counties – Arlington, Augusta, Clarke, Fairfax, Fauquier, Frederick, Highland, King George, Loudoun, Northumberland, Page, Prince William, Rockingham, Shenandoah, Stafford, Warren, and Westmoreland; Cities – Alexandria, Fairfax, Falls Church, Harrisonburg, Manassas, Manassas Park, Staunton, Waynesboro, and Winchester.

The Potomac-Shenandoah River basin is divided into eight USGS hydrologic units as follows: HUC 02070001- South Branch Potomac; HUC 02070004 - Conococheague-Opequon; HUC 02070005 - South Fork Shenandoah; HUC 02070006 - North Fork Shenandoah; HUC 02070007 - Shenandoah; HUC 02070008 - Middle Potomac-Catoctin; HUC 02070010 - Middle Potomac-Anacostia-Occoquan; HUC 02070011 - Lower Potomac. The eight hydrologic units are further divided into 92 waterbodies or watersheds and 183 6th order sub-watersheds.

Potomac and Shenandoah River basin assessment information is included in the following figures and tables.

**Total basin water body sizes, note all values rounded to the nearest whole number.**
Rivers - 13,226 miles
Lakes - 4,265 acres
Estuaries - 59 miles[2]

Draft 2026



Figure 4.3-2. Designated use summary for rivers in the Potomac-Shenandoah River basin (10,201 miles not assessed).



Figure 4.3-3. Designated use summary for lakes in the Potomac-Shenandoah River basin (1,284 acres not

Draft 2026

assessed).



Figure 4.3-4. Designated use summary for estuaries in the Potomac-Shenandoah River basin (all miles$^2$ assessed).



Figure 4.3-5. Chesapeake Bay-specific designated use summary for the Potomac-Shenandoah River basin.
Table 4.3-1. Significant causes of use impairment in the Potomac-Shenandoah River basin, by waterbody type,

Draft 2026

ranked by percentage of impaired water size (note: Waters may have multiple pollutants).

| Rivers | | Lakes | | Estuaries | |
|---|---|---|---|---|---|
| Bacteria | 82% | PFOS in Fish Tissue | 68% | PCBs in Fish Tissue | 62% |
| Impaired Benthics | 34% | Dissolved Oxygen | 17% | SAV | 59% |
| Sediment | 15% | PCBs in Fish Tissue | 15% | Estuarine Bioassessments | 55% |
| pH | 7% | Mercury in Fish Tissue | 9% | Bacteria | 20% |
| Mercury in Fish Tissue | 7% | Bacteria | 5% | PFOS in Fish Tissue | 13% |
| Phosphorus, Total | 5% | Temperature | 1% | Sediment Bioassay | 12% |

Table 4.3-2. Pollutant sources of impairment in the Potomac-Shenandoah River basin, by water body type, ranked by percentage of impaired water size (note: Waters may have multiple sources of pollution).

| Rivers | | Lakes | | Estuaries | |
|---|---|---|---|---|---|
| Wildlife Other than Waterfowl | 62% | Source Unknown | 76% | Clean Sediments | 59% |
| Agriculture | 54% | Atmospheric Deposition - Toxics Source | 15% | Loss of Riparian Habitat | 59% |
| Non-Point Source | 53% | Combined Sewer Overflows | 15% | Sediment Resuspension (Clean Sediment) | 59% |
| Livestock (Grazing or Feeding Operations) | 44% | Contaminated Sediments | 15% | Sources Outside State Jurisdiction or Borders | 59% |
| On-site Septic Treatment Systems | 30% | Upstream Sources | 15% | Internal Nutrient Recycling | 59% |
| Grazing in Riparian or Shoreline Zones | 22% | Livestock (Grazing or Feeding Operations) | 15% | Atmospheric Deposition - Nitrogen | 59% |

## 4.3.2   James River Basin

The James River Basin occupies the central portion of Virginia and covers 10,265 square miles or approximately 24 percent of the Commonwealth's total land area. It is Virginia's largest river basin and is made up of the Upper, Middle, and Lower James River sub-basins as well as the Appomattox River sub-basin.

The James River basin is defined by both hydrologic and political boundaries. The Potomac-Shenandoah River basin, the Rappahannock River basin and the York River basins bound the basin to the north. The southern boundary is made up of the New River basin, the Roanoke River basin and the Chowan River basin. Its headwaters originate along the Virginia/West Virginia state line.

The James River basin begins in the Alleghany Mountains and flows in a southeasterly direction to Hampton Roads where it enters the Chesapeake Bay. The James is formed by the confluence of the Jackson and Cowpasture Rivers and flows 242 miles to the Fall Line at Richmond and another 106 miles to the Chesapeake Bay.

The topography of the James River basin varies throughout the four physiographic provinces

61

Draft 2026

that it spans. The Valley and Ridge Province extends from the Appalachian Plateau in West Virginia to the Blue Ridge Province. The Blue Ridge Province, a remnant of a former highland, differs from the Valley and Ridge Province. It is a province of rugged terrain with steep slopes and narrow ridges in the north and broad moderate slopes in the south. The Piedmont Province extends to the Fall Line and has scattered hills and small mountains, gradually turning into gently rolling slopes and lower elevation in the eastern portion of the province. The Fall Zone separates the Coastal Plain Province from the Piedmont. The Fall Zone is a three-mile stretch of river running through Richmond where the river descends 84 feet as it flows from the resistant rocks of the Piedmont to the softer sediments of the Coastal Plain.

Over 65 percent of the James River basin is forested, with 19 percent in cropland and pasture. Approximately 12 percent is considered urban. The 2010 population for the James River basin was approximately 2,892,000 (VA WIP III). This population is concentrated in two metropolitan areas: Tidewater, with over one million people, and the Greater Richmond – Petersburg area with over 650,000. Two smaller population centers are the Lynchburg and Charlottesville areas, each with over 100,000 people. All or portions of the following 38 counties and 17 cities lie within the basin: counties – Albemarle, Alleghany, Amelia, Amherst, Appomattox, Augusta, Bath, Bedford, Botetourt, Buckingham, Campbell, Charles City, Chesterfield, Craig, Cumberland, Dinwiddie, Fluvanna, Giles, Goochland, Greene, Hanover, Henrico, Highland, Isle of Wight, James City, Louisa, Montgomery, Nelson, New Kent, Nottoway, Orange, Powhatan, Prince Edward, Prince George, Roanoke, Rockbridge, Surry, and York; cities – Buena Vista, Charlottesville, Chesapeake, Colonial Heights, Covington, Hampton, Hopewell, Lexington, Lynchburg, Newport News, Norfolk, Petersburg, Portsmouth, Richmond, Suffolk, Williamsburg, and Virginia Beach.

Average annual precipitation is 42.5 inches. Average annual snowfall amount ranges from over 30 inches in the mountains to less than 10 inches along the coast.

Major tributaries to the James River are Jackson River, Cowpasture River, Craig Creek, Maury River, Tye River, Rockfish River, Slate River, Rivanna River, Willis River, Appomattox River, Chickahominy River, Pagan River, Nansemond River, and the Elizabeth River.

The James River Basin is divided into eight USGS hydrologic units as follows: HUC 02080201 – Upper James, HUC 02080202 – Maury, HUC 02080203 – Upper Middle James, HUC 02080204 – Rivanna, HUC 02080205 – Lower Middle James, HUC 02080206 – Lower James, HUC 02080207 – Appomattox, and HUC 02080208 – the Elizabeth. The eight hydrologic units are further divided into 109 waterbodies or watersheds and 298 6th order sub-watersheds.Basin assessment information is presented in the following tables and figures.

**Total basin water body sizes, note all values rounded to the nearest whole number.**
Rivers - 26,064 miles
Lakes - 18,564 acres
Estuaries - 265 miles[2]

Draft 2026



Figure 4.3-6. Designated use summary for rivers in the James River basin (21,253 miles not assessed).



Figure 4.3-7. Designated use summary for lakes in the James River basin (161 acres not assessed).

63

Draft 2026



Figure 4.3-8. Designated use summary for estuaries in the James River basin (all miles$^2$ assessed).



Figure 4.3-9. Chesapeake Bay-specific designated use summary for the James River basin.

64

Draft 2026

Table 4.3-3. Significant causes of use impairment in the James River basin, by waterbody type, ranked by percentage of impaired water size. (Note: Waters can have multiple pollutants.)

| Rivers | | Lakes | | Estuaries | |
|---|---|---|---|---|---|
| Bacteria | 75% | Dissolved Oxygen | 62% | PCBs in Fish Tissue | 94% |
| Impaired Benthics | 20% | Mercury in Fish Tissue | 32% | SAV | 71% |
| PCBs in Fish Tissue | 9% | PCBs in Fish Tissue | 14% | Estuarine Bioassessments | 62% |
| Dissolved Oxygen | 7% | Chlorophyll-a | 12% | Bacteria | 26% |
| pH | 6% | Total Phosphorus | 12% | Dissolved Oxygen | 12% |
| Temperature | 3% | PFOS in Fish Tissue | 9% | Chlorophyll-a | 10% |

Table 4.3-4. Pollutant sources of designated use impairment in the James Riverasin, by water body type, ranked by percentage of impaired water size. (Note: Waters can have multiple sources of pollution.)

| Rivers | | Lakes | | Estuaries | |
|---|---|---|---|---|---|
| Agriculture | 61% | Source Unknown | 68% | Source Unknown | 95% |
| Non-point source | 60% | Dam or Impoundment | 33% | Agriculture | 88% |
| On-site Septic Treatment Systems | 58% | Atmospheric Deposition - Toxics | 18% | Industrial Point Source Discharge | 23% |
| Wildlife Other than Waterfowl | 40% | Atmospheric Deposition | 13% | Municipal Point Source Discharges | 23% |
| Urban Runoff/Storm Sewers | 25% | Non-Point Source | 5% | Loss of Riparian Habitat | 23% |
| Livestock (Grazing or Feeding Operations) | 24% | Natural Sources | 3% | Internal Nutrient Recycling | 22% |

### 4.3.3   Rappahannock River Basin

The Rappahannock River basin is in the northeastern portion of Virginia and covers 2,712 square miles or approximately 6 percent of the Commonwealth's total area. The Rappahannock River basin is bordered by the Potomac-Shenandoah basin to the north and the York River basin and Chesapeake/Atlantic Coastal basin to the south and east. The headwaters lie in Fauquier and Rappahannock counties and flow in a southeasterly direction to its confluence with the Chesapeake Bay between Lancaster and Middlesex counties. The Rappahannock River basin is 184 miles in length and varies in width from 20 to 50 miles.' The Rappahannock River's major tributaries are the Hazel River, Thornton River, Mountain Run, Rapidan River, Robinson River, Cat Point Creek, and the Corrotoman River.

The topography of the Rappahannock River basin changes from steep slopes to flat land as it flows from the Blue Ridge Mountains to the Chesapeake Bay. About 51 percent of the basin land is forested, while pasture and cropland make up another 36 percent. Only about 6 percent of the land area is considered urban.

Most of the Rappahannock River basin lies in the eastern Piedmont and Coastal Plain areas of the Commonwealth while its headwaters, located on the eastern slopes of the Blue Ridge, are in the northwestern Piedmont section.

Draft 2026

The 2010 population of the Rappahannock River basin was approximately 483,770 (VA WIP III). The basin is mostly rural in character, with Fredericksburg, Spotsylvania, and Stafford as the main population centers. In recent years, the basin has seen increasing urban pressure from the influence of metropolitan Washington in the Fredericksburg and Fauquier areas of the basin. All or portions of the following 17 counties and one city lie within the basin: Albemarle, Caroline, Culpeper, Essex, Fauquier, Greene, King George, Lancaster, Madison, Middlesex, Northumberland, Orange, Rappahannock, Richmond, Spotsylvania, Stafford, and Westmoreland; City - Fredericksburg.

The Rappahannock River Basin is divided into two USGS hydrologic units as follows: HUC 02080103 – Rapidan – Upper Rappahannock; and HUC 02080104 – Lower Rappahannock. The two hydrologic units are further divided into 26 waterbodies or watersheds and 74 6th order sub-watersheds.

Basin assessment information is presented in the following figures and tables.

**Total basin water body sizes, note all values rounded to the nearest whole number.**
Rivers - 6,481 miles
Lakes - 1,486 acres
Estuaries - 155 miles$^2$



Figure 4.3-10. Designated use summary for rivers in the Rappahannock River basin (5,180 miles not assessed).

66

Draft 2026



Figure 4.3-11. Designated use summary for lakes in the Rappahannock River basin (20 acres not assessed).



Figure 4.3-12. Designated use summary for estuaries in the Rappahannock River basin (all miles$^2$ assessed).

67



Figure 4.3-13. Chesapeake Bay-specific designated use summary for the Rappahannock River basin.

Table 4.3-5. Significant causes of designated use impairment in the Rappahannock River basin, by waterbody type, ranked by percentage of impaired water size (note: Waters can have multiple pollutants).

| Rivers | | Lakes | | Estuaries | |
|---|---|---|---|---|---|
| Bacteria | 92% | Mercury in Fish Tissue | 69% | SAV | 87% |
| Impaired Benthics | 17% | Dissolved Oxygen | 31% | PCBs in Fish Tissue | 84% |
| pH | 9% | Phosphorus, Total | 24% | Estuarine Bioassessments | 79% |
| Dissolved Oxygen | 6% | Bacteria | 7% | Dissolved Oxygen | 73% |
| PCBs in Fish Tissue | 4% | -- | -- | Bacteria | 21% |
| Polychlorinated biphenyls (PCBs) | 3% | -- | -- | Sediment Bioassay | 2% |

68

Draft 2026

Table 4.3-6. Pollutant sources of designated use impairment in the Rappahannock River basin, by water body type, ranked by percentage of impaired water size. (Note: Waters can have multiple sources of pollution.)

| Rivers | | Lakes | | Estuaries | |
|---|---|---|---|---|---|
| On-site Septic Treatment Systems | 72% | Source Unknown | 93% | Source Unknown | 93% |
| Waterfowl | 59% | Natural Conditions | 31% | Agriculture | 89% |
| Livestock (Grazing or Feeding Operations) | 59% | Non-Point Source | 7% | Municipal Point Source Discharges | 89% |
| Wildlife Other than Waterfowl | 59% | Atmospheric Deposition - Toxics | 5% | Loss of Riparian Habitat | 87% |
| Wastes from Pets | 55% | -- | -- | Atmospheric Deposition - Nitrogen | 97% |
| Urban Runoff/Storm Sewers | 39% | -- | -- | Sources Outside State Borders | 97% |

### 4.3.4   Roanoke River Basin

The Roanoke River basin covers 6,393 square miles or approximately 15 percent of the Commonwealth's total area. In addition to the Roanoke itself, the basin also contains the Yadkin, Dan, Smith, Staunton, and Banister Rivers and numerous other sub-basins.

The Virginia portion of the Roanoke River basin is defined by both hydrologic and political boundaries. The basin is bound by the James River basin on the north, to the east by the Chowan River basin, and to the west by the New River basin. The southern boundary of the basin is the Virginia/North Carolina state line.

The topography of the Roanoke River basin ranges from steep slopes and valleys in the Valley and Ridge Province to gently sloping terrain east of the mountains in the Piedmont Province.

The Roanoke River basin headwaters begin in the mountainous terrain of eastern Montgomery County and flow in a southeasterly direction to the Virginia/North Carolina state line. The Roanoke basin passes through three physiographic provinces- the Valley and Ridge Province to the northwest, and the Blue Ridge and Piedmont Provinces to the southeast.

The Roanoke watershed is large enough to accommodate two major reservoirs, Smith Mountain and Leesville Lakes to the north and Kerr Reservoir and Lake Gaston located at the junction of the Roanoke River and the North Carolina state line. These reservoirs range in size from the 33,300-acre Kerr Reservoir to the 2,600-acre Leesville Lake. These impoundments are used for both recreation and hydroelectricity. Major tributaries in the northern section of the basin are the Little Otter and Big Otter Rivers along with the Blackwater and Pigg Rivers. Major tributaries in the southern portion include the Dan River, Smith River, and Banister River. Over 62 percent of the Roanoke River Basin is forested, while nearly 25 percent is in cropland and pasture. Approximately 10 percent is considered urban.

The 2010 population for the Roanoke River Basin was approximately 943,200 (VA WIP III). All or

69

Draft 2026

portions of the following 17 counties and 4 cities lie within the basin: counties – Appomattox, Bedford, Botetourt, Brunswick, Campbell, Carroll, Charlotte, Floyd, Franklin, Grayson, Halifax, Henry, Mecklenburg, Montgomery, Patrick, Pittsylvania, and Roanoke; cities – Danville, Martinsville, Roanoke, and Salem.

The Roanoke River basin is divided into seven USGS hydrologic units as follows: HUC 03010101 – Upper Roanoke; HUC 03010102 – Middle Roanoke; HUC 03010103 – Upper Dan; HUC 03010104 – Lower Dan; HUC 03010105 – Banister; HUC 03010106 – Roanoke Rapids and HUC 03040101 – Upper Yadkin. The seven hydrologic units are further divided into 87 waterbodies or watersheds and 202 6th order sub-watersheds.

Basin assessment information is presented in the following figures and tables.

**Total basin water body sizes, note all values rounded to the nearest whole number.**
Rivers - 17,280 miles
Lakes - 66,870 acres
Estuaries - 0 miles[2]



Figure 4.3-14. Designated use summary for rivers in the Roanoke River basin (14,466 miles not assessed).

70

Draft 2026



Figure 4.3-15. Designated use summary for lakes in the Roanoke River basin (309 acres not assessed).

Table 4.3-7. Significant causes of designated use impairment in the Roanoke River basin, by waterbody type, ranked by percentage of impaired water size (note: Waters can have multiple pollutants).

| Rivers | | Lakes | |
|---|---|---|---|
| Bacteria | 89% | PCBs in Fish Tissue | 92% |
| Impaired Benthics | 33% | Dissolved Oxygen | 66% |
| PCBs in Fish Tissue | 11% | Mercury in Fish Tissue | 65% |
| Mercury in Fish Tissue | 10% | Bacteria | 5% |
| Sediment | 7% | Phosphorus, Total | 4% |
| Temperature | 4% | Temperature | 4% |

Table 4.3-8. Pollutant sources of designated use impairment in the Roanoke River basin, by water body type, ranked by percentage of impaired water size. (Note: Waters can have multiple sources of pollution.)

| Rivers | | Lakes | |
|---|---|---|---|
| Livestock (Grazing or Feeding Operations) | 84% | Source Unknown | 90% |
| Wildlife other than Waterfowl | 84% | Industrial Point Source Discharge | 30% |
| Unspecified Domestic Waste | 83% | Atmospheric Deposition | 30% |
| Wastes from Pets | 49% | Contaminated Sediments | 30% |
| On-site Septic Treatment Systems | 36% | Dam or Impoundment | 4% |
| Source Unknown | 33% | Natural Sources | 4% |

71

Draft 2026

### 4.3.5   Chowan River-Dismal Swamp Basin

The Chowan River and Dismal Swamp basin is located in the southeastern portion of Virginia and covers 4,220 square miles or approximately 10 percent of the Commonwealth's total area.

The basin extends eastward from Charlotte County to the Chesapeake Bay. The Chowan River-Dismal Swamp basin in Virginia is defined by both hydrologic and political boundaries - the James River basin to the north, the Chesapeake/Atlantic and Small Coastal River basins to the east, the Roanoke River basin to the west and the Virginia/North Carolina State line to the south. The basin is approximately 145 miles in length and varies from 10 to 50 miles in width. The Chowan River-Dismal Swamp basin flows through the Piedmont and Coastal Plain Physiological Provinces. The Chowan portion flows 130 miles from west to east, crossing both the Piedmont and Coastal Plain, while the Dismal Swamp lies entirely within the Coastal Plain. The Piedmont portion is characterized by rolling hills, steeper slopes, and somewhat more pronounced stream valleys. The Coastal Plain, in contrast, is nearly flat with a descending series of terraces.

The Chowan River-Dismal Swamp basin is mostly rural with approximately 64 percent of its land covered by forest. Cropland and pasture make up another 28 percent, while only about 6 percent is classified as urban.

The 2010 population for the Chowan River-Dismal Swamp basin was approximately 597,900 (VA WIP III). All or portions of the following 13 counties and 6 cities lie within the basin: counties – Brunswick, Charlotte, Dinwiddie, Greensville, Isle of Wight, Lunenburg, Mecklenburg, Nottoway, Prince Edward, Prince George, Southampton, Surry, and Sussex; Cities – Chesapeake, Emporia, Franklin, Petersburg, Suffolk, and Virginia Beach.

Major tributaries of the Chowan River are the Meherrin, the Nottoway and the Blackwater. The Nottoway and the Blackwater join at the Virginia/North Carolina state line to form the Chowan River. The Dismal Swamp portion is mostly flat with many swamp and marshland areas.

The Chowan River-Dismal Swamp basin is divided into five USGS hydrologic units as follows: HUC 03010201 – Nottoway; HUC 03010202 – Blackwater; HUC 03010203 – Chowan; HUC 03010204 – Meherrin; and HUC 03010205 – Albemarle Sound. The five hydrologic units are further divided into 42 waterbodies or watersheds and 127 6th order sub-watersheds.

Basin assessment information is presented in the following figures and tables.

**Total basin water body sizes, note all values rounded to the nearest whole number.**
    Rivers - 10,922 miles
    Lakes - 4,700 acres
    Estuaries - 42 miles$^2$

Draft 2026



Figure 4.3-16. Designated use summary for rivers in the Chowan River-Dismal Swamp basin (7,322 miles not assessed.



Figure 4.3-17. Designated use summary for lakes in the Chowan River-Dismal Swamp basin (264 acres not

Draft 2026

assessed).



Figure 4.3-18. Designated use summary for estuaries in the Chowan River-Dismal Swamp basin (< 1 acre not assessed). Note <1 m$^2$ is impaired for recreation and aquatic life.

Table 4.3-9. Significant causes of use impairment in the Chowan River-Dismal Swamp basin, by waterbody type, ranked by percentage of impaired water size. (Note: Waters can have multiple pollutants.)

| Rivers | | Lakes | | Estuaries | |
|---|---|---|---|---|---|
| Mercury in Fish Tissue | 68% | Mercury in Fish Tissue | 88% | Bacteria | 100% |
| Bacteria | 40% | pH | 78% | Dissolved Oxygen | 58% |
| Dissolved Oxygen | 8% | Phosphorus, Total | 8% | -- | -- |
| Impaired Benthics | 7% | Chlorophyll-a | 4% | -- | -- |
| pH | 2% | -- | -- | -- | -- |
| PCBs in Fish Tissue | 1% | -- | -- | -- | -- |

74

Draft 2026

Table 4.3-10. Pollutant sources of use impairment in the Chowan River-Dismal Swamp basin, by water body type, ranked by percentage of impaired water size. (Note: Waters can have multiple sources of pollution.)

| Rivers | | Lakes | | Estuaries | |
|---|---|---|---|---|---|
| Source Unknown | 85% | Source Unknown | 90% | On-site Septic Treatment Systems | 73% |
| Atmospheric Deposition - Toxics | 30% | Natural Conditions | 78% | Municipal Point Source Discharges | 72% |
| Agriculture | 25% | Atmospheric Deposition - Toxics | 7% | Urban Runoff/Storm Sewers | 63% |
| On-site Septic Treatment Systems | 25% | Agriculture | 4% | Agriculture | 54% |
| Non-Point Source | 19% | -- | -- | Runoff from Forest/Grassland/Parkland | 33% |
| Municipal Point Source Discharges | 11% | -- | -- | Livestock (Grazing or Feeding Operations) | 28% |

### 4.3.6   Tennessee-Big Sandy River Basin

The segment of the Tennessee and Big Sandy River basin which lies in Virginia is made up of the Holston, Clinch-Powell, and Big Sandy River sub-basins. These sub-basins are located in the extreme southwest portion of Virginia and cover 4,132 square miles or approximately 10 percent of the Commonwealth's total land area.

The Virginia portion of the Tennessee-Big Sandy River basin is defined by both hydrologic and political boundaries. The West Virginia state line lies to the north, Kentucky to the west, and Tennessee to the south. The New River basin makes up the eastern boundary.

While numerous southwestern Virginia streams feed the Tennessee and Big Sandy Rivers, neither river forms within the Commonwealth itself. The Big Sandy sub-basin contains the Levisa and Tug Forks that flows northward into Kentucky forming the Big Sandy River. The southwestward flowing Holston, Clinch, and Powell tributaries form the Tennessee River in Tennessee. Both of the major river sub-basins eventually empty into the Gulf of Mexico via the Ohio and Mississippi Rivers.

The Tennessee-Big Sandy River basin spans three physiographic provinces: Appalachian Plateau, Valley and Ridge, and the Blue Ridge. The Big Sandy portion of the basin lies within the Appalachian Plateau. This province is characterized as rugged, with mountainous terrain and steep valleys. Parallel valleys and ridges running in a northeast to southwest direction characterize the Tennessee portion, lying in the Valley and Ridge Province. A small portion of the basin, located in the Blue Ridge Province, is more like a plateau with no single, prominent ridge that characterizes the province to the southeast.

Within Virginia, approximately 48 percent of the Tennessee River basin is forested, while

75

Draft 2026

cropland and pasture make up another 39.7 percent. The Big Sandy portion of the basin is approximately 86 percent forest, with only about 5 percent in cropland and pasture. Urban areas make up only a small percentage of the total land area.

The 2010 population for the Tennessee-Big Sandy River Basin was approximately 458,700. All or parts of the following jurisdictions lie within the basin: counties – Bland, Buchanan, Dickenson, Grayson, Lee, Russell, Scott, Smyth, Tazewell, Washington, Wise, and Wythe; Cities – Bristol and Norton.

The Tennessee-Big Sandy River basin is divided into six USGS hydrologic units as follows: HUC 05070201 – Tug Fork; HUC 05070202 – Upper Levisa; HUC 06010101 – North Fork Holston; HUC 06010102 - South and Middle Fork Holston; HUC 06010205 – Upper Clinch; and HUC 06010206 – Powell River. The six hydrologic units are further divided into 56 waterbodies or watersheds and 135 6th order sub-watersheds.

Basin assessment information is presented in the following figures and tables.

**Total basin water body sizes, note all values rounded to the nearest whole number.**
   Rivers - 10,669 miles
   Lakes - 3,867 acres
   Estuaries - 0 miles$^2$



Figure 4.3-19. Designated use summary for rivers in the Tennessee-Big Sandy River basin (8,244 miles not assessed).

76

Draft 2026



Figure 4.3-20. Designated use summary for lakes in the Tennessee-Big Sandy River basin (all acres assessed).

Table 4.3-11. Significant causes of impairment in the Tennessee-Big Sandy River basin, by waterbody type, ranked by percentage of impaired water size. (Note: Waters can have multiple pollutants.)

| Rivers | | Lakes | |
|---|---|---|---|
| Bacteria | 77% | Mercury in Fish Tissue | 100% |
| Impaired Benthics | 29% | Dissolved Oxygen | 81% |
| PCBs in Fish Tissue | 18% | PCBs in Fish Tissue | 77% |
| Sediment | 18% | Temperature | 12% |
| Total Dissolved Solids | 5% | -- | -- |
| Mercury in Fish Tissue | 5% | -- | -- |

Table 4.3-12. Pollutant sources of use impairment in the Tennessee-Big Sandy River basin, by water body type, ranked by percentage of impaired water size. (Note: Waters can have multiple sources of pollution.)

| Rivers | | Lakes | |
|---|---|---|---|
| Unrestricted Cattle Access | 48% | Source Unknown | 95% |
| Rural (Residential Areas) | 47% | Atmospheric Deposition | 90% |
| Sewage Discharges in Unsewered Areas | 20% | Atmospheric Deposition - Toxics | 41% |
| Source Unknown | 20% | Natural Conditions | 15% |
| Coal Mining | 14% | Natural Sources | 1% |
| Surface Mining | 8% | -- | -- |

77

Draft 2026

### 4.3.7   Chesapeake Bay/Atlantic Ocean and Small Coastal Basins

The Chesapeake Bay/Atlantic Ocean and small coastal basins are located in the eastern part of Virginia and covers 3,592 square miles or approximately 8 percent of the Commonwealth's total land area. The combined basins encompass the small bays, river inlets, islands and shoreline immediately surrounding the Chesapeake Bay and the southern portion of the Delmarva Peninsula. These basins also include the Chesapeake Bay itself, but do not include the non-tidal and tidal waters of the major river basin tributaries to the Bay.

The Chesapeake Bay/Atlantic Ocean and small coastal basins are defined by both hydrologic and political boundaries. The Potomac River, the Rappahannock River, the York River, the James River, and the Chowan River-Dismal Swamp basins border the small coastal basins to its west. The Eastern Shore portion is bordered on the west by the Chesapeake Bay, on the north by Maryland, and on the east by the Atlantic Ocean.

The topography of the Chesapeake Bay/Atlantic Ocean and small coastal basins does not vary much. The basins lie within the Coastal Plain Physiographic Province where elevations average no more than a few feet above sea level. More significant elevation occurs along the central spine of the Eastern Shore portion, which forms a plateau about 45 feet above sea level. Much of these basins consist of marshland. About 30 percent of the Chesapeake Bay/Atlantic Ocean and small coastal basins are forested, while nearly 22 percent is in cropland and pasture. Approximately 24 percent is considered urban.

The 2010 population for the Chesapeake Bay/Atlantic Ocean and small coastal basins was approximately 741,800. All or portions of the following jurisdictions lie within these basins: Counties – Accomack, Essex, Gloucester, King and Queen, Lancaster, Matthews, Middlesex, Northampton, Northumberland, and York; Cities – Hampton, Newport News, Norfolk, Poquoson, and Virginia Beach.

Tributaries in the Chesapeake Bay/coastal basins drain into the Chesapeake Bay or the Atlantic Ocean. Major tributaries flowing into the Chesapeake Bay from the western shore are the Great Wicomico River, Piankatank River, Fleets Bay, Mobjack Bay including the East, North, Ware, and Severn Rivers, Poquoson River, Back River and Lynnhaven River. Tributaries in the Eastern Shore portion that drain into the Bay are Pocomoke River, Onancock, Pungoteague, Occohannock, and Nassawadox Creeks. Machipongo River, Assawoman Creek, Parker Creek, Folly Creek, and Finney Creek drain east directly into the Atlantic Ocean.

The Chesapeake Bay/Atlantic Ocean and small coastal basins are divided into seven USGS hydrologic units as follows: HUC 02060009 – Pocomoke; HUC 02060010 – Chincoteague; HUC 02080101 – Lower Chesapeake Bay; HUC 02080102 – Great Wicomico-Piankatank; HUC 02080108 – Lower Lynnhaven-Poquoson; HUC 02080109 – Western Lower Delmarva; and HUC 02080110 – Tangier. The seven hydrologic units are further divided into 24 waterbodies or watersheds and 73 6th order sub-watersheds.

Basin assessment information is presented in the following figures and tables.

78

Draft 2026

**Total basin water body sizes, note all values rounded to the nearest whole number.**

Rivers - 1,876 miles

Lakes - 2,150 acres

Estuaries - 2,239 miles$^2$



Figure 4.3-21. Designated use summary for rivers in the Chesapeake Bay/Atlantic Ocean and small coastal basins (1,708 miles not assessed).

79



Figure 4.3-22. Designated use summary for lakes in the Chesapeake Bay/Atlantic Ocean and small coastal basins (308 acres not assessed).



Figure 4.3-23. Designated use summary for estuaries in the Chesapeake Bay/Atlantic Ocean and small coastal

80

Draft 2026

basins (350 miles$^2$ not assessed).



Figure 4.3-24. Chesapeake Bay-specific designated use summary for the Chesapeake Bay/Atlantic Ocean and small coastal basins.

Table 4.3-13. Significant causes of use impairment in the Chesapeake Bay/Atlantic Ocean and small coastal basins, by waterbody type, ranked by percentage of impaired water size. (Note: Waters can have multiple pollutants.)

| Rivers | | Lakes | | Estuaries | |
|---|---|---|---|---|---|
| Bacteria | 58% | Dissolved Oxygen | 50% | SAV | 99% |
| Impaired Benthics | 31% | Phosphorus, Total | 47% | PCBs in Fish Tissue | 98% |
| Mercury in Fish Tissue | 28% | Chlorophyll-a | 47% | Dissolved Oxygen | 65% |
| Dissolved Oxygen | 19% | PCBs in Fish Tissue | 40% | Estuarine Bioassessments | 15% |
| Phosphorus, Total | 3% | Mercury in Fish Tissue | 29% | Sediment Bioassay | 8% |
| pH | 1% | Copper | 14% | Bacteria | 2% |

Draft 2026

Table 4.3-14. Pollutant sources of use impairment in the Chesapeake Bay/Atlantic Ocean and small coastal basins, by water body type, ranked by percentage of impaired water size. (Note: Waters can have multiple sources of pollution.)

| Rivers | | Lakes | | Estuaries | |
|---|---|---|---|---|---|
| Source Unknown | 75% | Source Unknown | 65% | Source Unknown | 100% |
| On-site Septic Treatment Systems | 40% | Natural Sources | 35% | Agriculture | 99% |
| Agriculture | 38% | -- | -- | Loss of Riparian Habitat | 99% |
| Non-Point Source | 31% | -- | -- | Sources Outside State Jurisdiction or Borders | 99% |
| Urban Runoff/Storm Sewers | 30% | -- | -- | Internal Nutrient Recycling | 99% |
| Atmospheric Deposition - Toxics | 28% | -- | -- | Clean Sediments | 99% |

### 4.3.8   York River Basin

The York River basin lies in the central and eastern section of Virginia and covers 2,674 square miles or 6 percent of the Commonwealth's total area. It is defined by hydrologic boundaries. The basin is bound by the Rappahannock River basin to the north, the James River basin to the south and west and the Chesapeake Bay/Atlantic Ocean and small coastal basins to the east.

The headwaters of the York River begin in Orange County and flow in a southeasterly direction for approximately 220 miles to its mouth at the Chesapeake Bay. The basin's width varies from five miles at the mouth to 40 miles at its headwaters.

The basin is comprised of the York River and its two major tributaries, the Pamunkey and the Mattaponi Rivers. The York River itself is only about 30 miles in length. The Pamunkey River's major tributaries are the North and South Anna Rivers and the Little River, while the major Mattaponi tributaries are the Matta, Po, and Ni Rivers.

Lying in the Piedmont and Coastal Plain physiographic provinces, the basin's topography is characterized by slightly rolling hills at the headwaters or extreme western portion, to gently sloping hills and flat farmland near its mouth. Tributaries in the central Piedmont exhibit moderate and near constant profiles. Their flat slope largely characterizes streams in the Coastal Plain. Approximately 65 percent of the land area is forest. Farmland and pasture account for approximately 20 percent of the land area. Approximately 10 percent of the river basin land area is urban.

The 2010 population for the York River basin was approximately 435,400 (VA WIP III). The majority of the population is rural and is evenly distributed throughout the basin. The only major city that falls within this basin is a portion of Williamsburg. All or portions of the following thirteen counties lie within the basin: Albemarle, Caroline, Fluvanna, Gloucester, Goochland, Hanover, James City, King and Queen, King William, Louisa, New Kent, Orange, Spotsylvania, and York.

82

Draft 2026

The York River basin is divided into three USGS hydrologic units as follows: HUC 02080105 – Mattaponi; HUC 02080106 - Pamunkey and HUC 02080107 - York. The three hydrologic units are further divided into 27 waterbodies or watersheds and 69 6th order sub-watersheds.

Basin assessment information is presented in the following figures and tables.

**Total basin water body sizes, note all values rounded to the nearest whole number.**
        Rivers - 6,705 miles
        Lakes - 11,338 acres
        Estuaries - 82 miles$^2$



Figure 4.3-25. Designated use summary for rivers in the York River basin (5,819 miles not assessed).

83

Draft 2026



Figure 4.3-26. Designated use summary for lakes in the York River basin (471 acres not assessed).



Figure 4.3-27. Designated use summary for estuaries in the York River basin (all miles$^2$ assessed).

84



Figure 4.3-28. Chesapeake Bay-specific designated use summary for the York River basin.

Table 4.3-15. Significant causes of designated use impairment in the York River basin, by waterbody type, ranked by percentage of impaired water size. (Note: Waters can have multiple pollutants.)

| Rivers | | Lakes | | Estuaries | |
|---|---|---|---|---|---|
| Bacteria | 86% | PCBs in Fish Tissue | 95% | Dissolved Oxygen | 99% |
| Impaired Benthics | 21% | Harmful Algal Blooms | 31% | PCBs in Fish Tissue | 93% |
| pH | 13% | Mercury in Fish Tissue | 18% | SAV | 79% |
| Dissolved Oxygen | 9% | Polychlorinated biphenyls (PCBs) | 12% | Mercury in Fish Tissue | 22% |
| PCBs in Fish Tissue | 9% | Dissolved Oxygen | 3% | Bacteria | 17% |
| Mercury in Fish Tissue | 7% | Benzo(a)pyrene in Fish Tissue | 1% | Sediment Bioassay | 3% |

85

Draft 2026

Table 4.3-16. Pollutant sources of designated use impairment in the York River basin, by water body type, ranked by percentage of impaired water size. (Note: Waters can have multiple sources of pollution.)

| Rivers | | Lakes | | Estuaries | |
|---|---|---|---|---|---|
| Sewage Discharges in Unsewered Areas | 52% | Source Unknown | 100% | Source Unknown | 100% |
| Wildlife Other than Waterfowl | 52% | Inactive Abandoned Mine Lands | <1% | Agriculture | 99% |
| Grazing in Riparian or Shoreline Zones | 52% | -- | -- | Loss of Riparian Habitat | 99% |
| Waterfowl | 52% | -- | -- | Sources Outside State Borders | 99% |
| Wastes from Pets | 51% | -- | -- | Internal Nutrient Recycling | 99% |
| Runoff from Forest/Grassland/Parkland | 49% | -- | -- | Clean Sediments | 99% |

### 4.3.9  New River Basin

The New River basin is located in southwest Virginia and covers 3,068 square miles or approximately 7 percent of the Commonwealth's total land area. The New River flows from its headwaters in Watauga County, North Carolina in a northeasterly direction to Radford, Virginia, and then in a northwesterly direction to Glen Lyn, where it exits into West Virginia. There it flows to the confluence of the Gauley River forming the Kanawha River, a tributary to the Ohio River.

The New River basin in Virginia is defined by both hydrologic and political boundaries. It is bordered by the James River basin and Roanoke River basin to the east, and the Tennessee and Big Sandy River basin to the west. The southern boundary of the Virginia portion is the North Carolina state line, and its northwest boundary is the West Virginia state line.

The New River basin runs 115 miles in length from Blowing Rock, North Carolina to Bluestone Dam near Hinton, West Virginia with a maximum basin width of 70 miles near Rural Retreat, Virginia. The Virginia portion of the New River basin is 87 miles in length.

The topography of the New River basin is generally rugged; the upper reaches of its tributaries are extremely steep. High mountains, narrow valleys and steep ravines characterize the basin. There are ten tributaries in the Upper New River basin each having more than 100 square miles in drainage area and many others with forty or more square miles.

The New River basin is the least densely populated of the Commonwealth's major river basins. The higher elevations of the basin have steep slopes and are thickly forested, while the mount bases are mostly used for agriculture. Approximately 59 percent of its land is forested. Cropland and pasture make up another 35 percent, with approximately 3 percent considered urban.

The 2010 population for the New River basin was approximately 412,900 (VA WIP III). All or portions of the following jurisdictions lie within the basin: Counties - Bland, Carroll, Craig, Floyd,

86

Draft 2026

Giles, Grayson, Montgomery, Pulaski, Smyth, Tazewell, Wythe; Cities - Galax and Radford.

The New River basin is divided into two USGS hydrologic units as follows: HUC 05050001 – Upper New; and HUC 05050002 – Middle New. The two hydrologic units are further divided into 38 waterbodies or watersheds and 90 6th order watersheds.

Basin assessment information is presented in the following figures and tables.

**Total basin water body sizes, note all values rounded to the nearest whole number.**
Rivers - 7,750 miles
Lakes - 4,661 acres
Estuaries - 0 miles$^2$



Figure 4.3-29. Designated use summary for rivers in the New River basin (6,438 miles not assessed).

87

Draft 2026



Figure 4.3-30. Designated use summary for lakes in the New River basin (34 acres not assessed).

Table 4.3-17. Significant causes of designated use impairment in the New River basin, by waterbody type, ranked by percentage of impaired water size. (Note: Waters can have multiple pollutants.)

| Rivers | | Lakes | |
|---|---|---|---|
| Bacteria | 89% | PCBs in Fish Tissue | 97% |
| Impaired Benthics | 17% | Dissolved Oxygen | 52% |
| Temperature | 15% | Bacteria | 45% |
| PCBs in Fish Tissue | 12% | Mercury in Fish Tissue | 29% |
| Sediment | 8% | -- | -- |
| Mercury in Fish Tissue | 4% | -- | -- |

Draft 2026

Table 4.3-18. Pollutant sources of designated use impairment in the New River basin, by water body type, ranked by percentage of impaired water size. (Note: Waters can have multiple sources of pollution.)

| Rivers | | Lakes | |
|---|---|---|---|
| Livestock (Grazing or Feeding Operations) | 55% | Atmospheric Deposition | 99% |
| Unrestricted Cattle Access | 35% | Industrial Point Source Discharge | 97% |
| On-site Treatment Systems (Septic Systems and Similar Decentralized Systems) | 31% | Contaminated Sediments | 97% |
| Unspecified Domestic Waste | 30% | Source Unknown | 72% |
| Wildlife Other than Waterfowl | 27% | Natural Sources | 52% |
| Grazing in Riparian or Shoreline Zones | 26% | Wildlife other than Waterfowl | 1% |

## 4.4     Freshwater Probabilistic Monitoring

### 4.4.1   Summary

Freshwater Probabilistic Monitoring (ProbMon) employs random site selection to produce statistically unbiased estimates of water quality conditions proportional to their occurrence across the Commonwealth. The agency's other water monitoring programs focus on water quality at selected study sites, for example evaluating water quality at long-term trend stations, stations in specific watersheds, and assessing the effects of identified pollution sources or mitigation efforts. These programs are inappropriate for statistically estimating water quality on a statewide basis. ProbMon is a valuable tool for evaluating large-scale watershed management activities, testing new monitoring and assessments methods in a variety of ecological settings, and supporting agency activities such as Total Maximum Daily Load (TMDL) studies and determining permit limits. The survey design, analysis, geovisualization, and reporting of ProbMon data uses open-source software, which promotes the scientific transparency and reproducibility of this monitoring program[1].

Since 2001, the DEQ ProbMon program has sampled 975 randomly selected wadeable sites (Figure 4.4-5) to provide statistically valid estimates of statewide biological condition and stressor extent. This robust dataset can provide insight into water quality status at US Level III ecoregion and river basin-specific scales. In total, 240 sites were sampled during the 2024 assessment period (Figure 4.4-2). Based on the 2026 assessment period ProbMon data set, the majority of Virginia streams met biological condition expectations, which were set using defined assessment thresholds based on benthic macroinvertebrates. However, nearly 45% of Virginia streams received scores that fell below assessment threshold scores. Additionally, many streams exceeded screening values for parameters that have been shown in previous studies to act as stressors on aquatic biota. These parameters, which include streambed sedimentation, habitat disturbance, and nutrient concentrations, are evaluated on a statewide basis using ProbMon data (Figure 4.4-1).

---

[1] All data and analysis scripts can be accessed at the DEQ Probabilistic Monitoring webpage.

Draft 2026



Figure 4.4-1. Percentage of stream miles with water quality parameters outside the range of criteria or assessment values  (green bars) or screening values (orange bars). Horizontal lines associated with each parameter illustrate 95% confidence limits. Figure represents data collected from 2019 - 2023.

ProbMon provides methods for identifying potential aquatic life water quality stressors for which numeric criteria do not exist. For example, the agency uses ProbMon data to conduct benthic stressor analyses when developing TMDLs to determine the most probable water quality problems causing benthic impairments (i.e., the most probable stressors). These analyses often identify nutrients or sedimentation as the most probable stressors. The unbiased, statewide approach to collecting water quality data employed in ProbMon also provides an extensive dataset for developing and improving assessment methods such as fish-based bioassessments. For example, the agency is creating methods for conducting genus-level (rather than the current family-level) macroinvertebrate bioassessments as well as fish-based bioassessments. Development of these new tools, which should greatly improve the accuracy and precision of assessments of the waters of the Commonwealth, would not be possible without the extensive dataset produced from the ProbMon program.

DEQ has a history of watershed-scale restoration and protection efforts aimed at water quality parameters that don't have numeric water quality criteria. For example, the Commonwealth has a long-standing commitment to achieve its share of the nutrient and sediment reductions needed to comply with the Chesapeake Bay TMDL (Bay TMDL). Virginia's Chesapeake Bay Watershed Implementation Plan documents a mix of regulatory and non-regulatory programs aimed at reducing nutrients across all sources to comply with the Bay TMDL. Similar efforts are underway in several local TMDLs across Virginia. ProbMon is a valuable program for statistically evaluating the effectiveness of these management strategies for improving aquatic life use conditions and associated stressors in perennial freshwater streams across the Commonwealth.

### 4.4.2   Introduction

Probabilistic monitoring is designed to answer basic questions like: "What are the primary water quality problems in Virginia, how widespread are these problems, and what pollutants cause the greatest environmental stress to Virginia's water resources?" In accordance with the Commonwealth's Water Quality Monitoring, Information and Restoration Act, and the Federal

Draft 2026

Clean Water Act, the Virginia General Assembly, citizens, environmental stakeholders, and the United States Environmental Protection Agency (EPA) have encouraged the Virginia Department of Environmental Quality (DEQ) to answer these questions and to establish baseline water quality conditions for Virginia's streams and rivers. ProbMon is the component of DEQ's Water Quality Monitoring Strategy that can estimate water quality conditions statewide due to the large, statistically unbiased sampling network. This network is developed based on random site selection at a spatial density that allows for estimation of water quality conditions statewide on an annual basis.

Extrapolating estimates of water quality conditions across large spatial areas requires the ProbMon sample design to differ from all other DEQ monitoring strategies. Typically, water quality monitoring stations are located at bridges, boat ramps, or other public access points. Such stations comprise DEQ's ambient monitoring network and have great utility for assessing water quality at watershed scales, identifying impaired waters, supporting TMDL and Implementation Plan modeling efforts, monitoring water quality trends over time, tracking local pollution events, and monitoring regulatory compliance of pollution sources. However, it is not appropriate to extrapolate results from these targeted stations to un-sampled watersheds. Data at ambient trend sites can be used to track the changes of several important chemical parameters over time at those specific sites (see chapter 4.7 of this Integrated Report), whereas DEQ probabilistic surveys can be used to estimate both status and changes over time for chemical, biological, and habitat parameters, and these results may be extrapolated to larger spatial scales.  Data from randomly chosen sample locations that statistically represent all stream miles in Virginia are a critical component for assessing water quality conditions at various spatial and temporal scales.

In Virginia, ProbMon sites are randomly selected using EPA's probability survey design program (Stevens 1997; USEPA 2024; Dumelle et al. 2023; R Core Team 2024). The stratified sampling method controls for the propensity for smaller streams to dominate the sample sites chosen at random; however, there is no geographical bias to the sample frame. Intensification of sampling effort at finer spatial scales is possible in a probabilistic survey design, but DEQ has not expanded sampling efforts in any particular basin or geophysical region of the Commonwealth. As such, accumulating enough samples in basins or regions that are smaller on the landscape has taken more time. Temporal variability is shared among all samples of a given survey period despite the differences in raw sample numbers among different spatial groupings. Delays in reporting at finer spatial scales are necessary to ensure all subpopulations (data collected at a given scale) have the minimum number of samples to report statistically defensible estimates (Feller 1968). The number of sampling stations selected for a given area is proportional to the density of streams in that area; these proportions are consistent from year to year.

From 2001 to 2023, DEQ has evaluated 1672 stations and sampled 1019 sites (Figure 4.4-5). In some cases, stations were evaluated, but not sampled for a variety of reasons including: the stream was not perennial, it was saltwater-influenced, or the landowner denied access. DEQ typically samples 50 to 60 random stations per year throughout Virginia for a variety of chemical, biological, and habitat parameters. The number of stations sampled per year meets

Draft 2026

the minimum required to calculate an annual statewide estimate of water quality condition (Feller 1968). From January 1st, 2019 until December 31st, 2023, DEQ evaluated 416 sites and sampled 206 stations (Figure 4.4-2). New for IR2026, the Freshwater ProbMon data window was changed from six to five years to align with updates to the biological data window. The protracted processing and laboratory identification requirements for benthic macroinvertebrates necessitate the change to ensure data quality while maintaining reporting deadlines.

The amount of data collected in an Integrated Report window allows for the calculation of condition estimates across stream size and ecoregion. Figures 4.4-3 and 4.4-4 plot the 206 stations sampled from 2019 - 2023 with major river basins and US Level III Ecoregions, respectively. Combining all data from the advent of the program (2001 - 2023; 1019 monitoring stations) allows for more data intensive calculations of stream size, ecoregion, and basin-scale status estimates in addition to relative risk. Analyses conducted over this larger time window are not meant to represent current conditions, rather they are meant to indicate what water quality conditions have been over the 23-year period. Temporal change analysis across the landscape will be possible with continued probabilistic monitoring effort.



- IR2026 Probabilistic Sites (Wadeable)

Figure 4.4-2. Virginia probabilistic monitoring locations from 2019 - 2023 (n = 206).

92

Draft 2026



Figure 4.4-3. Virginia probabilistic monitoring locations with Virginia major river basins (n = 206, 2019 - 2023).



Figure 4.4-4. Virginia probabilistic monitoring locations with US Level III Ecoregions (n = 206, 2019-2023).

Estimates of the percentage of river miles (i.e. linear miles of rivers and streams) within a given area that do not meet water quality criteria are reported with 95% confidence intervals using a local area variance estimator statistical technique. For example, Figure 4.4-1 illustrates that 44.6% (± 6.5%) of Virginia's stream miles failed to meet biological condition expectations. This means that we are 95% confident that the true percentage of streams in Virginia failing to meet biological condition expectations is between 38.1% and 51.1%.

93

Draft 2026

The probabilistic sampling framework provided by EPA for Virginia streams and rivers includes 49,100 miles (derived from NHD 1:100,000 scale coverage[2]). It is important to note that the total amount of assessed river miles may vary to some extent by parameter. This number varies based on whether a monitoring tool was appropriate for the sampling location. For example, DEQ biological monitoring tools are not validated for streams without a defined channel, thus streams dominated by wetlands cannot be assessed (approximately 5,000 miles). The actual number of target stream miles (perennial, flowing freshwater) is much less because several thousands of stream miles are not perennial (e.g., the stream was dry when DEQ visited) or were found to be saltwater influenced. There are an estimated 1,200 miles of non-wadeable streams, which must be sampled using large river habitat and biological sampling methods (also referred to as boatable sites). Non-wadeable and wadeable sites, and associated watersheds, sampled since 2001 are presented in Figure 4.4-6. Large river data collection, using a non-wadeable (boatable) methodology, is underway and the results will be included in future 303(d) / 305(b) Integrated Report chapters. The ProbMon Section provides estimates for all perennial, non-tidal, wadeable stream and river miles, which equates to approximately 41,500 miles.



Figure 4.4-5. Virginia probabilistic monitoring wadeable locations (n = 1019, 2001-2023).

---

[2] The 1:100,000 scale coverage is appropriate for Probabilistic Monitoring site selection to ensure placement of sites along perennial waterbodies. This differs from the conventional statewide assessment which uses the 1:24,000 scale coverage, including 100,964 river miles.

94

Draft 2026



Figure 4.4-6. Virginia probabilistic monitoring wadeable and boatable sites (n = 1185, 2001-2023).

### 4.4.3   Parameters with Water Quality Standards

Dissolved oxygen, pH, temperature, metals, organic chemicals, and bacteria have applicable numeric water quality criteria. These regulatory criteria were developed to protect water quality conditions in support of swimming, fishing, and aquatic life designated uses. Overall results are summarized in Figure 4.4-1 and individual parameter results are discussed below. All results in Section 4.4.3 are based on data collected within the assessment period (2019 - 2023).

#### *Dissolved Oxygen*

Dissolved oxygen (DO) is one of the most important measures of water quality for aquatic organisms. Adequate DO is a fundamental physiological requirement for aquatic life. In streams, the DO concentration may be altered by photosynthesis, respiration, nutrient input, re-aeration, and temperature, all of which have seasonal and daily cycles. This natural variability is reflected in the stream classification component of Virginia's Water Quality Standards (Virginia Water Quality Standards 9VAC25-260-50). For example, a mountain stream that supports native trout is expected to have higher DO than a low-gradient, warm water stream. Although expectations for DO concentration vary, all waters (excluding swamps) in Virginia are required to have a DO concentration of 4 mg/L[3] or above to meet Aquatic Life Use criteria. DO standards can be determined on a case-by-case basis if DO deviates due to natural conditions as in swamps and other wetlands (Virginia Water Quality Standards 9VAC25-260-50). Pollution plays an important role in dissolved oxygen concentration. Human and animal wastes released into streams add excess nutrients which cause excessive growth of algae and aquatic plants. As microbes break down this organic matter, their respiration depletes available DO,

---

[3] This analysis only evaluated class III and class IV stream classification for dissolved oxygen.

95

Draft 2026

and aquatic biota may become stressed and/or die without sufficient oxygen.

ProbMon results indicate that DO conditions for the majority of Virginia's streams and rivers are above the minimum DO criteria for specific water quality class designations (Table 4.4-1). Most stations with values below the appropriate criteria are located in coastal ecoregions where DO is naturally lower due to swamp conditions. These sites with low DO need to be reviewed as candidates for site specific DO criteria. ProbMon results suggest that the majority of mountainous zone waters, stockable trout waters, and natural trout waters meet DO standards. Estimates are reflective of perennial, wadeable systems based on two sampling events, where possible.

Table 4.4-1. Dissolved oxygen results (n = 206, 2019 - 2023) of percentage of streams below Virginia's minimum Water Quality Standard (± confidence limits).

| Parameter | Below Standard (4 mg/L)[3] |
|-----------|----------------------------|
| DO | 0.4% (± 0.4%) |

### *pH*

Another primary parameter used to evaluate water quality is pH. pH is a measure of the concentration of hydrogen ions in water, or the amount of acidity present. Since pH is described using a negative logarithmic scale, a decline in pH by one unit indicates a tenfold increase in hydrogen ions. At pH 7, a solution is neutral whereas pH values below 7 indicate acidic conditions, and values above 7 indicate basic conditions.

Stream pH depends on local geology, ecology, and anthropogenic influences. If a stream has poor buffering capacity, as is the case for a stream flowing over granite or shale, it may be naturally acidic. In the case where inorganic acids such as sulfuric or nitric acid are introduced via rain, the low buffering capacity can be rapidly exhausted and the pH declines. The resulting low pH may be detrimental to aquatic biota unaccustomed to low pH. pH values harmful to aquatic life are below 6 or above 9. This range is reflected in Virginia's Water Quality Standards, where most waters must fall within a pH range of between 6 and 9. Natural pH values of 5 or below occur in swamp waters and should not be considered harmful to the native fauna common to those ecosystems. pH standards can be determined on a case-by-case basis if pH deviates due to natural conditions as in swamps and other wetlands (Virginia Water Quality Standards 9VAC25-260-50).

ProbMon results show that 0.3% of wadeable Virginia streams and rivers are estimated to have pH below 6 (Table 4.4-2). Two of the three stations with pH less than 6 occurred at sites located in the coastal ecoregion where swamp waters are common. DEQ collects additional parameters, including Acid Neutralizing Capacity (ANC) and sulfate data at ProbMon stations to estimate the percentage of streams impacted by acid rain and acid mine drainage. High sulfate values in low pH streams are indicative of acid mine drainage whereas streams with low ANC values are susceptible to episodic acidification from acid rain runoff (USEPA 2000). However, based on ProbMon data collected during the 2026 assessment period, DEQ found one

Draft 2026

occurrence of pH values below 6 in the mountainous ecoregions. Estimates are reflective of an average of two data points, where data are available.

Table 4.4-2. pH results (n=203, 2019 - 2023) of streams below or above Virginia's Water Quality Standard (± confidence limits).

| Parameter | Below Standard (pH 6) | Above Standard (pH 9) |
|---|---|---|
| pH | 0.31% (± 0.52%) | 0% (± 0%) |

### Temperature

Temperature affects water quality by potentially imposing a heat burden on aquatic life and by limiting the level of dissolved oxygen in water. Temperature in streams varies in relation to seasonal and daily changes. Sunlight is the primary source of temperature change. Stream temperature is also influenced by the temperature of the stream bed, groundwater inputs, and air in contact with the water surface. Temperature is inversely related to bank vegetation cover as less cover results in more exposure to the sun and higher instream temperatures. Also, runoff from impervious surfaces in urban areas may increase water temperature. Finally, effluent that is discharged to a waterbody may have higher or lower temperature than the receiving stream depending on the time of year as the temperature of effluent discharges is often relatively stable compared to seasonal ambient stream temperature changes.

Stream temperature has a significant effect on aquatic organisms. It can directly influence the types of organisms found in an aquatic system as well as their growth, behavior, metabolism, reproduction and feeding habits. Virginia's numeric temperature criteria reflect the upper limit for the support of different forms of aquatic life (Virginia Water Quality Standards 9VAC25-260-50). Criteria for temperature vary, notably in cold water fisheries, but, as a general rule, all waters in Virginia are required to maintain temperatures at or below 31 or 32 degrees Celsius, based on appropriate water quality class designations.

Overall, DEQ estimates that temperature criteria exceedances will be rare in Virginia's wadeable streams (Table 4.4-3) during the spring and fall. However, it is important to note that ProbMon temperature data is seldom collected during the most stressful hydrologic and weather conditions. Estimates are reflective of an average of two data points, where data are available. In order to properly estimate temperature conditions, temperature data must be collected continuously. Continuous temperature data collection began in 2016 at twenty probabilistic trend sites.

Table 4.4-3. Temperature results (n=203, 2019 - 2023) above Virginia's Water Quality Standard (± confidence limits).

| Parameter | Above Standard (31/32°C) |
|---|---|
| Temperature | 0.0% (± 0.0%) |

97

Draft 2026

### Dissolved Metals

Heavy metals have been identified as an important influence on benthic community structure in streams (Clements et al. 2000). Some taxa appear to be relatively tolerant of metals while other taxa are intolerant of heavy metals. Metals are most biologically available and toxic when dissolved in water. The toxicity of many metals is dependent on water hardness making it necessary to calculate site specific water quality criteria from hardness values. Table 4.4-4 lists the Virginia Water Quality Criteria for metals, assuming a hardness (expressed as CaCO3) of 100 mg/L for most dissolved metals. The table also summarizes the number of sites that had detectable analytical results and the number of criterion exceedances based on site specific hardness values measured concurrently as part of the ProbMon program. All criteria are calculated using site-specific hardness measures. One sample was measured above the acute sample criteria while one sample was measured above the chronic sample criteria during the 2026 Integrated Report sample window (2019 - 2023). Results are shown in Table 4.4-4.

Table 4.4-4. Dissolved metals results (n = 205, 2019 - 2023) above Virginia's Water Quality Standards (± confidence limits), ppb = parts per billion.

| Metal | Acute Criteria (ppb) | Chronic Criteria (ppb) | # Above Criteria | % of Miles Above Criteria |
|---|---|---|---|---|
| Arsenic | 340 | 150 | 0 | 0% (0%) |
| Cadmium | 3.9 $CaCO_3$ = 100 | 1.1 $CaCO_3$ = 100 | 0 | 0% (± 0%) |
| Chromium | 570 $CaCO_3$ = 100 | 74 $CaCO_3$ = 100 | 0 | 0% (± 0%) |
| Copper | 13 $CaCO_3$ = 100 | 9 $CaCO_3$ = 100 | 2 | 2.1% (± 2.4%) |
| Lead | 94 $CaCO_3$ = 100 | 11 $CaCO_3$ = 100 | 0 | 0% (± 0%) |
| Mercury | 1.4 | 0.77 | 0 | 0% (± 0%) |
| Nickel | 180 $CaCO_3$ = 100 | 20 $CaCO_3$ = 100 | 0 | 0% (± 0%) |
| Selenium | 20 | 5 | 0 | 0% (± 0%) |
| Silver | 3.4 $CaCO_3$ = 100 | NA | 0 | 0% (± 0%) |
| Zinc | 120 $CaCO_3$ = 100 | 120 $CaCO_3$ = 100 | 0 | 0% (± 0%) |

### Bacteria

*Escherichia coli* (*E. coli*) bacteria are found in the intestines and fecal matter of warm-blooded animals. High counts of *E. coli* bacteria in a stream indicate that there is an elevated risk of illness from pathogenic organisms. According to Virginia's Water Quality Standard for *E. coli*, a stream should not exceed a geometric mean of 126 colony forming units (cfu) per 100mL of water and should not exceed a statistical threshold value (STV) of 410 counts/100 mL more than 10% of the time during the same period of up to 90 days (Virginia Water Quality Standards 9VAC25-260-170). Bacteria are only sampled once at each ProbMon site. Site-specific bacteria problems are best characterized by repeated samples over consecutive weeks, which is the approach taken by DEQ's ambient monitoring program. For this reason, Probmon bacteria sample collections are not sufficient to conduct assessments of the recreational designated use.

Draft 2026

### 4.4.4  Biological Monitoring

Biological monitoring, or biomonitoring, of streams and rivers is an integral component of DEQ's water quality monitoring program. Biomonitoring allows DEQ to assess the overall ecological condition of streams and rivers by evaluating stream conditions with respect to suitability for support of aquatic communities. In Virginia, benthic macroinvertebrate communities are used as indicators of ecological condition and to address the question of whether a waterbody supports the aquatic life designated use.

DEQ uses multimetric macroinvertebrate indices, specifically the Virginia Stream Condition Index (VSCI) and the Virginia Coastal Plain Macroinvertebrate Index (VCPMI), to assess the aquatic life use status of wadeable streams and rivers. The VSCI and the VCPMI are applied to biomonitoring data collected in freshwater non-coastal areas and freshwater coastal areas, respectively. These indices include several biological metrics that are regionally calibrated to the appropriate reference condition (DEQa 2006; DEQ 2013). Results are calculated into a single value, or score, that is sensitive to a wide range of stressors. VSCI and VCPMI scores were scaled for comparability so they could be utilized in all analyses (Table 4.4-6). Based on VSCI and VCPMI ProbMon results, DEQ estimates that 44.6% of Virginia streams and rivers do not meet the aquatic life use threshold  (Table 4.4-7; DEQ 2020). An estimate of statewide biological health by condition category is shown in Figure 4.4-7. VSCI scores less than 42 are considered severely ecologically stressed, scores between 42 and 60 are moderately stressed, while sites above 60 to 72 are thought to have good ecological condition and sites with VSCI scores above 72 are considered to have excellent water quality and habitat conditions (DEQ 2006a). It is important to remember that biological indicators represent long-term water quality conditions and respond to a variety of stressors.

Table 4.4-5. Thresholds of condition classes for biological indicators.

| Response Parameters | Optimal | Suboptimal | Reference |
|---|---|---|---|
| Virginia Stream Condition Index | > 60 | < 50 | (DEQ 2006a) |
| Virginia Coastal Plain Macroinvertebrate Index | > 40 | < 30 | (DEQ 2013) |

Table 4.4-6. VSCI/VCPMI Scores (2019 - 2023, n = 206) below Virginia's Thresholds (± confidence limits).

| Parameter | % Stream Miles Below Threshold (± Confidence Limits) |
|---|---|
| VSCI/VCPMI | 44.6% (± 6.5%) |

Draft 2026



Figure 4.4-7. Biological stream condition index based on VSCI/VCPMI Scores (2019 - 2023, n = 206).

### *Statewide Status and Regional Condition Estimates*

The Probabilistic Monitoring program has generated a robust dataset comprised of 1019 sites statewide since 2001, allowing the agency to estimate biological conditions across the state at various spatial scales. In addition to the statewide estimate for the 2019 - 2023 assessment period covered in the 2026 Integrated Report, the program now has enough data to report condition estimates at river basin-specific scales in addition to larger stream size classes and ecoregional scales. Population estimates of biological condition may be calculated on datasets with more than 30 samples (Feller 1968). Previously, not all river basins had enough samples to extrapolate estimates of biological condition. Due to the random basis of the probabilistic sampling frame, it has taken twenty years to produce enough data in certain basins to meet the analytical requirements of river basin-scale analyses. Ongoing data collection will continue to reduce the variability around estimates and allow for condition estimates at even finer spatial scales. The below analyses were conducted using the probabilistic monitoring dataset from 2001 to 2023 to illustrate the status of Virginia waterways across various environmental classification scales. Comparisons among the groupings (e.g., major river basins) represent the relative water quality condition among them as it has occurred over this time frame[4].

### *Biological Condition by Watershed Size*

Changes in biological community are evident by grouping streams based on their size. For this analysis, streams were categorized as small, medium, and large based on watershed area (Table 4.4-8). Figure 4.4-8 uses this watershed size classification to compare the percent of stream miles at or below the biological stream condition assessment threshold for determining

---

[4] It is important to note that data represent a statistical picture of overall water quality conditions at the stated spatial scales, and across a 23-year data window. The analyses do not constitute a waterbody-specific water quality assessment. Additionally, probabilistic monitoring data sets do not identify any specific stressors for the identified long-term biological conditions. Aquatic life use assessment status and stressors for individual waterbodies are determined on a case-by-case basis during the water quality assessment and Total Maximum Daily Load development processes.

Draft 2026

impairment. Nearly half of all small and medium streams have moderately to severely stressed biological conditions. Large streams are significantly different relative to their smaller counterparts with about a quarter of large wadeable stream miles falling below the biological assessment threshold. This may suggest that, given a similar amount of stress, larger streams are more resilient to stress while smaller streams demonstrate a stronger response to stress.

Table 4.4-7. Stream size categories.

| Size Category | Stream Order (Strahler 1:100k NHD) | Watershed Area (sq miles) |
| --- | --- | --- |
| Small | 1,2,3 | < 10 |
| Medium | 2,3,4 | 10 - 50 |
| Large | 3,4,5 | > 50 |



Figure 4.4-8. VSCI/VCPMI status by stream size category. Percentile represents percent of stream miles below the biological assessment threshold, along with their 95% confidence limits. The number of samples collected from 2001 - 2023 in each category is identified.

### *Biological Condition by US Level III Ecoregion*

Evaluating biological condition by US Level III Ecoregions offers a different perspective to analyze Virginia streams, grouping diverse geography based on similarities among environmental resources (Omernik 1987). Ecoregions are based on many factors including land use, land surface form, potential natural vegetation, and soils. An ecoregion is useful at the state level to understand the attainable ranges of aquatic ecosystems. Figure 4.4-9 illustrates the estimated percentage of stream miles below the biological assessment threshold by Virginia ecoregions over the 2001 - 2023 data window. The Blue Ridge Mountain ecoregion shows the lowest estimated percent of stream miles below the biological assessment threshold at 14.5% while the Central Appalachians and Southeastern Plains show the highest at 59.9% and 59.6%, respectively.

101

Draft 2026



Figure 4.4-9. VSCI/VCPMI status by US Level III Ecoregions. The estimated percentage of stream miles below the biologic assessment threshold is listed on the y axis along with the associated 95% confidence limits. The number of samples collected from 2001 - 2023 in each ecoregion is identified as n. The Mid-Atlantic Coastal Plain Ecoregion was not included due to insufficient data.

## *Biological Condition by Major River Basins*

Figure 4.4-10 illustrates the differences in biological condition across Virginia's major river basins as the estimated percent of river miles below the biologic assessment threshold. Four of eleven major river basins in Virginia have over 50% stream miles under moderate to severe biological stress, including the Big Sandy River basin, Chowan River basin, Rappahannock River basin, and Potomac River basin. Most of the major river basins have between 25 to 50% stream miles below the biological threshold. The Holston River basin has the fewest stream miles with moderate to severe biological stress at only 20%.

Draft 2026



Figure 4.4-10. VSCI status by major Virginia basins. The estimated percentage of stream miles below the VSCI/VCPMI assessment threshold is listed on the y axis. The number of samples collected from 2001 - 2023 in each basin is identified as n.

Micromaps are employed in this chapter to visualize this spatially distributed dataset. Micromaps illustrate statistics while highlighting the geographic regions from which they are derived. Figure 4.4-11 offers a simple micromap, identifying VSCI/VCPMI by basin for explanatory purposes. By using a micromap and plotting the median estimated VSCI/VCPMI and interquartile range, we can visualize the range of biological condition in each major basin as well as compare these statistics among basins. VSCI and VCPMI scores were converted to a single biological scale for comparability in all analyses. Unconverted VCPMI scores are compared to a threshold score of 40; however, for the converted scores shown in Figure 4.4-11 and subsequent micromaps, 60 is the biological threshold for both the VSCI and VCPMI scores.

To understand Figure 4.4-11, begin at the top panel where the Holston, James, and New basins are highlighted. Moving from left to right, the n column specifies how many samples were collected in each basin. The number of samples per basin is consistent across all micromaps presented in this chapter. The dot plot identifies the median VSCI/VCPMI score in each basin with a solitary dot and the interquartile range, a measure of variability in the dataset between the 25th and 75th percentile, illustrated by a horizontal line spanning these percentiles. The dashed vertical line at 60 highlights the threshold for biological impairment. On the far right, a

103

Draft 2026

map illustrates which basins are described statistically in that panel with colors corresponding to the dot left of the basin name. Basins are grayed out in lower maps to indicate they are highlighted in a map above. Because the basins are ordered by median VSCI/VCPMI scores, basins at the top of the micromap have the best median biological condition while basins at the bottom have the worst. The micromap illustrates the Potomac, Big Sandy, and Rappahannock generally have the lowest median VSCI/VCPMI scores in the state.

The bottom-most panel highlights the differences in the populations of river basins with the lowest scoring median VSCI/VCPMI, the Big Sandy River and Rappahannock River basins. DEQ estimates 75 percent of river miles in the Big Sandy River basin fail to meet the biological assessment threshold. The median VSCI/VCPMI score of the Rappahannock River basin falls below the Big Sandy River basin median, but the sample population collected from the Rappahannock River basin incorporates a wider range of VSCI/VCPMI scores. Although the Rappahannock River basin median is lowest compared to basins statewide, the basin contains some higher scoring sites more in line with the rest of the basins statewide, whereas the Big Sandy River basin consistently exhibits scores below the biological assessment threshold. Continued sampling will likely further differentiate the biological condition of these two basins.

Another interesting takeaway is the difference among river basins that make up the Tennessee River basin drainage. The Holston and Clinch-Powell River basins plot at opposite ends of the biological condition scale compared to the Big Sandy River basin. The 25th percentiles of the Holston and Clinch-Powell River basins plot above and nearly above, respectively, the 75th percentile of the Big Sandy River basin. This indicates VSCI/VCPMI scores from the best sites in the Big Sandy River basin would be considered among the worst in the directly adjacent Holston and Clinch-Powell drainages.

Draft 2026



Figure 4.4-11. VSCI/VCPMI status by basin. The vertical dashed line at 60 highlights the biologic assessment threshold. Data encompasses samples collected from 2001 - 2023.

### 4.4.5   Parameters without Water Quality Standards

Many stressors increase the risk to benthic macroinvertebrate communities but do not have numeric water quality criteria or assessment thresholds. These include streambed sedimentation, habitat degradation, nutrients, ionic strength, and water column cumulative metals. Screening values for these stressors, derived from literature sources, are presented in Table 4.4-9. The 'optimal' classification represents water quality conditions that are not generally associated with degraded aquatic communities in the existing literature, but it does not provide a site-specific assessment value or an impairment threshold. Stressors classified as 'suboptimal' increase the likelihood of finding an impacted aquatic community. The condition class between optimal and suboptimal is termed 'fair' as the stress to the aquatic community is less certain.

105

Draft 2026

Table 4.4-8. Thresholds of condition classes for stressor indicators. The screening values in Table 4.4-8 do not represent water quality criteria nor are they intended for establishing TMDL endpoints. The values represent an increase in the probability of stress to benthic communities as described in section 4.4-6 (Relative Risk).

| Stressor Parameters | Optimal | Suboptimal | Reference |
|---|---|---|---|
| Total Nitrogen (mg/L) | < 1 | > 2 | (DEQ 2006a) |
| Total Phosphorus (mg/L) | <0.02 | >0.05 | (DEQ 2006a) |
| Habitat Degradation (unitless) | > 150 | <120 | (USEPA 1999) |
| Streambed Sedimentation (unitless) | -0.5 to 0.5 | < -1.0 | (Kaufmann 1999) |
| Ionic Strength (TDS mg/L) | < 100 | >350 | (DEQ 2006b) |
| Cumulative Dissolved Metals (unitless) | < 1 | > 2 | (Clements 2000) |

In the following analyses, water quality parameters without numeric water quality criteria are presented using bar plots and micromaps. Similar to previous Integrated Reports, the bar plots represent estimates drawn from data in the 2026 assessment window (2019 - 2023). The micromaps use data from the entire probabilistic monitoring dataset (2001 - 2023) to present parameter estimates that are representative at a basin-specific scale. Thus, Virginia stream mile estimates are not identical between the micromap and bar plot examples. The micromaps intend to highlight the extent to which these parameters affect major river basins across Virginia as well as the extent of stream miles categorized as suboptimal by distinct stressors. Because the same scale (percent of stream miles) is used across all the following micromaps, one can efficiently compare the degree to which different parameters influence the percent of suboptimal stream miles across Virginia's river basins.

The biological information presented in the micromap beside each parameter is not intended to explain the biological impact that any one parameter imparts on a particular river basin[5]. Micromaps aid in visualization of spatial patterns of these potential stressors across basins in the Commonwealth. Visualizing potential individual stressors alongside biological condition with micromaps helps identify stressors that may impart a stronger influence on aquatic life relative to other basins. To accentuate these storylines, basins are ranked based on the relative percent of stream miles that fall into the suboptimal category for each non-regulated parameter. Accordingly, a basin with the highest rank (1) will have the most suboptimal stream miles for a particular stressor while a basin with the lowest rank (11) will have the least suboptimal stream miles for that respective parameter, relative to other basins statewide. Fewer suboptimal stream miles indicate a particular stressor is less likely to have widespread influence on benthic communities within a particular basin. Overlapping 95% confidence intervals decrease the certainty regarding the relative rankings of basins. For example, the

---

[5] It is important to note that the data represent a statistical picture of overall water quality conditions at the various spatial scales presented below, and across a 23-year data window. The analyses do not constitute a waterbody-specific water quality assessment. Additionally, the probabilistic monitoring data sets do not identify any specific stressors for the identified long-term biological conditions. Aquatic life use assessment status and stressors for individual waterbodies are determined on a case-by-case basis during the water quality assessment and Total Maximum Daily Load development processes.

106

exact rankings of basins 1-10, ranked based on habitat disturbance in Figure 4.4-13, are relatively uncertain because the confidence intervals mostly overlap. Non-overlapping confidence intervals of the lowest ranking (11) and highest ranking (1) basins for most stressors reinforce the significant differences among basins at either end of the ranking scale. The micromaps summarize biological and stressor data over a 23-year period at a basin scale. However, it should be noted that the co-occurrence of stream miles below the biological impairment threshold and stream miles below a suboptimal screening value for a potential stressor does not necessarily suggest a causative relationship. Stressors impacting the benthic community at a targeted location must be evaluated using a site-specific stressor analysis to address an identified benthic impairment during the development of Total Maximum Daily Loads.

At the end of the section, these results are summarized with a heatmap (Figure 4.4-24) that highlights the highest-ranking basins for each potential stressor using darker colors. As the relative ranking decreases, indicating fewer suboptimal stream miles, the corresponding color shade lightens. This heatmap enables identification of basins where multiple potential stressors exist versus basins with fewer potential stressors. The heatmap illustrates the prevalence of various potential stressors with respect to aquatic communities. By looking at the shading and relative rank assigned to each potential stressor in the basin column, one can visualize what potential stressors, or combinations of stressors, may have been negatively impacting aquatic communities over the 23-year data window. As stated above, these maps do not present conclusions about the probable stressors in specific waterbodies with benthic impairments, i.e., waters not supporting the aquatic life use.

### *Habitat Disturbance*

Habitat is the area or environment where an organism resides, including its living and non-living surroundings. Fish, aquatic insects, and plants have specific habitat requirements to thrive, so in-stream and riparian (edge and bank) habitats are evaluated when a biomonitoring sample is collected. Because different organisms have specific habitat requirements, a variety of available habitat types in a stream or river will support a diverse aquatic community. Habitat is scored by the Rapid Bioassessment Protocol (RBP), which is a qualitative evaluation of ten habitat parameters summed together (total scores range from 0 to 200) (EPA 1999). Habitat scores above 150 indicate habitat conditions favorable for supporting a healthy aquatic community and are considered optimal. Scores lower than 120 are considered suboptimal and scores between 120 and 150 are fair (EPA 1999). Habitat disturbance is frequently identified in benthic TMDL stressor analyses as a potential or probable stressor. As indicated in Figure 4.4-12, DEQ estimates that just under 33% of stream and river miles have available habitat that is considered optimal.

Draft 2026



Figure 4.4-12. Estimate of habitat condition in Virginia streams and rivers and associated 95% confidence interval. Data presented is from 2019 - 2023 (n = 205).

No distinct spatial clustering appears when analyzing habitat disturbance with micromaps, indicating that habitat degradation is a widespread problem across Virginia and is not limited to specific river basins or areas in the state (Figure 4.4-13). The left bar plot highlights the estimated percent of stream miles with suboptimal habitat scores, ordered from highest to lowest, with the corresponding statewide estimate of stream miles with suboptimal habitat scores (19.3% for 2001 - 2023) illustrated with a vertical dashed line. The right bar plot shows the percentage of stream miles below the biological assessment threshold for each basin, again with the Virginia estimate of stream miles below the biological impairment threshold represented by a dashed vertical line (43.8% for 2001 - 2023). Ranking major river basins by decreasing estimates of habitat alteration, the Potomac, Rappahannock, New, Clinch-Powell, Chowan, and Roanoke River basins all have suboptimal habitat condition above the statewide estimate[6].

---

[6] The co-occurrence of stream miles below the biological impairment threshold and stream miles below the suboptimal screening value does not suggest in itself a causative relationship, and potential stressors must be evaluated for each identified benthic impairment during TMDL development.

Draft 2026



Figure 4.4-13. Percent of stream miles with suboptimal habitat disturbance as measured by RBP habitat. From left to right, the vertical dashed lines represent the percentage of stream miles across Virginia with suboptimal habitat disturbance and biologic condition below the assessment threshold, respectively. Data presented is from 2001 - 2023.

### Streambed Sedimentation

Excessive sedimentation, a component of habitat, has one of the most pronounced impacts on benthic communities. Excess sediment fills interstitial spaces in the stream substrates used by aquatic organisms, disturbs refuge areas, and can potentially smother organisms. Historically, tools for quantifying sedimentation impacts in streams have been inadequate. Methods existed for describing dominant instream particle size, but it was difficult to differentiate between natural conditions and man-made problems. Virginia has a variety of stream types; many are naturally sand/silt bed streams, so simply measuring the size of the sediment particles cannot differentiate natural and human-influenced sediment load.

DEQ uses the relative bed stability (RBS) method for predicting the expected substrate size distribution for streams (Kaufmann 1999). RBS incorporates stream channel shape, slope, flow,

109

Draft 2026

and sediment supply. The method calculates a 'stream power' based on channel measurements to predict the expected sediment size distribution. The ratio of the observed sediment to the expected sediment is a measure of the RBS. A stream with a log RBS (LRBS) of less than -1 is carrying excess sediment (suboptimal), streams between -0.5 and 0.5 have a normal sediment load (optimal), and streams above 0.5 are excessively hardened (categorized as fair condition) meaning the substrate in the stream bottom are larger than expected (Kaufmann 1999 and USEPA 2000). Suboptimal relative bed stability is frequently identified in benthic TMDL stressor analyses as a potential or probable stressor. Over 25% of Virginia's stream and river miles have suboptimal sedimentation values (Figure 4.4-14).



Figure 4.4-14. Estimate of Virginia streambed sedimentation conditions streams and rivers as defined by LRBS measures and 95% confidence interval. Data presented is from 2017 - 2023 (n = 187).

Figure 4.4-15 illustrates that the extent of stream miles affected by excess sedimentation is widespread across the Commonwealth. All basins are estimated to have at least 12% of stream miles with suboptimal sedimentation levels. The Chowan, Roanoke, and New River basins are estimated to have more stream miles with suboptimal sedimentation levels than the overall estimate for stream miles in the Commonwealth (31% for 2001 - 2023). The basins with the highest percent of stream miles with suboptimal sedimentation are among the basins with the highest percent of stream miles below the VSCI/VCPMI assessment threshold. The micromap identifies the Rappahannock, Potomac, and Big Sandy River basins as well below the statewide average for suboptimal streambed sedimentation but above the statewide average for benthic impaired stream miles. These basins are likely affected by other stressors in addition to streambed sedimentation, resulting in the percentage of stream miles with poor biological condition above the statewide estimate.[7].

---

[7] The co-occurrence of stream miles below the biological impairment threshold and stream miles below the suboptimal screening value does not suggest, in itself, a causative relationship, and potential stressors must be evaluated for each identified benthic impairment during TMDL development.

110



Figure 4.4-15. Percent of stream miles with suboptimal streambed sedimentation as measured by LRBS. From left to right, the vertical dashed lines represent the statewide percent of stream miles across Virginia with suboptimal streambed sedimentation and biologic condition below the assessment threshold, respectively. Data presented is from 2001 - 2023.

### Nutrients

Nutrients are substances assimilated by living organisms that are critical for growth. Nitrogen and phosphorus are the two most important nutrients in Virginia streams and rivers. Excess nutrients can stimulate in-stream plant and algal growth. Characteristics of nutrient enriched streams may include low dissolved oxygen, frequent fish kills, shifts in aquatic communities, and blooms of nuisance or harmful algae. Nutrients may come from fertilized lawns and cropland, failing septic systems, municipal and industrial discharges, and/or livestock manure.

Total phosphorus above 0.05 mg/L and total nitrogen above 2 mg/L are considered suboptimal (Table 4.4-9) and can result in undesirable algae growth and shifts in aquatic communities (DEQ 2006a). Nutrients are sometimes identified in benthic TMDL stressor analyses as a potential or

111

Draft 2026

probable stressor. DEQ estimates that nearly 30% of streams and river miles are classified as optimal for total phosphorus while 85% of stream and river miles are considered optimal for total nitrogen (Figures 4.4-16 and 4.4-17).



Figure 4.4-16. Estimate of total phosphorus condition in Virginia streams and rivers and associated 95% confidence intervals. Data presented is from 2017 – 2023 (n = 206).



Figure 4.4-17. Estimate of total nitrogen condition in Virginia streams and rivers and associated 95% confidence intervals. Data presented is from 2017 – 2023 (n = 206).

Using micromaps to analyze nutrients by basin highlights spatial relationships in the dataset. Figure 4.4-18 ranks basins by percent of stream miles that fall into the suboptimal total phosphorus category (> 0.05 mg/L). The associated percent of stream miles below the biological assessment threshold follows in the rightmost plot. The vertical lines on each bar plot indicate the percent of stream miles throughout Virginia that fall into the suboptimal category for total phosphorus and below the biological impairment threshold, (23% and 44% for 2001 - 2023, respectively). The micromap displays the percent of stream miles deemed suboptimal due to total phosphorus generally decreasing from east to west across the state. During the 23-year data window, basins with higher percentages of suboptimal stream miles due to phosphorus co-occur with higher percentages of stream miles below the biological assessment threshold. However, the percent of stream miles below the biological threshold cannot simply be

112

Draft 2026

attributed to one parameter, nor can it be assumed that the presence of potential stressors above a screening value results in an impaired aquatic life community[8].



Figure 4.4-18. Percent of stream miles with suboptimal total phosphorus. From left to right, the vertical dashed lines represent the percentage of stream miles across Virginia with suboptimal total phosphorus and VSCI/VCPMI below the assessment threshold, respectively. Data presented is from 2001 - 2023.

Figure 4.4-19 ranks the basins by the highest percentage of stream miles with total nitrogen > 2 mg/L. The Shenandoah, Rappahannock, and Potomac River basins have the highest total nitrogen suboptimal stream miles and are above the statewide suboptimal level (3.9%). These basins also display some of the highest percentages of stream miles below the VSCI/VCPMI assessment threshold. The Rappahannock and Potomac River basins each display percentages

---

[8] The co-occurrence of stream miles below the biological impairment threshold and stream miles below the suboptimal screening value does not suggest in itself a causative relationship, and potential stressors must be evaluated for each identified benthic impairment during TMDL development.

Draft 2026

of suboptimal stream miles for total nitrogen, total phosphorus, and VSCI/VCPMI[9] above the statewide suboptimal estimate for these parameters.



Figure 4.4-19. Percent of stream miles with suboptimal total nitrogen. From left to right, the vertical dashed lines represent the percentage of stream miles across Virginia with suboptimal total nitrogen and biologic condition below the assessment threshold, respectively. Data presented is from 2001 - 2023.

### Ionic Strength (Total Dissolved Solids)

Ionic strength varies with natural geology but increases significantly in response to anthropogenic activities such as surface mining, road salts, or other industrial discharges. DEQ uses total dissolved solids (TDS) to measure ionic strength. Ionic strength is a measure of dissolved ions, dissolved metals, minerals, and organic matter in the water column. Water quality studies have consistently demonstrated that high levels of TDS in the water column

---

[9] The co-occurrence of stream miles below the biological impairment threshold and stream miles below the suboptimal screening value does not suggest in itself a causative relationship, and potential stressors must be evaluated for each identified benthic impairment during TMDL development.

114

Draft 2026

impact aquatic life (DEQ 2006b). TDS levels above 350 mg/L increase the likelihood of having a degraded aquatic community and are considered suboptimal (Table 4.4-9). TDS has been identified as a potential or probable stressor in TMDL development. Results are shown in Figure 4.4-20; DEQ estimates that 1.5% of Virginia streams have TDS levels in the suboptimal range.



Figure 4.4-20. Estimate of ionic strength condition as measured by TDS in Virginia streams and rivers and associated 95% confidence intervals. Data presented is from 2019 – 2023 (n = 205).

The southwest corner of Virginia, where resource extraction has traditionally occurred, has the highest percentages of stream miles with suboptimal total dissolved solids (Figure 4.4-21). These basins include the Big Sandy, Clinch-Powell, and New. Additional basins at or above the Virginia estimate for stream miles with suboptimal total dissolved solids (2.2% for 2001 - 2023) include the Potomac basin. This basin drains areas of the state with concentrated population centers where urban run-off and industrial processes could be contributing to higher instream ionic strength (Paul & Meyer 2001). Stream miles with suboptimal total dissolved solids are not widespread statewide. In the majority of basins, total dissolved solids do not appear to be a major driver for the percentage of stream miles below the biological threshold[10].

---

[10] The co-occurrence of stream miles below the biological impairment threshold and stream miles below the suboptimal screening value does not suggest in itself a causative relationship, and potential stressors must be evaluated for each identified benthic impairment during TMDL development.

115

Draft 2026



Figure 4.4-21. Percent of stream miles with suboptimal ionic strength as measured by TDS. From left to right, the vertical dashed lines represent the percent of stream miles across Virginia with suboptimal total dissolved solids and moderately to severely stressed biological communities, respectively. Data presented is from 2001 - 2023.

***Per- and Polyfluoroalkyl Substances (PFAS) in Water Column***

Per- and Polyfluoroalkyl Substances, or PFAS, are a class of persistent synthetic chemicals used worldwide in many consumer products, including shampoo, paints, fast food packaging, firefighting foam and non-stick cookware, among others. Manufactured beginning in the 1940s, PFAS includes a group of more than 14,700 chemicals that are used in a variety of applications. EPA has reported that exposure to PFAS could lead to adverse health effects.

Addressing the occurrence of PFAS in Virginia's surface waters, particularly where public water systems are impacted, has been an active and ongoing priority for EPA and DEQ.  DEQ added PFAS monitoring in streams and rivers to freshwater probabilistic sites in 2022 and 2024 to better understand the prevalence of these substances across the Commonwealth of Virginia. A total of eighty-five randomly selected sites were sampled for PFAS and analyzed using EPA

116

Draft 2026

Method 1633 which provides a list of 40 PFAS analytes.

Table 4.4-9. PFAS results (2022, 2024, n=85) above detection in Virginia streams and rivers (± 95% confidence limits).

| PFAS Analyte | Sites Above Detection | % of Miles Above Detection | ± 95% Confidence Interval |
|---|---|---|---|
| PFOA | 22 | 19.11 | 7.97 |
| PFOS | 18 | 15.79 | 6.48 |
| PFHxA | 16 | 15.18 | 7.75 |
| PFBS | 14 | 13.69 | 7.45 |
| PFPeA | 13 | 10.40 | 5.39 |
| PFHpA | 11 | 9.08 | 5.11 |
| PFNA | 9 | 8.82 | 5.70 |
| PFHxS | 10 | 8.48 | 5.04 |
| PFOSA | 7 | 8.10 | 6.48 |
| PFBA | 10 | 6.03 | 3.52 |
| PFHpS | 1 | 0.71 | 0.71 |
| PFPeS | 2 | 0.71 | 0.71 |
| PFDA | 1 | 0.61 | 0.61 |

Of the 40 PFAS analytes, DEQ detected thirteen in two years of randomly collected samples. Twenty-seven PFAS analytes have not been detected in random collections, indicating their presence is relatively rare in Virginia waterways. The thirteen compounds detected in the freshwater probabilistic sampling are found in Table 4.4-5. The most common PFAS analytes are PFOA and PFOS which we detected in 19.11% (± 7.97%) and 15.79% (± 6.48%) of rivers and streams. Conversely, almost 65% of Virginia freshwater systems did not have any PFAS analytes above detection limits.

### Sediment Metals

DEQ collected 492 sediment metals (arsenic, cadmium, chromium, copper, lead, mercury, nickel, silver, and zinc) samples from 2001 through 2012 and reported results in the 2008, 2010, 2012, and 2014 Integrated Reports. Sediment metals concentrations were below sediment screening values called Probable Effects Concentrations (PECs) and affected a low percentage of stream miles. Due to the low prevalence of metals above PECs in Virginia's wadeable streams and high sampling costs, DEQ has suspended sediment metals sampling. Consequently, DEQ will not report on sediment in the 2026 assessment cycle. Integrated Report chapters from previous assessment cycles contain estimates of sediment metals.

### Organic Chemicals in Sediment

In 2001 and 2002, DEQ collected organic chemicals, organic pesticides, polychlorinated biphenyls, semi-volatile constituents, and herbicides in sediments, but the data were not analyzed at a low enough detection limit to provide useful information. DEQ collected 209 organic chemical sediment samples (total PCB, total PAH, heptachlor, chlordane, dieldrin,

117

Draft 2026

lindane, endrin, DDT, DDD, DDE, Total DDT, anthracene, chrysene, fluoranthene, naphthalene, phenanthrene, pyrene, benzoanthracene, and benzo-a-pyrene) from 2003 through 2006 and reported results in the 2008 and 2010 Integrated Reports Probabilistic Monitoring chapters. A low percentage of wadeable stream miles had concentrations above probable effect concentrations (PECs). Due to low prevalence of organic chemicals in sediment and high sampling costs, DEQ has suspended sediment sampling and will not report on organic chemicals during this assessment cycle. Integrated report chapters from previous assessment cycles contain estimates of organic chemicals in sediment.

### *Cumulative Dissolved Metals (Cumulative Criterion Unit Metals Index)*

Heavy metals such as mercury, chromium, cadmium, arsenic, and lead in streams and rivers can be harmful to aquatic insects at low concentrations. These metals tend to accumulate in the gills and muscles of aquatic organisms. Dissolved metals are important predictors of stream health. The toxicity of many metals is dependent on water hardness, making it necessary to calculate site specific water quality criteria from hardness values.

In the context of water quality criteria, dissolved metals are typically treated independently (as discussed in Section 4.4.3); however, there is strong evidence that metals have a cumulative effect (Clements 2000). Cumulative Criterion Units (CCU) account for this additive effect by standardizing each dissolved metal's concentration. The standardized metal concentrations are summed, and the result is the CCU Metals Index score. When the CCU Metals Index is above 2, the cumulative effect is considered likely to harm aquatic life (Clements 2000). CCU Metals has been identified as a potential or probable stressor in TMDL development. DEQ estimates that 1% of river miles in Virginia have CCUs that are considered suboptimal (Figure 4.4-22; Table 4.4-9).



Figure 4.4-22. Estimate of CCU Metals Index in Virginia streams and rivers and associated 95% confidence intervals. Data presented is from 2017 - 2023.

Dissolved metals are not a widespread issue affecting many major basins across Virginia (Figure 4.4-23). The Rappahannock, Potomac, Chowan, and York River basins all contain stream miles with water column metals levels above the estimated suboptimal condition in Virginia (1.4% of stream miles for 2001 - 2023). The majority of basins in Virginia do not have any stream miles

118

Draft 2026

that fall into the suboptimal category for water column metals[11].

Figure 4.4-24 combines the major river basin ranks for each of the respective screening value parameters relative to the VSCI/VCPMI to summarize the percent of stream miles that are suboptimal. Basins were ranked from one (1) to eleven (11) for each parameter, with a rank of 1 corresponding to the basin with the most stream miles in the suboptimal range and a rank of 11 where the fewest stream miles fall into the suboptimal range. Where basins displayed identical measures for a given parameter, many basins share a particular rank (e.g. Total dissolved solids and CCU metals). The condition estimate between ranks can be very close, resulting in minimal relative extent difference among basins, thus referencing the appropriate micromap is critical for understanding the stressor extent for each individual parameter.

---

[11] The co-occurrence of stream miles below the biological impairment threshold and stream miles below the suboptimal screening value does not suggest in itself a causative relationship, and potential stressors must be evaluated for each identified benthic impairment during TMDL development.

Draft 2026



Figure 4.4-23. Percent of stream miles with suboptimal cumulative dissolved metals. From left to right, the vertical dashed lines represent the percentage of stream miles across Virginia with suboptimal cumulative dissolved metals and moderately to severely stressed biological communities, respectively. Data presented is from 2001 - 2023.

The summary heatmap graphic is also color coded by rank, scaling from dark blue to white as the percentage of suboptimal stream miles decreases from the highest to the lowest rank. Basins with the darkest boxes have the highest percentage of suboptimal stream miles due to the parameters listed in the left column. As evident by the numeric and color ranks, the Rappahannock and Chowan River basins have the most stream miles impacted by multiple parameters. Water bodies in these basins are potentially stressed by a combination of water quality parameters. The Holston River basin contains the fewest stream miles considered suboptimal (e.g., ranks the lowest) for the parameters analyzed in this section.

By ranking basins from 1 to 11 according to the percent of stream miles that are below the biological assessment threshold (VSCI/VCPMI = 60), Figure 4.4-24 ranks the Big Sandy, Chowan, and Rappahannock River basins highest (rank 1, 2, and 3, respectively) and the Holston, Clinch-

120

Draft 2026

Powell, and James River basins lowest (ranks 11 and 10, and 9, respectively). The Rappahannock, Potomac, and Chowan River basins hold the top three ranks for five of the six parameters detailed in this report. Thus, multiple parameters may be driving the higher percentage of stream miles falling below the biological assessment threshold in the Chowan, Rappahannock, and Potomac River basins. Multiple stressors can interact in unpredictable ways and may present management challenges with efforts to improve aquatic health, for example in the identification of stressors and clean-up strategies.

| Indicator | Big Sandy | Chowan | Rappahannock | Potomac | Roanoke | Shenandoah | York | New | James | Clinch-Powell | Holston |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Cumulative Dissolved Metals | 6 | 3 | 1 | 2 | 6 | 6 | 4 | 6 | 5 | 6 | 6 |
| Habitat Disturbance | 7 | 5 | 2 | 1 | 6 | 8 | 11 | 3 | 10 | 4 | 9 |
| Ionic Strength | 1 | 7 | 7 | 4 | 7 | 5 | 7 | 3 | 7 | 2 | 6 |
| Streambed Sedimentation | 11 | 1 | 5 | 8 | 2 | 10 | 4 | 3 | 6 | 9 | 7 |
| Total Nitrogen | 11 | 5 | 3 | 2 | 10 | 1 | 7 | 4 | 9 | 6 | 8 |
| Total Phosphorus | 10 | 2 | 1 | 5 | 4 | 7 | 3 | 9 | 6 | 8 | 10 |
| VSCI/VCPMI | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 |

Figure 4.4-24. Basin rank by parameters without water quality standards and VSCI/VCPMI. Basins with the most suboptimal stream miles for a particular parameter are ranked with highest (1). The color scales from dark blue to white as rank and level of disturbance decreases. Data summarized is from 2001 - 2023.

### 4.4.6   Stressor Extent and Relative Risks

Two of the advantages of Virginia's probabilistic datasets are the ability to calculate the relative risks (Figure 4.4-25) and stressor extent (Figure 4.4-26, Figure 4.4-27) that different environmental stressors have on the ecological health of rivers and streams across large regions. Since the stations are selected at random, DEQ can estimate water quality parameter values over the entire state with known confidence. EPA and other states have employed stressor extent and relative risk concepts extensively in their reports (ODEQ 2007; USEPA 2006; Van Sickle 2006; Van Sickle 2008).

Relative risk is a term borrowed from the medical field and applied here to communicate the potential impact a stressor has on the aquatic environment. For example, it has been shown that an individual with total cholesterol above 240 mg/dl is at greater risk for heart disease than an individual whose cholesterol is below 200 mg/dl. When an individual has a cholesterol level above 240, their relative risk of having heart disease is higher than an individual with cholesterol level below 200.

While stressor extent shows how prevalent or widespread a potential stressor is in Virginia streams (Figure 4.4-26), relative risk estimates the statistical likelihood of a degraded biological community given a stressor measured in a system at a certain value (Figure 4.4-25). Calculation of relative risk requires classification of water quality responses (e.g., the benthic macroinvertebrate indices – Table 4.4-6) and the water quality stressors (Table 4.4-9) into optimal and suboptimal categories. DEQ classified biological response parameters based on the biological assessment threshold used in the water quality assessment process. The stressor indicators in Table 4.4-9 were classified using screening values from peer reviewed literature studies and Virginia Water Quality Standards (for DO and pH). It is important to remember that the stressor screening values are not equivalent to numeric water quality criteria in the Commonwealth of Virginia. Optimal categories for DO was determined at > 4 mg/L and from 6

Draft 2026

to 9 on the pH scale. Suboptimal DO was defined at < 4 mg/L and pH values < 6 or > 9. Like the river basin-scale analyses, relative risk and stressor extent are data-intensive statistical techniques requiring the entire probabilistic monitoring dataset (2001 - 2023) and do not suggest any water quality condition or specific potential or probable stressor at a specific location for a specific water body.

The relative risks for aquatic stressors can be interpreted in a similar manner to the heart disease example. Figure 4.4-26 illustrates that the relative risk to the biological community due to habitat disturbance is 6.1; thus, the biological community is 6.1 times more likely to be considered suboptimal when habitat disturbance scores are below 120 (USEPA 1999). Relative risk values larger than 1 indicate an elevated risk to the biological community; consequently, only water quality stressors with a relative risk greater than 1 are reported in this chapter.



Figure 4.4-25. Relative Risk for major benthic macroinvertebrate stressors in all Virginia streams. The horizontal lines associated with the parameters illustrate 95% confidence intervals. The vertical dashed line at 1 indicates significance; all relative risk estimates and confidence intervals that exceed the dashed vertical are significant. Orange bars indicate parameters with screening values only (no numeric water quality criteria or assessment thresholds) and green bars indicate parameters with numeric water quality criteria (pH, DO) or assessment thresholds. Relative risk shows the number of times more likely a benthic macroinvertebrate community is to be scored in the suboptimal range or below water quality criteria/assessment thresholds (pH, DO) if the parameter

Draft 2026

shown on the y-axis is degraded. Data encompasses samples collected from 2001 - 2023.



Figure 4.4-26. Stressor extent for major benthic macroinvertebrate stressors in Virginia streams. The horizontal lines associated with the parameters illustrate the 95% confidence intervals. Orange bars indicate parameters with screening values only (no numeric water quality criteria or assessment thresholds) and green bars indicate parameters with numeric water quality criteria (pH, DO) or assessment thresholds. Stressor extent shows the frequency of the stressor in all Virginia streams from data collected from 2017 - 2023.

The most common stressor across Virginia is streambed sedimentation. ProbMon data estimates streambed sedimentation is considered suboptimal in 31% of Virginia streams. When streambed sedimentation levels are suboptimal, relative risk analysis predicts they are 2.7 times more likely to have a suboptimal benthic community than streams with optimal sedimentation levels. Nearly 19% of Virginia streams have suboptimal habitat disturbance scores; suboptimal habitat disturbance scores increase the relative risk of a suboptimal aquatic community by a factor of 6.1.

Phosphorus and nitrogen are both macroinvertebrate stressors, and their relative risks are 2.5 and 2.9, respectively. Suboptimal phosphorus conditions occur in many more streams (22.6%) than elevated nitrogen (3.9%), but when nitrogen levels exceed 2 mg/L the relative risk to the aquatic community is greater than the risk of total phosphorus above 0.05 mg/L. Ionic strength (as measured by total dissolved solids) has a relative risk of 4.0, which is one of the highest relative risks in the analyses. However, suboptimal ionic strength conditions were only found in 2.2% of Virginia streams. Dissolved metal concentrations that may cause adverse biological condition were found in 1.4% of Virginia streams; however, elevated dissolved metal concentrations increase the relative risk of having a suboptimal benthic macroinvertebrate community by 2.6.

When benthic communities endure pH and DO concentrations outside of Virginia's WQS, the benthic communities are 1.9 and 2.0 times, respectively, more likely to be degraded. With effective Water Quality Standards defined and enforced, Virginia has a low prevalence of stream miles deemed suboptimal for pH and DO at 2.7 and 0.43, respectively.

Draft 2026

Stressor extent presented in Figure 4.4-26 focuses on the percent of stream miles deemed suboptimal by each of the major stressors to Virginia streams. In contrast, Figure 4.4-27 encompasses the entire stream population for each stressor to convey a more complete narrative surrounding estimated stressor extents across Virginia. Streambed sedimentation has the highest extent of predicted stress in Virginia. As demonstrated through earlier visualizations, streambed sedimentation, total phosphorus, and habitat disturbance are relatively widespread potential stressors statewide. In comparison, total nitrogen, water column metals, and ionic strength are less prevalent in Virginia, with the majority of stream miles in the optimum category of their respective parameter. However, when any of total nitrogen, water column metals, or ionic strength parameters reach a suboptimal threshold, relative risk analyses estimate them among the most likely stressors to degrade the biological community. Missing from this chapter are other known stressors, such as hydrologic alteration and temperature stress in the critical time period (typically summer months), due to insufficient data required to generate statistically significant estimates of relative risk[12].

> *Streams with suboptimal levels of total nitrogen, water column metals, or ionic strength parameters are most likely to exhibit an altered biological community.*



Figure 4.4-27. Stressor extent for major benthic macroinvertebrate stressors in all Virginia streams (2017 - 2023) showing all condition classes (optimal, fair, and suboptimal). Optimal condition estimates are shown in green, fair condition estimates are yellow, and suboptimal conditions are shown in orange.

**Conclusion**

DEQ analyzed chemical, biological, and habitat water quality parameters to develop probabilistic estimates of Virginia's water quality conditions for the 2026 assessment period. Based on the analysis, only a small percentage of total stream miles, including small first and second-order streams, exceed numeric water quality criteria. This is an important finding

---

[12] The co-occurrence of stream miles below the biological impairment threshold and stream miles below the suboptimal screening value does not suggest, in itself, a causative relationship, and potential stressors must be evaluated for each identified benthic impairment during TMDL development.

124

Draft 2026

because Virginia's ambient monitoring program does not have the resources to evaluate the 65% of stream miles in those categories, so this analysis allows for a general assessment of expected water quality conditions.

Biological monitoring results indicate that fewer than half of Virginia's streams and rivers are estimated to have scores below the established biological assessment thresholds. Benthic macroinvertebrate communities are estimated to be degraded in 44.6% of the wadeable streams and rivers across the Commonwealth. Benthic macroinvertebrate communities are indicators of water quality problems because they represent the health of the aquatic life communities in Virginia waters. To further explore the relationships between the benthic macroinvertebrate communities and potential stressors across Virginia, the following six stressors would be expected to increase the risk to aquatic organisms: streambed sedimentation, habitat disturbance, total phosphorus, total nitrogen, total dissolved solids, and cumulative metals in the water column. These parameters are discussed in Section 4.4.5. Although these six stressors do not currently have numeric water quality criteria, most are being addressed through a variety of strategies such as benthic TMDLs and TMDL implementation plans, nutrient management plans, and best management practices. As the ProbMon program evolves and DEQ expands on the uses of ProbMon data, strategies for understanding, evaluating and restoring the Commonwealth's streams and rivers will continue.

The 2026 Integrated Report presents comparisons of ProbMon data among major river basins throughout the Commonwealth, based on a 23-year data set from 2001 to 2023. Over this period, the Holston, Clinch-Powell, and James River basins are estimated to have the fewest river miles falling into the suboptimal category for biological integrity, while the Big Sandy, Chowan, and Rappahannock River basins are estimated to have the highest number. While the Big Sandy and Shenandoah River basins had the highest estimates of suboptimal river miles statewide for a single stressor (ionic strength and total nitrogen, respectively), the Chowan, Rappahannock, and Potomac River basins had the highest statewide estimates for suboptimal river miles among multiple stressors, including habitat disturbance, streambed sedimentation, total phosphorus, and cumulative dissolved metals.

In addition to presentations, posters, reports, and handouts about ProbMon, raw data and analytical procedures used to generate this report in open source-code are available for viewing and download at the DEQ Probabilistic Monitoring webpage, under data sources.

## 4.5    Estuarine Probabilistic Monitoring

### 4.5.1  Introduction

Between 2019 and 2023 DEQ's Estuarine Probabilistic Monitoring (ProbMon) Program collected water quality, sediment chemistry, sediment toxicity, and benthic (bottom-dwelling) community samples at 248 randomly-selected monitoring stations in three major estuarine regions of Virginia (Figure 4.5-1).

Draft 2026



Figure 4.5-1. All estuarine probabilistic monitoring stations sampled between 2019 – 2023.

Chesapeake Bay watershed stations were distributed among the upper tidal reaches of the mainstem James, York, Potomac, and Rappahannock rivers including tidal tributaries and embayments. Stations that were not within the Chesapeake Bay watershed include Atlantic Ocean coastal bays on the Eastern Shore, and Albemarle Sound drainages such as Back Bay and North Landing River (Table 4.5-1)

126

Draft 2026

Table 4.5-1. Distribution of Estuarine ProbMon monitoring stations by drainage, 2019-2023.

| Drainage | Stations | Percentage |
|---|---|---|
| Chesapeake Bay | 175 | 70.56 ± 5.7 |
| Atlantic Bays | 46 | 18.55 ± 4.86 |
| North Landing-Back Bay | 27 | 10.89 ± 3.9 |
| **Total** | **248** | |

For samples collected for Quality Assurance (QA) only the first of two duplicates were included in this report. Likewise, monitoring stations that were sampled more than once per season on different days (i.e., National Coastal Condition Assessment revisit stations; n = 2) include only data from the first visit. Targeted stations revisited during the assessment window, as follow-ups to previously observed sediment contamination, were also excluded from this report. Two probabilistic stations in 2022 were not sampled because of late season weather and time restrictions; the defined sampling window for benthic index calculation had expired. One station in 2022 was not sampled for benthics because of sampling equipment malfunction. Five stations in 2022 have no sediment toxicity data because sediment samples were lost in shipment. Water column samples and hydrographic profiles were collected at all the stations visited. Consequently, in the following characterizations, 248 stations were evaluated for water column attributes and sediment chemistry, 247 stations were evaluated for benthic attributes, and 243 stations were evaluated for sediment toxicity.

The salinity regimes at estuarine ProbMon stations are characterized by near-bottom salinities at the time of sampling, because bottom salinity defines habitat types for benthic communities. Table 4.5-2 presents the distribution of stations by salinity regime and the respective salinity ranges for each regime. The distribution of stations in the various salinity regimes does not represent Virginia's estuarine waters as a whole, because the Commonwealth's survey design does not include the Chesapeake Bay mainstem or the lower tidal mainstems of major tributaries. The Chesapeake Bay and major tributary mainstems are however included in the National Coastal Condition Assessment (NCCA) design, which was integrated into the overall sampling in 2020. If mainstem Chesapeake Bay sampling were to be included in all years, the proportions of mesohaline and polyhaline waters would increase substantially, and the percentages of tidal fresh, oligohaline, and euhaline waters would decline proportionally. Euhaline waters were observed to occur primarily along the Atlantic Coast of the Delmarva Peninsula, where oceanic waters have a greater influence.

Table 4.5-2. Distribution of stations by salinity regime, based on near-bottom salinity at time of sampling, 2019-

Draft 2026

2023. Ranges follow the Venice System (1958).

| Salinity Regime | Salinity Range (‰) | Stations | Percentage |
|---|---|---|---|
| Tidal Freshwater | < 0.5 | 31 | 12.5 ± 4.14 |
| Oligohaline | ≥ 0.5 and ≤ 5 | 28 | 11.29 ± 3.96 |
| Low Mesohaline | > 5 and ≤ 12 | 22 | 8.87 ± 3.56 |
| High Mesohaline | > 12 and ≤ 18 | 55 | 22.18 ± 5.2 |
| Polyhaline | > 18 and ≤ 30 | 67 | 27.02 ± 5.55 |
| Euhaline | > 30 and ≤ 40 | 45 | 18.15 ± 4.82 |
| **Total** | | **248** | |

### Parameters Measured and Results

DEQ's Estuarine ProbMon Program adheres closely to the same selection of water quality and sediment quality parameters measured for the U.S. EPA's National Coastal Condition Assessment (NCCA) Program. Samples for water quality, sediment chemistry, sediment toxicity, and benthic community condition are collected at each of the ProbMon stations. It's important to note that the water quality parameters (e.g., nutrients, bacteria, DO, temperature, pH, etc.) that are measured at probabilistic stations are considered to be instantaneous observations and are insufficient for assessment purposes because the intensity and duration of such parameters are unknown. However, sediment chemistry, sediment toxicity, and benthic community condition are used in the evaluation of the Sediment Quality Triad (SQT; Chapman et al., 1986, 1987; Long & Chapman, 1985) to conduct Weight-of-Evidence (WOE) assessments at each individual station for determination of attainment of the Aquatic Life Use (ALU). All SQT measures are considered to be temporally integrative, providing an assessment of environmental conditions experienced by the benthic community during the period prior to the time of sampling.

This section summarizes water quality, sediment quality, and benthic community condition of Virginia's estuarine probabilistic stations for the assessment period 2019-2023. In addition, statewide results are used to provide an overall assessments of Virginia's estuarine conditions, using NCCA evaluation methods as described in U.S. EPA's NCCA Technical Support Document (TSD; U.S. EPA 2020).

### 4.5.2   Water Quality

The NCCA uses the following five water column parameters to characterize estuarine water quality:

1. Near-surface Dissolved Inorganic Phosphorus concentration (DIP in mg/L)
2. Near-surface Dissolved Inorganic Nitrogen concentration (DIN in mg/L)
3. Near-surface Chlorophyll *a* concentration (Chl-*a* in µg/L)
4. Near-bottom Dissolved Oxygen concentration (DO in mg/L)
5. Water Clarity, expressed as percent of incident photosynthetically active radiation (PAR) available at a standardized depth of 1.0 meter (percent PAR @ 1.0 m).

These five parameters are subsequently integrated into a single water quality index (WQI) for

128

Draft 2026

the station. For each parameter and aggregate index derived therefrom, NCCA has established benchmarks, which are parameter or index value bounds, for various narrative condition classes (Good, Fair, Poor).

### Near-surface Dissolved Inorganic Phosphorus

Dissolved inorganic phosphorus (DIP) is also known as dissolved orthophosphate ($PO_{43}-$) or soluble reactive phosphorus (SRP). It is the most available form of phosphorus for uptake by organisms and, along with nitrogen, is an essential natural nutrient required for the growth of algae, the base of the food web in estuarine waters. An excess of these nutrients, however, can result in accelerated eutrophication, characterized by large undesirable algal blooms, increased Chl-a concentrations, reduced water clarity, and lower concentrations of dissolved oxygen. Table 4.5-3 summarizes the ranges of DIP concentrations that the NCCA has established as thresholds for water quality classes in estuarine waters of the northeastern United States, the number of Virginia probabilistic stations falling within each class, and the estimated proportions (with 95 percent confidence intervals) of Virginia's estuarine waters falling within each class

Table 4.5-3. Estimated dissolved inorganic phosphorus (DIP) condition in Virginia's estuaries

, 2019-2023. Conditions and threshold ranges are from U.S. EPA (2020).

| DIP Condition | DIP Range (mg/L) | Stations | Percentage |
|---|---|---|---|
| Good | ≤ 0.01 | 144 | 58.06 ± 6.17 |
| Fair | > 0.01 and ≤ 0.05 | 89 | 35.89 ± 6 |
| Poor | > 0.05 | 15 | 6.05 ± 2.98 |
| **Total** | | **248** | |

### Near-surface Dissolved Inorganic Nitrogen

Dissolved inorganic nitrogen (DIN) is the sum of dissolved nitrate ($NO_3^-$) nitrogen, nitrite ($NO_2^-$) nitrogen, and ammonia ($NH_3$ & $NH_4^+$) nitrogen. As with DIP, DIN too is an essential natural nutrient for algal growth, and when in excess can accelerate eutrophication. Table 4.5-4 summarizes the ranges of DIN concentrations that the NCCA has established as thresholds for water quality classes in estuarine waters of the northeastern United States, the number of Virginia probabilistic stations falling within each class, and the estimated proportions (with 95 percent confidence intervals) of Virginia's estuarine waters falling within each class.

Table 4.5-4. Estimated dissolved inorganic nitrogen (DIN) condition in Virginia's estuaries , 2019-2023. Conditions

129

Draft 2026

and threshold ranges are from U.S. EPA (2020).

| DIN Condition | DIN Range (mg/L) | Stations | Percentage |
|---|---|---|---|
| Good | ≤ 0.1 | 226 | 91.13 ± 3.56 |
| Fair | > 0.1 and ≤ 0.5 | 21 | 8.47 ± 3.48 |
| Poor | > 0.5 | 1 | 0.4 ± 0.79 |
| **Total** | | **248** | |

### *Near-surface Chlorophyll a*

Chl-*a* concentrations in surface waters are an indication of the quantity of algae in the water. High concentrations of Chl-*a*, often caused by nutrient enrichment, can indicate the presence of undesirable algal blooms, which may further reduce water quality by increasing pH and decreasing water clarity. Also, the die-off of excess algae can result in insufficient amounts of DO for fish and other aquatic life. Table 4.5-5 summarizes the ranges of chlorophyll-a concentrations that the NCCA has established as thresholds for water quality classes in estuarine waters of the northeastern United States, the number of Virginia probabilistic stations falling within each class, and the estimated proportions (with 95 percent confidence intervals) of estuarine waters falling within each class.

Table 4.5-5. Estimated Chl-*a* condition in Virginia's estuarine waters, 2019-2023. Conditions and threshold ranges are from U.S. EPA (2020).

| Chl-*a* Condition | Chl-*a* Range (µg/L) | Stations | Percentage |
|---|---|---|---|
| Good | ≤ 5 | 36 | 14.52 ± 4.41 |
| Fair | > 5 and ≤ 20 | 177 | 71.37 ± 5.65 |
| Poor | > 20 | 35 | 14.11 ± 4.35 |
| **Total** | | **248** | |

### *Near-bottom Dissolved Oxygen*

Acceptable dissolved oxygen (DO) concentrations are crucial for the survival of all aquatic organisms. In particular, near-bottom DO concentrations are critical for two reasons. First, near-bottom DO concentrations are almost always the minimum concentrations in the DO surface-to-bottom profile, and it is the minimum concentration of DO that is most influential to aquatic life. Second, near-bottom DO concentrations represent the oxygen available to the community of relatively immobile benthic organisms, often used for further characterizations of the ecological condition of estuarine waters. Table 4.5-6 4 summarizes the ranges of bottom DO concentrations that the NCCA has established as thresholds for water quality classes in estuarine waters of the northeastern United States, the number of Virginia probabilistic stations falling within each class, and the estimated proportions (with 95 percent confidence intervals) of estuarine waters falling within each class.

Table 4.5-6. Estimated near-bottom dissolved oxygen (DO) conditions in Virginia's estuarine waters, 2019-2023.

Draft 2026

Conditions and threshold ranges are from U.S. EPA (2020).

| DO Condition | DO Range (mg/L) | Stations | Percentage |
|---|---|---|---|
| Good | > 5 | 194 | 78.23 ± 5.16 |
| Fair | ≤ 5 and > 2 | 47 | 18.95 ± 4.9 |
| Poor | ≤ 2 | 7 | 2.82 ± 2.07 |
| **Total** | | **248** | |

### Water Clarity

Water clarity is considered an important attribute of water quality for several reasons. The availability of adequate photosynthetically active radiation (PAR), to a depth of at least 2 meters, is a necessity for the survival and growth of submerged aquatic vegetation (SAV), which provides shelter and food

> ***Photosynthetically active radiation*** is sunlight that is sufficiently intense to provide plants with energy for growth.

for numerous aquatic organisms. In addition to indicating potential for SAV growth, diminished water clarity may indicate excessive suspended sediment and/or excessive algal blooms in the water column.

Water clarity was reported as percent transmittance, which is the percent of incident PAR transmitted through 1 m of water. First, PAR was measured using a pair of PAR sensors from LI-COR Biosciences. One sensor was lowered through the water column and measured PAR intensity at multiple depths, while a second sensor remained in the air measuring PAR intensity of incident light. Paired surface-water PAR data were used to derive a PAR attenuation coefficient following Beer's Law, which states that light intensity decreases exponentially with distance. Beer's Law was then applied to the derived attenuation coefficient to estimate percent transmittance at 1 m as detailed in the NCCA TSD (U.S. EPA 2020).
At stations where PAR was not measured (n = 15), the PAR attenuation coefficient was estimated using Secchi depth (m) before applying Beer's Law to estimate percent PAR transmittance at 1 m (U.S. EPA 2020).

At stations where PAR was not measured (n = 17), the PAR attenuation coefficient was estimated using Secchi depth (m) before applying Beer's Law to estimate percent PAR transmittance at 1 m (U.S. EPA, 2020)

Estimated PAR percent transmittance was then compared to habitat-specific PAR percent transmittance values established by the NCCA as benchmarks for water quality condition classes in estuarine waters of the northeastern United States (Table 4.5-7). The term "habitat" with respect to water clarity refers to the level of clarity expected or desired in different water bodies. For example, some waters are naturally turbid, with lower expectation for clarity, while some have been designated for SAV growth and restoration, where clear water is essential if sufficient light is to reach the bottom.

Table 4.5-7. Water clarity thresholds (% PAR at 1 m) for general estuarine waters, by habitat type, per U.S. EPA's

131

Draft 2026

National Coastal Condition Assessment (U.S. EPA, 2020).

| Condition | Naturally Turbid | Normal Turbidity | SAV Growth and Restoration |
|---|---|---|---|
| Good | > 10% | > 20% | > 40% |
| Fair | ≤ 10% and > 5% | ≤ 20% and > 10% | ≤ 40% and > 20% |
| Poor | ≤ 5% | ≤ 10% | ≤ 20% |
| Value of c | 1.0 | 1.4 | 1.7 |

The Chesapeake Bay Program (CBP) has developed more detailed water clarity criteria for shallow-water (< 2 m) bay grass (SAV) designated use habitats based on salinity regime and time of year (Table 4.5-8). The CBP criteria were used to classify all the tidal-fresh, oligohaline, and mesohaline stations; however, the criterion periods (Table 4.5-8) indicate that for polyhaline stations, only those sampled in September should be classified using the CBP criteria. Therefore, clarity measurements from stations deeper than 2 m, or from shallow-water polyhaline stations that were collected during September were classified using the NCCA thresholds for normal turbidity water (Table 4.5-7).

Table 4.5-8. Chesapeake Bay Program water clarity criteria for shallow-water bay grass designated use habitats within tidal waters of the Chesapeake Bay drainage.

| Salinity Regime | Water Clarity Criterion (% PAR at 1 m) | Criterion Season |
|---|---|---|
| Tidal Freshwater | 13%[a] | 1 April - 31 October |
| Oligohaline | 13% | 1 April - 31 October |
| Mesohaline | 22% | 1 April - 31 October |
| Polyhaline | 22% | 1 March - 31 May and 1 September - 30 November |

[a]CBP uses c = 1.45 for estimating Kd: Kd = c/Secchi depth

Water clarity was assessed using NCCA thresholds modified to use CBP criteria for the Fair/Poor threshold at stations with potential to support SAV (Table 4.5-9). Thus, a Fair/Poor threshold of 13% or 22% as per Table 4.5- was applied in place of the standard 20% Fair/Poor threshold used by NCCA at SAV stations (Table 4.5-7).

Draft 2026

Table 4.5-9. Water clarity (PAR) condition by habitat type, based on applicable Normal or SAV turbidity benchmarks, 2019-2023.

| Habitat | PAR Condition | PAR Range (% PAR at 1 m)[a] | Stations | Percentage |
|---|---|---|---|---|
| Normal Turbidity | Good | > 20 | 64 | 48.48 ± 8.61 |
| | Fair | ≤ 20 and > 10 | 28 | 21.21 ± 7.04 |
| | Poor | ≤ 10 | 39 | 29.55 ± 7.86 |
| | Missing | ------ | 1 | 0.76 ± 1.49 |
| Potential SAV | Good | > 40 | 5 | 4.31 ± 3.74 |
| | Fair | ≤ 40 and > CBP Criteria | 12 | 10.34 ± 5.6 |
| | Poor | ≤ CBP Criteria | 98 | 84.48 ± 6.66 |
| | Missing | ------ | 1 | 0.86 ± 1.7 |
| **Total** | | | **248** | |

[a] Stations meeting CBP Potential SAV habitat criteria were evaluated using respective salinity-dependent CBP PAR criteria in Table 4.5-8.

***Water Quality Index***

The five individual indicators of water quality evaluated above may not always agree in their separate characterizations of water quality. For example, a decrease in dissolved nutrients (DIP and DIN) might be interpreted as an improvement of water quality, but if the decrease was caused by the rapid uptake of nutrients by an expanding population of algae (a bloom), an increase in Chl-*a* and a decrease in PAR would result. Both of the latter (as well as an algal bloom) would be considered degradations of water quality. Increased photosynthesis by an algal bloom would improve near-surface DO concentrations during the day, but nighttime metabolism by algae might greatly depress near-surface DO concentrations. Also, the decomposition of dying algae, later in the bloom, would further depress DO concentrations, especially deeper in the water column. Consequently, all five water quality indicators discussed above (DIP, DIN, Chl-*a*, DO, and PAR) are integrated into a single water quality index (WQI) to provide a general characterization of water quality at each station. This integration is performed by evaluating the observed condition of each of the five indicators and combining them using the benchmarks described in Table 4.5-10.

Table 4.5-10. Estimated Water Quality Index (WQI) conditions in Virginia's estuarine waters 2017-2022 based on aggregation of 5 water quality (WQ) indictors (near-surface DIP, DIN, and Chl-*a*, near-bottom DO, and water clarity). Conditions and threshold benchmarks are from U.S. EPA (2020).

| WQI Condition | WQ Indicator Benchmarks | Stations | Percentage[1] |
|---|---|---|---|
| Good | 0 Poor and ≤ 1 Fair | 39 | 15.73 ± 4.55 |
| Fair | 1 Poor or ≥ 2 Fair | 182 | 73.39 ± 5.53 |
| Poor | ≥ 2 Poor | 27 | 10.89 ± 3.9 |
| Missing | ≥ 2 indicators missing | 0 | 0 |
| **Total** | | **248** | |

133

Draft 2026

### *Generalized Statewide Water Quality Characterization*

In past reports on NCCA surveys U.S. EPA has provided guidelines in the Technical Support Document (U.S. EPA 2020) for characterizing regional attributes based on the proportions of individual stations in "Good", "Fair", or "Poor" condition (Table 4.5-11) on the WQI. Virginia's statewide estuarine waters have a condition of "Fair" for generalized water quality, because 10 to 20% of the stations are in "Poor" condition, or 50% or fewer of the stations are in "Good" condition based on Water Quality Index conditions.

Table 4.5-11. Benchmarks for regional Water Quality Index condition. Conditions and benchmarks are from U.S. EPA (2020).

| Condition | Statewide Water Quality Index Benchmarks |
| --- | --- |
| Good | Fewer than 10% of the stations are in "Poor" condition, and more than 50% of the stations are in "Good" condition. |
| Fair | 10 to 20% of the stations are in "Poor" condition, or 50% or fewer of the stations are in "Good" condition. |
| Poor | More than 20% of the stations are in "Poor" condition. |

### 4.5.3   Other Water Quality Attributes

Virginia has established water quality standards (WQS) for several additional water quality attributes that have not been included among those traditionally evaluated by the NCCA program. Summaries of the following attributes are presented only for the purpose of characterizing Virginia's estuarine waters as a whole, and the single observed values at individual stations are not appropriate for site-specific assessments.

### *Acidity-Alkalinity (pH)*

Virginia has established a single range of pH values to be acceptable for all classes of fresh and salt waters, except for swamp waters. In normal fresh and salt waters, observed pH values in the range of 6.0 – 9.0 are considered to be acceptable. Any observed pH value below 6.0 or above 9.0 is considered an exceedance of the standard. Acidification (lowering of pH) is often associated with acid rain ($H_2SO_4$, $HNO_3$, $H_2CO_3$) deposition, especially in freshwater streams, lakes, and reservoirs. Alkalinization (rising pH) may result from eutrophication and excessive algal blooms or as a result of salinization due to the input of salts containing strong bases ($Na^+$, $Ca^{2+}$, $Mg^{2+}$, $K^+$).

For the purpose of pH evaluations, all measurements surface to bottom of the hydrographic profile were considered. Among 836 pH measurements collected across 246 estuarine stations with pH data, 0 measurements at 0 stations exceeded the state pH standard. Table 4.5-12 summarizes the pH exceedances observed within Virginia's estuarine waters.

Table 4.5-12. Number of stations and measurements with pH exceedances of > 9 or < 6, 2019-2023. At each

Draft 2026

station, measurements of pH were made at multiple depths during the hydrographic profile downcast.

| pH Exceedance Range | Stations | Measurements | Percentage of Measurements |
|---|---|---|---|
| > 9 | 0 | 0 | 0 |
| < 6 | 0 | 0 | 0 |
| No Exceedance | 246 | 836 | 100 |
| **Total** | **246** | **836** | |

### Bacteria

High counts of *E. coli* bacteria in freshwater and *Enterococci* in transitional and saltwater indicate an elevated human health risk of illness from exposure to pathogenic organisms. Virginia WQS for bacteria exposure from recreational use (9VAC25-260-170) include criteria to be applied when multiple bacteria samples are taken.

Because the Estuarine ProbMon program only collects one bacteria sample per station per year, the geometric mean and STV thresholds in the WQS are not applicable to these data and are, therefore, not presented here.

### 4.5.4   Sediment Quality

Sediment quality is important for characterizing probabilistic estuarine stations because the composition of the sediment and the chemical contaminants in it may adversely affect ecosystem function and the health of aquatic organisms, as well as the health of humans that use the ecosystem for work, recreation, or food. The NCCA program has traditionally used two measures of sediment quality; 1) chemical contamination and 2) toxicity, integrated into a single sediment quality index (SQI) to characterize individual stations.

### Sediment Chemistry

Sediment used for chemical analyses and toxicity testing was collected from the top 2.0 cm of bottom substrate, most commonly sampled by DEQ using Petite Ponar grab samplers. Approximately 5 liters of sample were homogenized then subdivided for analyses of chemistry, toxicity, total organic Carbon (TOC), and particle size.

Sediment chemistry samples were analyzed for select metals (n = 16), pesticides (n = 30), and other organic compounds, including polynuclear aromatic hydrocarbons (PAHs) and semi-volatiles (n = 28), as well as polychlorinated biphenyls (PCBs; n = 21), because they are persistent, bioaccumulative, and are often associated with acute and chronic effects on aquatic organisms. Table 4.5-13 summarizes the analytes that are quantified in DEQ's estuarine probabilistic sediment samples. The results of these chemical analyses are evaluated in several different ways, each line of evidence contributing to the final chemical characterization of the sediment.

In recent years, the NCCA program has utilized two independent methods of evaluating the effects of multiple chemical contaminants in sediment: the "ERM-quotient" method, and the "Logistic Regression" method. Both methods are also utilized in DEQ's Estuarine ProbMon

Draft 2026

Program. DEQ also applies EPA's "Equilibrium Partitioning Sediment Benchmarks for PAH Mixtures" ($ESB_{PAH}$), as a third line of evidence for characterizing sediment chemistry (U.S. EPA 2003).

136

Table 4.5-13. Analytes measured in sediment samples, 2019-2023.

| 16 Trace Metals | 25 Polynuclear Aromatic Hydrocarbons (PAHs) and Semi-Volatiles | 28 DDT and Organochlorine Pesticides & Derivatives | 21 PCBs | |
|---|---|---|---|---|
| | | | PCB No. | Compound Name |
| Aluminum | 1-Methylnaphthalene | 2,4'-DDD | 8 | 2,4'-Dichlorobiphenyl |
| Antimony | 1-Methylphenanthrene | 2,4'-DDE | 18 | 2,2',5-Trichlorobiphenyl |
| Arsenic | 2-Methylnaphthalene | 2,4'-DDT | 28 | 2,4,4'-Trichlorobiphenyl |
| Cadmium | 2,3,5-Trimethylnaphthalene | 4,4'-DDD | 44 | 2,2',3,5'-Tetrachlorobiphenyl |
| Chromium | 2,6-Dimethylnaphthalene | 4,4'-DDE | 52 | 2,2',5,5'-Tetrachlorobiphenyl |
| Copper | Acenaphthene | 4,4'-DDT | 66 | 2,3',4,4'-Tetrachlorobiphenyl |
| Iron | Acenaphthylene | Aldrin | 77 | 3,3',4,4'-Tetrachlorobiphenyl |
| Lead | Anthracene | alpha-BHC | 101 | 2,2',4,5,5'-Pentachlorobiphenyl |
| Manganese | Benz(a)anthracene | alpha-Chlordane | 105 | 2,3,3',4,4'-Pentachlorobiphenyl |
| Mercury | Benzo(a)pyrene | beta-BHC | 110 | 2,3,3',4',6-Pentachlorobiphenyl |
| Nickel | Benzo(b)fluoranthene | cis-Nonachlor | 118 | 2,3',4,4',5-Pentachlorobiphenyl |
| Selenium | Benzo(e)pyrene | delta-BHC | 126 | 3,3',4,4',5-Pentachlorobiphenyl |
| Silver | Benzo(g,h,i)perylene | Dieldrin | 128 | 2,2',3,3',4,4'-Hexachlorobiphenyl |
| Tin | Benzo(k)fluoranthene | Endosulfan I | 138 | 2,2',3,4,4',5'-Hexachlorobiphenyl |
| Vanadium | Biphenyl | Endosulfan II | 153 | 2,2',4,4',5,5'-Hexachlorobiphenyl |
| Zinc | Chrysene | Endosulfan sulfate | 170 | 2,2',3,3',4,4',5-Heptachlorobiphenyl |
| | Dibenz(a,h)anthracene | Endrin | 180 | 2,2',3,4,4',5,5'-Heptachlorobiphenyl |
| | Dibenzothiophene | Endrin aldehyde | 187 | 2,2',3,4',5,5',6-Heptachlorobiphenyl |
| | Fluoranthene | Endrin ketone | 195 | 2,2',3,3',4,4',5,6-Octachlorobiphenyl |
| | Fluorene | gamma-BHC | 206 | 2,2',3,3',4,4',5,5',6-Nonachlorobiphenyl |
| | Indeno(1,2,3-cd)pyrene | gamma-Chlordane | 209 | Decachlorobiphenyl |
| | Naphthalene | Heptachlor | | |
| | Perylene | Heptachlor epoxide | | |
| | Phenanthrene | Hexachlorobenzene | | |
| | Pyrene | Mirex | | |
| | Total polycyclic aromatic hydrocarbons | Oxychlordane | | |
| | Total low-molecular weight polycyclic aromatic hydrocarbons | Toxaphene | | |
| | Total high-molecular weight polycyclic aromatics hydrocarbons | trans-Nonachlor | | |

### Sediment Quality Guidelines

Sediment Quality Guidelines (SQGs) are threshold limits of contaminants used in Ecological Risk assessments to determine the likelihood of adverse effects from sediment chemistry to biological communities. DEQ applies both consensus-based SQGs known as Probable Effects Concentrations (PECs; MacDonald et al., 2000) and effects-based screening values known as Effects Range Medians (ERMs; Long et al., 1995). ERM and PEC screening values are published in DEQ's Water Quality Assessment Guidance Manual (VDEQ, 2023). Bottom salinity at time of sample collection dictates which group of the screening values are applied. Transitional waters (oligohaline) are compared against whichever screening value is lower (Table 4.5-14).

Draft 2026

Table 4.5-14. Sediment Quality Guideline (SQG) screening values based on salinity regime.

| Salinity Regime | Salinity (ppt) | Screening Value |
|---|---|---|
| Tidal Freshwater | <0.5 | Probable Effects Concentration (PEC) |
| Oligohaline | 0.5-5 | The lesser of: Effects Range Median (ERM) *or* Probable Effects Concentration (PEC) |
| Low Mesohaline | 5-12 | |
| High Mesohaline | 12-18 | Effects Range Median (ERM) |
| Polyhaline | 18-30 | |
| Euhaline | >30 | |

For each station, quotients were derived by dividing the measured concentration of each contaminant by its corresponding PEC or ERM screening value. Quotients greater than 1 indicate the measured concentration exceeded its screening value and adverse effects from that contaminant are "probable". To predict the toxicity for mixtures of multiple contaminants in sediments, the mean from an ecologically relevant subset of contaminant quotients (mean Sediment Quality Guideline Quotient, mSQG-Q) is used. DEQ's saltwater stations incorporate the same contaminant subset used to calculate the mean Effects-Range Median Quotient (mERM-Q) from Long et al. (1995) and the NCCA TSD (U.S. EPA 2020). Freshwater and transitional stations adhere to the subset of contaminant quotients used when calculating the mean Probable Effects Concentrations Quotient (mPEC-Q; Hyland et al. 2003; Ingersoll et al. 2001; MacDonald et al. 2000). The larger the value of mSQG-Q, the higher the risk of adverse effects to aquatic life (Table 4.5-15).

Table 4.5-15. Mean Sediment Quality Guideline Quotients (mSQG-Q) conditions and ranges based on NCCA 2015 thresholds, 2019-2023.

| mSQG-Q Condition | mSQG-Q Range | Stations | Percentage |
|---|---|---|---|
| Good | ≤ 0.022 | 66 | 26.61 ± 5.53 |
| Fair | > 0.022 and ≤ 0.098 | 125 | 50.4 ± 6.25 |
| Poor | > 0.098 and ≤ 0.473 | 55 | 22.18 ± 5.2 |
| Very Poor | > 0.473 | 2 | 0.81 ± 1.12 |
| **Total** | | **248** | |

### *Logistic Regression Model*

The EPA NCCA introduced the Logistic Regression Model (LRM) for sediment characterizations in the report on the 2010 National Survey (U.S. EPA, 2015, 2016). Logistic regression coefficients from Field et al. (2002) were presented for 10 metals, 21 PAHs, Biphenyl, Total PCBs, and 4 pesticides. The observed concentration of each analyte is used in the LRM to calculate the estimated probability of significant acute mortality to amphipod crustaceans. NCCA subsequently used the maximum probability of toxicity (Pmax) among all analytes to

138

Draft 2026

characterize sediment chemistry at the station (U.S. EPA, 2015, 2016). Table 4.5-16 summarizes the NCCA $P_{max}$ thresholds and the consequent distribution of sediment characterizations in Virginia's estuarine waters.

Table 4.5-16. Estimated logistic regression Pmax conditions in Virginia's estuarine waters (2017-2022). Conditions and threshold ranges are from U.S. EPA (2020).

| Pmax Condition | Pmax Range | Stations | Percentage |
| --- | --- | --- | --- |
| Good | ≤ 0.5 | 238 | 95.97 ± 2.46 |
| Fair | > 0.5 and < 0.75 | 9 | 3.63 ± 2.34 |
| Poor | ≥ 0.75 | 1 | 0.4 ± 0.79 |
| **Total** | | **248** | |

### *Equilibrium Partitioning Sediment Benchmark for PAH Mixtures*

The ESB for PAH mixtures ($ESB_{PAH}$) is the only one of the three sediment chemical contamination indices utilized in this report that adjusts the risk of benthic effects by accounting for the sediment concentration of TOC, which binds PAHs (and other organic contaminants) and reduces their availability (and thus toxicity) to benthic organisms. EPA has published guidelines for estimating the effects of mixtures of PAHs in sediments on the resident benthic communities (U.S. EPA 2003). Virginia DEQ uses this method to provide a third line of evidence for the characterization of sediment contamination in estuarine waters. The observed sediment concentrations of 23 individual PAHs are multiplied by their respective toxicity coefficients and adjusted for the total organic carbon concentration in the sediment. The resultant values are then summed across all 23 PAHs, and the sum is subsequently compared to an EPA-defined critical value. The EPA critical value divides the results into two classes: values ≤ 1–0 - low probability of benthic effects, and values > 1–0 - elevated probability of benthic effects. To refine the degree of benthic risk and for the sake of comparability with other sediment contamination indices in this report, the elevated probability range of ESBPAH values was subdivided further (Table 4.5-17).

Table 4.5-17. Estimated condition of Equilibrium Partitioning Sediment Benchmarks for PAH mixtures (ESBPAH) in Virginia's estuarine waters, 2019-2023. Conditions and threshold ranges are from U.S. EPA (2020).

| ESBPAH Condition | ESBPAH Range | Stations | Percentage |
| --- | --- | --- | --- |
| Good | ≤ 1.000 | 244 | 98.39 ± 1.58 |
| Fair | > 1.000 and ≤ 1.100 | 3 | 1.21 ± 1.37 |
| Poor | > 1.100 and ≤ 5.001 | 1 | 0.4 ± 0.79 |
| Very Poor | > 5.001 | 0 | 0.00 ± 0.00 |
| **Total** | | **248** | |

### *Integrated Sediment Chemistry Index*

DEQ's Integrated Sediment Chemistry Index (SCI) is derived from characterizations of sediment chemistry based on mean Sediment Quality Guideline Quotient (mSQG-Q), the $P_{max}$ statistic of the Logistic Regression Model (LRM-$P_{max}$), and the Equilibrium Partitioning Sediment

139

Draft 2026

Benchmark for PAH Mixtures (ESB$_{PAH}$). This is a slight deviation from the NCCA SCI which does not include the ESB$_{PAH}$. The ESB$_{PAH}$ accounts for reduced PAH bioavailability (and thus toxicity) resulting from PAH sequestration by TOC and is pertinent to include in the SCI. Based on the percentage distributions of stations among SCI conditions, Virginia's estuarine waters have a statewide condition of "Fair" for sediment chemical contamination (Table 4.5-18).

Table 4.5-18. Estimated integrated Sediment Chemistry Index (SCI) conditions in Virginia's estuarine waters, 2019-2023 based on aggregation of 3 sediment chemistry (SC) indicators (mSQG-Q, LRM-Pmax, and ESBPAH). Conditions and threshold benchmarks are from U.S. EPA (2020).

| SCI Condition | SC Indicator Benchmarks | Stations | Percentage |
|---|---|---|---|
| Good | All three elements Good | 66 | 26.61 ± 5.53 |
| Fair | No Poor, and at least one element Fair | 126 | 50.81 ± 6.25 |
| Poor | One or two elements' Poor or Very Poor | 56 | 22.58 ± 5.23 |
| Very Poor | Two or more elements Very Poor | 0 | 0 |
| **Total** | | **248** | |

***Sediment Toxicity***

In addition to sediment chemistry, sediment toxicity is another important attribute of sediment quality. The acute toxicity of sediment was measured by performing 10-day, static acute toxicity tests with two species of amphipod crustaceans: *Leptocheirus plumulosus* tests at all stations were usually complemented with *Hyalella azteca* tests at stations in tidal freshwaters. The utilization of complementary *Hyalella* tests was initiated in 2013, after significant blooms of iron-fixing bacteria were observed on freshwater sediment following normalization of overlying water to 20.0‰ for standardized *Leptocheirus* saltwater toxicity tests. The bacterial blooms caused a precipitous drop in pH and elevated ammonia concentrations in the test chambers, and induced a significant mortality of test organisms that was not a direct result of sediment contamination by toxics. The complementary freshwater tests of sediment from the same station with *Hyalella* seldom resulted in such high mortality. If multiple tests were conducted, results from both *Leptocheirus* and *Hyalella* tests were integrated into a single classification per station.

Table 4.5-19 summarizes the characterization of estuarine stations where sediment toxicity samples were available (n = 243) based upon the results of 10-day, static acute sediment toxicity tests. Toxicity test endpoints were mortality of test organisms, expressed as percent control-corrected survival. Statistically significant difference from controls was tested at α = 0.05 level; ecological effect was considered significant if control-corrected survival was less than 80.0 percent. In some cases, significant amphipod mortality may not be attributed directly to chemical contamination of the sediment. Particle size distributions within the sediment (> 95.0 percent sand) were a probable cause for observed mortality. These circumstances were discussed and evaluated during weight-of-evidence assessments. Using the same criteria as for generalized statewide water quality (Table 4.5-11), Virginia's estuarine waters have an overall condition of "Good" for sediment toxicity, because fewer than 10% of the stations are in "Poor" condition, and more than 50% of the stations are in "Good" condition (Table 4.5-19).

140

Table 4.5-19. Toxicity conditions and thresholds, 2019-2023. Conditions and thresholds are from U.S. EPA (2020).

| Condition | Toxicity Range | Stations | Percentage |
|---|---|---|---|
| Good | Results not significantly different from controls (p > 0.05) and > 80% control-corrected survival. | 172 | 67.45 ± 5.78 |
| Fair | Results significantly less than controls (p < 0.05) and > 80% control-corrected survival OR not significantly different from controls (p > 0.05) and < 80% control-corrected survival. | 79 | 30.98 ± 5.7 |
| Poor | Results significantly less than controls (p < 0.05) and < 80% control-corrected survival. | 4 | 1.57 ± 1.53 |
| Total | | 255 | |

### *Sediment Quality Index*

The NCCA has traditionally integrated the Sediment Chemistry Index (SCI) and the sediment toxicity results into a single Sediment Quality Index (SQI), to evaluate whether the sediment at a station is "highly likely or not likely to cause adverse effects to benthic organisms" (U.S. EPA 2016). Using the same benchmarks as for generalized regional water quality (Table 4.5-11), Virginia's estuarine waters have a condition of "Poor" for generalized statewide sediment quality, because more than 20% of the stations are in "Poor" condition (Table 4.5-20).

Table 4.5-20. Sediment Quality Index (SQI) conditions based on Sediment Chemistry Index (SCI) and sediment toxicity results, 2019-2023. Conditions and benchmarks are from U.S. EPA (2020).

| SQI Condition | SQI Benchmarks | Stations | Percentage |
|---|---|---|---|
| Good | Toxicity and Chemistry = Good | 53 | 20.46 ± 4.94 |
| Fair | Toxicity and/or Chemistry = Fair | 144 | 55.6 ± 6.08 |
| Poor | Toxicity and/or Chemistry = Poor | 62 | 23.94 ± 5.22 |
| Total | | 259 | |

## 4.5.5   Benthic Community Condition

A benthic index, certain types of which are commonly referred to as a Benthic Index of Biological Integrity (B-IBI), is a scientific tool used to identify, classify, and interpret the structure and function of benthic communities, often in relation to environmental stressors such as water pollution. Such indices are generally derived from the results of local or regional benthic surveys and are consequently geographically restricted in their application. There are several commonly applied regional benthic indices that are appropriate for use in Virginia's estuarine waters: the Chesapeake Bay Program B-IBI (CBP B-IBI; Weisberg et al. 1997), the Mid-Atlantic Integrated Assessment B-IBI (MAIA B-IBI; Llansó et al. 2002a; 2002b) and the EMAP Index of Estuarine Condition for the Virginian Biogeographic Province (EMAP VP-IEC; Paul et al. 2001). A fourth benthic index, the US M-AMBI, has been adapted by EPA from a well-established European benthic index (Pelletier et al. 2018). It was first evaluated by DEQ for potential inclusion in future weight-of-evidence assessments in 2018. The US M-AMBI was eventually included as a fourth benthic index assimilated into weight-of-evidence assessments from 2019 onward.

Draft 2026

Each of the benthic indices currently employed has its own published scale of values and benchmarks for benthic characterizations. DEQ uses slightly modified scales of benchmark values for MAIA, EMAP, and M-AMBI indices in order to better delineate between "Poor" and "Very Poor", and to make comparisons between all indices more uniform (Table 4.5-21). Determination of modified benchmark values was guided by summary statistics (e.g., percentile, minimum, and maximum values) using a decade of data from over 600 stations.

Table 4.5-21. Modified and original benchmark values for each benthic index.

| Index Thresholds | Benthic Index Condition | CBP B-IBI | MAIA B-IBI | EMAP VP-IEC | M-AMBI |
|---|---|---|---|---|---|
| *Range of Possible Scores* | | *1 to 5* | *1 to 5* | *Unbounded about 0* | *0 to 1* |
| Modified (used by DEQ) | Good | ≥ 3.0 | ≥ 3.0 | > 0.1 | ≥ 0.53 |
| | Fair | 2.7 to 2.9 | 2.7 to 2.9 | 0.1 to -0.1 | > 0.39 and < 0.53 |
| | Poor | 2.1 to 2.6 | 2.1 to 2.6 | < -0.1 to -1.0 | 0.20 to 0.39 |
| | Very Poor | ≤ 2.0 | ≤ 2.0 | < -1.0 | < 0.20 |
| As Originally Published[a] | Good | ≥ 3.0 | ≥ 3.0 | > 0.0 | ≥ 0.53 |
| | Fair | 2.7 to 2.9 | - | - | ≥ 0.39 and < 0.53 |
| | Poor | 2.1 to 2.6 | 2.1 to 2.6 | ≤ 0.0 | < 0.39 |
| | Very Poor | ≤ 2.0 | - | - | - |

[a]CBP B-IBI: Weisberg et al. 1997; MAIA B-IBI: Llansó et al. 2002a, 2002b; EMAP VP-IEC: Paul et al. 2001; M-AMBI: Pelletier et al. 2018)

The benthic indices may not all yield the same condition for a station, but they tend to agree more often at the extremes of the scale ("Good" or "Very Poor") than near the center ("Fair"). The station distributions among the conditions for each of the indices are summarized in Table 4.5-22.

Table 4.5-22. Benthic community condition in using four indices of biological integrity, 2019-2023.

| | CBP B-IBI | | MAIA B-IBI | | EMAP VP-IEC | | M-AMBI | |
|---|---|---|---|---|---|---|---|---|
| Condition | N | Percentage | N | Percentage | N | Percentage | N | Percentage |
| Good | 55 | 31.61 ± 6.96 | 171 | 69.23 ± 5.78 | 131 | 53.04 ± 6.25 | 188 | 76.11 ± 5.34 |
| Fair | 24 | 13.79 ± 5.16 | 0 | 0 | 22 | 8.91 ± 3.57 | 39 | 15.79 ± 4.57 |
| Poor | 20 | 11.49 ± 4.77 | 36 | 14.57 ± 4.42 | 66 | 26.72 ± 5.55 | 12 | 4.86 ± 2.69 |
| Very Poor | 75 | 43.1 ± 7.41 | 40 | 16.19 ± 4.62 | 28 | 11.34 ± 3.97 | 8 | 3.24 ± 2.22 |
| Total | 174[a] | | 247 | | 247 | | 247 | |

[a] CBP B-IBI is not appropriate for use at stations not in the Chesapeake Bay

For the purpose of the weight-of-evidence assessment for Aquatic Life designated Use (ALU), to be discussed later in this section, each benthic index was expressed in terms of its relative degree of degradation (Table 4.5-23) following guidelines provided in Chapman et al. (1987).

142

Draft 2026

Table 4.5-23. Numeric degradation scores assigned to each benthic index condition and used in calculating a weighted-average of indices for weight-of-evidence assessment of the aquatic life designated use.

| Benthic Index Condition[a] | Degradation Score |
|---|---|
| Good | 0 |
| Fair | 1 |
| Poor | 2 |
| Very Poor | 3 |

[a] Conditions after Chapman et al. 1987

A weighted average of all indices was then calculated to determine an Integrated Benthic Score (IBS) for each station. At stations within the Chesapeake Bay drainage, the CBP B-IBI carries twice the weight of other indices. Likewise, stations that are direct drainages to Atlantic Coastal Bays use a weight of 2 for the Mid-Atlantic B-IBI. The EMAP and M-AMBI indices have a weight of 1 regardless of watershed. The relative weights of each index for each geographic region of Virginia's estuarine waters are summarized in Table 4.5-24.

Table 4.5-24. Relative weighting of benthic indices by estuarine region, applied to index degradation scores in calculating the weighted-average Integrated Benthic Score

| Benthic Index | Chesapeake Bay Region | Atlantic Delmarva Region | Back Bay & North Landing River |
|---|---|---|---|
| CBP B-IBI | 2 | 0 | 0 |
| MAIA B-IBI | 1 | 2 | 2 |
| EMAP VP-IEC | 1 | 1 | 1 |
| M-AMBI | 1 | 1 | 1 |

The results of integrating the benthic community degradation scores, by calculating a single weighted-average IBS, are summarized in Table 4.5-25. Based on the criteria for general statewide characterization provided in Table 2.9, Virginia's statewide estuarine waters have a condition of "Poor" for generalized benthic community condition, because more than 20% of the stations are in "Poor" condition or worse based on IBS conditions. The IBS conditions and threshold ranges can be found in Table 4.5-25.

Table 4.5-25. Weighted average Integrated Benthic Score (IBS) conditions and benchmark ranges in Virginia's

Draft 2026

estuarine waters, 2019-2023.

| IBS Condition | IBS Range | Stations | Percentage |
|---|---|---|---|
| Good | ≤ 0.5 | 120 | 48.58 ± 6.26 |
| Fair | > 0.5 and ≤ 1.5 | 54 | 21.86 ± 5.18 |
| Poor | > 1.5 and ≤ 2.5 | 55 | 22.27 ± 5.21 |
| Very Poor | > 2.5 | 18 | 7.29 ± 3.26 |
| **Total** | | **297** | |

### 4.5.6   Weight-of-Evidence Assessment

Weight-of-Evidence (WOE) assessments of each individual station for Aquatic Life Use (ALU) were carried out based primarily upon the Sediment Quality Triad (SQT) of sediment chemistry, sediment toxicity, and benthic community condition. All three of these measures are considered to be temporally integrative, providing an assessment of environmental conditions experienced by the benthic community during the period prior to the time of sampling. The water quality parameters (e.g., nutrients, bacteria, DO, temperature, pH, etc.), however, are considered instantaneous observations and are insufficient for assessment purposes because the intensity and duration of such stressors are unknown. The evaluation and interpretation of the SQT is carried out with the use of an analytical matrix (Chapman et al. 1986, 1987) that is described in DEQ's Water Quality Assessment Guidance Manual (DEQ 2023).

It should be noted that formal aquatic life impairment designations (i.e., those placed in Category 5A) determined using the SQT and reported here, are only those with observed degradation of benthic communities (IBS condition of "Poor" or "Very Poor") that is likely attributable to toxic chemical contamination of the sediment which may be indicated through either observed sediment chemistry risk or sediment toxicity. Any cases of observed degradation of benthic communities that are not accompanied by evidence of chemical contamination or toxicity are identified as waters of concern and are placed in Category 3E. In the opposite scenario - evidence of chemical contamination or toxicity with no observed degradation of the benthic community - those stations are placed in Category 3B and prioritized for follow-up monitoring. At times, ancillary information collected at probabilistic stations may be sufficient to suggest additional potential attributable causes for observed benthic degradation. For example, if sediment sand content is extremely high (≥ 95 percent) and the station is in a tidal channel or is exposed to wave action, natural degradation of the benthic community due to scouring may be suggested as a potential cause. Similarly, if bottom DO concentration is "Poor" or only "Fair" at the time of sampling, oxygen depletion may be suggested as a potential cause, and ancillary data on nutrient and/or Chl-*a* concentration may suggest eutrophication. Table 4.5-26 summarizes the results of the WOE assessment of the aquatic life designated use at 248 Virginia probabilistic estuarine stations sampled 2019-2023.

Table 4.5-26. Assessment categories regarding aquatic life designated use (ALU). Categories are the results of the weight-of-evidence assessment of the sediment quality triad: sediment chemistry, sediment toxicity, and benthic

Draft 2026

community condition.

| Category | Category Description | Stations | Percentage |
|---|---|---|---|
| 2A | *Fully Supporting of ALU*<br>Biological condition meets goals; evidence for absence of chemical contaminant-induced degradation | 35 | 14.11 ± 4.35 |
| 3B | *Prioritized for Follow-up Monitoring*<br>Biological degradation observed, but no evidence for chemical contaminant-induced degradation | 103 | 41.53 ± 6.16 |
| 3E | *Waters of Concern*<br>No observed biological degradation, but evidence indicates potential for chemical contaminant-induced degradation | 61 | 24.6 ± 5.39 |
| 5A | *Impaired for ALU*<br>Evidence for chemical contaminant-induced degradation | 49 | 19.76 ± 4.98 |
| **Total** | | **248** | |

### 4.5.7   Summary and Conclusion

DEQ's estuarine probabilistic monitoring program sampled 248 estuarine stations during the 2019-2023 assessment period. The vast majority of the stations fell within the minor tidal tributaries and embayments of the Chesapeake Bay watershed or in the estuarine waters of Atlantic Delmarva and the Back Bay / North Landing River region of southeastern Virginia.

Weight-of-Evidence (WOE) assessments were carried out on each probabilistic station. WOE assessments evaluated the evidence for chemical contaminant-induced impairment of the aquatic life designated use, as indicated by chemical contaminants in the sediment, acute sediment toxicity, and benthic community condition. WOE aquatic life assessments of 248 probabilistic estuarine stations (Table 4.5-26) concluded that, based on those three lines of evidence:

- 14.1 percent of stations were fully supporting of the ALU (Category 2A)
- 41.5 percent of stations showed biological degradation but no evidence for chemicals as the cause, and thus were prioritized for follow-up monitoring (Category 3B).
- 24.6 percent of stations were of concern (Category 3E), showing no biological degradation but exhibiting the potential for degradation based on elevated sediment chemical levels, acute toxicity, or both
- 19.8 percent of stations were assessed as biologically-impaired due to chemical contaminants (Category 5A)

Three aggregate indices were calculated using benchmarks developed by EPA's NCCA program, from which general regional estuarine conditions were estimated. Overall estuarine conditions in Virginia - with analysis biased toward smaller estuaries (< 100 sq km drainage) as described

145

Draft 2026

earlier - are estimated to be in "Fair" to "Poor" condition following NCCA guidelines for the assessment period 2019-2023 (Table 4.5-27).

Table 4.5-27. Generalized statewide estuarine condition for each aggregated index, 2019-2023.

| Aggregated Index | Statewide Estuarine Condition |
|---|---|
| Water Quality Index | Fair |
| Sediment Quality Index | Poor |
| Integrated Benthic Score | Poor |

## 4.6    Chesapeake Bay Assessment

Virginia coordinates with the Chesapeake Bay Program partnership and EPA Region 3 in implementing water quality monitoring and assessment protocols for evaluating its tidal waters in the Chesapeake Bay watershed. The assessment of Chesapeake Bay tidal waters in Virginia is presented below; additional information on the Chesapeake Bay Program is described in more detail in Section 6.8.

### 4.6.1    Assessment of Aquatic Life Use in Chesapeake Bay and Its Tidal Tributaries

An amendment to increase the SAV and water clarity acreage goals for portions of the Rappahannock and James Rivers (RPPMH, JMSTF2, JMSTF1, JMSMH, and JMSPH) was included in the most recent triennial review of Virginia's water quality standards regulation (effective April 18, 2023). The criteria for these segments are now consistent with the reasoning underlying the SAV acreage goal criteria for other Bay segments. Approximately 49% of the total statewide SAV acre goal was attained during the 2026 IR cycle. The acreage goal increases incorporated into the regulations are partially reflected in the change from previous assessment cycles where it was reported that nearly 60% of the total statewide SAV goal was being attained.

The CBP has been performing the assessment of three Bay DO criteria on behalf of Virginia and the other Bay jurisdictions since the adoption of the DO criteria into Virginia's water quality standards in 2005. DEQ learned in 2023 that the CBP has not been rounding data when assessing DO. The Virginia Water Quality Standards regulation specifies which figures in a criterion should be treated as meaningful (significant) for the purposes of decision-making. For the 2026 IR, DEQ has performed the DO assessment for the three DO criteria consistent with Virginia's Water Quality Standards regulation. The 2026 dissolved oxygen assessment shows attainment of the assessed Open Water criteria was achieved in the Rappahannock River, the James River, the Potomac River Embayments, as well as in the mainstem Bay (to include Mobjack Bay and Pocomoke Sound). These improvements do not result in waterbody segments being removed from the Impaired Waters List as not all applicable DO criteria are currently assessed, and all criteria must be met before removing waters from the impaired list. Attainment of the assessed Deep Water criteria is achieved in the mainstem Bay, the Potomac Embayments, and the Southern Branch of the Elizabeth River. However, in the Rappahannock, and the York, the Deep Water criteria are not achieved. The Deep Channel Chesapeake Bay

146

Draft 2026

specific designated use is attained in all Virginia waters where assessed this cycle, except for the Rappahannock River.

The Lower James River Tidal Fresh segment failed to meet both the seasonal mean and short-duration chlorophyll criteria in both the Spring and Summer months. The most recent estuarine benthic assessment results show full attainment in the lower mainstem segments. It is anticipated that progress in Bay aquatic life use attainment will continue to improve as the Bay TMDL and Virginia's Watershed Implementation Plan are implemented.

The following sections describe in further detail 1) Chesapeake Bay specific aquatic life designated uses and criteria, 2) 2026 assessment results, and 3) trend analysis.

147

Draft 2026

### 4.6.2   Chesapeake Bay and Tidal Tributaries Aquatic Life Uses and Criteria

The Chesapeake Bay specific aquatic life uses described below reflect the different aquatic living resource communities living in the different areas of the Bay. Impairment of any of these sub-categories of aquatic life use is also considered an impairment of the overall aquatic life use. The overall aquatic life use also exists as a distinct designated use (i.e., distinct from the Chesapeake Bay specific aquatic life uses) and is assessed with other protocols including benthic Indices of Biological Integrity (IBI), ammonia criteria, and toxicity bioassays.

### *Designated Uses*

Multiple designated uses exist in waters in the Chesapeake Bay and its tidal tributaries. Figure 4.6-2 illustrates these designated uses. Detailed descriptions are available in Virginia's WQS and the *Technical Support Document for Identification of Chesapeake Bay Designated Uses and Attainability 2004 Addendum Chesapeake Bay Program Office, Annapolis, Maryland.*



Figure 4.6-1. Illustration of the five Chesapeake Bay tidal water designated use zones.

Draft 2026

Migratory Fish Spawning and Nursery (MSN) Designated Use

This use exists in waters in the Chesapeake Bay and its tidal tributaries that protect the survival, growth, and propagation of the early life stages of a balanced, indigenous population of anadromous, semi-anadromous, catadromous[13] and tidal-fresh resident fish species inhabiting spawning and nursery grounds. The designated use extends from the beginning of tidal waters to the downriver end of spawning and nursery habitats, as determined through a composite of all targeted anadromous and semi-anadromous fish species' spawning and nursery habitats. The designated use extends horizontally from the shoreline of the body of water to the adjacent shoreline and extends down through the water column to the bottom water-sediment interface. This use applies February 1 through May 31 and exists concurrently with the open-water use.

Shallow Water Submerged Aquatic Vegetation (SWSAV) Designated Use

This use exists in waters in the Chesapeake Bay and its tidal tributaries that support the survival, growth, and propagation of submerged aquatic vegetation (rooted, underwater bay grasses).

Open Water (OW) Aquatic Life Designated Use

This use exists in waters in the Chesapeake Bay and its tidal tributaries that protect the survival, growth, and propagation of a balanced, indigenous population of aquatic life inhabiting open water habitats.

Deep Water (DW) Aquatic Life Designated Use

This use exists in waters in the Chesapeake Bay and its tidal tributaries that protect the survival and growth of a balanced, indigenous population of aquatic life inhabiting deep water habitats.

Deep Channel (DC) Seasonal Refuge Designated Use

This use exists in waters in the Chesapeake Bay and its tidal tributaries that protect the survival of a balanced, indigenous population of benthic infauna and epifauna inhabiting deep channel habitats.

---

[13] An anadromous fish, born in fresh water, spends most of its life in the sea and returns to fresh water to spawn. Salmon, smelt, shad, striped bass, and sturgeon are common examples. A catadromous fish does the opposite – lives in fresh water and enters salt water to spawn.

149

Draft 2026

***Applicable Criteria***

Dissolved oxygen (DO) criteria protecting the described uses are shown in Table 4.6-1. The methodology for assessing monitoring data against these criteria involves spatial interpolation of fixed site monitoring results to create a 3-D picture of DO conditions in thousands of individual grid cells throughout the Bay. Each individual grid cell is then assessed against the criteria. In this way, the volume of water in attainment is calculated for each data collection cruise, allowing for an assessment of criteria on a spatial scale. To account for natural fluctuations over seasons and years, the individual monthly spatial assessments of a three-year period are aggregated, allowing for an estimate of the frequency of violations. (Note that this contrasts with the six-year period used in the assessment of DO for non-Bay waters.) The frequency and spatial extent of violations are combined to create a cumulative frequency diagram (CFD) curve, which is examined against an established reference curve.

The DO assessment is based on stations monitored by DEQ, Old Dominion University, Virginia Institute of Marine Science, municipalities, and citizens groups. Details of the assessment procedure can be found in guidance manuals from EPA and DEQ (*Ambient Water Quality Criteria for Dissolved Oxygen, Water Clarity, and Chlorophyll a for the Chesapeake Bay and its Tidal Tributaries (EPA 903-R-03-002, April 2003), the 2004 (EPA 903-R-002, October 2004), 2007 (CBP/TRS 285-07, EPA 903-R-07-003), 2007 (CBP/TRS 288/07, EPA 903-R-005), 2008 (CBP/TRS 290-08, EPA 903-R-08-001), 2010 (CBP/TRS 301-10, EPA 903-R-10-002), 2017 (CBP/TRS 320-17, EPA 903-R-17-002) addenda and the Final 2026 Water Quality Assessment Guidance Manual, November, 2023*).

Draft 2026

Table 4.6-1. Chesapeake Bay dissolved oxygen criteria.

| Designated Use | Criteria Concentration/Duration | Protection Provided | Temporal Application |
|---|---|---|---|
| Migratory fish spawning and nursery use | 7-day mean $\geq$ 6 mg/L (tidal habitats with 0-0.5 ppt salinity) | Survival/growth of larval/juvenile tidal-fresh resident fish; protective of threatened/endangered species. | February 1 - May 31 |
| | Instantaneous minimum $\geq$ 5 mg/L | Survival/growth of larval/juvenile migratory fish; protective of threatened/endangered species. | |
| | Open-water fish and shellfish designated use criteria apply | | June 1 - January 31 |
| Shallow-water bay grass use | Open-water fish and shellfish designated use criteria apply | | Year-round |
| Open-water fish and shellfish use[1] | 30-day mean $\geq$ 5.5 mg/L (tidal habitats with 0-0.5 ppt salinity) | Growth of tidal-fresh juvenile/adult fish; protective of threatened/endangered species. | Year-round |
| | 30-day mean $\geq$ 5 mg/L (tidal habitats with >0.5 ppt salinity) | Growth of larval, juvenile, and adult fish/shellfish; protective of threatened/endangered species. | |
| | 7-day mean $\geq$ 4 mg/L | Survival of open-water fish larvae. | |
| | Instantaneous minimum $\geq$ 3.2 mg/L | Survival of threatened/endangered sturgeon species.[2] | |
| Deep-water seasonal fish and shellfish use | 30-day mean $\geq$ 3 mg/L | Survival/recruitment of bay anchovy eggs and larvae. | June 1 - September 30 |
| | 1-day mean $\geq$ 2.3 mg/L | Survival of open-water juvenile/adult fish. | |
| | Instantaneous minimum $\geq$ 1.7 mg/L | Survival of bay anchovy eggs/larvae. | |
| | Open-water fish and shellfish designated-use criteria apply | | October 1 - May 31 |
| Deep-channel seasonal refuge use | Instantaneous minimum $\geq$ 1 mg/L | Survival of bottom-dwelling worms/clams. | June 1 - September 30 |
| | Open-water fish and shellfish designated use criteria apply | | October 1 - May 31 |

[1] Special criteria for the Mattaponi and Pamunkey rivers are 30-day mean > 4.0 mg/L; Instantaneous minimum > 3.2 mg/L at temperatures < 29°C; Instantaneous minimum > 4.3 mg/L at temperatures > 29°C.

[2] At temperatures considered stressful to shortnose sturgeon (> 29°C), dissolved oxygen concentrations above an instantaneous minimum of 4.3 mg/L will protect survival of this listed sturgeon species.

151

Draft 2026

Criteria specific to the SWSAV are shown in Table 4.6-2. The criterion of "SAV Acres" was assessed in every segment. The criterion for "Water Clarity Acres" was assessed where data were available (CRRMH, RPPOH, RPPMH, RPPTF, and LYNPH). The SAV Acres criterion is met by having aquatic vegetation present as measured by annual aerial photography. The Water Clarity Acres criterion is met by having sufficient water clarity present to support the potential for aquatic vegetation to grow (i.e., regardless of whether the submerged aquatic vegetation is present). This criterion was created because the water may be clear enough to support submerged aquatic vegetation, but it may take several years for the areas to re-populate with grasses. A recent amendment was made to the water quality standards regulation to increase the SAV and water clarity acreage criteria for RPPMH, JMSTF2, JMSTF1, JMSMH, and JMSPH so these criteria are now consistent with the reasoning underlying the SAV criteria for other Bay segments. A detailed description of the assessment methodology can be found in *Ambient Water Quality Criteria for Dissolved Oxygen, Water Clarity, and Chlorophyll a for the Chesapeake Bay and Its tidal Tributaries, 2008 Technical Support for Criteria Assessment Protocols Addendum, EPA 903-R-08-001 September 2008.*

Table 4.6-2. Summary of Chesapeake Bay water clarity criteria for application to Shallow-Water SAV designated use habitats. Chesapeake Bay program segments are shown in Figure 4.6-3.

| Chesapeake Bay Program Segment | SAV Acres[1] | Percent light-through-water[2] | Water Clarity Acres[1] | Temporal Application |
|---|---|---|---|---|
| CB5MH | 7,633 | 22% | 14,514 | April 1 - October 31 |
| CB6PH | 1,267 | 22% | 3,168 | March 1 - November 30 |
| CB7PH | 15,107 | 22% | 34,085 | March 1 - November 30 |
| CB8PH | 11 | 22% | 28 | March 1 - November 30 |
| POTTF | 2,093 | 13% | 5,233 | April 1 - October 31 |
| POTOH | 1,503 | 13% | 3,758 | April 1 - October 31 |
| POTMH | 4,250 | 22% | 10,625 | April 1 - October 31 |
| RPPTF | 66 | 13% | 165 | April 1 - October 31 |
| RPPOH | 4 | 13 | 10 | April 1 - October 31 |
| RPPMH | 5380 | 22% | 13,450 | April 1 - October 31 |
| CRRMH | 768 | 22% | 1,920 | April 1 - October 31 |
| PIAMH | 3,479 | 22% | 8,014 | April 1 - October 31 |
| MPNTF | 85 | 13% | 213 | April 1 - October 31 |
| MPNOH | - | - | - | - |
| PMKTF | 187 | 13% | 468 | April 1 - October 31 |
| PMKOH | - | - | - | - |
| YRKMH | 239 | 22% | 598 | April 1 - October 31 |
| YRKPH | 2,793 | 22% | 6,982 | March 1 - November 30 |

152

Draft 2026

| Chesapeake Bay Program Segment | SAV Acres[1] | Percent light-through-water[2] | Water Clarity Acres[1] | Temporal Application |
|---|---|---|---|---|
| MOBPH | 15,901 | 22% | 33,990 | March 1 - November 30 |
| JMSTF2 | 266 | 13% | 665 | April 1 - October 31 |
| JMSTF1 | 1333 | 13% | 3,332 | April 1 - October 31 |
| APPTF | 379 | 13% | 948 | April 1 - October 31 |
| JMSOH | 15 | 13% | 38 | April 1 - October 31 |
| CHKOH | 535 | 13% | 1,338 | April 1 - October 31 |
| JMSMH | 531 | 22% | 1,328 | April 1 - October 31 |
| JMSPH | 604 | 22% | 1,510 | March 1 - November 30 |
| LYNPH | 107 | 22% | 268 | March 1 - November 30 |
| POCOH | - | - | - | - |
| POCMH | 4,066 | 22% | 9,368 | April 1 - October 31 |
| TANMH | 13,579 | 22% | 22,064 | April 1 - October 31 |

[1] The assessment period for SAV and water clarity acres is the single best year in the most recent three consecutive years. When three consecutive years of data are not available, a minimum of three years within a six-year data assessment window is used.

[2] Percent Light through Water = $100e^{(-K_dZ)}$ where $K_d$ is water column light attenuation coefficient and can be measured directly or converted from a measured secchi depth where $K_d = 1.45/\text{secchi depth}$. Z = depth at location of measurement of $K_d$.

The Chl-*a* criteria assessed are shown in Table 4.6-3 and Table 4.6-4. There are separate criteria applicable to each segment and season, and a spatial-temporal assessment is conducted using a cumulative frequency diagram (see *Ambient Water Quality Criteria for Dissolved Oxygen, Water Clarity, and Chlorophyll a for the Chesapeake Bay and Its tidal Tributaries, 2008 Technical Support for Criteria Assessment Protocols Addendum, EPA 903-R-08-001, EPA 903-R-08-001 September 2008*). A segment with more than two exceedances of the same seasonal mean criterion or a greater than 10% exceedance rate of an applicable short-duration criterion shall be assessed as impaired. For a segment that is attaining its applicable short-duration criterion and has two consecutive exceedances of the same seasonal mean criterion, additional lines of evidence must be evaluated before assessing the segment as fully supporting. The occurrence of at least one of the following in the segment of concern during either of the "exceedance" seasons shall trigger an "impaired" categorization:

1.  VDH HAB advisory issued by the Division of Shellfish Safety
2.  A fish kill documented by DEQ coinciding with chlorophyll concentrations greater than the magnitude of the applicable short-duration chlorophyll *a* criterion or a HAB event documented by the HAB Task Force.

Draft 2026

3. More than 10% of dissolved oxygen samples are below the Open Water instantaneous minimum criteria (4.3 mg/L for water temperatures greater than 29°C and 3.2 mg/L for water temperatures less or equal to 29°C).
4. More than 10% of pH samples are less than 6.0 or greater than 9.0.

Table 4.6-3. Chlorophyll *a* seasonal mean criteria for assessment of the open-water designated use habitats in the James River.

| Designated Use | Chlorophyll *a* (ug/L) | Chesapeake Bay Program Segment [1] | Temporal Application |
|---|---|---|---|
| Open-Water | 8 | JMSTFU (James Tidal Fresh Upper) | March 1 - May 31 (spring) |
| | 10 | JMSTFL (James Tidal Fresh Lower) | |
| | 13 | JMSOH (James Oligohaline) | |
| | 7 | JMSMH (James Mesohaline) | |
| | 8 | JMSPH (James Polyhaline) | |
| | 21 | JMSTFU (James Tidal Fresh Upper) | July 1 - September 30 (summer) |
| | 24 | JMSTFL (James Tidal Fresh Lower) | |
| | 11 | JMSOH (James Oligohaline) | |
| | 7 | JMSMH (James Mesohaline) | |
| | 7 | JMSPH (James Polyhaline) | |

Draft 2026

Table 4.6-4. Chlorophyll *a* short-duration criteria for assessment of the open-water designated use habitats in the James River.

| Chlorophyll *a* (µg/L) | Chesapeake Bay Program Segment[1] | Spatial Application | Duration |
|---|---|---|---|
| -- | JMSTF2 | Upstream boundary of JMSTF2 to river mile 95 | -- |
| 52 | JMSTF2 | River mile 95 to downstream boundary of JMSTF2 | 1-month median |
| 52 | JMSTF1 | Upstream boundary of JMSTF1 to river mile 67 | 1-month median |
| 34 | JMSTF1 | River mile 67 to downstream boundary of JMSTF1 | 1-month median |
| -- | JMSOH | Entire segment | -- |
| 59 | JMSMH | Entire segment | 1-day median |
| 20 | JMSPH | Entire segment | 1-day median |

[1] See Figure 4.6-1 for locations of these segments. JMSTF2 corresponds to JMSTF-U and JMSTF1 corresponds to JMSTF-L.

### Spatial Assessment Units

A general overview of the CBP segmentation scheme that is used for assessment of designated uses is shown in Figure 4.6-1. Not every designated use exists in each segment or necessarily throughout the full extent of the segments in which they exist. Details of where each designated use occurs within each of these CBP segments can be found in *Technical Support Document for Identification of Chesapeake Bay Designated Uses and Attainability, 2004 Addendum, October 2004, EPA 903-R-04-006* and *Ambient Water Quality Criteria for Dissolved Oxygen, Water Clarity, and Chlorophyll a for the Chesapeake Bay and Its tidal Tributaries, 2010 Technical Support for Criteria Assessment Protocols Addendum, EPA 903-R-10-002 May 2010*.

Draft 2026



Figure 4.6-1. Chesapeake Bay dissolved oxygen and water clarity assessment segmentation.

Draft 2026

### 4.6.3   Aquatic Life Use Assessment Results

Figure 4.6-2 summarizes the current aquatic life use status for the Chesapeake Bay-specific criteria detailed in 9AVAC25-260-185 (note it does not reflect other impairments such as fish tissue contaminants, pH, or other aquatic life criteria).

157

Draft 2026



Figure 4.6-2. Impairment status of the Chesapeake Bay specific aquatic life designated uses

Draft 2026

***Migratory Fish Spawning and Nursery Designated Use Evaluation***

The short-duration Bay DO criteria, including all the criteria that protect the Migratory Fish Spawning and Nursery (MFSN) designated use, were evaluated at continuous monitoring stations that were active during the 2022-2024 period. The analysis is based on assessment methods described in Section 5.12 of the Draft 2026 Water Quality Assessment Guidance. However, since there are no established assessment methods for the short-duration criteria in Chesapeake Bay waters, this should only serve as an evaluation and not a formal assessment of the MFSN designated use. The results of this analysis are reported in Figure 4.6-3.

Continuous monitoring of DO in shallow water areas provides an appropriate dataset to evaluate short-duration criteria including the 7-day mean and instantaneous minimum. The MFSN designated use is applicable February-May and in low salinity waters. The results show the stations in PMKTF, CRRMH, RPPOH, and RPPMH met the MFSN 7-day mean and Open Water and MFSN instantaneous minimum criteria. Stations in MOBPH, YRKMH, YRKPH, RPPTF, RPPMH, and PMKOH met the OW 7-day mean criterion but were observed to have more than two consecutive days when the OW instantaneous minimum criterion was exceeded.

Draft 2026



Figure 4.6-3. Evaluation of the Migratory Fish Spawning and Nursery designated use using continuous monitoring data

160

***Open-Water Designated Use Assessment***

Figure 4.6-4 shows attainment of the 30-day mean criterion for DO in the Open-Water designated use. Overall summer exceedance rates in impaired segments are not substantially different for this reporting period compared to 2024, but improvements have been seen in some segments throughout the Bay from last assessment cycle. Segments that currently meet the 30-day mean criterion and failed it previously: Tangier Island (TANMH), York (YRKPH), Rappahannock (RPPTF), Pamunkey (PMKTF), Elizabeth River (WBEMH, ELIPH). Segments in the James (JMSTFU), Pamunkey (PMKOH) and Pocomoke (POCOH) that were previously meeting are not meeting for the 2026 Integrated Report. The highest DO exceedance rates occurred in the Southern and Eastern branches of the Elizabeth River—summertime exceedance rates of 25.92% and 12.44%, respectively. Hypoxia during the non-summer months was observed in the Southern and Eastern branches of the Elizabeth River, and the oligohaline portion of the Mattaponi River (MPNOH).

Figure 4.6-5 shows an evaluation of the seasonal chlorophyll-a criteria assessment in the James River. The James River Tidal Fresh Lower (JMSTFL) failed the spring criteria. All segments, except for the Upper and Lower Tidal Fresh segments (JMSTFL and JMSTFU) met the seasonal summer and short-duration criteria.

161

Draft 2026



Figure 4.6-4. Attainment of the Open-Water designated use (dissolved oxygen criteria).

Draft 2026



Figure 4.6-5. Attainment of the Open-Water designated use (chlorophyll criteria). The chlorophyll criteria assessed were those effective in the assessment window and only apply to the James River segments.

163

### *Deep-Water Aquatic Life Designated Use Assessment*

Figure 4.6-6 shows attainment of the 30-day mean criterion for dissolved oxygen in the Deep-Water aquatic life designated use. The Chesapeake Bay Mainstem waters all show attainment of the Deep-Water Chesapeake Bay specific designated use in the 2026 assessment cycle. Exceedance rates ranged from 0.16% in the Rappahannock River Mesohaline (RPPMH) to 3.89% in the Southern Branch of the Elizabeth River (SBEMH).

### *Deep-Channel Designated Use Assessment*

Figure 4.6-6 shows attainment status of the instantaneous criterion for dissolved oxygen (see inset box). This use exists only in relatively small areas of the Rappahannock mesohaline segment (RPPMH), mainstem Bay segment CB5MH, and Potomac mesohaline segment (POTMH). The Deep Channel Chesapeake Bay specific designated use is attaining in all Virginia waters except in the Rappahannock mesohaline segment (RPPMH) where the exceedance rate was 0.13%.

Draft 2026



Figure 4.6-6. Attainment of the Deep-Water and Deep-Channel designated use (dissolved oxygen criteria).

Draft 2026

### *Shallow-Water Designated Use Assessment*

This designated use is attained if there are sufficient acres of submerged aquatic vegetation mapped by annual aerial surveys or if the water is sufficiently clear (i.e. has sufficient "water clarity" acres) so that SAV regrowth is possible. This is because lack of SAV growth may have non-pollutant causes such as insufficient propagation, feeding patterns of turtles and waterfowl, or habitat disruption by cow-nosed rays. Figure 4.6-7 shows an evaluation of the SWSAV designated use as it relates to the SAV acre goals in each Chesapeake Bay segment. Water clarity criteria assessment results are discussed below.

Attainment of the SWSAV use is present in areas of each of the major estuaries (James, York, Rappahannock and Potomac), but the majority of segments continue to fail SAV acreage goals or lack data to assess the water clarity criteria. Eight segments met their respective SAV acreage goals: the Chickahominy (CHKOH), the oligohaline portion of the James (JMSOH), tidal fresh portions of the Mattaponi and Pamunkey (MPNTF and PMKTF), tidal fresh and oligohaline portions of the Potomac embayments (POTTF and POTOH) and tidal fresh and oligohaline portions of the Rappahannock River (RPPTF and RPPOH). The Corrotoman River (CRRMH) and the mesohaline portion of the Rappahannock River (RPPMH) did not meet the water clarity goal this cycle, while the tidal fresh and oligohaline portions of the Rappahannock River (RPPTF and RPPOH) and the polyhaline portion of the Lynnhaven River met their water clarity goals.

The Mesohaline portions of the Bay tributaries historically have had relatively little SAV habitat in comparison to the upper Tidal Fresh tributary areas and the mainstem Bay, where the largest shortfall of vegetation occurs. The 2026 IR approximately 49% of the overall SAV acreage goal achieved. This means 41,963 acres of SAV still needs to be restored before the SWSAV designated use will be met throughout the Bay and tributaries. Alternatively, sufficient water clarity must be present to potentially support this many acres of submerged aquatic vegetation.

The Chesapeake Bay SAV workgroup reviewed the basis for the Bay jurisdictions adopted SAV restoration goals and compared them to the 1993 Chesapeake Bay Program restoration targets. This work was published in 2017 (EPA 903-R-17-002). The workgroup found that five Virginia segments—JMSMH, JMSPH, JMSTF1, JMSTF2, and RPPMH—have SAV restoration goals that are considerably less than the CBP restoration targets. The workgroup found that the adopted acreages for these segments are inconsistent with the methodology used in the other Bay segments. DEQ staff concurred with this conclusion and recommended to the Virginia State Water Control Board (VSWCB) that the SAV and water clarity goals for these segments be increased to their respective 1993 restoration targets. On August 25, 2022, the VSWCB authorized final adoption of these amendments to the water quality standards regulation. The amendments became effective on April 18, 2023.

166

Draft 2026



Figure 4.6-7. Attainment of the Shallow-Water SAV designated use (SAV acres criteria).

167

***Estuarine Benthic Bioassessment***

Support status of the general aquatic life use as indicated by benthic community health throughout Chesapeake Bay and its tidal tributaries was performed in cooperation with EPA Region III, EPA Chesapeake Bay Program, Maryland Department of the Environment, Maryland Department of Natural Resources, and the Virginia Department of Environmental Quality. Technical details of the assessment procedure were previously described in 2006 303(d) Assessment Methods for Chesapeake Bay Benthos, Final Report Submitted to Virginia Department of Environmental Quality, Roberto J. Llansó, Jon H. Vølstad, Versar Inc., Daniel M. Dauer, Michael F. Lane, Old Dominion University, September 2005.

An updated bioassessment was performed for the 2026 Assessment Cycle by scientists at Old Dominion University (ODU). The following results are based on the 2026 reporting period (2019 – 2024) which combines samples collected by DEQ through the Estuarine Probabilistic Monitoring Program and ODU on behalf of the Chesapeake Bay Partnership. A minimum of ten samples within a Chesapeake Bay Benthic Indices of Biological Integrity (B-IBI) subsegment is required to make an assessment determination of impaired or fully supporting. Figure 4.6-8 shows a map of the benthic assessment results. The results show a fully supporting lower mainstem bay, as well the tidal fresh segments of the tributaries for the 2026 IR cycle.

Draft 2026



Figure 4.6-8. Estuarine Benthic Biological Assessment.

Draft 2026

### 4.6.4  Chesapeake Bay and Tributaries Aquatic Life Use and Chesapeake Bay Specific Aquatic Life Uses Impairment Listing

The Integrated Report listing methodology addresses the goals of maintaining continuity with previous methodologies, accurately reflecting assessment results of new uses and criteria and—more importantly--protecting and restoring aquatic life. The listing methodology for the aquatic life use sub-categories was developed by a Water Quality Criteria Assessment Protocol Workgroup involving EPA Region III, EPA Chesapeake Bay Program, Maryland Department of the Environment, Maryland Department of Natural Resources, and the Virginia Department of Environmental Quality. The workgroup's efforts will continue through future modifications as necessary to assure Bay-wide consistency. The main rules for designated use attainment categorization are:

- Aquatic life use is listed as impaired and having a TMDL (i.e., category 4A) if any Chesapeake Bay specific aquatic life uses (i.e., SWSAV, MFSN, OW, DW, DC) are not supported.

- Waters previously listed as impaired by EPA in 1999 for aquatic life use because of low dissolved oxygen but currently meeting assessed criteria will remain in category 4D[14] until all applicable criteria are assessed. All applicable dissolved oxygen criteria must be assessed and attained for a DO-related Chesapeake Bay specific aquatic life use (i.e., MFSN, OW, DW, DC) to be fully supported for these waters. For additional information on un-assessed criteria, see the section on Future Assessment Refinements (page 187).

- The SWSAV use is fully supporting if any of the criteria for this use is met. For example, if sufficient water clarity is present (i.e., "Water Clarity Acres" criterion is met), then the SWSAV designated use is supported regardless of the presence or absence of sufficient submerged aquatic vegetation (i.e., "SAV Acres" criterion is not met). This is because there can be many non-pollutant causes for the lack of SAV acres such as lack of propagule availability, herbivory by turtles, waterfowl, etc., or habitat disruption by cow-nosed rays.

---

[14] A waterbody is assessed as category 4D when a part(s) of a water quality standard is attained for a pollutant with a TMDL, but the remaining criteria for the standard were not assessed due to insufficient information. This only to be applies to dissolved oxygen in tidal waters of the Chesapeake Bay.

Draft 2026

***Assessment and Total Maximum Daily Load Tracking and Implementation System (ATTAINS) Summary for Chesapeake Bay Waters***

Figure 4.6-9 presents aquatic life designated use and Chesapeake Bay specific aquatic life use support for the Chesapeake Bay and its tidal tributaries as summarized from ATTAINS. The DW, DC, SWSAV, and Aquatic Life Use sizes in this section are different than what is presented elsewhere in this report. This is due to the complex spatial nature of the Bay uses and limitations of EPAs reporting database, ATTAINS. The Bay assessment model can evaluate the Bay uses on a three-dimensional spatial scale, as presented previously, illustrated in Figure 4.6-2. Assessment units in ATTAINS represent a flat, geographical extent that may overlap boundaries of the different Bay uses. Confounding issues and differences between results in this section and area summarizations in other sections created from ATTAINS are listed below.

- The area of SWSAV use is inaccurate as reported in ATTAINS. The SWSAV designated use exists only within the area defined by the SAV acres criteria. For example, CBP Segment CB5PH has an SAV acres criterion of 7,633 acres (see Table 4.6-2) therefore the area of SWSAV designated use for this segment is 7,633 acres (i.e., 11.9 square miles). However, within ATTAINS the size of SWSAV use within this segment can only be reported as the complete area of the assessment unit (i.e., 185 square miles). The figures reported in this section are therefore more accurate than what appears in ATTAINS.

- Related to the above, the area of impairment for aquatic life use within ATTAINS is often incorrect. For example, segment CB8PH failed the SWSAV use, so the segment also fails the aquatic life use. The area of SWSAV use within this segment is only 11 acres (0.02 square miles), making the accurate area of aquatic life use impairment only 0.02 square miles. However, within ATTAINS the area of aquatic life use can only be reported as the complete area of the assessment unit (142 square miles). The figures for impairment area reported in this section are more accurate than what appears in ATTAINS.

- This section reports only the aquatic life use and Chesapeake Bay specific aquatic life use impairments due to dissolved oxygen, water clarity, chlorophyll, and benthic community assessments. Some waters have met all the assessed criteria for these parameters but may be impaired in ATTAINS for aquatic life due to other parameters (e.g., pH, chloride, bacteria, toxics, etc.). Aquatic life use impairments due to these other parameters are not reported in this section.

Draft 2026



Figure 4.6-9. Assessment categories for Chesapeake Bay specific aquatic life uses as real percentages as categorized in ATTAINS. Total miles$^2$ by designated use: 2,127 (OW), 675 (DW), 341 (DC), 2102 (SW).

\* Category 4D applies to waters that meet assessed DO criteria, but which are required to meet all applicable DO criteria before they can be assessed as fully supporting (Category 2).

\*\* 49% of the total SAV acreage goal was attained. However, only segments that have fully met their respective SAV acreage goals are assessed as fully supporting (Category 2). The sum of their goals represents 6% of the total SAV acreage goal. Other segments have partially met their SAV goals and contributed to the total SAV acreage goal but are still assessed as not supporting.

### 4.6.5   Trend Analysis

DEQ and ODU staff participate on the Chesapeake Bay Program Integrated Trends Analysis Team. The Team aims to combine the efforts of the Chesapeake Bay Program analysts with those of investigators in governmental, academic, and non-profit organizations to identify potential research synergies and collaborations that will enhance our understanding of spatial and temporal patterns in water quality. Over the last several years, the team has been working to develop Tributary Summaries for the major tributary basins to the Chesapeake Bay. These documents summarize the following in one place: 1) How tidal water quality changes over time, 2) How factors that drive those changes change over time, and 3) Current state of the science on connecting change in aquatic conditions to its drivers. The analyses presented in these summaries include data from 1985-2021 and are updated as new data becomes available. They

Draft 2026

provide the most comprehensive overview of water quality trends in each Chesapeake Bay major tributary basin. See the CBP Integrated Trends Analysis Team webpage and the Chesapeake Assessment Scenario Tool Tributary Summaries for more information.

## CHAPTER 5. GROUNDWATER PROTECTION PROGRAMS

### 5.1    Programs and Resources

Groundwater programs in Virginia strive to maintain existing high-quality water through adopted statutes, regulations, and policies. Advancing groundwater protection efforts is the goal of many programs across multiple state agencies. The Virginia State Water Resources Plan was last updated in 2022, based on planning data from 2020. It comprehensively incorporates information from the original 48 local and regional water supply plans, water withdrawal reporting, and more, into a single document. This plan is updated periodically and can be found on DEQ's Virginia State Water Resources Plan webpage (searchable from DEQ's home page). Virginia's Water Supply Planning process was amended in October 2024, and the number of regional planning areas was reduced from the original 48 to 25 based on a river basin approach (shown below). Water Supply Plans for the revised planning areas are due in 2029, and development of the next Resources Plan is anticipated following the submission of plans. The Annual Water Resources Report focuses on water quantity and supply, with the most up-to-date summaries on state water withdrawal trends and updates on the state's water resource management activities. This report can be found on DEQ's Water Supply Planning webpage.

Draft 2026



Figure 5.1-1. Regional planning areas as of October 2024.

Additional information regarding Virginia hydrogeology and groundwater conditions can be found on DEQ's newly updated Groundwater Characterization and Monitoring Program webpage. Resources include U.S. Geological Survey (USGS) tools for viewing groundwater levels and trends, as well as a variety of DEQ and USGS publications, including DEQ's 2023 open-file report, "Springs of Virginia." The accompanying Virginia spring geodatabase is available to the public at DEQ's Virginia Environmental Data Hub webpage. Regulatory and permitting information for groundwater withdrawal, such as when and where a permit is required, can be found on the DEQ Water Withdrawal webpage.

The Source Water Protection Plan Development and Implementation Assistance Program is available for community waterworks that serve less than 50,000 people and process water directly from a drinking water source. DEQ partners with the Virginia Department of Health (VDH) in procuring contractors to develop these plans. VDH offers technical assistance to waterworks not already working with one of the source water protection contractors in the form of GIS maps and reports, source water protection plan templates, and other resources. VDH has been collaborating with DEQ to offer Wellhead Protection Implementation Project Grants for local wellhead protection projects. This funding is available to localities or service authorities who own or operate a community waterworks, process drinking water directly from

Draft 2026

a groundwater supply source, have a protection strategy in place, and have an active source water protection committee. Additional information can be found on VDH's Source Water Programs webpage.

Many different activities have the potential to affect the quality of groundwater in the state. Programs from DEQ and other state agencies monitor these activities and facilitate best practices to reduce impacts to the state's groundwater. The annual underground storage tank statistics report describes important underground storage tank information such as annual facility compliance and release rates. This report can be found on DEQ's Underground Storage Tanks webpage. Information relevant to solid and hazardous waste inventory and management can be found on DEQ's Solid and Hazardous Waste webpage, and state remediation program information can be found on DEQ's Office of Remediation Programs webpage. The Virginia Department of Agriculture and Consumer Services (VDACS) provides programs which promote healthy groundwater resources such as assisting in the disposal of pesticides and pesticide containers. More information on pesticide collections and pesticide container recycling can be found on the VDACS website.

## 5.2    Current Activities and Developments

DEQ and USGS jointly operate and maintain a statewide network of more than 440 groundwater observation wells to collect long-term, high-quality data on groundwater levels and quality across the Commonwealth. Within the cooperative network, DEQ currently operates approximately 306 wells, and the USGS operates approximately 138 wells. Of the wells in the cooperative network, approximately 198 are equipped with real-time monitoring instrumentation that measures, stores, and uploads water-level data to a USGS server using satellite telemetry. Water-level data are available at USGS's Groundwater Data for Virginia webpage. The USGS discontinued its Groundwater Watch feature in 2022, but similar data are available on an interactive map developed by the USGS Virginia and West Virginia Water Science Center.

DEQ and USGS also continued a joint project of expanding the statewide groundwater observation well network, with funding appropriated to DEQ by the General Assembly. From September 2023 to late 2025, DEQ cooperated with USGS's Research Drilling Program to install 10 new wells in the Piedmont and Blue Ridge physiographic provinces and eight new wells in the Valley and Ridge physiographic province. Two additional wells remain to be installed in the Valley and Ridge province. Selected log data from the new wells can be found at USGS's GeoLog Locator webpage. These new wells are designed to improve network coverage in Virginia's western provinces, to enable long-term research into the relationship between precipitation and groundwater resources, and to support drought monitoring by DEQ and the Virginia Drought Monitoring Task Force. In the next phase of the project, DEQ and USGS plan to install up to approximately 19 chloride monitoring wells in southeastern Virginia. The future wells are designed to monitor the potential movement of saltwater in the deep Coastal Plain aquifer system.

175

Draft 2026

DEQ's Groundwater Characterization and Monitoring Program includes the Ambient Groundwater Quality Monitoring Program, which samples observation wells to characterize background water-quality conditions in Virginia aquifers. In 2024 and 2025, the program continued to sample designated trend wells and newly installed observation wells. Trend wells were sampled at defined frequencies to monitor chloride concentrations in portions of the Coastal Plain aquifer system that have the potential for vertical or horizontal migration of saline groundwater into freshwater aquifers. One-time "spot" sampling targeted the recently installed State Observation Well (SOW) 253A at the Lake Kilby Water Treatment Facility in the City of Suffolk and the various climate-response SOWs installed in Virginia's western physiographic provinces (see above). In 2025, the program also initiated a multiyear sampling effort on the Eastern Shore to characterize baseline water chemistry along the spine of the peninsula and in two areas with the potential for lateral saltwater migration.

Since compilation of the 2024 IR, DEQ staff have continued to engage in a variety of cooperative efforts with the USGS. One such project is developing an updated groundwater flow model of Virginia's Eastern Shore. An improved understanding of the hydrogeology of the Eastern Shore is required to refine groundwater management strategies associated with sustainable extraction rates as well as regional contaminant fate and transport predictions (including saltwater intrusion). USGS Scientific Investigations Report (SIR) 2019-5093, "Hydrogeologic Framework of the Virginia Eastern Shore," provides the model domain for the updated groundwater flow model that is nearing completion by the USGS. Water-level data acquired through the statewide groundwater observation well network will provide much of the necessary information for calibration of the completed model. Other components necessary for calibration are accurate groundwater withdrawal quantities, including estimates of self-supplied domestic groundwater withdrawals. The 2025 report "Estimated Hydrogeologic, Spatial, and Temporal Distribution of Self-Supplied Domestic Groundwater Withdrawals for Aquifers of the Virginia Coastal Plain," USGS SIR 2025-5051, provides these estimates for both the mainland Virginia Coastal Plain and the Eastern Shore. The report and its data release are available for download at the USGS website. Additional cooperative efforts are ongoing to improve groundwater-level trend analysis, to develop groundwater-level (potentiometric) contour maps for the major Coastal Plain aquifers, and to improve the Coastal Plain hydrogeologic framework. Results of these efforts will be documented and published by the USGS as they are completed in the coming years.

One study area is the portion of the Virginia Coastal Plain north of Fredericksburg that encompasses portions of Stafford, Prince William, and Fairfax Counties. This area has not been fully characterized in previous hydrogeologic frameworks because of its complexity and partial isolation from most of the Virginia Coastal Plain. In cooperation with DEQ, USGS recently reviewed existing data for wells and groundwater in the area, sampled several wells for water-quality information, and conducted passive seismic surveys of bedrock depth using the horizontal-to-vertical spectral ratio method. The results will be published as a USGS data release and will inform DEQ's approach to future characterization of the study area.

In 2024, DEQ and USGS completed a new extensometer in King William County, just north of West Point, with funding appropriated to DEQ by the General Assembly. Extensometers are

Draft 2026

instruments that directly measure aquifer-system compaction (or expansion), which can be related to groundwater extraction (or injection). The West Point extensometer began transmitting data in December 2024 and can be found at the USGS water data website under the monitoring location name of 373346076490801. Virginia's current network of four extensometers, located in West Point, Franklin, Suffolk, and Nansemond, is the largest of its kind in the United States east of the Mississippi River. Visit the USGS website for the Virginia Extensometer Network to learn more. A fifth extensometer is underway in Newport News. USGS is also installing satellite-based Global Positioning Systems (GPS) and Interferometric Synthetic Aperture Radar (InSAR) monitoring at these sites to improve resolution and coverage in the measurement of vertical land motion in the Coastal Plain.

In 2025, DEQ contracted with USGS to conduct a regional groundwater budget analysis of the Virginia Coastal Plain aquifer system. For the purpose of analysis, DEQ subdivided the land area into seven regions on the mainland and one on the Eastern Shore. The regions were adapted from Virginia's existing Drought Evaluation Regions. The budget analysis simulated horizontal and vertical flows of groundwater throughout the system, for the historical period from 1890 to 2023 and into the future through 2073. The preliminary findings corroborated other studies indicating that groundwater withdrawal from the Potomac aquifer has altered the regional pattern of groundwater flow in the aquifer system. Publication of the final report is expected in late 2025.

Also in 2025, DEQ completed a study of "the groundwater supply in the Commonwealth east of Interstate 95," as directed by Virginia Senate Joint Resolution No. 25 (2024 session). The area east of I-95 generally coincides with the Virginia Coastal Plain. DEQ's study incorporated the findings of USGS's regional groundwater budget analysis, along with original analyses completed by DEQ. The study summarizes the history of cooperative research between DEQ and USGS the report presents new analyses of historical and current data and trends, as well as future projections, relating to groundwater levels and groundwater quality. It also evaluates the potential future impacts of increasing groundwater withdrawals from newer industries such as data centers. Finally, it assesses the current regulatory effectiveness of the Ground Water Management Act of 1992 and considers amendments to the Act. The report will become public when submitted to the Governor and General Assembly in January 2026.

Finally, DEQ staff continued working in cooperation with the USGS and Virginia Tech on several projects. The focus of the current year is the development of a workflow that will incorporate precipitation datasets and compare to gaged streamflow and modeled streamflow to inform modeling routines. The project will provide insight on precipitation timing and magnitude as critical factors in determining water availability, especially during drought events. Previous years have centered on evaluating water planning data to include water availability and storage, and on developing an instream flow framework for widely available hydrologic and ecological monitoring data.

Draft 2026

# CHAPTER 6. WATER QUALITY PROGRAMS

## 6.1    Water Pollution Control Programs (TMDLs and VPDES)

### 6.1.1   Total Maximum Load Development (TMDLs)

*History*

In 1998, the American Canoe Association and the American Littoral Society filed a complaint against EPA for failure to comply with the provisions of Section 303(d) of the Federal Clean Water Act (CWA) in Virginia. In 1999, EPA signed a Consent Decree (CD) with the plaintiffs. The Consent Decree contained a TMDL development schedule through 2010. This schedule required a TMDL to be developed on the approximately 475 impaired waters and the approximately 225 condemned or restricted shellfish waters identified in Virginia's 1998 303(d) list. Many of these impaired waters were impaired by more than one pollutant. After completing the requirements of the 1999 CD, Virginia continued to develop TMDLs in accordance with a TMDL development pace agreement with EPA. Beginning in 2016, Virginia developed a list of priority waters for TMDL or TMDL alternative development as part of EPA's Vision for Clean Water Act Section 303(d) Program which was effective through 2022. EPA has now implemented the 2022-2032 Vision for the CWA Section 303(d) Program (Vision 2) which includes the development of a list

Draft 2026

of priority waters every two years for which DEQ will pursue development of restoration projects. Restoration projects can be TMDLs or other approaches such as an Advance Restoration Plan (ARP). An ARP is the new name for a TMDL alternative which was coined with the implementation of Vision 2. The restoration approach selected is based on a determination of the most effective tool for restoring the subject waters. Please see the "Advance Restoration Plan" section below for more information on ARPs. For more information on the prioritization process, please see the "Prioritization of Waters" section below as well as Chapter 6.2, the Prioritization Framework. In addition, Appendix 8 lists the TMDL and Advanced Restoration Plant (ARP) priorities.

### *The TMDL Development Process*

A TMDL report is a special study to determine the amount of a pollutant that an impaired water can assimilate and still meet water quality standards. Additionally, the TMDL report will identify all sources of pollution contributing to exceedances of water quality standards, calculate the pollutant amount entering the stream from each source, and calculate acceptable pollutant loads needed for attainment of Water Quality Standards. During the development of TMDLs, public input is requested at the onset of the development process and when a draft TMDL is available for review. Please see the "Public Participation Process" section below for additional information about the public participation process.

Virginia currently develops TMDLs using a "watershed approach" when possible. The watershed approach to TMDL development allows watersheds with similar characteristics to be combined under a single TMDL equation or report, resulting in cost and time efficiencies. Each TMDL report developed by DEQ includes one or more TMDL equations that include a waste load allocation for permitted discharges, a load allocation for sources not governed by discharge permits, a margin of safety, and a total allowable load. A single TMDL equation can address a single impairment or multiple impaired waters on the 303(d) list. After TMDL equations are established, water quality monitoring data may show that a formerly impaired water now meets water quality standards and is no longer considered impaired. Nonetheless, the TMDL equation will exist in perpetuity unless it is replaced by a revised TMDL equation or rescinded. Some waters may be assessed as impaired, then may be unimpaired for some years, only to become impaired again in future assessments. As a result, the TMDL program tracks TMDL equations over time as a metric of progress since impairments may come and go. Table 6.1-1 shows the number of TMDL equations completed each year throughout the history of the TMDL program, and Figure 6.1-1 displays the TMDL equations by pollutant as of November 2025.

Draft 2026

Table 6.1-1. Completed TMDL equations. The total number of TMDL equations is less than the sum of annual TMDL development since some TMDL equations have been revised and are considered TMDLs completed in that year. A total of 57 equations have been superseded by revised TMDLs. These are not always one-to-one replacements since some revisions merge multiple equations into a single equation.

| Year | TMDL Equations Completed |
|------|--------------------------|
| 1999 | 1 |
| 2000 | 1 |
| 2001 | 21 |
| 2002 | 30 |
| 2003 | 25 |
| 2004 | 101 |
| 2005 | 41 |
| 2006 | 132 |
| 2007 | 91 |
| 2008 | 109 |
| 2009 | 57 |
| 2010 | 109 |
| 2011 | 29 |
| 2012 | 46 |
| 2013 | 31 |
| 2014 | 35 |
| 2015 | 36 |
| 2016 | 33 |
| 2017 | 25 |
| 2018 | 21 |
| 2019 | 34 |
| 2020 | 11 |
| 2021 | 0 |
| 2022 | 16 |
| 2023 | 9 |
| 2024 | 7 |
| 2025 | 34 |
| **Total** | **1085** |

Draft 2026



Figure 6.1-1. TMDL equations by pollutant.

Once a TMDL is developed, the report is submitted to the State Water Control Board and the Federal EPA for approval. The Code of Virginia (1997, WQMIRA, see §62.1- 44.19:7) requires expeditious implementation of TMDLs, when appropriate to achieve fully supporting status of impaired waters. In Virginia, this is typically accomplished by developing an implementation plan, which is commonly completed after a TMDL is developed and approved. There is not a mandated schedule for implementation plan development; however, local or state agencies, as well as community watershed groups partner with DEQ in developing implementation plans. The implementation plan describes the measures that should be taken to reduce nonpoint source pollution levels to meet the TMDL load allocation in the waterbody and includes a schedule of actions, costs, and monitoring needs. See Chapter 6 for additional information about the Implementation Program. Waste load allocations established in TMDLs are implemented through the permits issued under the VPDES permit program.

### *Data Collection and Analysis*

Virginia has an extensive water quality monitoring program that visits over 1000 locations a year. Since the beginning of the TMDL program at DEQ, efforts have been made to coordinate TMDL development and water quality monitoring, both to maximize staff resources and to ensure that the appropriate water quality data are gathered to aid in the development of TMDLs.

Furthermore, to better plan for TMDLs or ARPs, DEQ staff target a list of specific parameters

Draft 2026

necessary for pre-TMDL monitoring. Because TMDLs must be developed for pollutants causing an impairment, TMDLs or ARPs that address benthic macroinvertebrate impairments require an analysis to determine what stressors (i.e., pollutants) are causing the impairment. This analysis is done using all available data to provide the proper suite of parameters that aid in a thorough analysis of potential stressors causing the impairment of the benthic macroinvertebrate community. Additionally, a stressor identification tool has been developed to provide an in-house and easy to use tool that runs analyses on various potential stressors to inform the stressor identification process for benthic macroinvertebrate impairments. More information on DEQ's stressor identification tool is available in a report located on the DEQ Probabilistic Monitoring webpage.

### Public Participation in TMDL and ARP development

In the Fall of 2023, DEQ updated the Public Participation Procedures for Water Quality Management Planning guidance document. These procedures set forth the process to provide the public and stakeholders with an adequate opportunity to participate in and provide public comment on the development and implementation of TMDLs, TMDL modifications, 305(b)/303(d) Integrated Reports, priority schedules for TMDL and ARP development, and non-TMDL wasteload allocations. These procedures also exempt any of these actions from the full Administrative Process Act (see, § 2.2-4000. et seq.) public participation process because they go above and beyond those requirements. For the development of TMDLs and TMDL implementation plans, stakeholders will have a minimum of two opportunities to provide comments. Stakeholders will also have a final opportunity to comment on TMDL point source allocations, or wasteload allocations, prior to State Water Control Board approval. It is the goal of these procedures to include stakeholders in water quality management actions from the initial listing of an impaired water, all the way to the implementation of the TMDL or ARP developed to address the impairment.

Stakeholders interested in participating in these water quality actions can see public notices for these actions on the Virginia Register or the Virginia Regulatory Town Hall websites. The *Public Participation Procedures for Water Quality Management Planning* guidance can also be found on Virginia's Town Hall website.

### Integration and Collaboration

Virginia's TMDL and TMDL implementation plan development programs, in addition to the grants management program for projects implementing the TMDL implementation plans, are combined in one DEQ program office. With MS4 permitting also at DEQ, this allows for close intra-agency collaboration on emerging concepts and approaches for addressing MS4 permits in TMDL watersheds. This collaboration is an ongoing effort to continuously improve DEQ's management of stormwater and nonpoint sources in watersheds with impaired waters.

Virginia Energy (formerly the Department of Mines, Minerals, and Energy (DMME)) has signed Memoranda of Understanding (MOU) with DEQ agreeing to a cooperative effort in the TMDL and TMDL implementation plan processes. Virginia Energy assists with the development and

Draft 2026

implementation of TMDLs involving pollutants from resource extraction activities.

DEQ also collaborates with VDH, which conducts the beach monitoring program for Virginia. The data collected by the beach monitoring program is used by VDH to issue swimming advisories. That same data helps DEQ determine beach recreational use impairments, in addition to aiding the development of TMDLs and ARPs to address beach impairments. DEQ and VDH also have integrated efforts related to shellfish harvesting and shellfishing impairments. The VDH Division of Shellfish Sanitation conducts water quality monitoring and shoreline surveys to determine whether shellfish growing areas are suitable for shellfish harvesting. As a result of this data, DEQ then determines whether the shellfishing use is impaired. When it is impaired, this data is also considered during the TMDL or ARP development. Furthermore, the DEQ fish tissue monitoring program provides the data that VDH uses to determine fish consumption advisories. DEQ then uses the extent of the fish consumption advisories to assess the extent of state waters with fish consumption use impairments. Through the beach monitoring program and the Division of Shellfish Sanitation at VDH, and the fish tissue monitoring program at DEQ, VDH and DEQ partner to notify the public of public health related impairments, while also providing the information necessary to address these impairments with TMDLs and TMDL alternatives.

Additionally, DEQ's land division, water operations division, and water resources division work collaboratively to integrate efforts for addressing PCB Fish Tissue contamination issues. Another example of integration includes the aforementioned work between monitoring staff and TMDL staff to specify parameters necessary for conducting thorough stressor identification analyses in waters with benthic macroinvertebrate impairments that are prioritized for TMDL or ARP development.

### *Advance Restoration Plans*

The concept of a TMDL Alternative was first presented in EPA's Vision 1 (2013) and in subsequent IR memos through 2022. In Vision 2 and in the 2024 IR memo EPA is using a new term (Advance Restoration Plan (ARP)), instead of TMDL-Alternative, to describe the same approach. The new term was coined to address the potential misconception that these approaches are alternatives to TMDLs thus negating the need for ever having to develop a TMDL. An ARP is a near-term plan, or description of actions, with a schedule and milestones. It can be used in advance of a TMDL for watersheds in which an ARP is determined to be more immediately beneficial or practicable to achieving WQS. The impaired waters included in an ARP would remain on the CWA 303(d) list. Once developed, DEQ will periodically evaluate the ARP to determine if that approach is still expected to be more immediately beneficial or practicable in achieving WQS than the development of a TMDL. If it is determined that a TMDL is needed, TMDL development will be considered for higher priority in the next IR reporting cycle.

DEQ continues to explore opportunities for ARP development. In certain circumstances, the use of an ARP may offer more assurances that impaired waters will be restored in either a more

Draft 2026

timely or practical manner. The ultimate decision on whether to pursue a TMDL or an ARP will be made by DEQ staff in conjunction with project stakeholders at the onset of the project. If an ARP is pursued, it will follow the same public participation process as a TMDL or TMDL implementation plan (see the "Public Participation in TMDL and ARP development" section). After an ARP is developed, it will be briefly explained in this chapter of successive 305(b)/303(d) Integrated Reports.

Unless an ARP has enforceable pollution control requirements, the impaired water addressed with an ARP will remain in category 5 but be moved from subcategory 5A to subcategory 5R – "The water quality standard is not attained and the water is impaired, and implementation of an EPA-accepted restoration plan is expected to result in attainment." The impaired waters included in an ARP that are moved to subcategory 5R will remain in category 5 until water quality standards are attained. Another restoration approach is the development of a restoration plan that includes enforceable pollution control requirements. In that case, the impaired water will be moved from 5A to 4B "water is impaired or threatened for one or more designated uses but does not require the development of a TMDL because other pollution control requirements (e.g., best management practices) required by local, State or Federal authority expected to address all water-pollutant combinations and attain all WQSs in a reasonable period of time." Waters in category 5R and 4B are assigned lower priority for TMDL development as measures designed to achieve water quality standards are implemented in the near term. If water quality standards are not fully attained through the ARP or 4B approaches, development of a TMDL would be necessary.

DEQ currently has one ARP in the Potomac-Shenandoah River Basin and one ARP in the James River Basin that are category 5R.

**The watershed plan to address the Fairview Beach recreational impairment due to excessive levels of bacteria.** The TMDL alternative (now called ARP) was pursued in this case due to the reasons listed below:

- The impaired area is very small and the local drainage area contributing to the swimming area is 1-2 mi$^2$.
- There are no point sources contributing to the excessive levels of bacteria, so the regulatory TMDL waste load allocation would not provide any significant load reductions in the watershed.
- Several pollution control measures are already implemented or are soon to be implemented.
- The stakeholder involvement in the watershed is strong, which should ensure success in implementing the voluntary pollution control measures necessary to meet water quality standards.

**The watershed plan to reduce bacteria and sediment in the Cunningham Creek watershed.** The TMDL alternative (now called ARP) was pursued in this case due to the reasons listed below:

Draft 2026

- The impairments identified in the Cunningham Creek watershed are moderate. The frequency of exceedances of the bacteria water quality standard is relatively low on the Middle Fork, while VA Stream Condition Index scores used to assess the health of the benthic community are often close to 60, suggesting marginal impairment. The moderate level of impairment suggests that these water quality problems could be addressed relatively easily through a series of corrective actions.
- Land use in the watershed is dominated by forest, with very little development. There are a small number of farms in the watershed, most of which are well managed. The sources of pollution in the watershed are discrete and relatively limited. Working with local stakeholders, these sources and associated corrective actions could be easily identified and addressed.
- Based on the benthic stressor analysis conducted as part of the watershed planning process, sediment is the primary culprit of the benthic impairments present in the watershed. One large historical source of sediment in the North Fork Cunningham Creek watershed is the Fluvanna Ruritan Dam, which is believed to have released a considerable volume of sediment into the creek due to erosion at the outlet as well as downstream streambank erosion. However, the dam is no longer believed to be an active source of sediment in the watershed and is slated for a rehabilitation by the Virginia Department of Wildlife Resources (DWR). Currently the project is still in the design phase. Several additional sources of sediment have been identified in the watershed including a small development in the North Fork watershed. A lack of stabilization following completion of the development on approximately one acre of land has resulted in considerable sedimentation into the creek. This problem can be addressed quickly and at minimal cost.

### *Prioritization of Waters*

The Clean Water Act 303(d) Program Vision was announced by EPA in collaboration with the states in December 2013 and was revised and updated in 2022 with the implementation of the Clean Water Act 303(d) Program Vision 2. While the Program Vision provides a framework for implementing the 303(d) program, it is not a new rule or regulation and does not impose any new legal requirements on EPA, Virginia, or other stakeholders. Furthermore, it does not change any of the requirements or authorities of Virginia or EPA under the Clean Water Act section 303(d). The first cycle of the 303(d) Program Vision ran from 2012-2022 and Vision 2 is effective through 2032

A key component of Vision 2 is the development of a Prioritization Framework which was introduced in the 2024 IR whereby each state develops its own Prioritization Framework based on its unique water quality objectives. DEQ's Prioritization Framework is provided in Section 6.2 and outlines long-term goals and focus areas.  Another key component of Vision 2 is the development of shorter-term (two-year) priorities identifying impaired waters for which the development of a TMDL or ARP will be pursued.  DEQ will select these priorities in line with the target impairments and concepts discussed in the planning, prioritization, and restoration section of the Prioritization Framework. The waters selected for prioritization in the 2027-2028

Draft 2026

cycle are impaired for fish consumption, aquatic life, or recreation use. The fish consumption impairments on the 2025-2026 priority list include polychlorinated biphenyls (PCBs) in the James River and Bluestone River. TMDL or ARP development for aquatic life use impairments will continue to focus on the improvement of benthic macroinvertebrate communities across Virginia and will also include some waters impacted by high temperatures in cold water streams. The prioritization process also incorporated an evaluation of other factors and watershed characteristics such as age of impairment, community stakeholder interest, and the existence of co-existing impairments and size of the watershed to maximize efficiency. Additionally, some of the 2025-2026 priority waters are included in the 2027-2028 priority waters because TMDL or ARP development is expected to continue during this time.

A statewide map of the 2027-2028 priority waters for TMDL or ARP development is provided in Figure 6.1-2. The priorities are also provided in Appendix 8 and will also become viewable in DEQ's Interactive web mapping utility, the Environmental Data Mapper, by the end of the second quarter of 2026. Additionally, priority waters are also denoted in appendix 1a with an "H" in the "TMDL Development Priority" column. It is important to note that though the column is entitled "TMDL Development Priority", priority waters may also include ARP development. The decision between TMDL or ARP development will be made during project development with project area stakeholders.

For a variety of reasons, the priority ranking of an impaired water may change from the list that was originally public noticed. One example of this occurrence is when a TMDL or ARP project is initiated for priority waters and other potentially new impairments existing in the watershed are identified that should be included. In this case, the priority of the TMDL or ARP project may shift to account for the inclusion of the additional impairments.



Figure 6.1-2. Statewide map of TMDL priority waters. Some priority waters are prioritized for multiple uses but display on the map with one use.  Appendix 8 provides priority designated use impairments for each waterbody. The 12-digit Hydrologic Unit Codes (HUC) displayed are those that intersect with the priority waters and may approximate priority watersheds. Actual priority watersheds will be defined at the onset of the project.

### 6.1.2   Virginia Pollutant Discharge Elimination System (VPDES)

The Commonwealth of Virginia has operated a successful state discharge permit program since 1946. The Federal Water Pollution Control Act (the Clean Water Act) was amended in 1972 to require a uniform permit program nationwide, allowing all states to uniformly control industrial and municipal wastewater discharges. Some states elected to have the federal government manage their permit program. Virginia requested delegation of authority from EPA to administer its own permit program in conformance with NPDES regulations. In April 1975, Virginia received the authority to administer the NPDES program as the VPDES permit program. The VPDES Permit Regulation, 9VAC25-31, establishes the procedures and requirements for this Program.

VPDES permits establish limits on the quantity and/or concentration of pollutants allowed in the discharge to ensure that the Virginia Water Quality Standards are maintained and all

187

Draft 2026

beneficial uses of receiving streams are protected. The VPDES permits implement the applicable requirements of federal effluent guidelines, as well as the Virginia Water Quality Standards. Effluent limits are written to ensure that the most appropriate of these regulations is applied to the discharge. The permittee must monitor the quality of the effluent and report the results to DEQ. The permit also requires the facility to be properly operated and maintained. Permits may also contain additional requirements detailed as "Special Conditions" in the permit. Examples of these special conditions are:

1. Pretreatment programs for publicly owned treatment works (POTW) – requirements for the POTW to have the ability to control the discharges from contributing industries.
2. Stormwater pollution prevention plans.
3. Whole Effluent Toxicity Program – this program requires the permittee to perform aquatic toxicity testing on the discharged effluent to determine reasonable potential for toxicity.
4. Land Application of Sewage Sludge.

DEQ is also utilizing the concept of general permits to streamline the permitting process and conserve resources of both the permittee and DEQ.

### Individual Permits

- *Municipal Facilities*

As of October 2025, VPDES individual permits were in effect for 534 municipal wastewater treatment facilities. The term "municipal" generally refers to facilities that treat predominantly domestic sewage, but which may also treat wastewaters from indirect industrial sources transmitted to the facility through a central sanitary sewer collection system. Facilities classified as "municipal" may be either publicly- or privately-owned. The total number of municipal VPDES permits is further sub-characterized to include 436 "minor" municipal facilities with design capacities greater than or equal to 1,000 gallons per day, but less than 1.0 million gallons per day (MGD), and 98 "major" municipal facilities with design capacities greater than or equal to 1.0 MGD. These facilities treat an estimated 95 percent of all the sewage in Virginia.

- *Industrial Facilities*

As of October 2025, VPDES individual permits were in effect for 233 industrial facilities. The "industrial" category refers to the discharge of liquids or other wastes generated at locations where business or trade is conducted, services or industrial operations are performed, natural resources are developed, or raw materials are changed or manufactured into useful products. The total number of industrial VPDES permits is further sub-categorized to include 195 "minor" and 38 "major" industrial facilities. "Major" and "minor" VPDES permit status for industrial facilities are assigned through an agreement between EPA and DEQ. At a national level, regulations have been adopted by EPA identifying minimum industrial wastewater treatment levels [referred to as federal "effluent limitation guidelines" (ELGs)] to be achieved for at least 57 different industrial sectors. Industrial sectors with promulgated federal ELGs include

188

Draft 2026

chemical, cement, electroplating, iron and steel, machinery, mining, pharmaceutical, power generation, pulp and paper, textile, and several other industrial and manufacturing activities.

- *Concentrated Animal Feeding Operations*

As of October 2025, VPDES individual permits were in effect for 8 Concentrated Animal Feeding Operations (CAFOs). Virginia State Water Control Law (§ 62.1-44.17:1.A1) limits the applicability of the VPDES regulations to CAFOs to the extent necessary to comply with federal regulation, thus the owner of a CAFO is not required to obtain VPDES permit coverage for the potential to discharge.

### General Permits

General permits (GPs) are written for a general class of discharge with similar effluent characteristics. Virginia was granted GP authority from EPA in May 1991. GPs have streamlined the VPDES permit process, and reduced the paperwork, time and expense of obtaining a permit and allow staff resources to be concentrated on individual permits. GPs are promulgated as regulations and typically require a facility owner or operator to apply for GP coverage through the submittal of a Registration Statement. The following DEQ-administered VPDES GPs are available in Virginia:

- Remediation of Contaminated Sites and Hydrostatic Tests (VAG83)
- Stormwater Discharges Associated with Industrial Activity (VAR05)
- Non-Metallic Mineral Mining (VAG84)
- Domestic Sewage Discharges ≤ 1,000 GPD (VAG40)
- Noncontact Cooling Water Discharges (VAG25)
- Seafood Processing Facilities (VAG52)
- Vehicle Wash and Laundry Facilities (VAG75)
- Concrete Product Facilities (VAG11)
- Watershed Permit for Total Nitrogen and Total Phosphorus Discharges and Nutrient Trading in the Chesapeake Bay Watershed (VAN00)
- Pesticide Discharges (VAG87)
- Potable Water Treatment Plants (VAG64)
- Stormwater Discharges from Small Municipal Separate Storm Sewer Systems (MS4s) (VAR040)
- Stormwater Discharges from Construction Activities (VAR10) – See information on Virginia's Stormwater Management Program below.

DEQ administers Virginia Pollution Abatement (VPA) general permits for Animal Feeding Operations and Poultry Waste Management to address potential discharges of animal wastes. CAFOs may also be covered by a VPA permit rather than a VPDES permit if the facility does not have a point-source discharge to surface waters.

There are 5,241 dischargers in Virginia registered for coverage under the general permits (GPs) mentioned above, not including the Construction GP, Pesticide GP, and certain projects and hydrostatic testing under the Petroleum, Groundwater Remediation and Hydrostatic Testing

189

Draft 2026

GP. As of October 2025, there are 5,416 active Construction GPs. The administration of the majority of VAR10 Construction Stormwater GPs has been delegated to approved local, state, federal, or utility authorities under the Erosion and Virginia Stormwater Management Program (VESMP), 9VAC25-875. VESMP delegated authorities receive and accept Registration Statement and fee collection submittals and undertake stormwater management plan review and approvals to ensure consistency with the requirements of the VAR10 GP. The Pesticide Discharges general permit does not require a discharger to register in order to be covered under the permit. Additionally, the Petroleum Contaminated Sites, Groundwater Remediation, and Hydrostatic Tests general permit does not require short term projects (14 days or less) and hydrostatic testing discharges to register in order to be covered under the permit.

As of October 2025, there were 5,241 dischargers in Virginia registered for VPDES GP coverage (Table7.1-2).

Table 6.1-2. VPDES General Permit Registrations.

| VPDES General Permit | Number in effect as of October 2025 |
|---|---|
| VAG40, Domestic Sewage | 3115 |
| VAG52, Seafood Processing | 43 |
| VAG83, Remediation and Hydrostatic Testing | 36 (Some automatic coverage) [1] |
| VAR05, Industrial Storm Water | 1228 |
| VAG84, Nonmetallic Mineral Mining | 179 |
| VAG11, Concrete Products | 229 |
| VAG75, Vehicle Wash and Laundry | 77 |
| VAG25, Noncontact Cooling Water | 17 |
| VAN, Nutrient Trading | 142 |
| VAG87, Application of Pesticides | (Automatic coverage) [2] |
| VAG64, Potable Water Treatment Plants | 108 |
| VAR04, Small MS4 | 103 |
| **Total**: | **5,277** |

[1] The VAG83 Remediation of Contaminated Sites and Hydrostatic Tests general permit does not require short term projects (14 days or less) and hydrostatic testing discharges to register to be covered under the permit. Short term projects include emergency repairs, dewatering projects, utility work and repairs in areas of known contamination, tank placement or removal in areas of known contamination, pilot studies, pilot tests, aquifer tests and new well construction discharges of groundwater.

[2] The VAG87 Pesticide GP does not require an operator to submit a Registration Statement to DEQ for a pesticide discharge to be authorized. Any operator that meets the eligibility requirements and applies pesticides under one of the five pesticide use patterns (Mosquito and Other Flying Insect Pest Control; Weed and Algae Pest Control; Animal Pest Control; Forest Canopy Pest Control. and Intrusive Vegetation Pest Control) in, over, or near surface waters in Virginia is automatically covered under the VAG87 GP.

Draft 2026

*Fees for Permits and Certificates*

The 1992 General Assembly enacted Section 62.1-44.15:6 of Article 2.1 of the Code of Virginia, which established a fee assessment and collection system for permits and certificates. In response to this action, the SWCB adopted the "Fees for Permits and Certificates" regulation, 9VAC25-20, which established fee schedules for VPDES, Virginia Pollution Abatement (VPA), Virginia Water Protection (VWP), and Surface and Ground Water Withdrawal individual and GPs, and the land application of biosolids and industrial residuals. VPDES permit fees for MS4s (both individual and general permits) and for registration under the Construction Stormwater GP (VAR10) are found in the VSMP Regulation, 9VAC25-870.

The assessment of fees allows DEQ to recover a portion of the cost of processing applications for permits or certificates that DEQ has the authority to issue. In 2002, the General Assembly amended and reenacted Section 62.1-44.15:6 of the Code of Virginia. These amendments increased the existing permit fees and were intended to make the water permit program "self-funding". The fee regulation was modified to incorporate the amendments to the law, and the modification became effective on July 1, 2002. In 2004, the General Assembly again amended and reenacted Section 62.1-44.15:6 of the Code of Virginia and made the increased fees permanent. The fee regulation was modified again to incorporate the new amendments, and the changes became effective on July 1, 2004. The major change to the law and regulation was for VPDES and VPA individual permits. The reapplication fee was eliminated for these permits and replaced with an Annual Permit Maintenance Fee, payment of which is due by October 1 of each year. In 2010, the State Water Control Board adopted amendments to the Annual Permit Maintenance Fee section of the Fee Regulation to address budget changes made by the 2010 General Assembly. The new fee schedule became effective August 18, 2010, and allows for annual adjustments to the base Annual Permit Maintenance Fees based on changes to the Consumer Price Index.

Agricultural operations and maintenance dredging for federal navigation channels are exempt from payment of permit fees. In addition, there are no fees for filing for coverage under the following GPs:

- VPDES General Permit for Domestic Discharges of Less Than or Equal to 1,000 GPD (VAG40)
- VPDES General Permit for Remediation if Contaminated Sites and Hydrostatic Tests (VAG83)
- VPDES General Permit for Discharges Resulting from the Application of Pesticides to Surface Waters (VAG87)
- VPA General Permit for Pollutant Management Activities for Animal Feeding Operations and Animal Waste Management (VPG1)
- VPA General Permit for Poultry Waste Management (VPG2)
- VWP General Permit for Surface Water Impact (Wetlands, Streams and/or Open Water) of Less than 4,356 sq. ft. (1/10 acre)

Application fees for all other VPDES permits range from $500 for an Industrial Stormwater

Draft 2026

general permit to $24,000 for a VPDES "Industrial Major" permit. Fees also apply to major permit modifications requested by a permit or certificate holder. Participants in the Virginia Environmental Excellence Program (VEEP) may be eligible for discounted Annual Permit Maintenance Fees based on their VEEP level of participation and other criteria.

### Whole Effluent Toxicity Program

Requirements to monitor for the aggregate toxicity effect of pollutants present in a discharge are included in VPDES individual permits as special conditions, or as General Permit application submittal requirements. DEQ's Whole Effluent Toxicity (WET) Program originated in the early 1980's. The aim of the program is to involve all industrial and municipal VPDES permit holders that potentially discharge toxic pollutants into a systematic program of biological testing. The testing is designed to identify wastewater discharges that are toxic to aquatic life.
The need for WET testing is determined at the time of permit issuance, reissuance, or modification, using information provided by the permittee as part of the VPDES permit application, as well as additional data generated by DEQ or other sources. Generally, WET special conditions include acute and chronic toxicity testing using vertebrate and invertebrate species. The duration of testing may be based on a period with a regular frequency, an event prior to discharge, or until a certain number of tests have been performed. The WET data generated for a particular outfall are evaluated for reasonable potential for toxicity. If the data do not show reasonable potential, the permittee may continue biological testing at a reduced frequency. However, if the data show reasonable potential, a WET numeric effluent limit is developed and put into the permit with a compliance schedule.

### Pretreatment Program

Virginia's Industrial Pretreatment Program controls industrial discharges to Publicly Owned Treatment Works (POTWs). Municipal sewage treatment plants are usually not designed to treat toxic industrial wastes. Such wastes may interfere with the plant's biological treatment processes, pass through untreated into receiving waters, or contaminate POTW sludge to the extent that lawful disposal is precluded. POTWs with industrial contributors may be required to develop a Pretreatment Program and become the Control Authority. EPA delegated oversight and regulation of the POTW pretreatment programs to DEQ on April 14, 1989.

Standards imposed on industrial users include general standards, prohibitive discharge standards, categorical standards, and local limits developed by POTWs. General standards are narrative prohibitions against pass-through and interference and are applicable to all industrial users. Prohibitive discharge standards are also applicable to all industrial users and include limitations on parameters such as pH and temperature, measured in industrial discharges. Categorical standards are federal technology-based standards developed for certain categories of industries discharging to POTWs. In addition, POTWs are required to develop local limits for substances that have the potential to cause interference with treatment or pass through in toxic amounts to receiving waters.

Pretreatment facilities are controlled through municipal ordinances and are required to self-monitor and report biennially to the municipality, which reports to DEQ.

Draft 2026

### The Virginia Compliance Auditing System

DEQ monitors the performance of municipal and industrial dischargers through a computerized compliance auditing system. Under the VPDES permit program, major facilities are required to submit monthly plant performance reports based upon self-monitoring of the parameters listed in the discharge permit. Facilities authorized to discharge under individual VPDES permits report on an individually assigned frequency. These discharge-monitoring reports (DMRs) indicate the quality of plant effluent and whether any bypasses have occurred. Data from DMRs are electronically transferred or manually entered by the regional offices into DEQ's Comprehensive Environmental Data System (CEDS), which compares all parameters to permit limits or other permit conditions, or other orders to detect any violations.

When a permit or other enforceable requirement is not met, it is observed through CEDS, the system assesses weighting points according to the severity and frequency of the exceedance(s). In addition to the automatic detection of effluent exceedances through CEDS, compliance schedules, as well as other required due dates both in permits and enforcement actions, are also tracked through CEDS. Weighting points are also assigned for single event alleged violations reported to DEQ by permittees, the public or other sources. All weighting point values are assessed and tallied for the previous six months. When accumulated values exceed specified limits, or any time an alleged violation is observed which is determined to cause environmental harm, enforcement action may be initiated. Additional enforcement activity may result from problems discovered during on-site inspections.

The accumulated records of weighting point values are used as a tool to aid objective focus when determining appropriate enforcement activity. The program also ensures that permittees are fully aware of problems as they develop and have an opportunity to improve treatment to maintain compliance.

### Virginia Pollution Abatement Permits

A Virginia Pollution Abatement (VPA) Permit may be issued by DEQ whenever an owner handles waste or wastewater in a manner that does not involve discharging to a sewage treatment facility or to state waters pursuant to a valid VPDES permit. The Virginia Pollution Abatement Permit Regulation (9 VAC 25-32) was adopted in 1996. Pollution abatement facilities approved through the VPA permit program may include pits, ponds, and lagoons for waste storage, treatment, or recycling. Permits are also required for the land application and distribution and marketing of biosolids, land application of certain industrial wastes, and on-site facilities, such as land treatment systems. The basis for approval for such systems includes assurance that waste or wastewater will not discharge directly into state surface waters except under prescribed extreme rainfall conditions, and for protection of ground water quality.
To address and gauge compliance with the state's groundwater standards, whenever pits, ponds, lagoons, and/or land treatment is part of a proposed or VPA-permitted facility, a ground water monitoring program may be required as part of, or prior to, receiving approval for a VPA permit. Land application is a no-discharge alternative to conventional discharging systems. Land

Draft 2026

treatment is frequently a cost-effective alternative to direct discharge to surface waters and can be a technically sound means of waste or wastewater utilization.

### *Biosolids*

Prior to 1994, DEQ administered the regulatory program for biosolids (treated sewage sludge). The Virginia Department of Health (VDH) administered the program from 1994-2007. In 2008, DEQ once again assumed regulatory oversight at the direction of the 2007 Virginia General Assembly. Virginia State Water Control Law now requires that any person that land applies or distributes and markets biosolids (treated sewage sludge) in Virginia must obtain either a VPDES or VPA permit.

Wastewater treatment plants that land apply biosolids may do so under the authorization of their VPDES discharge permit, may obtain a separate VPA permit, or may contract with a land applier that holds a VPA permit. All biosolids permits require that biosolids meet minimum requirements for pathogen reduction, vector attraction reduction, and pollutant concentrations. Permits require the implementation of a nutrient management plan (NMP) written to the standards and criteria established by the Virginia Department of Conservation and Recreation. NMPs require that land application rates be limited by nitrogen in all cases, and phosphorus where soil test levels exceed certain thresholds. Permits include mandatory setbacks from several geographic features such as surface water, wells, and springs, as well as homes and property lines.

DEQ also administers a training and certification program for persons that land apply biosolids. DEQ coordinates with VDH regarding public health concerns. Only biosolids that meet stricter pathogen reduction criteria may be distributed and marketed in Virginia.

### *Animal Feeding Operations*

The DEQ animal waste program regulates farms under both the Virginia Pollution Abatement (VPA) Permit Regulation (9VAC25-32 et seq.) and the Virginia Pollutant Discharge Elimination System (VPDES) Permit Regulation (9VAC25-31 et seq.). An animal feeding operation (AFO) is a lot or facility where animals are stabled or confined for a total of 45 days or more in any 12-month period, and where crops or vegetative growth is not maintained in the normal growing season over the lot or facility. AFOs that confine more than 300 animal units of livestock and handle liquid manure are required to obtain coverage under the VPA Regulation and General Permit for AFOs and Animal Waste Management (9VAC25-192 et seq.). The VPA AFO general permit governs the management of animal waste by the farm and by those who receive the manure from the permitted farm. Poultry operations that confine more than 200 animal units (20,000 chickens or 11,000 turkeys) must register for coverage under the VPA General Permit for Poultry Waste Management (9VAC25-630 et seq.). The VPA Regulation and General Permit for Poultry Waste Management governs the management of poultry waste at confined poultry feeding operations and poultry waste utilized or stored by those who receive the poultry waste from the permitted farm including poultry waste brokers. Concentrated Animal Feeding Operations (CAFOs) are AFOs that meet a specific number and type of confined animals. CAFOs

194

Draft 2026

that discharge into State Waters may be required to obtain a VPDES CAFO individual permit. Of the 1,004 farms covered by a DEQ permit, there are 96 farms covered under the VPA AFO general permit, 900 farms covered under the VPA Poultry Waste Management general permit, and eight farms covered by the VPDES CAFO individual permit.

### VPDES Compliance Inspection Program

The DEQ Virginia Pollutant Discharge Elimination System (VPDES) Permit program, the Pretreatment program, the Virginia Pollution Abatement (VPA) Permit program, and the VPDES and VPA general permit program rely primarily on the concept of permittee self-monitoring and reporting for compliance determinations. To ensure proper operation and maintenance of facilities and confirm self-monitoring information is representative and accurate, DEQ conducts facility inspections as the principal form of regulatory compliance surveillance. DEQ utilizes a risk-based protocol to identify facilities needing increased or decreased inspection frequency and/or complexity while using staff resources most effectively to accomplish inspection goals.

### Inspection Program Objectives

The objectives of the inspection program are:
- to ensure that facilities are in compliance with statutes, regulations, and permit requirements, thereby protecting the quality of state waters.
- to improve facility performance by providing advice and assistance,
- to support permit development,
- to maintain a regulatory presence,
- to support administrative, civil, and criminal enforcement actions,
- to support development and implementation of the pretreatment program.

Each inspection of a permitted facility will not accomplish every objective, but most inspections are useful in accomplishing several of the above objectives. Therefore, inspection frequencies are scheduled to provide maximum coverage of facilities within available DEQ resources (see Table 6.1-2). Table 6.1-3 presents an overview of default inspection frequencies for various facility types.

195

Draft 2026

Table 6.1-3. Inspection frequency by Facility Type

| Facility Type | 1 Year | 2 Year | 3 Years | 4 Years | 5 Years |
|---|---|---|---|---|---|
| VPDES Municipal Major (≥1.0 MGD) [1] | | X[2] | X | | |
| VPDES Municipal Minor (≥0.04 & ≤1.0 MGD) | | | | | X |
| VPDES Municipal Small (≥0.001 & ≤0.04 MGD) | | | | | X |
| VPDES Industrial Major (DEQ/EPA Majors list) | | X[2] | X | | |
| VPDES Industrial Minor (not a Major or Small) | | | | | X |
| VPDES Industrial Small[4] | | | | | X |
| VPDES General[5] | | | | | X |
| VPDES Sampling[6] | | | | | X |
| VPDES/VPA AFO & Poultry Individual and General | | | X | | |
| VPDES/VPA AFO & Poultry Individual and General (in compliance and not contributing to Section 303(d) or 305(b) listing) | | | | X | |
| VPA IP (High Priority)[7] | X | | | | |
| VPA IP (Low Priority)[8] | | | | | X |

[1] Includes Combined Sewer Overflow facilities.

[2] Minor facilities that are in compliance and not contributing to Section 303(d) or 305(b) listing may have their inspection frequency reduced to once per three years.

[3] Major facilities that are in compliance and not contributing to Section 303(d) or 305(b) listing may have their inspection frequency reduced to once per three years.

[4] Small is an industrial facility with low environmental impact potential such as discharges of non-contact cooling water, sand and gravel operations, car washes, etc.

[5] All General Permits including Industrial Stormwater permits. Includes multiple home and non-residential domestic wastewater facilities covered by General Permit (defer inspections of single-family homes covered by a general permit to the local Health Department). Petroleum General Permit inspections are conducted on an as needed basis due to the short duration of activity at these sites.

[6] Sampling inspections are conducted subject to the availability of effluent.

[7] High priority is assigned to facilities with high environmental impact potential or high public concern and includes animal feeding operations, wood preserving operations, sludge disposal activities, and other facilities so classified by the Regional Offices. An inspection of sludge disposal permitted facilities includes, as a minimum, an inspection of the storage facilities and at least one land application site per permitted facility per year.

[8] Low Priority is a VPA facility with low environmental impact potential.

Draft 2026

***Erosion and Sediment Control and Stormwater Management***

In addition to the VPDES program, DEQ oversees the implementation of the Virginia Erosion and Sediment Control Law and Virginia Stormwater Management Act and their attendant regulations to control stormwater runoff associated with construction and post-construction activities. These programs incorporate the federal NPDES requirements for the regulation of stormwater from construction activities along with Virginia's state stormwater program requirements.

Land-disturbance equal to or greater than 10,000 square feet requires an erosion and sediment control plan be submitted to the appropriate regulating authority for review and approval. ESC regulations specify the "minimum standards" that must be followed on all regulated activities including criteria, techniques, and policies. All localities administer the Virginia Erosion and Sediment Control Program (VESCP) on most land-disturbing activities on privately owned lands. DEQ implements the VESCP for land-disturbing activities on state and federal lands, as well as a specific group of activities undertaken by utility, interstate and intrastate pipeline, and railroad companies.

Additionally, land disturbance activities equal to or greater than one acre, or less than one acre that are part of a larger common plan of development or sale that ultimately disturbs one or more acres, are regulated under the Virginia Stormwater Management Program (VSMP) Regulations (9VAC25-870) and the General Permit for Discharges of Stormwater from Construction Activities (9VAC25-880) to control water quality impacts, localized flooding, and stream channel erosion from new and redevelopment projects. These stormwater requirements serve to further safeguard the commonwealth's receiving waters as well as fulfill the commonwealth's commitment to reduce nonpoint source pollution from new and redevelopment projects under the Chesapeake Bay Total Maximum Daily Load (TMDL).

The construction general permit requires the operator to implement a site-specific stormwater pollution prevention plan (SWPPP) that outlines the steps that must be taken to comply with the permit, including post-construction water quality and quantity requirements, to reduce pollutants in the stormwater runoff from the construction site. The SWPPP also specifies all potential pollutant sources that could enter stormwater leaving the construction site and covers methods used to reduce pollutants in stormwater runoff during and after construction. As of July 1, 2014, any locality that operates a regulated MS4 is required to implement the VSMP for private and local public projects. Localities not required to establish a VSMP may choose to opt to do so. DEQ serves as the VSMP authority for projects on state and federal lands, activities undertaken by utility, interstate and intrastate pipeline, and railroad companies, or any project in a locality that choose not to administer the VSMP. As of November 16, 2023, there were 6,458 active Construction GPs – of which more than 77 percent, the local government is the VSMP authority.

DEQ conducts periodic inspections of sites covered under the construction general permit. To ensure that local government programs are implemented in accordance with the erosion and

197

Draft 2026

sediment control program, DEQ conducts reviews of these programs once per five years. DEQ is developing a similar program to conduct reviews of the VSMP implemented by localities. Additionally, any land-disturbing activities equal to or greater than 2,500 square feet and less than one acre located in areas designated as subject to the Chesapeake Bay Preservation Act must also comply with the minimum standards of the Virginia Erosion and Sediment Control regulations and the technical criteria and program requirements of the Virginia Stormwater Management Program regulations. However, construction general permit coverage is not required for those activities less than one acre, unless they are part of a common plan of development or sale.

### *Water Quality Management Planning*

DEQ uses Water Quality Management Plans (WQMPs), required by section 303(e) of the Clean Water Act, as the link between the water quality assessment required for this report and water quality-based controls. WQMPs recommend control measures for the water quality problems identified and characterized in the 305(b) report. Control measures recommended in the plans are implemented through the VPDES permit system for point sources and regulated nonpoint sources such as some stormwater as described above, and through the voluntary incentive-based application of Best Management Practices (BMPs) for nonpoint sources as described in Chapter 5. WQMPs establish the strategy for returning impaired waters to meet water quality standards and for preventing the degradation of high-quality waters.

## 6.2    303(d) Program Vision

### 6.2.1    Introduction

The Virginia Department of Environmental Quality (DEQ) is implementing the national 2022-2032 Vision for the Clean Water Act Section 303(d) Program (hereafter, 2022 Vision) which is the culmination of EPA's collaboration with the states, territories, and tribes (hereafter, "states") to renew and update EPA's 2013 long-term Vision. EPA's intent for the 2022 Vision is to identify opportunities for states to effectively manage their own 303(d) programs and achieve their unique water quality objectives. A key component of the 2022 Vision calls for each state to develop a Prioritization Framework that describes its long-term planning priorities through a discussion of goals and focus areas. DEQ has developed VA's Prioritization Framework as a planning document that highlights priorities for the development of restoration plans and the employment of special studies for water quality impairments in need of greater study. The Framework also communicates the importance of planning and collaboration not only among 303(d) programs but also programs that fall outside 303(d) including other government and non-government entities and stakeholders. While the Framework describes planning priorities through 2032, it also allows for flexibility and adaptability to allow for changing circumstances. As such, it may become necessary to make future adjustments to the Framework to meet current and unforeseen challenges. If a modification to the Framework is required, the public will be engaged in conjunction with the Integrated Report public process. Virginia's long-term planning for restoration of water quality is comprised of goals and focus areas which are discussed below.

Draft 2026

### 6.2.2  Framework Goals

The purpose of the Framework is to describe VA's long-term restoration plans to improve water quality most effectively and efficiently. Virginia's Framework is grounded in five goals: Planning, Prioritization, Restoration, Data and Analysis, and Partnerships. The first three goals will be discussed in concert because together, they define Virginia's long-term (2032) planning priorities designed to achieve improved water quality through restoration projects. The Data and Analysis and Partnerships goals are integral to the success of the planning, prioritization, and restoration goals and therefore warrant separate discussion.

### *Planning, Prioritization, and Restoration*

These three goals encompass the factors and considerations, described herein, that provide the basis for long-term (through 2032) prioritization and planning for the development of restoration projects and special studies to improve water quality. Total Maximum Daily Loads (TMDL) and Advance Restoration Plans (ARP) are the most common types of restoration projects, but other types of projects may also be considered. The decision about the type of restoration project to be developed will be made in conjunction with project stakeholders and based on specific watershed characteristics and the most suitable option for improving water quality. Some impairments require special study designed to ascertain impairment causes, pollutant sources, and/or most feasible options for restoring water quality. Such studies will support TMDL or ARP development, the implementation of best management practices, and delisting of impaired waters.

VA also identifies shorter-term priorities every two years by identifying specific waterbodies that will be addressed through restoration plans which will be presented in each Integrated Report through 2032. Those shorter-term priorities will be selected in line with Virginia's long-term planning priorities discussed within this Framework. The identification of shorter-term priorities provides the public with a reasonable expectation for TMDL or ARP development efforts while also allowing the program the flexibility it needs to undertake additional or emerging water quality issues or projects that are more complex as resources allow or to take on new priorities such as those stemming from the Virginia Legislature or Executive Office. Planning, prioritization, and restoration will focus on the following types of water quality impairments through 2032:

- **Aquatic Life and Fish Consumption Impairments:** VA will leverage progress made in the previous Vision cycle by continuing to focus on aquatic life designated use impairments by developing TMDLs, ARPs, and Implementation Plans designed to improve the health of VA's benthic macroinvertebrate communities. VA will also continue to focus efforts on fish consumption designated use impairments through the development of Polychlorinated Biphenyls (PCBs) TMDLs for the tidal portions of the James River and for the Bluestone River. Additionally, VA will include long-term planning for the development of PCB TMDLs for the Rappahannock River watershed.
- **Harmful Algal Blooms:** In 2022, Virginia's General Assembly appropriated $3.5 million to DEQ to study harmful algal blooms (HABs) in Lake Anna and the Shenandoah River

199

Draft 2026

basin. The Virginia Department of Health (VDH) is a study participant, as they are the agency responsible for issuing no-swimming advisories for Lake Anna and algal mat alerts for sections of the Shenandoah River basin. The studies funded by the General Assembly will focus on the environmental factors that cause these HABs and, where water quality impairments exist as a result of a no-swim advisory(ies), management approaches that could be employed to prevent and mitigate their impacts. Other waters that may be impacted by HABs will be considered for additional study as appropriate.

- **Temperature impairments:** Continuous monitoring studies will be utilized to collect additional data in many of VA's temperature impaired waters to support TMDL or ARP development, the implementation of Best Management Practices, or delisting.

- **Impairments in watersheds draining national forests:** Virginia has a number of pH and temperature impairments in streams that drain national forests in watersheds that do not contain permitted or other significant anthropogenic nonpoint sources. Virginia will collect additional in-stream and watershed data to determine if a natural condition or other approach is appropriate for these waters.

- **Dissolved oxygen and pH conditions in swamp waters:** DEQ will utilize monitoring studies to improve baseline characterization of pH and dissolved oxygen conditions in Virginia's swamp waters, improve water quality management of these waters, and improve standards and assessment policies associated with these waters.

- **Mercury:** Virginia's mercury impaired waters include over 2,500 river miles, close to 56,300 lake acres, and 20 square estuarine miles. These impairments are likely due to atmospheric deposition. The Virginia Mercury Study (DEQ, 2008) drew the relationship between the deposition of mercury from the atmosphere and the effects of that contamination found in fish tissue. A significant portion (67%) of mercury atmospheric deposition originates from outside our state.

A TMDL allocates load reductions necessary to attain of WQS. Since we do not have control over out-of-state sources, an alternative to developing a TMDL may be the better tactic. EPA provides an approach for listing waters impaired by mercury for which the predominant source is atmospheric deposition. EPA's intent is to provide this approach to states which have a mercury reduction program in place that will improve mercury impairments over time. Virginia has several programs, initiatives, and legislative actions, which will reduce the production and introduction of mercury to the environment. For example, the Virginia Green Program assists tourism-related organizations in promoting environmental responsibility through a number of initiatives including energy conservation and efficiency. The Virginia Clean Economy Act of 2020 establishes renewable portfolio standards and advances offshore wind and solar generation, among other initiatives. In addition, Virginia continues to collect fish tissue samples to test for mercury to compare against similar data collected in 2008.

Because Virginia is taking action to reduce the production and introduction of mercury, the alternative approach provided by EPA for listing waters impaired by mercury is the

recommended course of action. This action requires the development of a report outlining Virginia's mercury reduction programs and providing justification for using this approach to recategorize these waters from 5A to 5M. Subsequent requirements under this approach include an update of Virginia's efforts to be included in each Integrated Report. While this approach does not preclude Virginia from needing to develop a mercury TMDL with allocations at some point in the future, this approach will allow Virginia to work towards mercury reduction using alternative approaches.

- **Legacy toxic impairments (fish consumption impairments)**: There are approximately 40 fish consumption impairments across Virginia due to elevated chlorinated pesticides. Long-term planning includes the development of a monitoring strategy and study to determine sources and consider best cleanup strategies.
- **Bacteria reduction strategies:** Bacteria reduction efforts will continue through implementation plan development and implementation projects for existing bacteria TMDLs; and through the nesting of new bacteria impairments into existing TMDLs. Additionally, many best management practices implemented for the Chesapeake Bay or local TMDLs will also aid in the reduction of bacteria.

In addition to the above water quality impairment categories, the concept of implementability will continue to be a significant factor when prioritizing waters for the development of restoration projects. Implementability is the concept of prioritizing restoration projects that allow for and promote successful watershed plan implementation via installation of "on the ground" projects or practices. Implementability necessarily includes collaboration with DEQ's Nonpoint Source program, other state agencies, and with stakeholders to identify local interests and funding opportunities as a key component in prioritizing impaired waters for TMDL or other restoration plan development followed by implementation planning and installation. VA's aim is to prioritize impaired waters for TMDL or ARP development where a non-PCB TMDL and Implementation Plan can be developed consecutively and with stakeholder support for implementation. This is a current guiding principle which will continue to be incorporated in the identification of the iterative shorter-term (two-year) priorities that will be presented in Integrated Reports through 2032.

Additionally, TMDL revisions may be considered for prioritization under this Prioritization Framework. Occasionally due to continued water quality issues, large scale changes to land uses, significant point source changes, or additional monitoring data, it becomes necessary to revise a TMDL. Such revisions cannot always be foreseen and planned for in advance therefore, inherent to the TMDL program's planning process is the inclusion of time and resources to manage those as necessary. When necessary, it is Virginia's intention to include TMDL revisions as a part of the two-year priorities presented in Integrated Reports through 2032.

### *Data and Analysis*

Since 1999, DEQ has encouraged citizen water quality monitoring organizations by providing technical and, whenever possible, financial support for monitoring activities. Virginia state law (§ 62.1-44.19:11.) established the Citizen Water Quality Monitoring Program in 2002 and DEQ

201

Draft 2026

has incorporated external monitoring partners' data into its assessment determinations since the 2004 305(b)/303(d) reporting cycle. Over the last 20 years the program has grown exponentially. DEQ currently has contacts with over 200 external monitoring partners.

Virginia's process for accepting and evaluating external monitoring data is also based on state law (§ 62.1-44.19:11.) The DEQ Citizen Monitoring Methods Manual is updated periodically to ensure all information is accurate and current and describes the process for 'tiering' external monitoring data for use in water quality assessments. Depending on the level of documented QA/QC, each data point submitted to DEQ is assigned a tier. The tiers range from Level III: use for 303(d) listing/delisting of impaired waters to Level I: informational or educational purposes only. The DEQ Water Quality Assessment Guidance Manual also includes information on how external monitoring data are used in assessment determinations and is released for public comment before finalized.

Ensuring all readily and available data are used for making assessment determinations is a focus for the DEQ Water Quality Assessment Program. Establishing a data solicitation deadline for all non-agency data producers and providing the Virginia Data Explorer for uploading these data has resulted in data that are uniformly submitted on a timeline used to meet overall reporting deadlines. Developed in partnership with the Chesapeake Bay Monitoring Cooperative and Virginia Institute of Marine Science, the database associated with the Virginia Data Explorer serves as a repository for external monitoring data collected throughout Virginia. It not only provides data to DEQ in a consistent manner, but it also allows for the public to view the data in a simplified format.

DEQ continues to reach out to recognized tribes (and other Tribes to the extent possible) to announce public comment opportunities through the monitoring and assessment programs, including Citizen Monitoring Nominations to the Annual Monitoring Plan and the Draft Integrated Report.

As a part of planning for restoration projects, DEQ will continue to collect biological, physical, and chemical data from monitoring stations within the restoration project area watersheds. The analysis of this data is important in the determination of causes and/or sources of pollutants causing the impairment of the project waters and in the development of TMDLs and ARPs. Monitoring will continue in the watersheds after implementation of the restoration project to track water quality improvement progress.

Virginia prioritizes the development of tools designed to increase the efficiency and effectiveness of our 303(d) programs. For example, since the 2016 IR cycle, Virginia has been developing tools to make internal assessment processes more efficient by assisting DEQ staff with organizing and analyzing data in a consistent manner. The suite of tools includes a way to attribute water quality standards information to monitoring locations to ensure accurate assessments, automated assessment scripts that align with state assessment methodologies, and data visualization tools for rivers and lakes to make wholistic assessment determinations faster. Additionally, Virginia is currently working with EPA to develop a tool that will automate

Draft 2026

some of the labor-intensive aspects of developing watershed characterizations for restoration project areas. Further tool development will be pursued using internal resources premised on improved efficiency in 303(d) programs.

### Partnerships

Communication and coordination with other programs, government agencies, and stakeholders creates greater opportunities for efficiency and effectiveness in the development of restoration plans and the implementation of practices to improve water quality. Each of VA's 303(d) programs is committed to continuing to dedicate resources to stakeholder engagement including the agricultural, permitted, and residential sectors as well as permitted sources and other government and non-government agencies. DEQ also intends to partner with other agencies for alignment of priorities, resources, and expertise. For example, DEQ is conducting a study of harmful algal blooms in Lake Anna and the Shenandoah Basin to understand the physical and water quality drivers of HABs and, where water quality impairments exist, identify management approaches to prevent or mitigate HABs where appropriate and as resources allow. Those efforts include collaborations with the USGS, VDH, ODU, George Mason University, The Virginia Commonwealth University, and the Interstate Commission for the Potomac River Basin and will include extensive stakeholder engagement.

DEQ's 303(d) programs will also continue to coordinate with non-303(d) programs. For example, the TMDL program engages the Virginia Pollution Discharge Elimination System (VPDES) program in the development of wasteload allocations during TMDL development or TMDL revision processes. It also engages with DEQ's Nonpoint Source program during the prioritization of watersheds for restoration and the development of TMDLs and ARPs to ensure they are implementable and that stakeholders are engaged in the process. To the extent practicable, TMDLs will be developed in alignment with Nonpoint Source Program resources to promote consecutive or near-term TMDL Implementation Plan development and implementation and eligibility for 319(h) funds. ARPs will be developed using the Nonpoint Source 9-element approach to ensure eligibility for 319(h) funds.

### 6.2.3   Framework Focus Areas

EPA's Vision calls for the inclusion of cross-cutting focus areas important to the successful implementation of CWA Section 303(d) programs. DEQ's intentions for adapting these focus areas to support water quality improvement are described below.

**Environmental Justice Communities:** Virginia enacted the Virginia Environmental Justice Act in 2020 which directs Virginia "… to promote environmental justice and ensure that it is carried out throughout the Commonwealth, with a focus on environmental justice and fenceline communities." In this law, environmental justice communities are defined as low-income communities, communities of color (defined as "a population of individuals who identify as belonging to one or more of the following groups: Black, African American, Asian, Pacific Islander, Native American, other non-white race, mixed race, Hispanic, Latino, or linguistically isolated"), and individual populations of color.

Draft 2026

DEQ's 303(d) programs are collaborating with DEQ's Office of Environmental Justice to develop a strategy to grow 303(d) program engagement with Environmental Justice (EJ) communities in an effective and meaningful manner to improve water quality most effectively and proportionately in Virginia. For example, DEQ plans to build upon and expand its use of spatial analytical tools designed to improve outreach to EJ communities and to increase agency understanding of local environmental issues or concerns within EJ communities. In addition to the tool developed by DEQ (Virginia EJScreen+), DEQ will review the incorporation of additional EJ screening tools developed by EPA, other federal and state agencies, and universities that have expertise in EJ communities. DEQ will proactively engage with other governmental and non-governmental entities to help characterize environmental issues and concerns within EJ communities and understand how to best respond to meet the needs and interests of these communities.

The development of PCB TMDLs on the James River, Bluestone River, Rappahannock River, and York River may affect residents that subsistence fish or otherwise supplement fish in their diet.

In conjunction with EPA's tribal coordinator, DEQ provides technical assistance as requested for Federally recognized tribes (and other Tribes to the extent possible) developing water quality monitoring and assessment programs in Virginia. DEQ continues to reach out to Tribal leaders to announce public comment opportunities through the monitoring and assessment programs, including Citizen Monitoring Nominations to the Annual Monitoring Plan, the Draft Integrated Report, and public meetings for TMDL and ARP development and will develop a strategy to strengthen and expand such outreach efforts with tribal leaders as well as other environmental justice communities.

**Program Capacity Building:** Staff development and retention is vital to 303(d) program effectiveness, so DEQ prioritizes the dedication of resources to education and training of staff to continually improve staff technical skills and to foster a greater understanding across programs to enable greater collaboration. DEQ's TMDL and Nonpoint Source programs are creating greater in-house capacity for tasks that may otherwise need to be contracted. A decreased reliance on contractual support may provide flexibility for additional funding for other water quality improvement needs.

## 6.3    Nonpoint Source (NPS) Assessment and Implementation

Section 319(b) of the Clean Water Act requires that states develop and implement NPS pollution management programs to control NPS pollution. The programs should articulate a state's strategy to address nonpoint sources and to achieve/maintain water quality standards. NPS pollution is defined in U.S. Environmental Protection Agency (EPA) guidance as follows:

> *Nonpoint Source Pollution (NPS) pollution is caused by diffuse sources that are not regulated as point sources and normally is associated with agricultural, silvicultural and urban runoff, runoff from construction activities, and other sources. Such pollution*

Draft 2026

*results in the human-made or human-induced alteration of the chemical, physical, biological, and radiological integrity of water. In practical terms, nonpoint source pollution does not result from a discharge at a specific, single location (such as a single pipe) but generally results from land runoff, precipitation, atmospheric deposition, or percolation.*

Virginia operates a comprehensive, primarily funded through the federal Clean Water Act. Virginia's NPS Program is a diverse network of state and local government programs. Collectively, these programs help to prevent water quality degradation and to restore the health of lakes, rivers, streams, and estuaries by promoting and funding state and local watershed planning efforts, stream and wetland restoration and protection, education and outreach, and other measures to reduce and prevent NPS pollution from affecting the Commonwealth's waters. Virginia utilizes the prioritization framework paired with effective partner-program integration to optimize time and cost efficiencies in restoring and protecting aquatic resources. This approach can be used to target limited resources and funds for NPS pollution reduction activities to areas where they are most needed. See the DEQ Implementation Projects webpage for more information.

### 6.3.1   NPS Pollution Assessment

Virginia's Department of Conservation and Recreation (DCR) has evaluated the potential for water quality degradation due to nonpoint sources of pollution biennially since 1986 on a per hydrologic unit basis, also considering indicators of where such degradation might have its greatest negative impact. The 2022 NPS Pollution Assessment Summary estimations of the NPS pollutant loads of Nitrogen, Phosphorus, and Sediment by the sixth-level hydrologic units of the National Watershed Boundary Dataset (NWBD) were calculated using a NPS load simulation model and data developed by the DCR, DEQ and the Virginia Polytechnic Institute and State University (Virginia Tech) Department of Biological Systems Engineering (BSE). More information can be found at the DCR NPS Assessment and Prioritization webpage under Origins of the 2022 NPS Pollutant Loads, and the 2022 DCR NPS Pollution Assessment Summary.

The 2022 NPS Assessment focuses on nutrients and sediment; however, most of the NPS-impaired waters from the 2024 303(d) report are listed due to the presence of excess fecal bacteria. Total Maximum Daily Load (TMDL) studies have shown that pet waste can contribute to high pathogen counts in some urban streams. Concentrations of wildlife can have a similar effect in various land use/land cover settings. Likewise, human wastes from straight pipe disposal, failing septic systems, or malfunctioning water treatment plants and their permitted collection system infrastructure can all contribute to the impairment of waters due to high levels of fecal bacteria.

### 6.3.2   NPS Implementation

Virginia statute (WQMIRA, (§62.1- 44.19:4 through 19:8 of the Code of Virginia) directs DEQ to develop a plan to achieve fully supporting status of impaired waters. In Virginia, implementation plans (IPs), also known as a Watershed Based Plan or Clean Up Plan, are

commonly completed after a TMDL is developed and approved. There is not a mandated schedule for implementation plan development; however, local or state agencies, as well as community watershed groups partner with DEQ in developing implementation plans. The implementation plan describes the control measures (best management practices or BMPs) that should be taken to reduce nonpoint source pollution levels to meet the TMDL load allocation in the waterbody and includes a schedule of actions, costs, and monitoring needs. More information on implementation planning can be found at the DEQ Implementation webpage.

An IP targets a watershed or group of watersheds that are on the 303(d) list (i.e., impairments), and may address impairments not explicitly addressed by a TMDL (for example, when new impairments are added in a TMDL watershed, or when utilizing specific BMPs is expected to be the most efficient way to remedy an impairment). Figure 6.3-1 shows IP development progress since 2001 measured by the number of impaired waters addressed, the number of IPs developed, and, as a bridge to the TMDL program, the number of TMDL equations addressed by completed IPs.



Figure 6.3-1. Implementation Plan Development in Virginia from June 2001 to June 2024

Upon completion of an IP, the subject area is eligible to receive funding to complete comprehensive, multi-year implementation of BMPs. Efforts to reduce NPS pollution, including TMDL implementation, in Virginia have been undertaken by federal, state, regional, and local government agencies, as well as by citizen action. In many cases the activities are cooperatively

Draft 2026

performed and funded. Nonpoint Source reduction activities (projects), including progress summaries for implementation projects, can be found on the DEQ Implementation Projects webpage, and in the corresponding 2019 NPS Pollution Management Program Plan document updated every five years (this plan originally ended September 30, 2024, but it was extended to September 30, 2026, to allow time for updating the next five-year plan). These efforts target watersheds, including TMDL studies and implementation plans, nutrient management, agricultural cost-share incentive programs for BMP installations, and incentives for the set-aside of agricultural land. In FY2024, federal Section 319(h) funding supported 29 individual projects covering 25 separate implementation plan areas with Section 319(h) funds. Other state and federal funds administered by either DEQ or DCR were also available. Collectively, 7,259 residential septic and agricultural BMPs were installed within 81 IP areas that addressed 237 IP watersheds. The status of implementation is documented in Table 6.3-1 and is shown spatially in Figure 6.3-2.

These BMPs cost a total of $35.6 million, of which $30 million was provided by DEQ and DCR in the form of either federal or state cost-share assistance (excluding funds from USDA). Projects that were not run through Soil and Water Conservation Districts (SWCDs) or had urban BMPs are not included in table 6.3-1. Funding opportunities for implementing an approved IP can be found on the DEQ NPS Funding, Grant, and Project Resources webpage.

Table 6.3-1. Implementation funded with federal 319(h) and/or state cost-share assistance (excluding fund from USDA) in FY2024.

| Metric | FY2024 |
|---|---|
| Active Implementation Plans with BMP Installation | 81 |
| IP Watersheds with BMP Installation | 237 |
| BMPs Installed in IP Areas | 7,259 |
| Total BMP Cost | $35,612,271.96 |
| Total Cost-share Paid | $30,070,352.59 |
| Total 319(h) Cost-share Paid (does not include funds for technical assistance, outreach, BMP design, urban BMPS, or BMPs not developed by SWCDs) | $978,028.83 |

### 6.3.3   No-Discharge Zones

No Discharge Zones (NDZs) are another implementation tool for addressing bacterial contamination and nutrient loads, particularly in the Chesapeake Bay and the tidal tributaries of the Bay and the Atlantic Ocean. Under the Clean Water Act, discharge of untreated sewage is illegal. NDZs are federally designated areas where this prohibition is extended to the discharge of treated vessel sewage. There are three mechanisms by which States may seek this designation as provided in 33 U.S.C. 1322(f)(3), 33 U.S.C. 1322(f)(4)(a), and 33 U.S.C. 1322(f)(4)(b). The most used mechanism is 33 U.S.C. 1322(f)(3), under which a state must demonstrate to EPA that adequate local vessel sewage disposal alternatives (such as marina-based pump-outs) are reasonably available, and that the designation protects natural

Draft 2026

resources. In Virginia, DEQ is the coordinating agency for the preparation of NDZ applications and their submittal to EPA.

The Code of Virginia (§ 62.1-44.33) establishes all tidal creeks of the Commonwealth as NDZs where vessels may be prohibited from discharging treated or untreated waste into Virginia's waters. The Code further states that the establishment of an NDZ is to be premised on the improvement of impaired tidal creeks. Additionally, the Phase III Chesapeake Bay Watershed Implementation Plan Initiative #10 calls for Virginia to consider establishing additional NDZs in all or portions of the Chesapeake Bay and its tidal tributaries. NDZ applications may be initiated by individuals, organizations, state, or local governments. The application process includes coordination with other state agencies, analyses to estimate peak-season vessel traffic for the area under evaluation, and an assessment of the existence and adequacy of all available vessel sewage disposal alternatives. The process also includes intensive public outreach to seek input and to solicit and strengthen local support to elevate awareness of the importance of controlling bacteria and nutrient sources. Once established, the designation is indicated by prominent signage and will be included in nautical navigation charts.

Currently, No Discharge Zones have been established in Smith Mountain Lake (Bedford, Franklin, Pittsylvania Counties), Lynnhaven River (City of Virginia Beach), Broad and Jackson Creeks and Fishing Bay (Middlesex County), and Sarah Creek and Perrin River (Gloucester County).

### 6.3.4   Water Quality Success Stories

To measure NPS pollution management success, DEQ tracks BMP installations and actions, and monitors water quality improvements related to NPS implementation. In addition, implementation of the Chesapeake Bay Phase III Watershed Implementation Plan (WIP) is a key element of Virginia's overall NPS Management Program and guides many of the NPS management activities.

Since 2002, Virginia's Nonpoint Source Management Program and its partners have written NPS Success Stories to document delisting and/or water quality improvement of impaired stream segments. These stories are classified into two types: Type 1 stories are related to partial or full restoration (delisting of impairments), Type 2 indicates significant water quality improvement. Figure 6.3-2 shows spatially where success stories have been completed and Table 6.3-2 lists all success stories completed up to 2024. For more information on Virginia's NPS Success Stories, visit DEQ Water Quality Success Stories webpage.

Draft 2026



Figure 6.3-2. TMDL implementation watersheds active as of June 30, 2024.

Draft 2026

Table 6.3-2. Section 319(h) nonpoint source success stories through 2024 quantified as the number of segments delisted or with improved water quality, arranged in chronological order.

| Segments | Name of Success Story | Year Approved | Topic |
|---|---|---|---|
| 1 | Cabin Branch Mine Orphaned Land Project | 2001 | Mining |
| 1 | Toncrae Mine Orphaned Land Project | 2002 | Mining |
| 1 | Middle Fork Holston River (Three Creeks) | 2005 | TMDL-Imp |
| 2 | Muddy Creek and Lower Dry River | 2007 | TMDL-Imp |
| 1 | Batie Creek | 2008 | Karst Program |
| 3 | Lynnhaven, Broad and Linkhorn Bays | 2009 | Shellfish |
| 1 | Valzinco Mine Orphaned Land Project | 2008 | Mining |
| 3 | Willis River | 2010 | TMDL-Imp |
| 1 | Middle Creek | 2012 | Mining |
| 1 | Black Creek | 2012 | Mining |
| 1 | Muddy Creek | 2012 | TMDL-Imp |
| 1 | Carter Run | 2013 | TMDL-Imp |
| 1 | Flat Creek | 2013 | TMDL-Imp |
| 1 | Upper Clinch River | 2014 | TMDL-Imp |
| 2 | Cub Creek | 2014 | TMDL-Imp |
| 2 | Byers and Hutton Creeks | 2015 | TMDL-Imp |
| 1 | Little Sandy Creek | 2015 | TMDL-Imp |
| 2 | Blackwater River | 2016 | TMDL-Imp |
| 1 | Big Chestnut Creek | 2016 | TMDL-Imp |
| 3 | Upper Robinson River | 2017 | TMDL-Imp |
| 2 | Mountain Run | 2017 | TMDL-Imp |
| 1 | Stone Creek | 2018 | Mining |
| 2 | Willis River | 2018 | TMDL-Imp |
| 1 | Slate River – Rock Island Creek | 2019 | TMDL-Imp |
| 1 | Dumps Creek | 2019 | Mining |
| 1 | Deep Creek | 2020 | TMDL-Imp |
| 1 | Middle River | 2020 | TMDL-Imp |
| 1 | Little Cub Creek | 2020 | TMDL-Imp |
| 2 | South Fork Back Creek | 2021 | TMDL-Imp |
| 2 | Indian Creek | 2021 | TMDL-Imp |
| 2 | Buffalo Creek-North Fork | 2022 | TMDL-Imp |
| 4 | Powell River | 2022 | TMDL-Imp |
| 1 | Deep Creek | 2022 | TMDL-Imp |
| 1 | Turpin Creek | 2023 | TMDL-Imp |
| 1 | Spring Creek | 2023 | TMDL-Imp |
| 1 | Buffalo Creek | 2024 | TMDL-Imp |
| 1 | Rush River | 2024 | TMDL-Imp |
| **Total** | **51** | | |

210

Draft 2026

### 6.4    Pollution Prevention and Environmental Management Systems

### 6.4.1    Pollution Prevention

Pollution prevention (P2) is recognized by the US EPA as the most cost-effective form of environmental protection because it is an environmental management strategy that emphasizes the elimination or reduction of waste at the source of generation. Traditional waste management techniques such as treatment, disposal, and recycling concentrate on managing waste after they are generated. P2 focuses on the avoidance of waste generation.

Pollution prevention efforts strive to identify opportunities to conserve and use materials as efficiently as possible. In addition, P2 stresses the reduction of toxicity and prevention of spills and raw material/product losses whenever possible. Pollution prevention is distinguished from recycling and reuse efforts because these management techniques involve waste handling, collection, and reprocessing into a new raw material or usable product. True P2, which is often referred to as source reduction, eliminates or reduces the need for additional waste handling and the costs associated with that process. As such, P2 can result in significant cost savings while reducing overall environmental impacts and liabilities and facilitating compliance with environmental regulations.

### 6.4.2    Environmental Management Systems

Many organizations that understand the value of P2 realize that the environmental impacts of their operations, including but not limited to personnel training, facility management and new construction, are not just a by-product of what they do, but an integral part of their business model that affects the very success or failure of their organization. They embraced the development of an environmental management system (EMS) to promote environmental considerations in all facets of the company's operations. A successful EMS sets goals for implementation of P2 and other projects that will enable continuous improvements to an organization's environmental performance year after year. Compliance with environmental regulations is a starting point for organizations with an EMS to build on, and the EMS drives companies to focus on reducing environmental impacts rather than just maintaining compliance.

### 6.4.3    Office of Pollution Prevention

The P2 and EMS programs are good news for water quality as they offer cost-effective opportunities for reducing water contamination. The P2 techniques offer excellent applications for reductions in water usage, chemical and nutrient inputs to wastewater, treatment, and stormwater minimization and management. The EMSs will ensure that P2 techniques are considered and employed whenever possible as part of the facility's normal business process. Compliance with water quality standards will be the beginning point, and they will strive to continuously do better than those standards.

The agency's Office of Pollution Prevention (OPP) runs non-regulatory programs that promote

Draft 2026

the use of voluntary pollution prevention approaches and technologies and the use of EMSs. The OPP has developed a variety of voluntary programs, resources, and partnerships to encourage facilities that are interested in doing more than the minimum as required by regulations. These programs provide public recognition and award opportunities, assistance, and even regulatory incentives for participating.

***Voluntary Programs***

 The Virginia Environmental Excellence Program (VEEP) is DEQ's program to promote the voluntary use of environmental management systems, pollution prevention and sustainability. The program offers recognition and regulatory incentives to encourage facilities to develop and implement an EMS. For instance, facilities that participate in the VEEP's EMS Track can receive a discount on certain annual permit fees. In addition, the VEEP Sustainability Partners are recognized for environmental sustainability efforts. For more information, see the DEQ Virginia Environmental Excellence Program webpage.

 Virginia Green is the DEQ's voluntary initiative to promote pollution prevention practices in all aspects of Virginia's tourism industry. Virginia Green is run in partnership with the Virginia Green Travel Alliance, Virginia Tourism Corporation, and the Virginia Restaurant, Lodging and Travel Association. Virginia Green members commit to implementing practicing to reduce waste, conserve water and use energy efficiently. The DEQ provides informational resources for implementing green practices. For more information, go to the DEQ Virginia Green webpage.

The OPP has compiled case studies to encourage companies and municipalities to adopt P2 practices. The case studies show real world examples and identify technologies and techniques that were successful. These examples showcase the effectiveness of P2 projects by quantifying pollution reduction, cost savings and other benefits. The highlighted success stories have improved environmental performance by going above and beyond the industry standard. For more information, go to the DEQ Pollution Prevention Case Studies webpage.

For more information on DEQ's P2 and EMS programs visit the DEQ Pollution Prevention webpage.

### 6.5    Cost/Benefit Associated with the Clean Water State Revolving Loan

### 6.5.1   Grants and Funds

***Construction Assistance Grants***

The federal construction grants program was initiated in 1958 to provide financial assistance to municipalities for the planning, design, and construction of publicly owned treatment works.

Draft 2026

Until 1988, the program was an essential element in pollution control efforts, without which many localities would have been unable to provide wastewater treatment systems.

Through 1988, Virginia received approximately $1.2 billion in federal appropriations for construction grants. These federal funds financed up to 75 % of the total eligible cost of approximately 183 projects. The state contributed another $52.3 million toward project costs, with the remainder coming from local sources. Total local investment in these projects is estimated at $500 million.

### Virginia Clean Water Revolving Loan Fund

In 1988, a grant program was converted to a low-interest loan program to provide financial assistance for the planning, design, and construction of POTWs. The 1986 General Assembly created the Virginia Water Facilities Loan Fund, through which loans could be made to local governments at or below current market interest rates for wastewater treatment improvements. Principal and interest repaid into the fund could then be loaned again for additional projects. The Federal Water Quality Act of 1987 established a State Revolving Loan Fund Capitalization Grant Program that provided an avenue for states to convert federal grant monies into a State Revolving Loan Fund.

On June 10, 1988, Virginia became the first state in EPA Region III and the fifth state in the nation to receive authorization to administer a State Revolving Loan Program. As of June 30, 2023, Virginia has received federal capitalization grants totaling $1,155,205,207. In addition, Virginia has provided the required matching funds of $210,974,383 to the program.

These funds, along with accrued interest earnings, repayments by loan recipients, and the implementation of a leveraging program in each of FY's 1999, 2000, 2004, 2007 through 2013 (when demand exceeded available resources), 2021 and 2022 have enabled the Virginia Revolving Loan Fund (VRLF) to provide loan assistance to 1,169 projects totaling over $3.91 billion.

### 6.5.2   Loan Programs

### Agricultural Best Management Practice Loan Program

The 1999 General Assembly amended Chapter 22 of the Code of Virginia, expanded the activities of Virginia's Water Facilities (Clean Water) Revolving Fund, to allow low interest loan financing of specific Agricultural Best Management Practices (AgBMP). This legislation was amended to encourage the Commonwealth's farm communities to implement best management practices that reduce or eliminate agricultural non-point source pollution of Virginia's waters. This funding initiative went into effect July 1, 1999. Agreements were reached with the Virginia Resources Authority and the State's three Farm Credit Associations to allow them to perform necessary loan underwriting and execute and disburse loan proceeds to the recipients.

213

Draft 2026

Virginia received its first request for low-interest loan assistance from its AgBMP program on January 14, 2000. Since then, DEQ has authorized more than $46 million in low-interest loan assistance to Virginia farmers for over 614 eligible BMP projects that would improve water quality in the Commonwealth. In July 2016, this program was suspended for lack of interest and then updated, expanded, and reinstituted in July 2019. Since restarting, the AgBMP program has authorized more than $92.3. million in interest-free loan assistance for 523 eligible BMP projects.

### Brownfield Program

The 2001 General Assembly amended the VRLF legislation to make loan assistance available for remediation of contaminated brownfield properties across the Commonwealth. This funding initiative aids eligible entities for activities that result from an approved site characterization and remediation plan and where the remediation effort results in an improvement to or protection of surface or groundwater. As of June 30, 2025, eight loans for brownfield projects have been closed totaling $5.83 million.

### Land Conservation Loan Program

The 2003 General Assembly enacted legislation that expanded the activities of the fund by allowing Virginia to authorize low-interest loans for acquisition of title or other rights to real property when the Board was satisfied that the acquisition would protect or improve water quality and prevent pollution of state waters. The legislation provided that financing for land acquisition would be available only in those fiscal years when all other eligible loan requests from local governments had been satisfied. This program was included in each of the FY 04 through FY 26 loan solicitations and 12 loans have been closed totaling $54.8 million.

### Stormwater Loan Program

During their 2010 session, the Virginia General Assembly further expanded the activities of the Virginia Water Facilities Revolving Fund by allowing the State Water Control Board to authorize low interest loans from the Fund for construction of facilities or structures or implementation of best management practices that reduce or prevent pollution of state waters caused by stormwater runoff from impervious surfaces. According to the enabling legislation, the Virginia Clean Water Revolving Loan Fund financing for stormwater projects can only be available in fiscal years when loan requests for eligible wastewater treatment facilities designed to meet the state's water quality standards have first been satisfied, unless otherwise required by law. This program was included in each of the FY 12 through FY 26 loan solicitations and 8 loans have been closed totaling $40.2 million.

### Living Shorelines Loan Program

During their 2015 session, the Virginia General Assembly further expanded the activities of the Virginia Water Facilities Revolving Fund by allowing the State Water Control Board to authorize low interest loans from the Fund to a local government for establishing living shorelines or to a local government that has developed a funding program to individual residents for the purpose

Draft 2026

of establishing living shorelines to protect or improve water quality. In the 2019 session, the code section was expanded to include small businesses as eligible applicants for funds from a local government that has developed a funding program. This program was included in each of the FY 17 through FY 26 loan solicitations and 4 loans have been closed totaling $4.76 million.

## 6.6 Public Health and Aquatic Life Concerns

DEQ continues to address the role toxicants play in reducing water quality in state waters and supports programs to monitor, evaluate, and reduce toxicity to aquatic life and human health. Many of the programs in place at DEQ that address toxicity in state waters are described and discussed throughout this and previous sections of this report. VDH programs that address human health are also discussed. The toxic pollutants that were monitored during the reporting period include toxic organics, metals, and pesticides. Results of this monitoring for toxics in water column, fish tissue, and sediment are provided in Chapter 4 of this report.

### 6.6.1 DEQ Fish Tissue and Sediment Monitoring Program

DEQ has sampled approximately 500 stations for fish tissue and sediment through its routine rotational river basin monitoring program (including follow-up monitoring) since 1995. The stations selected for monitoring during the 2026 IR window were not randomly selected. Instead, stations were selected based on input from residents and partner agencies (e.g., DWR, EPA) on locations where fish are commonly caught and consumed by recreation and subsistence anglers, or where past contaminant levels indicated that follow up investigations were needed to inform DEQ assessments, TMDLs, or other regulatory processes, or to inform VDH advisory decisions.

Historical fish tissue and sediment monitoring data can be found on the DEQ fish tissues monitoring webpage. The results are tabulated with the number of exceedances of human health screening values for those routine monitoring stations where there were exceedances for one or more contaminants in edible fish fillets or shellfish. Contaminant screening values are computed using EPA risk assessment techniques for non-carcinogenic and carcinogenic effects and are based on the same fish tissue concentrations that are the basis for the numerical water quality criteria that are designed to prevent fish contamination.

### 6.6.2 Fish Tissue Sampling Summary

The data evaluated for this report was collected from 2019 through 2023. During this period DEQ and the VDH were able to complete risk evaluations at several sites reported for ongoing or future evaluation in previous editions of this report. These decisions are included in this report to finalize the information on previously reported potential human health concerns. This report does not highlight station exceedances where VDH determined, at the time of data review, that no further action was needed unless these stations were monitored as a follow-up to a VDH request for additional sampling. Below is a listing of river basins and targeted sites sampled by year from 2019 through 2023.

2019 - York River (Mattaponi River and Pamunkey River watersheds), the small coastal streams

Draft 2026

and tributaries of the Chesapeake Bay (Piankatank River, Mobjack River, etc.), and from selected sites on the Maury River (smallmouth bass), the upper James River (carp), and embayments of the Potomac River (northern snakehead). Special monitoring studies were also conducted for fish tissue metals: one in the Potomac Embayments and a second on the Dan River and Roanoke River watersheds.

2020 - Shenandoah River (mainstem, North Fork, South Fork watersheds), Tennessee River (Clinch River, Powell River, and Holston River watersheds), Chesapeake Bay and its small coastal streams and tributaries (Mobjack, Pocomoke, etc.) and a selected site on the Maury River (smallmouth bass). Special monitoring studies were also conducted in the Dan River and Roanoke River watersheds.

2021 - James River (mainstem - non tidal and tidal, Elizabeth River, Chickahominy River, etc.), New River (mainstem, Claytor Lake, etc.), Roanoke River (Smith Mountain Lake, Leesville Lake, Kerr Reservoir, Lake Gaston, etc.), Tennessee River impoundments (Big Cherry, Hungry Mother and Laurel Bed). Special monitoring studies were also conducted in the Dan River and Roanoke River watersheds plus Lovills Creek Lake.

2022 – Potomac River tributaries (non-tidal and tidal, impoundments, etc.), Albemarle Sound (Great Dismal Swamp and Currituck Sound tributaries, etc.), Big Sandy River impoundments (North Fork Pound Lake, Flannagan Reservoir, etc.). Special monitoring studies were also conducted in the Dan River and Roanoke River watersheds.

2023 – Rappahannock River tributaries (non-tidal and tidal, impoundments, etc.), Chowan River tributaries (Blackwater River, Nottoway River and Meherrin River, etc.), Roanoke River and tributaries (North Fork and South Fork, Dan River, Lake Gaston, etc.), Big Sandy River tributaries (Flannagan Reservoir, etc.), James River (non-tidal and tidal, impoundments, etc.).

### 6.6.3   Fish Consumption Advisories and Restrictions

Virginia's fish consumption advisories are reviewed annually by the Virginia Department of Health (VDH). As of November 2025, VDH has 67 health advisories in effect based on data collected through 2023 (Figure 7.5-1). A health advisory warns of potentially dangerous levels of contamination found in fish tissues in an affected area and, in most cases, advises limited consumption but does not prohibit it. Under health advisories, the population at risk and a safe maximum consumption rate may be specified. All VDH fish consumption advisories for mercury and PCBs caution that women who are pregnant or may become pregnant, nursing mothers and young children should not eat any fish from affected waters to avoid ingesting contaminants. Contamination of fish by three toxic pollutants – (kepone, mercury, and polychlorinated biphenyls (PCBs) - have been the causes of the health advisories that are currently in place throughout the state. Four of the health advisories (kepone in the lower James River, mercury in the North Fork Holston River, mercury in the South River and sections of the Shenandoah River, and PCBs in the South Fork Shenandoah River, North Fork Shenandoah River and Shenandoah River) were the result of industrial releases of toxic

216

Draft 2026

contaminants to the aquatic environment, while the contributing sources of contamination for the remainder of the advisories remain under investigation, primarily through TMDL studies and subsequent activities. The history of the four known industrial releases and general historical information about the fish consumption advisories can be found on the DEQ Fish Tissue Monitoring webpage. The current advisories, affected watersheds, and VDH contacts can be found at VDH Fish Consumption Advisory webpage. For the 2026 IR, there are new PFAS fish consumption advisories issued in 2025 for a portion of the Chickahominy River watershed and the entire White Oak Swamp watershed specially PFOS.



Figure 6.6-1. Map of current fish consumption advisories. Other waters impaired for fish consumption indicate waters identified by DEQ as not supporting the fish consumption designated use in addition to waters with VDH advisories.

For general questions about fishing regulations in Virginia, please visit the Division of Wildlife Resources website. For further information regarding the fish tissue sampling and analysis processes, please visit the DEQ Fish Tissue Monitoring webpage. Based on a review of all available data for this assessment window, VDH has not issued any new or revised fish consumption advisories since the 2020 IR due contamination of fish tissue by Mercury or PCBs.

### *Fish consumption advisories due to mercury contamination of fish*

As of 2023, there are 27 health advisories that have been issued by the VDH due to mercury contamination of fish throughout the state. Mercury is released into the environment by both natural sources and pollution. Biological processes transform mercury in the water into more toxic methylmercury. Fish absorb methylmercury directly from water, sediment and from eating smaller aquatic organisms that contain methylmercury.

Prior to 2001, VDH followed guidelines developed by the FDA that considered methylmercury levels higher than 1.0 ppm in exceedance of safety guidelines. In 2001, VDH began to use a concentration of 0.5 ppm methylmercury in fish tissue as the guideline for issuing a fish

217

Draft 2026

consumption advisory statewide. The revised fish consumption guidelines for mercury contamination were based on an extensive review of literature by the National Academy of Sciences which indicated that lowering the amount of mercury recommended for fish consumption would provide more protection for the public. This lower concentration of 0.5 ppm is also based on assuming a consumption rate of two eight-ounce meals per month as an exposure rate for triggering a fish consumption advisory. This new, lower concentration of concern for mercury used by the VDH has increased the number of watersheds subject to fish consumption advisories due to mercury contamination.

### *Fish consumption advisories due to polychlorinated biphenyls (PCBs) contamination*

As of 2023, there are 44 health advisories that have been issued by the VDH due to contamination of fish by PCBs throughout the state. Historically, Virginia has steadily lowered the levels of PCBs considered acceptable in fish. Prior to 1980, VDH followed guidelines developed by the FDA that considered PCB levels higher than 5,000 parts per billion (ppb) in exceedance of safety guidelines. In 1984, the FDA reduced the level to 2,000 ppb. In 1998, VDH developed its own fish consumption advisory guidelines and set its levels of concern for PCBs in fish to no more than 600 ppb. This limit was lowered to 50 ppb in 2004. The latest guidelines[1] announced by VDH in 2012 increased that level to 100 ppb. The change reflects VDH's adoption of the updated exposure factors (such as average body weight), and human behavior-related assumptions recommended by EPA. This change does not affect previously issued consumption advisories or current impairment listings.

### 6.6.4   Evaluating Fish Tissue Monitoring Service to Environmental Justice Communities

Virginia DEQ is working in collaboration with EPA Region 3 to evaluate the service provided by the fish tissue monitoring program to communities that may be underserved or underrepresented, as indicated by a series of environmental and demographic measures. The study, entitled *A new method for evaluating water quality monitoring effort in service of environmental justice communities* includes a review of nearly 29 years (1991-2019) of data from the program. The objective of the study is to develop a tool with which agencies can evaluate their environmental monitoring programs to determine the degree to which they serve areas of potential Environmental Justice (EJ) concern.

The research team has developed an empirical method for determining the monitoring effort of the program that occurred in EJ waters, in proportion to the total effort of the program. The study included data from two open-source tools; US EPA's EJSCREEN and the Virginia DEQ's EJSCREEN+ to classify Virginia waters based on the following commonly used EJ metrics: populations of color and low-income populations (as defined in Virginia State Code), linguistically isolated populations, and an integrated metric of environmental indicators. Each EJ metric was evaluated in a separate analysis to compare the results and to demonstrate the utility of the method for evaluating a variety of EJ metrics. In general, the monitoring effort in EJ waters, as a proportion of total monitoring effort, was higher than the total proportion of EJ waters in the state, however, results varied among EJ metrics and among the monitoring periods evaluated. In years where overall monitoring effort was low, the service (i.e.,

monitoring effort) to EJ communities was disproportionately low, relative to the service provided statewide.

Future work may include additional statistics used to evaluate EJ effort, other types of monitoring data, additional EJ metrics, and enhanced spatial analysis. In addition, whereas the current study directly evaluates the service provided in relation to equality; the methods can be extended to conduct an evaluation based on weighted prioritization for monitoring service, based on EJ information. A complete project report detailing the results of the study is expected in late 2024.

### 6.6.5   Shellfish Condemnations

VDH has prohibited and/or restricted harvest of shellfish in some areas in the waters of Virginia. These areas are in the Chesapeake Bay and its tidal tributaries and in the coastal bays of the Eastern Shore. A significant portion of the "Administratively Prohibited" or "Restricted" areas are waters surrounding certain point source discharges or other concerns, with a smaller relative portion of area "Condemned" due to elevated fecal coliform bacteria concentrations that exceed national standards.

In recent years, VDH has been actively looking for areas with more predictable patterns of elevated bacteria counts and expanding the use of conditional classifications to manage around those predictable periods. Using these refined methods, some of these areas have been termed as conditionally managed areas that are closed only after a rain event that exceed a threshold value. An additional portion of waters are conditionally managed based on seasonal patterns of elevated bacterial levels (November 1 through March 31, but some are closed starting September 1). Finally, another portion of waters are seasonally closed due to seasonal boating activity (November 1 through March 31). Shellfish may be harvested from the most restricted areas; however, they must first be relayed to harvest "approved" waters for depuration for 15 days before marketing. Relaying is only allowed when the water temperature is above 50°F. Shellfish closures and advisories can be found on the VDH Division of Shellfish Safety and Waterborne Hazards website.

### 6.6.6   Virginia Harmful Algal Blooms (HAB) Response

DEQ serves as a partner agency on the Harmful Algal Bloom (HAB) Task Force, along with the Virginia Department of Health (VDH), Old Dominion University (ODU), and the Virginia Institute of Marine Science (VIMS). The Virginia HAB Response includes scientific investigations of waterbodies because of public complaints for potential HAB events that inform decisions by VDH on the issuance of health advisories and provides information to the public on HAB events and their associated health risks.

HABs have occurred in both fresh and salt waters in the Commonwealth. HABs can produce toxins which may cause skin, eye, and digestive tract irritation, kidney and liver damage and neurotoxic effects. Health effects depend on the exposure route, concentration, and specific toxin encountered. The severity of symptoms ranges from mild irritation to death (though the

Draft 2026

latter is rare). Exposure of animals and humans to algal toxins can occur from consumption of contaminated water, consumption of contaminated fish or shellfish, dermal contact with contaminated water and (in rare cases) inhalation of airborne toxins.

DEQ conducts most initial field investigations associated with potential HABs in fresh waters. The agency also conducts many investigations in estuarine and marine waters in conjunction with field crews from other agencies (e.g., VIMS participates in many marine investigations). In response to complaints from the public, which are typically made by way of the online HAB reporting form, HAB Task Force partners such as DEQ mobilize to potential HAB sites, make observations of initial site conditions that may indicate HABs (e.g. surface scum or mats, elevated dissolved oxygen or pH) and, if necessary collect water samples for lab analysis to quantitatively analyze for HAB toxins. Lab verified sample data on HAB toxin concentrations, and the observations made on site by field crews are evaluated by the VDH Division of Shellfish Safety and Waterborne Hazards (DSSWH).

Based on these evaluations, DSSWH makes recommendations to local health districts regarding the issuance of health advisories and alerts. Notifications to the public regarding health advisories and alerts include an indication that a HAB is occurring and that a health risk exists. Health advisories may be issued due to toxin concentrations above thresholds finalized by EPA in May 2019 or by thresholds within VDH's Guidance for Cyanobacteria Bloom Recreational Advisory Management. Advisories carry an explicit recommendation that use of the water body should be limited (e.g., no swimming). Algal alerts may be issued following observations of cyanobacteria mats as directed in the Cyanobacteria Bloom Response Job Aid. Algal Alerts prompt water users to exercise caution to avoid algal mats which may be present while swimming and to limit the access of children and pets as they may be more likely to ingest water or mats.

The HAB response agencies, including DEQ, conduct follow-up visits as resources allow and collect additional samples at sites for which advisories have been issued in accordance with established protocols. Based on the data collected during these visits, DSSWH makes recommendations to local health districts, which then determines whether to modify, lift, or maintain existing advisories and alerts. While VDH and the local health districts are ultimately responsible for issuing or modifying advisories and alerts, DEQ, ODU, and VIMS often offer technical advice on issues surrounding advisories and alerts. For example, DEQ may advise on the spatial extent of an advisory based on field observations or recommend the frequency and design of follow-up investigations. For more information on HAB investigations, recreational advisories, and follow-up investigations, refer to the HAB Task Force Recreational Advisory Guidance.

There are no routine monitoring programs for inland waters and freshwater HABs (cyanobacteria). Instead, these blooms are managed using a reporting and response plan. Reports of suspected HABs can be submitted by members of the public as well as by agencies such as DEQ, VDH, and DCR. Observations of potential HABs should be reported through the VDH HAB Hotline at 1-888-238-6154 or via the VDH HAB Online Report Form. The HAB Hotline

Draft 2026

was originally established in response to concerns about *Pfiesteria*, while the online reporting form was introduced in 2017 to streamline the reporting process and facilitate timely response efforts.

From 2017 to 2022, potential HAB reports were received from 53 counties and cities across the Commonwealth.  During this period, Lake Anna – spanning Louisa, Spotsylvania, and Orange counties – had the highest number of suspected blooms. Based on the results of HAB response sampling and analysis, recreational swimming advisories and alerts are issued as necessary to protect public health. VDH DSSWH regularly updates the status of existing health advisories related to HABS on its online algal bloom surveillance map.

### 6.6.7  Emerging Contaminants: Per- and Polyfluoroalkyl Substances (PFAS)

Per- and polyfluoroalkyl substances (PFAS) are a group of human-made chemicals that are used for a variety of household and industrial uses. The two best studied PFAS are perfluorooctane sulfonic acid (PFOS) and perfluorooctanoic acid (PFOA). Most PFAS (including PFOA and PFOS) do not readily break down under environmental conditions, earning them the nickname in the media of "forever chemicals." Because of their widespread use and their persistence in the environment, PFAS can be found in water, soil, air, and human blood all over the world. Some PFAS can accumulate in people and animals with repeated exposure, which may have adverse human health effects. These compounds are considered emerging contaminants as the science behind how they act in the environment continues to evolve.

In October of 2021, Newport News Waterworks alerted DEQ to elevated PFAS concentrations in the Middle Chickahominy River watershed and pinpointed the White Oak Swamp watershed as the possible origin of the PFAS. DEQ, the Virginia Department of Health (VDH), and Henrico County immediately formed a team to develop a joint response focused on identifying any potential risks to public health. As part of this effort, DEQ contracted with the United States Geological Survey (USGS) to complete a study of PFAS in the Middle Chickahominy River watershed. Fish tissue, sediment and surface water samples were collected at locations throughout the watershed, including in Chickahominy Lake. Learn more about the joint investigation in this interactive Story Map.

In 2022, DEQ worked with VDH and the Western Virginia Water Authority (WVWA) on a second special study to investigate the source of GenX, a PFAS chemical that was detected in the Roanoke River, Spring Hollow Reservoir, and associated drinking water supply that serves portions of Roanoke, Franklin, and Botetourt Counties. Fish tissue and surface water samples were collected at locations throughout the watershed, including in Spring Hollow Reservoir, to identify potential risks to public health.

Since 2021, DEQ has been monitoring PFAS in streams, rivers, and reservoirs across the Commonwealth to understand the prevalence of these substances and to identify potential locations where PFAS concentrations are elevated relative to baseline concentrations. Beginning in 2023, DEQ added PFAS to a portion of the samples collected as part of the routine

fish tissue monitoring program. The data from this monitoring program resulted in VDH developing fish consumption guidelines for PFOS which were finalized in May 2025. Subsequently, VDH issued fish consumption advisories due to contamination of fish tissue by PFOS for a portion of the Chickahominy River watershed and the entire White Oak Swamp watershed.Additionally, in April 2026, VDH issued fish consumption advisories for certain areas in the Occoquan River watershed.  All waters with fish consumption advisories are listed as impaired for the fish consumption use in the 2026 IR.

The 2024 Virginia General Assembly enacted legislation, effective July 1, 2024 as Virginia Code § 62.1-44.34:29 through 33, requiring monitoring and self-reporting of certain discharges, as well as the interagency transfer of data, with a goal to assess and reduce the occurrence of Per- and Polyfluoroalkyl Substances (PFAS) in the Commonwealth's public water supplies.[15] To support Virginian's access to safe drinking water, the legislation charges DEQ to:

1) Accept all validated monitoring data from VDH that indicate PFAS maximum containment level exceedance
2) Develop a prioritization plan for identifying the significant sources of PFAS in source water of systems with a maximum containment level exceedance and update the plan annually
3) Require potentially significant sources of PFAS report their use or manufacture of PFAS, and
4) Require quarterly discharge monitoring of potentially significant sources of PFAS.

The legislation directs DEQ to establish the PFAS Expert Advisory Committee, which will assist DEQ and the Department of Health (VDH) in developing solutions to reduce and eliminate the discharge of PFAS. Additionally, § 62.1-44.34:33 of the Code of Virginia requires DEQ to annually report by October 1 on activities related to PFAS assessments, self-reporting, and discharge monitoring to the Governor and the General Assembly.

This legislation seeks to create a cost-effective solution to PFAS in drinking water for the average consumer. Under the EPA's recently established regulations under the National Primary Drinking Water Regulation, each drinking water supplier exceeding an established PFAS Maximum Contaminant Level (MCL) is expected to take on the cost of treating the water which may include sizeable initial capital expenditures along with continued maintenance costs which would undoubtedly be shared by the customers.

In December 2024, EPA published draft recommended water quality criteria protective of human health for PFOA, PFOS, and PFBS. These criteria are designed specifically to protect public water supplies and fish consumption and reflect a lifetime exposure duration of 70 years. These criteria will not be considered for adoption in Virginia's Water Quality Standards regulation until they are finalized by EPA. Once effective they would be used to assess waters in subsequent Integrated Reports.

---

15 Appendix A Chapters 316 and 343 of the 2024 Acts of Assembly (HB1085, SB243)

Draft 2026

More information on DEQ's PFAS monitoring activities, plus a dashboard containing all available data, are posted to the DEQ Per- and Polyfluoroalkyl Substances (PFAS) webpage.

### 6.7    Coastal Resources Management Program

### 6.7.1    Description of the Virginia Coastal Zone Management Program

Virginia's Coastal Zone encompasses all of Virginia's Atlantic coast watershed as well as parts of the Chesapeake Bay and Albemarle/Pamlico Estuary watersheds (Figure 6.7-1). This Coastal Zone area also known as Tidewater, Virginia includes 29 counties, 17 cities, and 42 incorporated towns as well as all waters within and out to the three-mile Territorial Sea boundary.



Figure 6.7-1. Map of Virginia's Coastal Zone

The Virginia Coastal Zone Management (CZM) Program was established in 1986 to protect and enhance Virginia's coastal resources. Virginia CZM is a network of state natural resource agencies, Tidewater local governments, and the Virginia CZM laws and policies they implement. DEQ serves as the lead agency for Virginia's networked CZM Program and helps agencies and localities to develop and implement coordinated coastal policies. Facilitating cooperation among these agencies is the Coastal Policy Team (CPT). The mission of the CPT is to identify coastal policy issues that cut across agency jurisdictions, develop policy recommendations, and guide the future activities of Virginia CZM.

223

Draft 2026

By virtue of having a federally approved Coastal Zone Management Program, Virginia also has the authority to require that federal actions (including federally funded or permitted actions) within the Coastal Zone be consistent with the enforceable policies of Virginia CZM. Environmental Impact Review staff at DEQ review federal actions in the coastal zone for consistency with Virginia CZM enforceable policies, including those addressing point and nonpoint source water pollution. For a list of all enforceable policies, visit the DEQ Coastal Zone Management 'About CZM' webpage.

### 6.7.2   Coastal Zone Management Act Funding Received by Virginia

Virginia CZM provides grant assistance to state agencies and local governments. Having a federally approved Coastal Zone Management Program qualifies Virginia to receive just over $3 million per year in federal funds from the Office of Coastal Management (OCM) at the National Oceanic and Atmospheric Administration (NOAA). NOAA allocates these funds through statutory authority under the Coastal Zone Management Act (CZMA). The majority of these grant funds are 50 percent matched by Virginia's state agencies and local governments.

Figure 6.7-2. Virginia CZM Program Funding (1986-2024).

Since 1986, Virginia has received over $101 million in federal CZMA funds, matched by over $83 million in state and local funds (Figure 6.7-2). This includes match from the Virginia Water Quality Improvement Fund which finances nutrient reduction technology at publicly owned wastewater treatment plants and local projects funded through the Stormwater Local Assistance Fund. Together these funds are used to implement the Virginia CZM Program and to carry out a broad scope of state and local projects to protect, restore and strengthen Virginia's coastal ecosystems and economy.

Draft 2026

### 6.7.3    Virginia Coastal Zone Management Program Initiatives Benefiting Water Quality

In 2001, Virginia became the sixth state to receive full approval of its Coastal Nonpoint Pollution Control Program from NOAA and EPA. Section 6217 of the CZMA requires states with an approved Coastal Zone Management Program to develop a Coastal Nonpoint Source Pollution Control Program. The statute is meant to restore and protect coastal water quality through the application of economically achievable best management practices implemented through enforceable state policies and mechanisms. Virginia's Coastal Nonpoint Pollution Control Program is facilitated through Virginia CZM but implemented by DEQ with state and federal grants including Clean Water Act Section 319 funding. The sections below highlight initiatives led by Virginia CZM that support the Virginia Coastal Nonpoint Source Pollution Program and contribute to improved coastal water quality.

### 6.7.4    Virginia CZM Program GIS-Mapping Efforts: Coastal GEMS and Coastal VEVA

Coastal Geospatial and Educational Mapping System (GEMS) provides access to a wide range of coastal resource spatial data, along with narrative information, links to data sources, and a growing collection of story maps. The Coastal GEMS mapping application compiles over 100 data layers including water- and land-based natural resources along with conservation planning tools and useful contextual data. Coastal GEMS is designed for use by federal, state, and local government decision makers, NGOs, and the general public. Coastal Virginia Ecological Value Assessment (VEVA) is a collaborative integration of conservation datasets and priorities in Virginia's coastal zone, synthesizing the best available natural resource information into a single geospatial layer. Coastal VEVA combines scientific data and best professional judgment to rank terrestrial and aquatic areas for their ecological value. These values can be used to prioritize lands for preservation or restoration to improve watershed health or water quality.

### 6.7.5    Increasing the Availability and Use of Virginia Native Plants

Plant Virginia Natives is a collaborative network of partners engaged in statewide and regional strategies to increase the knowledge, use and availability of native plants. Virginia CZM introduced, coordinates, and has funded the initiative since 2008. Plant Virginia Natives identifies opportunities to collaborate and partner on native plant communication, marketing efforts, and strategies to encourage the use of native plants statewide for their many benefits and help meet Virginia's habitat restoration and water quality goals.

One facet of the Initiative includes regional native plant marketing campaigns throughout the Coastal Zone, across the Piedmont region and into the mountains. There are now ten regional campaigns in Virginia engaging over 250 state, regional, and local partners. These regional campaigns work with local jurisdictions to strengthen policies that favor natural landscapes and maintain and integrate native plant vegetative cover in comprehensive planning to achieve habitat and water quality goals. Additionally, regional native plant guides designed and funded by Virginia CZM have become an integral part of the programs and training provided by Virginia Social and Water Conservations Districts, Virginia Master Naturalists, and many NGO partners as part of their water quality programs.

Draft 2026

### 6.7.6   Virginia CZM Coastal Needs Assessments and Strategies

Under Section 309 of the CZMA (Program Enhancement), every five years NOAA requires state CZM programs to assess changes, progress, and new issues in nine coastal program enhancement areas: Wetlands, Coastal Hazards, Public Access, Marine Debris, Cumulative and Secondary Impacts of Growth and Development, Special Area Management Planning, Ocean Resources, Energy and Government Facility Siting, and Aquaculture. Virginia CZM staff conduct these assessments in collaboration with state agencies, local governments, and other stakeholders. High-priority enhancement areas are then identified for the development of five-year strategies designed to lead to new programs, policy changes, and other enhancements. In FY26-30 Virginia CZM will implement strategies for Wetlands, Coastal Hazards, Ocean Resources, and Marine Debris to support projects that result in programmatic improvements.

### 6.7.7   Virginia Marine Debris Reduction Efforts

Virginia CZM has led statewide and regional work on marine debris reduction for over a decade, beginning with development of the first state marine debris reduction plan on the Atlantic Coast in 2014. The Virginia Marine Debris Reduction Plan (VMDRP) was subsequently revised in 2021 and is currently undergoing another update, continuing to align with NOAA's Mid-Atlantic Marine Debris Action Plan. The VMDRP also helps Virginia meet one of its goals as a member of the Mid-Atlantic Regional Council on the Ocean, which prioritizes marine debris as a water quality issue of concern.

### 6.7.8   Coastal Land Conservation

Conserving land to protect important watersheds and support water quality goals has been a goal of Virginia CZM since its inception. Between 1991 – 2018, Virginia CZM supported the acquisition and protection of over 4,700 acres of land by partners in Virginia, with over $16 million total in federal investment through a variety of funding sources.

More recently, with the availability of competitive funding from NOAA through the Bipartisan Infrastructure Law CZM Habitat Protection and Restoration Competition between 2022 – 2024, Virginia CZM solicited two large land acquisition and restoration projects that were selected for funding. The projects include the Upper Mattaponi Indian Tribe's re-acquisition of 853 acres along the Mattaponi River, and DCR's acquisition of 1,900 acres in the Albemarle-Pamlico watershed with assistance from The Nature Conservancy. These properties both have significant river frontage and wetlands present, and both projects include aspects of future restoration and management of these riparian areas. Funding from these projects amounts to over $8.6 million between 2023 – 2028. In total, Virginia CZM will assist in protecting over 7,453 acres of land in the Coastal Zone through over $25 million in federal investments from 1991 – 2028.

### 6.8    Chesapeake Bay Program Initiatives

The Commonwealth of Virginia has 120 miles of Atlantic Ocean coastline and approximately 2,200 square miles of estuary. The estuarine waters of Chesapeake Bay and its tidal tributaries

Draft 2026

are valued for their commercial fishing, wildlife, sporting, and recreational opportunities, as well as its commercial values in shipping and industry. In the late 1970's, adverse trends in water quality and living resources were noted and prompted creation of the Federal Interstate Chesapeake Bay Program (CBP).

Through participation in the CBP and implementation of special state initiatives, Virginia maintains a firm commitment to rehabilitate and wisely manage its estuarine resources. This section provides an overview of the state's initiatives intended to restore and preserve the Chesapeake Bay and its tidal tributaries. More about the Chesapeake Bay Program can be found at the Chesapeake Bay Program website. Additional information about Virginia-specific activities can be found at the DEQ Chesapeake Bay webpage.

### 6.8.1   Chesapeake Bay Program and the Bay TMDL

In 1983, Virginia, Maryland, Pennsylvania, the District of Columbia, the Environmental Protection Agency, and the Chesapeake Bay Commission signed the first Chesapeake Bay Agreement, formally initiating the restoration and protection of the Bay using a cooperative Chesapeake Bay Program approach. This approach established specific mechanisms for its coordination among the Program participants. Over the past four decades several updated and new Bay Agreements, Executive Council Directives and pollution reduction strategies have been adopted by the Bay Program partners, generally refining and making the goals and objectives of the restoration effort more specific, establishing timelines and measurable outcomes to gauge progress.

On June 28, 2000, the Chesapeake Executive Council signed Chesapeake 2000 – a far-reaching agreement that has been guiding Maryland, Pennsylvania, Virginia, the District of Columbia, the Chesapeake Bay Commission, and the U.S. Environmental Protection Agency (EPA) in their combined efforts to restore and protect the Chesapeake Bay. Chesapeake 2000 outlined over 100 commitments in five program areas – Living Resource Protection and Restoration, Vital Habitat Protection and Restoration, Water Quality Protection and Restoration, Sound Land Use, and Stewardship and Community Engagement – detailing protection and restoration goals critical to the health of the Bay watershed. From pledges to increase riparian forest buffers, preserve additional tracts of land, restore oyster populations, and protect wetlands, Chesapeake 2000 pushed improving water quality as the most critical element in the overall protection and restoration of the Bay and its tributaries.

On June 16, 2014, the Chesapeake Executive Council signed the Chesapeake Bay Watershed Agreement – an update to the Chesapeake 2000 agreement. Representatives from Maryland, Pennsylvania, Virginia, the District of Columbia, the Chesapeake Bay Commission, and the U.S. Environmental Protection Agency (EPA) reaffirmed their support of the partnership. The 2014 agreement recommits partners to the Bay watershed restoration effort and emphasizes the need for a strategic, cost-effective approach to watershed restoration and protection. New signatories include New York, West Virginia, and Delaware; over 12 federal agencies have also committed to restoration and protection efforts. The 2014 Watershed Agreement outlined 10 goals for five

Draft 2026

program areas – Abundant Life, Clean Water, Climate Change, Conserved Lands, and Engaged Communities – including the development and implementation of management strategies for the outcomes supporting goals outlined in the Agreement.

Despite some reductions in pollution resulting from nutrient load reduction efforts, the Chesapeake Bay and most of its tidal tributaries have been placed on the "impaired waters" list due to non-attainment of water quality standards. Per Section 303(d) of the Clean Water Act, this action necessitated the development of a "total maximum daily load" (TMDL). Since 2005 DEQ and regulatory agencies across seven jurisdictions (Virginia, Maryland, Delaware, West Virginia, Pennsylvania, New York, and the District of Columbia) have been actively involved with EPA in the development of this TMDL, the largest ever developed to date. The Chesapeake Bay TMDL, approved December 31, 2010 by EPA, is an aggregation of smaller TMDLs representing the 92 individual tidal segments (39 of which are in Virginia) comprising the Bay and its tributaries. The TMDL sets Bay watershed annual limits of 185.9 million pounds for nitrogen (25 percent reduction), 12.5 million pounds of phosphorus (24 percent reduction), and 6.45 billion pounds of sediment (20 percent reduction). These limits are divided by jurisdiction and major river basin as determined by modeling, on-the-ground monitoring data, and peer-reviewed science. A goal was set to put all pollution control measures in place by 2025, with 60 percent of actions being completed by 2017. Increased dissolved oxygen concentrations, improved water clarity and growth of submerged aquatic vegetation (SAV), and the reduction in the frequency and size of algal blooms (as measured by chlorophyll a concentrations) are among the anticipated outcomes in water quality from these actions. More about the Chesapeake Bay TMDL can be found at EPA's Chesapeake Bay TMDL webpage.

In Virginia, the Department of Environmental Quality (DEQ) supports the Office of the Secretary of Natural and Historic Resources in coordinating restoration and watershed implementation efforts with many partners. These include various DEQ programs, the Departments of Conservation and Recreation, Wildlife Resources, Forestry, Health, Marine Resources Commission, Agriculture and Consumer Services, soil and water conservation districts, planning district commissions, local governments, conservation groups, sector-specific stakeholder groups, Virginia Cooperative Extension, the United States Geological Survey and the scientific community via agreements with the Virginia Institute of Marine Science, Old Dominion University, and Virginia Commonwealth University.

### 6.8.2   Watershed Implementation Plan

Virginia's Watershed Implementation Plan (WIP) for the Bay TMDL is an evolution of Virginia's Tributary Strategies Program started in 2005. It was designed through a collaboration of agencies under the Secretary of Natural and Historic Resources, local and regional non-regulatory governmental bodies, concerned citizen groups, and the regulated community to accomplish the allocation goals set by the Bay TMDL. The initial Phase I WIP provided information for EPA to consider when it established waste load and load allocations within each of the 92 segments listed as impaired. The Phase I WIP includes a description of the authorities, actions, and control measures (to the extent possible) that will be implemented to achieve

Draft 2026

these point and nonpoint source TMDL allocations. The Phase II WIP was based on the initial Phase I WIP and provided more specific local actions. It was developed with the assistance of a Stakeholder Advisory Group convened by the Secretary of Natural and Historic Resources, state agencies, localities and planning district commissions and submitted to EPA on March 30, 2012.

Virginia submitted its Final Phase III WIP to EPA on August 23, 2019. The WIP development process included a focused and sustainable local engagement effort and local strategies. This planning was partially informed by the midpoint assessment – a review of the progress Virginia has made towards meeting the nutrient and sediment pollutant load reductions necessary for Bay restoration by 2017. Since the submittal of the Phase III WIP, Virginia has continued to engage all nutrient source sectors, including those that are regulated or unregulated, governed by permits or voluntary, or encompassing large facilities or individual residents.

As the December 2025 target deadline for many Chesapeake Bay Watershed Agreement outcomes and goals draws near, the Chesapeake Bay Program partnership developed a Beyond 2025 Report to provide next steps for the partnership. The draft report was presented for public review in July 2024; the final report was presented to the Chesapeake Executive Council in December 2024. The partnership is also amending the *2014 Chesapeake Bay Watershed Agreement* to address current and emerging environmental concerns. The draft amended agreement was released for a two-month public review period on July 1, 2025. Public feedback summaries are available on the CBP website. The draft amended agreement was approved by the CBP Management Board and final approval by the Executive Council is anticipated in December 2025.

Virginia will continue to assess its progress every two years as part of periodic milestone updates, and all interested stakeholders are encouraged to stay engaged and continue their contributions to a successful restoration effort. Virginia reports on progress in the annual report on Chesapeake Bay and Virginia Waters Clean-Up Plan. See the DEQ Chesapeake Bay Nutrient & Sediment Reduction Milestones webpage to learn more information and to access the FY 2024 Chesapeake Bay and Virginia Waters Clean-Up Plan Report.

### 6.8.3   Water Quality and Habitat Monitoring Initiatives

***Chesapeake Bay Program***

Monitoring is vital to understanding environmental problems, developing strategies for managing the Bay's resources, and assessing progress of management practices. The purpose of the Chesapeake Bay Program (CBP) Water Quality and Habitat Monitoring Program is to assess status and trends in water quality and living resources throughout the Virginia portion of the Bay and its major tidal tributaries. Parameters monitored include those directly related to Water Quality Standards (e.g. dissolved oxygen, water clarity, chlorophyll *a,* etc.) as well as basic ecological health indicators such as primary productivity, nutrients, phytoplankton species, etc. A general description of Virginia's Chesapeake Bay monitoring program is:

- Water quality monitoring at 45 fixed tidal stations on the Rappahannock, York, and James Rivers.

Draft 2026

- Water quality monitoring at 27 fixed stations in the Chesapeake Bay mainstem.
- Water quality monitoring/nutrient loading estimates at 36 nontidal stations on the James, Rappahannock, Mattaponi, Pamunkey, Shenandoah, Appomattox, Chickahominy, and other smaller rivers throughout the Bay watershed.
- Monitoring of benthic communities in the Bay and its tributaries at 19 fixed stations and 100 random stations per year.
- Spatially and temporally intensive monitoring of selected water quality parameters on a rotating waterbody basis for 3-year periods.
- Annual aerial submerged aquatic vegetation surveys throughout the Bay and its tributaries.

### Estuarine Probabilistic Monitoring Program (Coastal 2000)

A less extensive monitoring program which probabilistically samples all of Virginia's estuarine waters (including those outside the Bay watershed such as on the Atlantic coast of the Eastern Shore, Back Bay, and North Landing River) is the "National Coastal Assessment (NCA) Program", formerly known as the "Coastal 2000 Initiative". A detailed description of this program is provided in Section 3.2.

### Habitat Restoration

The Bay Program partnership implements programs to restore critical habitats and tracks progress on an annual basis. These efforts not only restore habitat for wildlife and fisheries, but they also improve water quality. Since 2003, 173 acres of submerged aquatic vegetation were planted Bay-wide. Between 2010 and 2012, 5,503 acres of wetland were established Bay-wide. Since 1988, 2,576 miles of fish passage (primarily via dam removals) were restored Bay-wide. As of 2014, oyster restoration efforts have taken place in the Lynnhaven, Piankatank, and Lafayette Rivers. For more information on issues impacting the bay, see the Chesapeake Bay Program Issues webpage.

The 2014 Watershed Agreement included a Vital Habitats Goal to "restore, enhance and protect a network of land and water habitats to support fish and wildlife and to afford other public benefits, including water quality, recreational uses and scenic value across the watershed." Goal outcomes addressed the following areas of concern: wetlands, black duck population, stream health, brook trout population, fish passage, submerged aquatic vegetation, forest buffers, and urban tree canopy. Further information can be found on the Chesapeake Bay Program Vital Habitats webpage.

### Toxics

The 1987 Chesapeake Bay Agreement committed signatories to develop, adopt and begin implementation of a basin-wide toxics strategy to achieve a reduction of toxic pollutants consistent with the Water Quality Act of 1987. Following the implementation of a multi-jurisdictional effort to define the nature, extent, and magnitude of toxics problems, the strategy was further strengthened with the adoption of the 1994 Basin-Wide Toxics Reduction and

230

Draft 2026

Prevention Strategy. The primary goal of the 1994 strategy was to have a "*Bay free of toxics by reducing and eliminating the input of chemical contaminants from all controllable sources to levels that result in no toxic or bioaccumulative impact on living resources that inhabit the Bay or on human health.*"

Building upon progress achieved through the implementation of the 1994 Strategy, the Chesapeake Bay Program adopted a revised strategy in December 2000 known as the "Toxics 2000 Strategy". With the retention of the 1994 goal, new objectives and commitments were developed and incorporated. The agreement made commitments to four goals: 1) prevent and reduce chemical contaminant inputs and eliminate toxic impacts on living resources that inhabit the Bay and rivers 2) eliminate all chemical contaminant-related fish consumption bans and advisories, 3) clean up contaminants in the sediment in the three most urbanized areas referred to as "Regions of Concern" (i.e., Baltimore Harbor, Anacostia River, Elizabeth River), and 4) sustain progress in the face of increasing population and expanded development within the watershed. Though much of the pollution control measures since 2000 have focused on nutrients and sediments, progress has been made on accomplishing these goals through the collaborative work of federal, jurisdictional, and non-governmental organizations. One success story is the removal of sediments contaminated by polyaromatic hydrocarbons and other pollutants from the Elizabeth River. The Toxic 2000 Strategy also includes commitments to the continued monitoring and reporting of toxics and their biological impacts. *Toxic Contaminants in the Chesapeake Bay and its Watershed: Extent and Severity of Occurrence and Potential Biological Effects* provides the most recent overview of this work.

The 2014 Watershed Agreement established a Toxic Contaminants Goal to "ensure that the Bay and its rivers are free of the effects of toxic contaminants on living resources and human health." Goal outcomes included increased research efforts related to the impact and mitigation of toxic contaminants as well as improved policy and prevention efforts that builds on leveraging existing programs to reduce the impacts of contaminants such as Polychlorinated Biphenyls (PCBs). As part of this effort, the Bay partnership has been exploring opportunities to utilize simultaneous co-benefits of Best Management Practices (BMPs) used to reduce nutrients and toxic contaminants such as PCBs.

## 6.9    Wetlands Program Initiatives

### 6.9.1  Overview

Wetlands are lands transitioning between terrestrial and deep-water habitats where the water table is usually at or near the land surface or where the land is covered by shallow water (Cowardin *et al.* 1979). Virginia has many different types of wetlands, including salt marshes, estuarine wetlands along freshwater portions of tidal streams, interdunal swales, pocosins, palustrine wetlands in freshwater floodplains, freshwater swamps, bogs, fens, wet meadows, and isolated wetlands.

Wetlands may be defined in different ways with regard to jurisdictional issues, but all wetlands have in common a seasonal pattern of hydrology or continuous inundation, characteristic

Draft 2026

hydric soils, and vegetation adapted to growing under saturated condition. For example, the Wetlands Act of 1972 (Title 62.1 of the Code of Virginia) defines tidal wetlands for the purposes of protecting the resource and regulating development. As such, vegetated tidal wetlands are defined in the Act as "all land lying between and contiguous to mean low water and an elevation above mean low water equal to the factor 1.5 times the mean tide range at the site of the proposed project in the county, city or town in question," and on which are growing one or more of 37 specified species of wetlands vegetation (for more information on Tidal Wetlands in Virginia see "Over a Half Century of Connecting Science and Management for Virginia'" by Center for Coastal Resources Management, Virginia Institute of Marine Science on the William and Mary ScholarWorks webpage). Non-vegetated wetlands are defined as all other lands between mean low water and mean high water. The Act does not include a definition for non-tidal wetlands, nor does it include all lands that are considered to be wetlands under federal law. The definition of wetlands contained in the DEQ's Virginia Water Protection Permit Program Regulation 9VAC25-210-10 *et seq*. parallels the federal definition of wetlands contained in Section 404 of the Clean Water Act: "Wetlands mean those areas that are inundated or saturated by surface or ground water at a frequency and duration sufficient to support and, under normal circumstances do support, a prevalence of vegetation typically adapted for life in saturated soil conditions. Wetlands generally include swamps, marshes, bogs and similar areas." Wetlands are part of State Waters per Section 62.1-44.3 of the Code of Virginia. State Waters means "all water, on the surface and under the ground, wholly or partially within or bordering the Commonwealth or within its jurisdiction, including wetlands."

Wetlands occupy approximately four percent of Virginia's land mass (Dahl, 1990). United States Fish and Wildlife Service National Wetlands Inventory mapping and research from state scientists have estimated that vegetated palustrine wetlands cover approximately 1,075,443 acres of Virginia; estuarine wetlands cover approximately 190,996 acres; lacustrine wetlands cover about 193 acres; and riverine wetlands cover about 380 acres (Hershner *et al*. 2000). Approximately 72 percent of the wetland areas in Virginia, including all the estuarine wetlands and most of the large nontidal palustrine wetlands, are in the Coastal Plain (Tiner and Finn, 1986). Approximately 22 percent of the wetlands in Virginia are in the Piedmont, and the remaining 6 percent are in the Appalachian Plateau (Tiner and Finn, 1986; Harlow and LeCain, 1991). Virginia has worked with local scientists to develop geographic information system-based (GIS) estimates of wetland acreage and wetland type by watershed, which can be used in cumulative wetland impact assessments, as discussed further in the Wetland Monitoring and Assessment section of this report.

Development activities in wetlands in Virginia are regulated by the U.S. Army Corps of Engineers (the Corps) through Section 404 of the Clean Water Act; by the Department of Environmental Quality, through the Virginia Water Protection Permit Program and Section 401 of the Clean Water Act; by the Virginia Marine Resources Commission (VMRC); and by local Wetland Boards through the Virginia Tidal Wetlands Act of 1972. For more information about wetlands, the historical development of the program, applicable laws/regulations, and permitting, see the DEQ Wetlands and Streams webpage.

232

Draft 2026

Virginia has experienced losses of wetlands as a result of human-related development. In the 1780's, wetlands covered about 1,849,000 acres (more than 7 percent) of Virginia (Dahl, 1990). By the mid-1980's, when permits began to be required for most impacts to wetlands, about 1,075,000 wetland acres remained in Virginia – an overall loss of about 42 percent in 200 years (Dahl, 1990).

Agriculture and forestry, industrial and urban development, and recreation have led to the draining, dredging and ditching, filling, diking, and damming of wetlands in Virginia. According to a Chesapeake Bay Foundation fact sheet (2001), Virginia lost more than 770,000 acres of wetlands, for an average annual loss of 3,870 acres, during the 200-year period from the 1780s to the 1980s. From mid-1980 to the late 1990's, 80 percent of estimated losses of freshwater vegetated wetlands (mostly forested systems) occurred in the Coastal Plain. Wetland trends for the Norfolk/Hampton region of Virginia indicated a loss of about 4,800 acres of vegetated wetlands between 1982 and 1989-90 (Tiner and Foulis, 1994). During 1998 and 1999 alone, more than 2,500 acres of non-tidal wetlands in Virginia were ditched for development. The net loss of wetland areas has slowed since 2000 due to stricter laws, greater enforcement, and new mitigation strategies.

### 6.9.2    Wetland Monitoring and Assessment

***Background***

A key aspect of the Commonwealth of Virginia's nontidal wetlands program is ensuring that there is no net loss of wetland acreage and function through permitted impacts and a net gain in wetland resource through voluntary programs. To accomplish these goals, the Virginia Water Protection (VWP) Permit Program received grants from EPA from 2003 to 2018 to determine the status of wetland resources in Virginia, in terms of location, extent, and overall quality of wetlands in each watershed. Using this information, the VWP Permit Program tracks changes in wetland acreage and functions, targets certain watersheds, and helps determine the effectiveness of compensatory mitigation replacing lost wetland acreage and function. As a first step, Virginia developed a long-term Wetland Monitoring and Assessment Strategy for wetland monitoring and assessment, including the goals and objectives of a monitoring and assessment program and a time frame for implementation. The strategy provides a framework for an ongoing assessment of the status of the Commonwealth's wetland resources and the success of both our wetland regulatory and voluntary programs. The result of the ten-year strategy is expected to be the incorporation of wetland monitoring and assessment data into the Commonwealth's water quality monitoring programs.

Virginia has narrative water quality standards for all surface waters, including wetlands. The overall water quality for state waters is determined based on whether the condition of the waterbody being assessed allows residents to safely enjoy the six designated uses of the water (aquatic life use, fish consumption use, swimming use, public water supply use, shellfish consumption use, and wildlife use), as described in the Virginia Water Quality Standards (9VAC25-260 et seq). Part of the above-referenced monitoring and assessment strategy includes 1) the evaluation of these designated uses for their applicability to a wetland's

Draft 2026

condition, and 2) the assessment of whether other designated uses of wetlands may apply. The strategy may also support the agency's goal of developing specific wetland quality standards as narrative use criteria.

The wetland monitoring and assessment strategy incorporates the EPA March 2003 "Elements of a Wetland Monitoring and Assessment Program Checklist" and the EPA May 2006 "Application of Elements of a State Water Monitoring and Assessment Program for Wetlands" (a supplement to the 2003 EPA document). The strategy uses a three-tiered census approach to wetlands assessment, using a suite of core and supplemental indicators, to assess whether a particular wetland is performing at a similar condition to an identified reference wetland. The first tier (Level 1 analysis) consists of comprehensive coverage of all mapped wetlands using a GIS-based analysis of remotely sensed information. The second tier of assessment (Level 2) is intended for use in a statistically selected sub-sample of the watershed wetland population and involves a more sophisticated analysis of remotely sensed information and a site visit for verification and additional data collection. The third-tier assessment (Level 3) is designed to specifically evaluate performance of functions in wetlands under varying degrees of stress, as indicated by the results of Levels I and II.

### End Result

The data collected from the assessment has been compiled into an online GIS-based wetland data viewer identified as the Wetland Condition Assessment Tool (WetCAT) developed in partnership with the Virginia Institute of Marine Science (VIMS) – Center for Coastal Resources Management (CCRM) and DEQ's Office of Wetlands and Stream Protection (OWSP). One unique aspect of WetCAT is its online interactive user interface, which allows users to overlay data such as previously permitted impacts and impaired waters and run various geoprocessing tools to visualize cumulative impacts, downstream flow, and upgradient drainage areas.

The goal of WetCAT is to support DEQ's regulatory decision-making, allow reporting of wetland conditions, and provide information for policy development. One of the advantages of the Virginia protocol is a comprehensive assessment of secondary impacts to wetland resources arising from activities that do not directly impact wetlands. This information can guide policy discussions on general land use management, stormwater, and land use planning. Linking decisions in these areas to wetland policy will be essential to achieving Virginia's statutory requirement of no net loss of wetland acreage and function, and aid local governments with planning tools at a watershed level. Additional data sets and GIS layers will allow Virginia to continue to develop a wetland data viewer for use by regulatory agencies and the public. Our success will be measured by an increasing trend in the statistically reliable Level I protocol and a decreasing trend in cumulative wetland impacts over time.

For the latest information on building capacity for the protection of wetland resources in Virginia, refer to the documents titled "Building Capacity for Protection of Wetland Resources in Virginia – Track One" by Virginia Department of Environmental Quality and Center for Coastal Resources Management - Virginia Institute of Marine Science or "Refining Program Capacity to

Draft 2026

Enhance and Protect Wetland Resources in Virginia" by Virginia Institute of Marine Science and Virginia Department of Environmental Quality.


### 6.9.3    Wetland Program Plan Development

The Commonwealth of Virginia continues to make significant progress in the development of a comprehensive nontidal wetland regulatory program; refinement of our permitting/compliance database to track impacts, compliance, and compensation by watershed; and continued refinement of our wetland monitoring and assessment tools for use in management decision-making and integration within our water quality programs.

Virginia continues to develop the regulatory and non-regulatory components of its nontidal wetlands program. Strategies have already been developed for many of the action items in EPA's Core Elements framework, and some of these strategies are being implemented. This grant work specifically addresses both wetlands within the Chesapeake Bay watershed and headwater aquatic resources.

Virginia's non-tidal wetland program addresses wetlands across all geomorphic provinces in the state and specifically ensures regulatory coverage of headwater and isolated wetlands, which are a significant proportion of the state's inventory. In Virginia, there are approximately 1,605,921 acres of non-tidal wetlands, and 195,036 acres of tidal wetlands. This project was specifically intended to develop and strengthen the Commonwealths capacity to meet the no net loss/net resource gain goal.

DEQ's Office of Wetlands and Stream Protection, in partnership with the Center of Coastal Resources Management at the Virginia Institute of Marine Science (VIMS), developed a wetland comprehensive plan, the Virginia Wetland Program Plan 2021 – 2025, that documents the goals and activities of Virginia's tidal and nontidal wetland programs, and identifies opportunities for future program enhancements. A comprehensive plan to address the achievement of no-net-loss and net wetlands gain includes the following core elements, as defined by EPA:

*1. Monitoring and Assessment*
*2. Regulation*
*3. Voluntary Restoration, and*
*4. Water Quality Standards for Wetlands*

For further information on the latest Wetland Program plan, please refer to the Virginia Wetland Program Plan 2021 – 2025.

Draft 2026

### 6.10    Regional Water Quality Initiatives: 2019 - 2024



Figure 6.10-1 Map of DEQ Regional Office Boundaries

For more information about DEQ's regional offices, please visit the DEQ About Us webpage.

### 6.10.1  Blue Ridge Regional Office (BRRO)

***Biological Monitoring Special Projects***

MVP Pre-Construction Baseline Monitoring – BRRO staff collaborated with CO and VRO staff to create a Monitoring Plan for high-priority stream crossings along the proposed Mountain Valley (MVP within BRRO's regional boundaries) pipeline. Water quality monitoring was conducted in the fall of 2017 before construction activities began and then will be conducted again after construction activities are completed. BRRO-led monitoring efforts on the MVP crossings included macroinvertebrate collection and identification and quantitative habitat assessment in 2017. In addition, Virginia Commonwealth University (VCU) monitored fish assemblages and US Geological Survey (USGS) established continuous monitoring stations which will collect turbidity, temperature, specific conductance, dissolved oxygen, and pH parameters over the period of construction activity. Follow-up monitoring will occur in the fall after final MVP pipeline completion.

***Reedy Creek Selenium***

Data collected on Reedy Creek at station 4ARAC000.92 during a 2017 Probabilistic Monitoring sampling event resulted in one excursion of the 5 ug/L Freshwater Chronic Selenium Criterion (9VAC25-260-140) at 7.8 ug/L. This excursion was recorded as an "Observed Effect" during the 2022 assessment cycle. Follow up monitoring was conducted in 2022 and found no excursion of the Freshwater Chronic Selenium Criterion at 0.26 ug/L. Reedy Creek is currently on the 303(d) Impaired Waters list for not meeting the aquatic life use due to benthic macroinvertebrate community collections.

Draft 2026

***TMDL and Implementation Planning Activities***

Special studies related to TMDLs included water column PCB sampling in the New River and James River watersheds, diurnal dissolved oxygen studies in the Horsepen Creek, Jackson River, Little Roanoke Creek, Smith River, and an unnamed tributary to Spencer Creek (Smith River included temperature data), and algae sampling in the Roanoke River.

Additional TMDL and Implementation Plans developed recently include:

Beaverdam Creek, Fryingpan Creek, Pigg River, and Poplar Branch
Beaverdam Creek, Fryingpan Creek, Pigg River, and Poplar Branch Watersheds
The TMDL was provisionally approved by the EPA on July 20, 2023. The project addresses benthic impairments in the named watersheds. A public meeting was held in April 2023 to discuss the TMDL process and causes that lead to the benthic macroinvertebrate community impairment.

Kits Creek
The TMDL was completed and approved by EPA on 08/11/2017 and the SWCB on 07/19/2017. The project addressed benthic impairment in Kits Creek. A public meeting was held to discuss the TMDL process and the sources of sediment and phosphorus unique to Kits Creek watershed.

Kerr Reservoir Tributaries
The TMDL was completed and approved by EPA on 01/26/2018 and the SWCB on 12/07/017. The project addresses bacteria impairments in several tributaries to Kerr Reservoir including, Little Bluestone Creek, Bluestone Creek, Allen Creek, unnamed tributary, Allen Creek, Cotton Creek, Kettles Creek, Smith Creek, and Lizard Creek. A public meeting was held to discuss the TMDL process and the sources of bacteria unique to the Kerr reservoir Tributaries.

James River Basin
The TMDL re-development study was completed and approved by the EPA on 09/27/2017 and the SWCB on 07/19/2017. The project addresses bacteria impairments in the James River as well as several tributaries including, Ivy Creek, Tomahawk Creek, Burton Creek, UT Burton Creek, Judith Creek, Fishing Creek, Blackwater Creek, beaver Creek, Harris Creek, Dreaming Creek, Opossum Creek, Williams Run, Graham Creek, and Pedlar River. A public meeting was held to discuss the TMDL process and the sources of bacteria unique to the James River basin.

James River Tributaries
A TMDL study was developed for several impairments on the upper James River tributaries mainly located in Botetourt County. The final public meeting was held in September 2018 and was preliminarily approved by EPA in December of 2018. This project addressed bacteria impairments on Craig Creek, Catawba Creek, Little Patterson Creek, Barbours Creek, Sinking Creek, Lapsely Run and a portion of the James River. A benthic impairment on Catawba Creek was also included in this project. Six meetings were held throughout the TMDL development

237

Draft 2026

process including a tour led by Roanoke Cement Company of restoration activities and best management practices implemented on a farm bordering Catawba Creek.

## James River PCB TMDL

Sampling for the Upper James and Jackson River PCB TMDL occurred in 2017 and 2018. This project is a multi-regional TMDL and included waters in VRO and PRO. The TMDL contract began in 2020 with the first public meeting scheduled for the beginning of 2021. The report is in its final stages now, as EPA has provided comments that are in the process of being addressed by DEQ staff. The final public meeting will be held in early 2024.

## New River PCB TMDL

The New River PCB TMDL development began in 2014, and the final meeting was conducted in 2018. A series of public and TAC meetings were held to discuss modeling approaches and implementation strategies. The TMDL was approved on March 12, 2019.

## Lynch and Reed Creek TMDL

The Lynch and Reed Creek TMDL addresses benthic impairments and Lynch and Reed Creek in Campbell and Pittsylvania Counties. The project began in 2020, and the first public and TAC meetings were held in October and November 2020, respectively. The project was finalized when it received Sate Water Control Board approval on December 3, 2021, and EPA final approval on February 3, 2022.

## Dan River Watershed Implementation Plan

The project addresses bacteria impairments in the Dan River Watershed, including the Dan River, Birch Creek, Byrds Branch, Doubles Creek, Fall Creek, and Sandy Creek. The project start date was February 2017. The plan was approved on January 2, 2020

## Buffalo River Implementation Plan

This project addresses bacteria impairments on the Buffalo River and its tributaries. Several public meetings and working groups were held to assist in the development of the report. The report was completed in December 2020 but has not yet received EPA approval.

## *Community Involvement*

The BRRO water planning staff (monitoring, TMDL, and assessment staff) participated in numerous outreach events during 2017-2022. Staff taught area students and teachers about biological monitoring at events such as the Clean Valley Council's Earth Summit, Fall Waterways Cleanup, Smith Mountain Lake State Park's Junior Rangers program, Bedford Elementary "Camp Bees" day camp, Roanoke area Cub Scouts at "Bug Scouts" day camps, Lynchburg Boy Scouts summer camp, Mountain Castle SWCD Meaningful Watershed Experience Days and the town of Christiansburg's Stormwater Days. The group had displays at Earth Day Celebration, 18th Annual Salem Fall Home Show, and Philpott Reservoir Environmental Expo. Staff also made presentations on water pollution, monitoring, and restoration at the following events: Friends

Draft 2026

of Claytor Lake meetings, Roanoke River Currents Conference, Smith River Trout Unlimited Chapter meeting, Southern Rivers Grant Project leaders gathering in Radford, two National Water Quality Monitoring Conferences (Denver, CO and virtually ), Jackson River Preservation Association meetings, Isaac Walton League (Covington-Alleghany Chapter) meetings, meetings with Roanoke City Stormwater staff, a Radford University Environmental Regulations class, and a William C. Byrd High School Environmental Science class. DEQ hosted a booth at the Christiansburg High School Environmental Expo with information about water quality monitoring, biomonitoring, and watershed stewardship.

Boy Scout Camp, 2017, 2018, 2019, 2020
TMDL staff participated in a Boy Scout camp at the Leesville Methodist Church in Lynchburg in June over the past several years 2017-2020. The class presented outreach and educational information on benthic macroinvertebrates. Regional staff conducted several activities related to macroinvertebrates, including bug rocks, bug specimens, and bug presentation.

Virginia Tech Science Festival 11/4/17
Assessment and TMDL staff presented the Augmented Reality Sandbox at the Virginia Tech Science Festival at the annual event on November 4, 2017. This was educational outreach to show school-aged children topography and how a watershed changes.

Botetourt County & Craig County Schools Meaningful Watershed Education Experience, 4/4/2017, 4/5/2017, 9/25/2017, 4/17/2018, 4/19/2018
TMDL IP staff participated in a MWEE field day sponsored by Mountain Castles SWCD held at Roanoke Cement Company for Botetourt students and Craig County High School for Craig County students. A MWEE or Meaningful Watershed Educational Experience is an investigative or experimental project that engages students in thinking critically about the Bay watershed. MWEEs are extensive projects that allow students to gain a deep understanding of the issue or topic being presented. Students participate in background research, hands-on activities and reflection periods that are appropriate for their ages and grade levels.

Montgomery County Public School System's Stormwater Days 2017, 2018, 2019
TMDL, Water quality monitoring staff, and stormwater staff participated in Stormwater Days for middle school students hosted by the Town of Christiansburg. The students learned how DEQ use benthic macroinvertebrates to evaluate water quality and how stormwater may affect their local water quality.

Envirothon – 5/2/2018
TMDL IP staff participated as a judge in a local area Envirothon competition. Envirothon is a team based natural resources competition for high school students. Students who participate learn stewardship and management concepts and work to solve real world environmental problems. The program is field-oriented, community based and gives students an opportunity to work with natural resource professionals.

Draft 2026

*Jackson River Restoration and the Gathright Dam Water Control Plan*

The Virginia Department of Environmental Quality's monitoring and assessment data and Jackson River benthic Total Maximum Daily Load (TMDL) development (DEQ 2010) has documented that low flow conditions in the fall represent the most stressed water quality conditions in the Jackson River. The Jackson River benthic TMDL study established nitrogen and phosphorous reduction targets in the Jackson River and called for restoring natural flow variability during the growing season (defined in the TMDL study as June 1st to October 31st). To assess flow variability impacts on water quality habitat and biology, DEQ asked the U.S. Army Corps of Engineers (ACE) to perform a 216 study that could result in permanent flow modifications in the Jackson River. The 216 Study was later changed to the Gathright Dam Water Control Plan. As part of the study and later the plan, the ACE performed test pulses during the following dates: August 17, 2010, September 28, 2011, and October 3, 2012. In 2010 through 2014, DEQ collected an extensive suite of field data, water chemistry, habitat, and biological parameters to document baseline conditions and evaluate effects of the test pulses. DEQ is committed to extensive water quality monitoring in the Jackson River throughout the development of the Water Control Plan project and during the implementation of the recommended hydrologic changes. DEQ published the following reports which summarize existing water quality conditions and document results of the pulse events: *Characterization of 2010 Base Flow and Pulse Flow Water Quality in the Jackson River and Characterization of Jackson River Base Flow* and *Pulse Flow Water Quality: 2011 and 2012*. DEQ continues to monitor and evaluate water quality on the Jackson River. In addition to pulse event monitoring, DEQ Staff worked with VADGIF to collect benthic macroinvertebrate and RPBII data in the tailwater to aid in the discussion of JRPA concerns.

Jackson River Dissolved Oxygen Special Study
In 2019, DEQ and Westrock began a 2-year special study to evaluate dissolved oxygen patterns along the Jackson River in Covington, VA. The project involved collecting 951 data points predominantly in the early morning hours when conditions were most stressful. During more stressful seasons (i.e., Fall and Spring), more intensive DO monitoring occurred. The resulting study found 0 violations of DEQ's water quality standard and was able to identify areas along the river that are more vulnerable to low concentrations of DO in stressful seasons.

*Philpott Dam and Smith River*

In 2016 BRRO water monitoring group worked with Dan River Basin Association, Henry County, USACE, USFWS, VADGIF, and VADEQ Surface Water Investigations and Water Supply groups to monitor the Smith River below Philpott Dam during repairs to the powerhouse following damage from a fire. The repairs resulted in limited operation of the Philpott dam and stakeholder concerns including: low flow in the tailwater during the summer months resulting in the potential for thermal stress to the trout fishery, limited release options from the dam resulting in abnormal turbidity in the Smith River, and the turbidity in the river resulted in concerns of impacts to the drinking water supply and aquatic life.
Numerous collaborative efforts were ongoing during the repair period (completion expected Fall 2017):

Draft 2026

- BRRO staff facilitating and participating in stakeholder conference calls
- VADEQ Surface Water Investigations group reinstating water quality sensors at the Martinsville stream gage allowing for real-time monitoring of temperature which allowed for adjustment of flows to prevent thermal stress to the trout fishery
- VADEQ BRRO staff surveying the Smith River following turbidity reports, collecting water samples, data analysis and reporting findings back to stakeholders
- USACE implementing releases from various depths at the dam in an effort to reduce turbidity in the river

### *Environmental Pollution Response*

Dan River Coal Ash Spill

On February 2, 2014, a broken stormwater pipe beneath a Duke Energy coal ash retention pond located next to the Dan River near Eden, NC was reported. Approximately 38,000 tons of coal ash spilled into the Dan River. Coal ash contains heavy metals and can be harmful to human health. Monitoring for metals in the water and sediment at eight Dan River sites and two Kerr Reservoir sites began in February 2014 and continued monthly through 2016. Bi-monthly monitoring began in 2017 with monitoring of metals continuing into 2019. In addition, two boatable probabilistic sites on the Dan River were sampled in the spring and fall on an annual basis for benthic macroinvertebrates, fish, algae, water chemistry, and habitat quality.

Post–Incident Monitoring Results for Tinker Creek 2018-2019

In response to a fishkill that occurred in Tinker Creek in July 2017, Virginia Department of Environmental Quality's (DEQ) Blue Ridge Regional Office (BRRO) water monitoring staff began monitoring Tinker Creek in spring 2018 as part of the Natural Resource Damage Assessment and Restoration (NRDAR) process. The fish kill was caused by an agricultural-use surfactant that leaked from a container into a tributary of Tinker Creek in Botetourt County. The tributary was affected for a distance of 0.6 miles and Tinker Creek was affected for approximately five miles.

Historical ambient chemical and biological (benthic) monitoring stations existed in the affected reach as well as a Probabilistic monitoring station that had two years (2007, 2008) of fish community data. Results from sampling in 2018 and 2019 showed that chemical parameters and benthic community scores were similar before and after the fishkill. Fish community results showed that all species observed in 2007 and 2008 were also observed in 2018 with the exception of Riverweed Darters. The number of fish collected in 2018 was substantially lower than in previous surveys; however, stream flow during this event was more than three times the median flow. In 2019, flow conditions were close to normal, and more fish were collected with less effort than in 2018 but the overall number of fish was lower than in 2007 and 2008. The post fishkill composition changed with fewer minnows and more sunfish.

BRRO was unable to monitor the impacted reach in 2000 due to COVID 19 and plans to monitor in 2021.

Post-Incident Monitoring Results for Roanoke River 2020

Draft 2026

On the night of October 30, 2020, a Norfolk Southern train derailed in the Glenvar area of Roanoke County. During the derailment, a trestle over the Roanoke River collapsed and 12 coal hoppers carrying 2600 tons of coal fell into the river with a portion of the coal being released. The river was above normal flow at the time due a storm event on October 29; therefore, released coal was deposited on the riverbed for several miles below the accident site.

In response to the train derailment Virginia Department of Environmental Quality's (DEQ) Blue Ridge Regional Office (BRRO) water monitoring staff collected benthic macroinvertebrate community and habitat data to determine impacts from the coal that spilled in the river. Four stations were sampled including one control station above the site of the train wreck and three stations below.

The benthic macroinvertebrate community at the upstream control station had a VSCI score similar to those at the two downstream stations in Green Hill Park. However, the station immediately below the derailment site had a lower VSCI score that was influenced by the lower abundance of Mayflies which are typically more sensitive to pollution. Net-spinning caddisflies were also found in low abundance at the impact site relative to the other three stations. The large amount of coal released during the derailment scoured the river substrate likely causing a physical habitat impact that affected the aquatic community.

During the benthic surveys, DEQ observed large deposits of coal in the reach below the impact site. Norfolk Southern was able to hydrovac some of the released coal from the river before a rain event on November 11 which washed most of the coal downstream. DEQ plans to survey the benthic macroinvertebrate and fish communities and habitat in 2021 to assess impacts.

### 6.10.2  Northern Regional Office (NRO)

***Lake Anna Harmful Algae Bloom (HAB) Monitoring***

Since 2018, NRO has been collecting samples in response to observed algal blooms in the upper portion of Lake Anna (above the "splits", generally west of the Rte. 208 bridge) in partnership with Virginia Department of Health (VDH) and partnering with the U.S. Geological Service and the Interstate Commission on the Potomac River Basin to conduct these studies. Samples with cell counts for algae species that are potential toxin producers exceeding the VDH advisory for primary contact are the basis for the swim advisories issued by VDH for parts of the upper areas of Lake Anna in years 2019 through 2022.

DEQ staff began monitoring tributaries to Lake Anna in 2020. Parameters were enhanced as years progressed (including Silica and Carbon, in addition to routine parameters), and this routine and enhanced monitoring has continued into 2023 and 2024. In 2023, routine sampling for nutrients occurred at 17 sampling sites, and enhanced sampling occurred at 14 of these sites. In 2024, routine sampling for nutrients increased to 19 sampling sites, and enhanced sampling occurred at 14 of these 19 sites.

Draft 2026

*Total Maximum Daily Load Development Monitoring*

NRO collected ambient monitoring data to support anticipated development of TMDLs to address aquatic life use and recreational use impairments for the following years, in the following streams:

**2023** – Massaponnax Creek watershed, and tributaries to the Rappahannock River around the City of Fredericksburg.
**2024** – Massaponnax Creek watershed, and tributaries to the Rappahannock River around the City of Fredericksburg.

*Biological Monitoring for Benthic TMDLs*

NRO conducted biological monitoring in support of prospective Benthic TMDLs in the following watersheds:

**2023** –Mountain Run watershed, Massaponnax Creek watershed, and tributaries to the Rappahannock River around the City of Fredericksburg.
**2024** – Massaponnax Creek watershed, and tributaries to the Rappahannock River around the City of Fredericksburg.

*TMDL Implementation Plan Follow-Up Monitoring*

NRO collected ambient monitoring data as follow-up to TMDL implementation plans (IPs) developed for the following streams:

**2023** – Hazel Run, Marsh Run, and Dark Run, all in the Rappahannock River Watershed
**2024** – Chapel Creek, Beaver Branch, Boot Swamp, Reedy Creek, Maracossic Creek, South River, and Motto River, located in the York River Watershed; Crooked Run and Howser Branch located in the Potomac River Watershed; Great Run in the Rappahannock River Watershed.

*Monitoring for Special Projects*

Total Dissolved Solids (TDS) in Cedar Run and Cabin Branch
Beginning in 2020, a special study (No. 036012) was done on Cedar Run and Cabin Branch waterways located in Culpeper County. This study sampled nutrients, TDS, and Ion trends at four monitoring stations, two stations on Cabin Branch and two stations on Cedar Run, and monitoring continued into 2023 on Cedar Run. The monitoring stations were placed to bracket the effluent discharges to determine potential effects on the streams from Coffeewood Correctional Center, a wastewater treatment plant and water treatment plant, and Cedar Mountain Stone operation.

Nitrous oxide ($N_2O$) concentrations on Potomac Embayments
Beginning in 2021 and continuing to 2023, NRO conducted monthly sampling on the Potomac River and select embayments to evaluate the relationship between $N_2O$ emission and water quality to better estimate its annual emission and climate impact. This effort, in collaboration

Draft 2026

with Princeton University's Department of Geosciences, resulted in a published 2024 research article entitled "Variable contribution of wastewater treatment plant effluents to downstream nitrous oxide concentrations and emissions", https://doi.org/10.5194/bg-21-3239-2024.

Per- and Polyfluoroalkyl Substances (PFAS) Sampling
In 2023, NRO completed PFAS sampling across the region to identify potential locations where PFAS concentrations are elevated relative to baseline concentrations. NRO completed this monitoring at 66 total stations across all major watersheds in the region. This monitoring information is submitted and displayed on DEQ's website, in a dashboard for the public's viewing.

High Frequency Monitoring for Bacteria
In support of collecting data for evaluation against the water quality criteria, an emphasis on high frequency monitoring data for bacteria was pursued in 2023 and 2024. This bacterial monitoring collects 10 weekly samples for 10 weeks – in Summer 2023, 190 total samples were collected across 21 stations, and in Summer 2024, 108 total samples were collected across 17 stations.

**TMDL Studies and Implementation Plan Projects**

Mountain Run Watershed PCB TMDL
A TMDL project for PCBs in the Mountain Run Watershed in Culpeper County kicked off in 2019 in collaboration with DEQ's Central Office. DEQ held public and technical advisory committee meetings in January 2021, July 2022, and September 2023. The EPA approved this TMDL on September 25, 2024.

Mountain Run, Muddy Run and Lower Hazel River IP
Work began in 2020 to develop an IP for the Mountain Run, Muddy Run, and Lower Hazel River watersheds in Culpeper County. These adjoining watersheds were addressed in three separate bacteria TMDLs from 2000, 2004 and 2008, and included several new impairments following completion of the TMDLs. A comparative analysis of BMP recommendations from approved IPs in similar landscape settings is being used to inform the new IP's BMP goals. This approach has enabled DEQ to prepare the IP entirely "in-house." The project also acknowledges aquatic life use/benthic impairments in Mountain Run by emphasizing BMPs that provide co-benefits of sediment and nutrient reductions, as these pollutants are benthic community health stressors. The initial public meeting and first workgroup meetings were held in October 2020, and the project was submitted to the EPA for review and approval in August 2021. Several meetings between DEQ and EPA were held to discuss revisions, and the plan was conditionally approved in 2023, with DEQ approved to implement the first stage of the IP with Plan 1 Goals.

Mine Run/Mountain Run IP
Mine Run, Mountain Run, and Lower Rapidan River
Development of an Implementation Plan (IP) for the Mine Run, Mountain Run and Lower

Draft 2026

Rapidan River was completed in 2024. The Mine Run, Mountain Run and Lower Rapidan River IP address 14 impaired segments in eight HUC12 watersheds within Culpeper, Spotsylvania, Orange and Madison Counties. All impairments covered by the IP are for exceedances of the State's bacteria water quality standards. Throughout 2024 public meetings were held and stakeholder feedback was solicited to assist in the development of the IP. The IP was submitted to EPA for nine element consistency review on April 4, 2025.

Sand Branch

A Benthic Stressor Analysis (BSA) to identify the probable stressors contributing to the benthic impairment in Sand Branch was completed in 2021, in collaboration with Wetland Studies and Solutions, Inc. and James Madison University. Several Technical Advisory Committee meetings occurred from 2021 to 2024, and TMDL development began in 2024. During the course of the project, it was decided development of the TMDLs for total suspended solids (TSS) and total dissolved solids (TDS) would cease and the project was closed.

### 6.10.3  Piedmont Regional Office (PRO)

#### *Harmful Algal Blooms (HABs)*

As part of the Virginia Harmful Algal Bloom Taskforce, PRO responded to 20 reports of algae blooms between 2019 and 2024. The 20 responses were for a variety of water bodies, including estuaries, lakes and rivers. Samples were collected for analysis by Old Dominion University and based on the results of those samples, the Virginia Department of Health issued recreational HAB advisories at three locations. Two of the advisories were issued in 2019 - one on Wilcox Lake in the City of Petersburg and the other on an unnamed tributary to the Chickahominy River in Henrico County. The third advisory was issued in 2022 on Nottoway Lake in Nottoway County.

#### *Total Maximum Daily Load (TMDL) Studies*

During 2019 - 2024, the Piedmont Regional Office (PRO) completed TMDLs for the following waterbodies: Rappahannock River and Tributaries Bacterial TMDL, Mattaponi River and Tributaries Bacterial TMDL, James River Tributaries (Chesterfield et al.) Benthic TMDL.
In addition, PRO developed the James River Tributaries (Deep Run, Dover Creek, Upham Brook) Benthic TMDL and assisted with the ongoing development of the Tidal James River PCB TMDL and the Non-Tidal James River PCB TMDL.

#### *PCB Monitoring Studies*

Tidal James River - - Between 2019 and 2024, PRO collected PCB water column samples from six stations for the tidal James River PCB study.  Base flow and storm targeted sampling occurred at all six stations.

Non-Tidal James River - Between 2017 and 2022, PRO collected PCB water column samples from 22 stations for the non-tidal James study. At 12 of the 22 stations, coordination between

Draft 2026

PRO and the Office of Surface Water Investigations occurred in order to obtain stream flow measurements at the same time that water quality sampling occurred. Stream gages were present at or near the other 10 stations. Base flow and storm targeted sampling occurred at all 22 stations. In addition, PCB sediment samples were collected at 14 stations.

Rappahannock and York River study – In 2021, PRO collected PCB water column samples at a total of 14 stations within the Rappahannock and York River basins. With sampling frequencies ranging from seasonal to monthly, a total of 80 samples were collected. Sediment samples were also collected at 13 of the 14 total stations.

### 6.10.4  Southwest Regional Office (SWRO)

***Total Maximum Daily Load (TMDL) Development Projects***

Bluestone River PCB - A multi-year study continues to support development of a PCB TMDL for impaired segments of the Bluestone River and tributaries in southwestern Virginia. EPA Region 3 has conducted two previous PCB remediation efforts in the Bluestone watershed. DEQ water sampling during periods of high and low flows in 2017 and 2018 suggested that the Beacon Cave system could be the current source of the PCB contamination impacting Beaverpond Creek and migrating via surface water to the Bluestone River. Tetra Tech was contracted by the EPA in 2021 to conduct a removal assessment at the Bluefield Beacon PCB Groundwater Site. In October 2021, Tetra Tech collected water and sediment samples at newly identified potential source areas. Coordinated discussions continue among West Virginia DEP, Virginia DEQ, and EPA to address the PCB impairment and the possibility of developing a joint TMDL between Virginia and West Virginia.

Middle Fork Holston River and Tributaries - The SWRO has initiated the development of a TMDL to address benthic impairments in the Middle Fork Holston River and tributaries. The SWRO and Emory & Henry College hosted the kick-off meeting for the TMDL on December 2, 2021. This TMDL updates and revises two previously completed TMDLs. *TMDL Development for Cedar Creek, Hall/Byers Creek, and Hutton Creek* was completed in December of 2003 and *Bacteria and Benthic TMDL Development for Middle Fork Holston River* was completed in October 2009. This TMDL will address the benthic impairment and adjust for future growth. The impaired segments are in the Middle Fork Holston River in Smyth, Wythe and Washington Counties and its tributaries Greenway Creek, Hall Creek, Byers Creek, Cedar Creek, and Tattle Branch in Washington County. These streams are listed on the 303(d) TMDL Priority List and Report as impaired due to violations of the State's General (Benthic) Water Quality Standard for failing to support the aquatic life use. The final public meeting was held on October 19, 2023. The pre-final review from EPA was completed on October 7, 2025.  It will be taken to the Soil Water and Conservation Board on November 18, 2025.  This TMDL then must go to the AG's office and then to Office of Regulatory Management (ORM) for approval.  After DEQ gets ORM approval, DEQ can send it to EPA for final approval.

Wolf Creek – Development has begun on a TMDL to address benthic impairments in the Wolf Creek watershed in Washington County and the Town of Abingdon. This update will revise a

Draft 2026

previously completed TMDL for the watershed; *Bacteria and Benthic Total Maximum Daily Load Development for Wolf Creek* which was completed in 2009. This updated TMDL will address the benthic impairment and adjust for future growth. The impaired segments of Wolf Creek in Washington County and the Town of Abingdon are listed on the 303 (d) TMDL Priority List and Report as impaired due to violation of the General (Benthic) Water Quality Standard for failing to support the aquatic life use. A benthic stressor analysis report for the watershed was completed in September 2022. The initial public meeting was held on October 16, 2024, and the final public meeting held on October 28, 2025.

Greendale Creek and Unnamed Tributary to Fleenor Branch - The Greendale Creek and Unnamed Tributary (UT) to Fleenor Branch (listed as Rich Valley Unnamed Tributary in ATTAINS) watersheds are in Washington County, Virginia. Both Greendale Creek and UT to Fleenor Branch drain to the North Fork of the Holston River. Both Creeks drain a predominantly rural watershed north and northwest of Abingdon, VA.  Greendale Creek and Unnamed Tributary to Fleenor Branch were initially listed as impaired in 2010 and 2020, respectively, due to water quality violations of the general aquatic life (benthic) standard according to Virginia's 2022 305(b)/303(d) Water Quality Assessment Integrated Report (VADEQ, 2022).  The initial public meeting was held on April 2, 2024, and the final public meeting was held on August 13, 2024.  This TMDL was approved by the Soil Water and Conservation Board on June 30, 2025.  DEQ plans to send this to EPA in October 2025 for their final approval.

### *TMDL Implementation Plan (IP) Development Projects*

South Fork Holston River Watershed IP- This IP was completed in August 2023 and EPA approved February 2024. The South Fork Holston River Watershed IP addresses the E. coli impairments in the watershed (South Fork Holston River, Cressy Creek, Bishop Branch, Saint Clair Creek, Grosses Creek, Whitetop Laurel Creek, Laurel Creek, and Beaverdam Creek) in Washington and Smyth Counties. Two public meetings and two Working Group meetings (agricultural and residential combined) provided feedback and recommendations for the plan. Best management practices consist of agricultural, residential, and pet waste control measures. A Clean Water Act (CWA) 319(h)-funded implementation project will begin in late 2025-early 2026. Holston River Soil & Water Conservation District plans to implement agriculture practices within Washington County, Va. The BMPs are planned to take place within the following sub watersheds: TH03 SF Holston River- Mill Creek, TH04 SF Holston River- Whitetop Laurel Creek- Big Laurel Creek, TH05 SF Laurel Creek- Elliot Branch, TH06 SF Laurel Creek- Beaverdam Creek, and TH07 SF Holston River- Rockhouse Run.

### *Harmful Algae Bloom (HAB) on John W. Flannagan Reservoir*

In 2019 and 2020, SWRO investigated reports of algae blooms on Flannagan Reservoir. The 2019 and 2020 blooms occurred during the summer months, and the 2019 incident resulted in health advisory issued by the Virginia Department of Health (VDH) on August 9, 2019. The advisory was lifted on August 21, 2019, after sampling showed algae concentrations in the safe range. All sampling events were conducted in cooperation with the VDH. While investigating potential causes of the algae blooms, SWRO reinstated a long-term trend monitoring station on

Draft 2026

the mainstem of the Pound River in 2018 and has continued to collect data as part of the long-term trend monitoring network. Beginning in 2022 and continuing in 2023, SWRO initiated a special study in the Pound River watersheds to continue monitoring bacteria and nutrient loads prior to entering Flannagan Reservoir.

### Clinch Powell Clean Rivers Initiative (CPCRI) Sampling

DEQ's Central Office and SWRO completed sampling for trace elements and ionic constituents at 9 sites in the Clinch River drainage system. The sampling was targeted at low flow or base flow conditions and is intended to assist with identifying inorganic, ionic, and trace elemental constituents present in the water column throughout the impacted mussel assemblages in the Clinch River. Currently, DEQ's Central Office staff is working on development of the final report to detail results of the sampling.

### Coalfield TDS TMDL Watershed Outlet Sampling

From 2003 until 2012, DEQ worked closely with the Virginia Department of Energy (formerly the Department of Mines, Minerals, and Energy) to complete TMDL studies for benthic impaired streams in the coalfield region of southwest Virginia.  Eight of those TMDL studies identified total dissolved solids (TDS) as the most probable stressor to the benthic community.  At the time of TMDL development, there was insufficient TDS water quality data from point source dischargers to adequately determine if reductions needed to be made. To address the lack of TDS water quality data, VDE began requiring NPDES permittees to monitor TDS at outfall locations.  VDE's Division of Mine Land Repurposing has used this data to track associated wasteload allocations and evaluate conformity with existing TMDLs.  Additional monitoring in the TDS TMDL watersheds is necessary to establish the overall TDS load for each watershed, and to confirm that the total load from each watershed does not exceed the applicable TDS TMDL allocations and endpoints.

Water quality monitoring to support development of in-stream TDS and TSS loads is being conducted at 9 monitoring stations in the coalfields region of southwest Virginia, from May 2024 through April 2026.  The monthly TDS, TSS, and flow measurements will be used to establish total TDS and TSS loads for each targeted watershed.

### Community Involvement

Community and School Event Outreach – SWRO WMA/TMDL program staff regularly assist with education events in conjunction with local school's watershed field days and other community events. From 2019- present, staff have supported the following partnering organizations with information about watershed issues and biological monitoring: Holston River SWCD, Scott County SWCD, Lonesome Pine SWCD, Big Sandy SWCD, Smyth County Extension, Big Walker SWCD, Clinch Valley SWCD, Upper Tennessee River Roundtable, Tazewell SWCD, Washington County Master Gardeners, Barefoot University Homeschool Group, Patrick Henry High School, Abingdon High School, Town of Abingdon and the Area IV Envirothon Competition.

### 6.10.5  Tidewater Regional Office (TRO)

*Harmful Algal Blooms Monitoring*

Algal blooms occur throughout Virginia's lakes, rivers, estuaries, and coastal zones including those that may affect human and environmental health through toxin production or other impacts. The Virginia Department of Health, the Virginia Department of Environmental Quality, Old Dominion University, and the Virginia Institute of Marine Science at the College of William and Mary monitor Virginia's waters for harmful algae as part of the Virginia HAB Task Force. Additional information about the task force and potentially harmful algal blooms can be found at the VDH HABs webpage.

*High Frequency Bacteria Monitoring*

In 2019, TRO initiated a special study bacteria-monitoring program for a set of prioritized stations that were monitored on a weekly basis for a period of 90 days. The special study involved sampling ten stations from early April through October 2019 (recreation season). This special study sampling prioritized eleven new stations for the recreation season of 2020. This new sampling is designed to meet the new bacteria water quality standards effective October 18, 2019.

*Coastal 2000 Initiative*

The Tidewater Regional Office has been involved with the Coastal 2000 Program as part of the EPA National Coastal Assessments Program. Data has been collected during summer months from 2001 through 2020 at randomly selected sites.

*Benthic Stressor Analysis*

The Tidewater Regional Office has been involved in a Benthic Stressor Analysis of five creeks on the eastern shore of Virginia and one in Isle of Wight County. These are in support of the TMDL work that is being conducted in those areas.

### 6.10.6  Valley Regional Office (VRO)

*Water Quality Monitoring Special Projects*

James River PCB Monitoring – The VRO Monitoring, Assessment and TMDL staff coordinated with Central Office and the Office of Surface Water Investigations to support PCB monitoring in the Upper James River Watershed. This effort included water column, sediment, and fish tissue sample collection on the James River and several of its large tributaries, including the Rivanna River, the Hardware River, the Maury River and Lewis Creek (not part of the James River drainage, but included in the project area due to its proximity). This large-scale monitoring effort has required close coordination with the Office of Surface Water Investigations to collect samples and measure river flow simultaneously.

*Harmful Algae Bloom (HAB) Investigations*

During this assessment cycle, the VRO Water Monitoring staff responded to potential HAB

Draft 2026

reports based on recommendations from VDH, recreational potential of the water body, and resources available. In 2019, a total of 32 potential HABs were reported in the VRO region, on both private and public water bodies. In 2020, 2021 and 2022, a total of 30,20 and 17 potential HAB reports respectively were reported in the VRO region. In July of 2021, prolific growth of cyanobacteria mats and decomposing scum accumulation on the North Fork of the Shenandoah River prompted the Lord Fairfax Health District to declare a recreational advisory covering over 52 miles of river. The advisory served to inform the public of the potential for mat growth or migration through the river reach. DEQ staff was instrumental in collecting samples, checking for changes in growth and coverage over time, and communicating with stakeholders. When the same dense growth was seen in 2022, VDH and the local Health District worked with DEQ to declare a "Mat Advisory" on the downstream segment of the North Fork which recommended that river users avoid the growing mats or decaying scum collection on the banks.  In 2023 and 2024, DEQ continued to investigate HAB reports and assist VDH as necessary, responding to 23 and 20 events respectively.

### *High Frequency Bacteria monitoring*

Every odd numbered year, VRO staff prioritize 10-12 sites for high frequency bacteria monitoring. The goal is to build a foundational data set from public access points on highly utilized recreational large river segments. Staff collected weekly samples from monitoring stations in the Shenandoah Basin and the James Basin for 12 consecutive weeks each, thereby covering the major river basins in the region. In even numbered years, the same sites are monitored in each Basin, but the timing was flipped to encompass the seasonality of the April to October recreational season.

### *Total Maximum Daily Load (TMDL) Projects*

Crooked Run, Stony Creek, and Pughs Run – These tributaries of the North Fork Shenandoah River are all benthically impaired.  TMDL development began in 2023 with benthic stressor analysis, which determined that the main cause of the impairments was excess sediment. Throughout this study, DEQ asked for the help of local residents and knowledgeable stakeholders – those who have a particular interest in or may be affected by the outcome of the project.  The final report that summarized the project, which ended in 2025, identified the following potential actions that could be taken to reduce sediment in these watersheds: fencing out cattle from streams, implement conservation tillage practices, implement stream bank restoration projects, leave riparian buffers along streams in place to filter sediment runoff, and reduce runoff by increasing green spaces and reducing impervious surfaces.

South Fork Rivanna River Benthic TMDL - This TMDL project began in 2020 and included several tributaries including Power Creek, Slabtown Branch, Broad Axe Run, Ivy Creek, Little Ivy Creek tributary, Fishing Creek, Naked Creek, Lickinghole Creek, Mechums River, Spring Creek, an unnamed tributary of Parrott Branch, an unnamed tributary of the South Fork Rivanna and a segment of the South Fork Rivanna itself. These stream segments have benthic impairments that are being addressed through the TMDL process, which restarted in 2024 after a brief hiatus.

Draft 2026

Lewis Creek PCB TMDL – Lewis Creek is a small tributary of the Middle River flowing through the City of Staunton and Augusta County. Included in the monitoring and contracting plans for the larger James River PCB TMDL, this project kicked off in January of 2020. VRO TMDL staff worked closely with local government officials and Land Protection Division staff to understand historic land uses within the city center and legacy contamination processes, as well as local community fishery resource uses.

North Fork Rivanna River TMDL – This TMDL project began in 2018 and included several tributaries including Marsh Run, Stanardsville Run, Blue Run, Quarter Creek, unnamed tributary to Flat Branch, North Branch Preddy Creek, Swift Run, Preddy Creek and a segment of the North Fork Rivanna itself. Through innovative partnerships with James Madison University (JMU) and local citizen monitoring organization Rivanna Conservation Alliance (RCA), additional data was collected to support benthic stressor analysis and enable a more comprehensive investigation of potential pollutants. Sediment and phosphorus were identified as the most likely stressors in these watersheds and the project ended with a public meeting in early 2019. This project is prioritized for an innovative IP, incorporating not only these projects but also previously developed bacteria TMDLs for the same watersheds.

Bullpasture River TMDL **–** This TMDL project began in 2018 and concluded in 2019. Focusing on bacteria as the pollutant of concern, this watershed is located in a rural and primarily agricultural area in Highland and Bath Counties. In an innovative move, the stakeholders voted to not pursue Implementation Plan development after the TMDL phase of the project was completed.

### TMDL Implementation Plan (IP) Development Projects

Hat and Black Creek – This TMDL project in Nelson County covers two benthically impaired streams.  Excess sediment was found to be an issue in both Hat and Black Creek, and additionally, total phosphorus was identified as a stressor in Black Creek.  Since a TMDL Implementation Plan was developed concurrently with the TMDL study, implementation actions were also discussed at the series of community engagement meetings and public meetings.  The final TMDL and IP products that concluded in 2025 are interconnected and identify a diverse group of engaged stakeholders to carry on implementation actions now that the TMDL and IP development process was completed.

Mill and Moores Creeks – A TMDL to address two benthic impairments in Mill Creek and Moores Creek in Rockbridge County began in 2022. Benthic stressor analysis of available data concluded that the pollutant of concern in both streams was sediment, mostly coming from agricultural land (cropland and pasture), as well as developed impervious surfaces. Working with a committed and engaged group of stakeholders, the TMDL project moved seamlessly into IP development, where focused conversations about best management practices yielded a plan that could address both the agricultural sources of sediment, as well as the residential and urban control measures. Streambank stabilization was also included in the final Implementation

Draft 2026

Plan, as well as the need for technical assistance from trained conservation professionals.

***Community Outreach***

Community and School Event Outreach – VRO Water Monitoring/Assessment/TMDL program staff regularly assist with education events in conjunction with local school's stream days or other community events. Over the last two years, staff have supported the following school systems and organizations working to educate local residents about water quality and watershed issues: Harrisonburg City Public Schools, Rockingham County Public Schools, Rockbridge County Public Schools, Buena Vista Public Schools, Augusta County Public Schools, Staunton City Public Schools, Boxerwood Education Association, Earth Day Staunton, Blacks Run Clean-up Day, Shenandoah Valley Soil and Water Conservation District Envirothon competition, Headwaters Soil and Water Conservation District Envirothon Competition, Area 1 Envirothon Competition, and the Virginia Dominion Energy statewide Virginia Envirothon competition.

Volunteer Monitoring Support – The VRO TMDL staff supported multiple stakeholder networks who monitor their local waterways for bacteria using the Coliscan Easy-Gel methods and materials. These supplies were provided through DEQ funding and VRO staff coordinate the monitoring networks: giving feedback on station locations, collecting data monthly from monitors, providing an annual overview of data collected, coordinating an annual gathering for monitors (oftentimes over a potluck meal), being a liaison for questions and other DEQ programs, and much more. DEQ funding allows these volunteer networks, located in watersheds with TMDL IPs in place, to collect extremely useful data from sites where DEQ does not have monitoring stations and inform stakeholders on the effectiveness of BMP installation. DEQ Biologists also provide QA/QC services for volunteer monitoring organizations who perform biological monitoring.  These organizations send a few processed and identified samples to VRO annually, VRO Biologists identify the bugs themselves, and then DEQ and the organization compare results.

Draft 2026

# REFERENCES

### Chapter 3

Hirsh, R.M., Moyer, D.L., and Archfield, S.A.,2010, Weighted regressions on time, discharge and season (WRTDS), with an application to the Chesapeake Bay river inputs: Journal of the American Water Resources Association, v. 46, no. 5, p. 857-880.

Moyer, D.L., Hirsh, R.M., and Hyer, K.E., 2012, Comparison of two regression-based approaches for determining nutrient and sediment fluxes and trends in the Chesapeake Bay watershed: U.S. Geological Survey Scientific Investigations Report 2012-5244, 118 p.

### Chapter 4

*Individual River Basin Assessment Results*
Chesapeake Bay TMDL Phase III Watershed Implementation Plan. (2013). Commonwealth of Virginia. Retrieved March 5, 2024, from Chesapeake Bay TMDL Phase III Watershed Implementation Plan (virginia.gov)

*Freshwater Probabilistic Monitoring*
Clements, W.H., D.M. Carlisle, J.M. Lazorchak, and P.C. Johnson. 2000. Heavy Metals Structure Benthic Communities in Colorado Mountain Streams. Ecological Applications 10(2):626-638.

Virginia Water Quality Standards (9VAC25-260-00 et seq.). Department of Environmental Quality, Richmond, VA. http://law.lis.virginia.gov/admincode/title9/agency25/chapter260/.

Davies, S.P. and S.K. Jackson. 2006. The Biological Condition Gradient: a descriptive model for interpreting change in aquatic ecosystems. Ecological Applications 16 (4), 1251-1266.

Diaz-Ramos, S., D.L. Stevens, Jr., and A.R. Olsen 1996. EMAP Statistics Methods Manual. EPA/620/R-96/002. Corvallis, OR: U.S. Environmental Protection Agency, Office of Research and Development, National Health and Environmental Effects Research Laboratory. [see http://www.epa.gov/nheerl/arm/ for downloadable file]

Dumelle, M., T. Kincaid, A. R. Olsen, and M. Weber. 2023. spsurvey: Spatial Sampling Design and Analysis in R. Journal of Statistical Software, 105(3), 1-29. doi:10.18637/jss.v105.i03.

Feller, W. 1968. An Introduction to Probability Theory and Its Applications. Volume 1. 3rd Edition. New York. Wiley. p. 229.

Kaufmann, P. R., John M. Faustini, David P. Larsen, and Mostafa A. Shirazia. 2008. A roughness-corrected index of relative bed stability for regional stream surveys. Geomorphology. Volume 99, Issues 1-4, 1 July 2008, Pages 150-170.

Kaufmann, P. R., P. Levine, E. G. Robinson, C. Seeliger, and D. Peck. 1999. Quantifying physical habitat in wadeable streams. EPA/620/R-99/003, USEPA, Washington, D.C.

MacDonald, D.D. and C.G. Ingersoll, T.A. Berger. 2000. Development and Evaluation of Consensus-Based Sediment Quality Guidelines for Freshwater Ecosystems. Arch. Envorin. Contam. Toxicology 39:20-31.

Maxted, J. M. Barbour, J. Gerritsen, V. Poretti, N. Primrose, A. Silvia, D. Penrose, and R. Renfrow. 2000. Assessment framework for mid-Atlantic coastal plain streams using benthic macroinvertebrates. The North American Benthological Sociey 19(1), 128-144.

Draft 2026

Omernik, James. 1987. Ecoregions of the Conterminous United States. Annuals of the Association of American Geographers. Volume 77, Issue 1, March 1987, Pages 118–125.

Oregon Department of Environmental Quality. 2007. Wadeable Stream Conditions in Oregon. Oregon Department of Environmental Quality, Laboratory Division, Watershed Assessment Section. DEQ07-LAB-0081-TR.

Paul, J.F. and M.E. McDonald. 2005. Development of Empirical, Geographically Specific Water Quality Criteria: A Conditional Probability Analysis Approach. Journal of the American Water Resources Association (JAWRA) 41(5):1211-1223.

Paul, M.J. and J.L. Meyer. 2001. Streams in the Urban Landscape. Annual Review of Ecology and Systematics. 32:333-365.

Payton, Q. C., M. G. McManus, M. H. Weber, A. R. Olsen, and T. M. Kincaid. 2015. micromap: A Package for Linked Micromaps. Journal of Statistical Software, 63(2), 1-16. URL http://www.jstatsoft.org/v63/i02/.

R Core Team (2024). R: A language and environment for statistical computing. R Foundation for Statistical Computing, Vienna, Austria. https://www.R-project.org/.

Stevens, D.L, Jr. 1997. Variable Density Grid-Based Sampling Designs for Continuous Spatial Populations. Environmetrics 8:167-195.

USEPA. 2024. National Rivers and Streams Assessment: The Third Collaborative Survey. EPA 841-R-22-004. (Revised from December 2023.) U.S. Environmental Protection Agency, Office of Water and Office of Research and Development. https://riverstreamassessment.epa.gov/webrepor.

USEPA. 2000. Mid-Atlantic Highlands Streams Assessment. EPA/903/R-00/015. United States Environmental Protection Agency, Region 3, Philadelphia, PA 19103.

USEPA. 1999. Rapid Bioassessment Protocols for Use in Wadeable Streams and Rivers. Office of Water. EPA/841/B-99/002.

Van Sickle, John and S.G. Paulsen. 2008. Assessing the attributable risks, relative risks, and regional extents of aquatic stressor. Journal of the North American Benthological Society. 27(4):920-931.

Van Sickle, John, J. Stoddard, S. Paulsen, A. Olsen. 2006. Using Relative Risk to Compare the Effects of Aquatic Stressors at a Regional Scale. Environ Manage 38:1020-1030.

Virginia Department of Environmental Quality. 2020. 2020 Water Quality Assessment Guidance Manual. https://www.deq.virginia.gov/home/showpublisheddocument/2343/637436416905200000.

Virginia Department of Environmental Quality. 2017. Stressor Analysis in Virginia: Data Collection and Stressor Thresholds. https://www.deq.virginia.gov/home/showpublisheddocument/4313/637461491358800000.

Virginia Department of Environmental Quality. 2013. The Virginia Coastal Plain Macroinvertebrate Index. Technical Bulletin. WQA/2013-002.Richmond, Virginia. https://www.deq.virginia.gov/home/showpublisheddocument/4315/637461491365370000.

Virginia Department of Environmental Quality. 2011. 2012 Water Quality Assessment Guidance Manual.

Virginia Department of Environmental Quality. 2006a.Using Probabilistic Monitoring Data to Validate the Non-Coastal Virginia Stream Condition Index. DEQ Technical Bulletin. WQA/2006-001. https://www.deq.virginia.gov/home/showpublisheddocument/4319/637461491379900000.

Draft 2026

Virginia Department of Environmental Quality. 2006b. Fecal Bacteria and General Standard Total Maximum Daily Load Development for Straight Creek. Richmond, Virginia. DEQ TMDL Study.

Virginia Department of Environmental Quality. 2003. The Quality of Virginia Non-Tidal Streams: First Year Report. Richmond, Virginia. DEQ Technical Bulletin WQA/2002-001.

Virginia Water Control Board. 1990. Comprehensive Review of Selected Toxic Substances – Environmental Samples in Virginia. Richmond, Virginia. Information Bulletin 583.

Yang, L., Jin, S., Danielson, P., Homer, C., Gass, L., Case, A., Costello, C., Dewitz, J., Fry, J., Funk, M., Grannemann, B., Rigge, M. and G. Xian. 2018. A New Generation of the United States National Land Cover Database: Requirements, Research Priorities, Design, and Implementation Strategies, p. 108–123.

*Estuarine Probabilistic Monitoring*

Chapman, P. M., Dexter, R. N., Cross, S. F., & Mitchell, D. G. (1986). *A field trial of the sediment quality triad in San Francisco Bay* (25; p. 189). https://repository.library.noaa.gov/view/noaa/8442

Chapman, P. M., Dexter, R. N., & Long, E. R. (1987). Synoptic measures of sediment contamination, toxicity and infaunal community composition (the Sediment Quality Triad) in San Francisco Bay. *Marine Ecology Progress Series*, 75–96.

Field, L. J., MacDonald, D. D., Norton, S. B., Ingersoll, C. G., Severn, C. G., Smorong, D., & Lindskoog, R. (2002). Predicting amphipod toxicity from sediment chemistry using logistic regression models. *Environmental Toxicology and Chemistry*, *21*(9), 1993–2005. https://doi.org/10.1002/etc.5620210929

Hyland, J. L., Balthis, W. L., Engle, V. D., Long, E. R., Paul, J. F., Summers, J. K., & Van Dolah, R. F. (2003). Incidence of stress in benthic communities along the u.s. Atlantic and gulf of mexico coasts within different ranges of sediment contamination from chemical mixtures. In B. D. Melzian, V. Engle, M. McAlister, S. Sandhu, & L. K. Eads (Eds.), *Coastal monitoring through partnerships: Proceedings of the fifth symposium on the environmental monitoring and assessment program (EMAP) Pensacola Beach, FL,U.S.A., April 24–27, 2001* (pp. 149–161). Springer Netherlands. https://doi.org/10.1007/978-94-017-0299-7_14

Ingersoll, C. G., MacDonald, D. D., Wang, N., Crane, J. L., Field, L. J., Haverland, P. S., Kemble, N. E., Lindskoog, R. A., Severn, C., & Smorong, D. E. (2001). Predictions of Sediment Toxicity Using Consensus-Based Freshwater Sediment Quality Guidelines. *Archives of Environmental Contamination and Toxicology*, *41*(1), 8–21. https://doi.org/10.1007/s002440010216

Llansó, R. J., Scott, L. C., Dauer, D. M., Hyland, J. L., & Russell, D. E. (2002a). An estuarine benthic index of biotic integrity for the mid-atlantic region of the united states. I. Classification of assemblages and habitat definition. *Estuaries*, *25*(6), 1219–1230. https://www.jstor.org/stable/1353166

Llansó, R. J., Scott, L. C., Hyland, J. L., Dauer, D. M., Russell, D. E., & Kutz, F. W. (2002b). An estuarine benthic index of biotic integrity for the mid-atlantic region of the united states. II. Index development. *Estuaries*, *25*(6), 1231–1242. https://doi.org/10.1007/BF02692220

Long, E. R., & Chapman, P. M. (1985). A sediment quality triad: Measures of sediment contamination, toxicity and infaunal community composition in puget sound. *Marine Pollution Bulletin*, *16*(10), 405–415. https://doi.org/10.1016/0025-326X(85)90290-5

Long, E. R., Macdonald, D. D., Smith, S. L., & Calder, F. D. (1995). Incidence of adverse biological effects within ranges of chemical concentrations in marine and estuarine sediments. *Environmental Management*, *19*(1), 81–97. https://doi.org/10.1007/BF02472006

Draft 2026

MacDonald, D. D., Ingersoll, C. G., & Berger, T. A. (2000). Development and evaluation of consensus-based sediment quality guidelines for freshwater ecosystems. *Archives of Environmental Contamination and Toxicology*, *39*(1), 20–31. https://doi.org/10.1007/s002440010075

Paul, J. F., Scott, K. J., Campbell, D. E., Gentile, J. H., Strobel, C. S., Valente, R. M., Weisberg, S. B., Holland, A. F., & Ranasinghe, J. A. (2001). Developing and applying a benthic index of estuarine condition for the virginian biogeographic province. *Ecological Indicators*, *1*(2), 83–99. https://doi.org/10.1016/S1470-160X(01)00010-3

Pelletier, M. C., Gillett, D. J., Hamilton, A., Grayson, T., Hansen, V., Leppo, E. W., Weisberg, S. B., & Borja, A. (2018). Adaptation and application of multivariate AMBI (m-AMBI) in US coastal waters. *Ecological Indicators*, *89*, 818–827. https://doi.org/10.1016/j.ecolind.2017.08.067

System, V. (1958). The venice system for the classification of marine waters according to salinity. *Limnology and Oceanography*, *3*(3), 346–347. https://doi.org/10.4319/lo.1958.3.3.0346

U.S. EPA. (2003). *Procedures for the Derivation of Equilibrium Partitioning Sediment Benchmarks (ESBs) for the Protection of Benthic Organisms: PAH Mixtures. EPA-600-R-02-013*. Office of Research and Development. Washington, DC. https://nepis.epa.gov/Exe/ZyPDF.cgi/30006DOD.PDF?Dockey=30006DOD.PDF

U.S. EPA. (2015). *National Coastal Condition Assessment 2010 (EPA 841-R-15-006)*. Office of Water and Office of Research and Development. Washington, DC. https://www.epa.gov/national-aquatic-resource-surveys/national-coastal-condition-assessment-2010-report

U.S. EPA. (2016). *National Coastal Condition Assessment 2010 Technical Report*. Office of Water and Office of Research and Development. Washington, DC. https://www.epa.gov/national-aquatic-resource-surveys/national-coastal-condition-assessment-2010-technical-report

U.S. EPA. (2020). *National Coastal Condition Assessment 2015 Technical Support Document. EPA-841-R-20-002*. Office of Water and Office of Research and Development. Washington, DC. https://www.epa.gov/national-aquatic-resource-surveys/national-coastal-condition-assessment-2015-technical-support

VDEQ. (2023). *Water quality assessment guidance manual*. https://www.deq.virginia.gov/our-programs/water/water-quality/assessments/wqa-guidance-manual

Weisberg, S. B., Ranasinghe, J. A., Dauer, D. M., Schaffner, L. C., Diaz, R. J., & Frithsen, J. B. (1997). An estuarine benthic index of biotic integrity (b-IBI) for chesapeake bay. *Estuaries*, *20*(1), 149–158. https://doi.org/10.2307/1352728

## Chapter 6

*Wetland Program Initiatives*
Cowardin, L.M., Carter, Virginia, Golet, F.C., and LaRoe, E.T. Classification of wetlands and deepwater habitats of the United States. U.S. Fish and Wildlife Report, FWS/OBS-79/31, 131 p.

Dahl, T.E. 1990. Wetlands – losses in the United States, 1780's to 1980's. U.S. Fish and Wildlife Service Report to Congress, Washington, D.C. 13 p.

Harlow, G.E., Jr. and LeCain, G.D. 1991. Hydraulic characteristics of, and ground-water flow in, coal-bearing rocks of southwestern Virginia. U.S. Geological Survey Open-File Report 91-250. p.48

Tiner, R.W. 1987. Mid-Atlantic wetlands – a disappearing natural treasure. U.S. Fish and Wildlife Service, Newton Corner, Mass., and U.S. Environmental Protection Agency cooperative publication. 28 pp.

Draft 2026

Tiner, R.W. and Finn, J.T. 1986. Status and recent trends of wetlands in five mid-Atlantic states – Delaware, Maryland, Pennsylvania, Virginia, and West Virginia. U.S. Fish and Wildlife Service, National Wetlands Inventory project technical report. 40 pp.

Tiner, R.W. and Foulis, D.B. 1994. Wetland trends in selected areas of the Norfolk/Hampton region of Virginia (1982 to 1989/90). U.S. Fish and Wildlife Service, Hadley, MA. Ecological Services report R5-93/16, 18 pp.

Virginia Department of Conservation and Recreation. 1990. The Virginia nontidal wetlands inventory. Department of Conservation and Recreation, Richmond, VA. 19 p., 3 app.

U.S. Geological Survey. 1997. National Water Summary on Wetland Resources, *United States Geological Survey Water Supply Paper 2425.*

Hershner, C., K. Havens, L. Varnell, and T. Rudnicky. 2000. Wetlands in Virginia. Virginia Institute of Marine Science, Center for Coastal Resources Management. Special Report 00-1, 12 pp.

Chesapeake Bay Foundation. 1999, 2000, 2001. CBF Fact Sheet - Virginia Nontidal Wetlands Resources Act -- Common Questions and Answers. Available: http://www.cbf.org/resources/facts/tulloch_2.htm

Virginia Institute of Marine Science Wetlands Program. 1999. *Virginia Nontidal Wetlands Impacts Data Home Page* [Online]. Available: http://www.vims.edu/ccrm/wetlands.

257

Draft 2026