**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
AT RICHMOND**

WILD VIRGINIA, INC.,

      **Plaintiff,**

      v.                                  **CIVIL ACTION NO. 3:25-cv-1043**

UNITED STATES ENVIRONMENTAL
PROTECTION AGENCY; LEE ZELDIN,
in his official capacity as Administrator of
U.S. Environmental Protection Agency;
AMY VAN BLARCOM-LACKEY, in her
official capacity as Regional Administrator
for U.S. Environmental Protection Agency
Region III,

      **Defendants.**

**PLAINTIFF'S RESPONSE TO
<u>DEFENDANTS' NOTICE OF SUBSEQUENT AGENCY ACTION</u>**

Plaintiff hereby responds to Defendants' Notice of Subsequent Agency Action (ECF No. 33), filed June 14, 2026. Defendants' Notice informs the Court that EPA has, as of June 8, 2026, approved Virginia's 2024 list of impaired waters pursuant to Section 303(d) of the Clean Water Act ("2024 303(d) List") in its entirety. EPA's "June 8, 2026, Cover Letter to Virginia Department of Environmental Quality and Supplemental Rationale for EPA Approval of Virginia's 2024 Clean Water Act Section 303(d) List" indicates that EPA has approved the 2024 303(d) List as submitted by Virginia Department of Environmental Quality ("VDEQ") on March 28, 2025, notwithstanding its previous lack of action with respect to eight waterbody segments in the Chickahominy River watershed due to concerns that—at the time VDEQ developed the 2024 303(d) List—data from the study period in VDEQ's possession indicated that those segments were impaired with high levels of PFOS. *See* ECF No. 33-1. Defendants' Notice further informs the Court that VDEQ

1

released a draft 2026 303(d) List for public comment on June 15, 2026. The draft 2026 303(d) List (ECF No. 33-2) lists as impaired for fish consumption the same eight segments of the Chickahominy River watershed.

Currently pending before this Court are Plaintiff's Motion for Partial Summary Judgment (ECF No. 15), Defendants' Motion to Dismiss for Lack of Jurisdiction (ECF Doc. 22) and Defendants' Motion to Dismiss for Failure to State a Claim (ECF No. 24). Defendants assert incorrectly (at 2) that "these subsequent actions [] moot [Plaintiff's] Complaint and the pending dispositive motions." Defendants further indicate (at 2) their plans to file another dispositive motion "absent voluntary dismissal." Defendants, through this Notice, seek no relief from the Court.

Plaintiff disagrees that Plaintiff's Complaint must be dismissed due to EPA's June 8, 2026 approval of the 2024 303(d) List, and will respond appropriately to any motion Defendants file. Furthermore, VDEQ's June 15, 2026, issuance of its draft 2026 303(d) List for public comment is a normal and expected part of VDEQ's process of developing its biennial 303(d) List that necessarily occurs months before a 303(d) List is submitted to and approved by EPA; this "subsequent agency action" by VDEQ has no impact on this case.

Dated: June 16, 2026

Respectfully submitted,

s/ *Claire Horan*
Claire Marie Horan (VSB No. 95386)
APPALACHIAN MOUNTAIN ADVOCATES
P.O. Box 403
Charlottesville, Virginia 22902
choran@appalmad.org
(907) 687-8561

Isak Jordan Howell (VSB No. 75011)
APPALACHIAN MOUNTAIN ADVOCATES

2

P.O. Box 2186
Roanoke, Virginia 24009-2186
isak@howell-lawoffice.com
(540) 998-7744


*Counsel for Wild Virginia*

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
AT RICHMOND

WILD VIRGINIA, INC.,

        Plaintiff,

        v.                                     **CIVIL ACTION NO. 3:25-cv-1043**

UNITED STATED ENVIRONMENTAL
PROTECTION AGENCY; LEE ZELDIN,
in his official capacity as Administrator of
U.S. Environmental Protection Agency;
AMY VAN BLARCOM-LACKEY, in her
official capacity as Regional Administrator
for U.S. Environmental Protection Agency
Region III,

        Defendants.

## CERTIFICATE OF SERVICE

      I, Claire Horan, do hereby certify that on June 16, 2026, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF filing system.

                                              s/ *Claire Horan*
                                              Claire Marie Horan (VSB No. 95386)
                                              Appalachian Mountain Advocates
                                              P.O. Box 403
                                              Charlottesville, Virginia 22902
                                              choran@appalmad.org
                                              (907) 687-8561

                                              *Counsel for Wild Virginia*

4