**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
AT RICHMOND**

**WILD VIRGINIA, INC.,**

        **Plaintiff,**

        **v.**                           **CIVIL ACTION NO. 3:25-cv-1043**

**UNITED STATES ENVIRONMENTAL
PROTECTION AGENCY; LEE ZELDIN,
in his official capacity as Administrator of
U.S. Environmental Protection Agency;
AMY VAN BLARCOM-LACKEY, in her
official capacity as Regional Administrator
for U.S. Environmental Protection Agency
Region III,**

        **Defendants.**

<u>**PLAINTIFF'S MOTION FOR LEAVE TO FILE
PLAINTIFF'S FIRST AMENDED AND SUPPLEMENTAL COMPLAINT
FOR DECLARATORY AND INJUNCTIVE RELIEF**</u>

Pursuant to Federal Rules of Civil Procedure 15(a)(2) and 15(d), Plaintiff Wild Virginia hereby moves for leave to file its proposed Plaintiff's First Amended and Supplemental Complaint for Declaratory and Injunctive Relief, which is attached to this Motion. As explained more fully in the accompanying memorandum, Plaintiff files this motion to add to the complaint supplemental facts and a supplemental claim for relief alleging that EPA's June 8, 2026 action—in which it approved Virginia's 2024 303(d) List with respect to the waterbody segments in the Chickahominy River watershed upon which its July 28, 2025 approval of the 303(d) List purported to take "no action"—was arbitrary and capricious under the Administrative Procedure Act.[1] The proposed

---

[1] This June 8, 2026 action by EPA is the subject of Defendants' Notice of Subsequent Agency Action, filed June 15, 2026 (ECF 33).

1

complaint also updates the original claims and clarifies the issues in this case by: (1) removing the claim based on EPA's failure to take action on the Chickahominy River watershed segments, because EPA did so on June 8, 2026; and (2) revising the original complaint's Administrative Procedure Act claim based on EPA's July 28, 2026 action to remove aspects related to EPA's purported "no action" on the Chickahominy River watershed segments.

Defendants have advised Plaintiff that they reserve their position on this Motion.

This Motion is timely in that the deadline for amending pleadings has not passed, and this amendment and supplementation of the original complaint will not cause delay, is not made in bad faith, causes no undue prejudice, and is not futile.

WHEREFORE, Plaintiff respectfully requests leave of Court to file the proposed Plaintiff's First Amended and Supplemental Complaint for Declaratory and Injunctive Relief.

Dated: July 17, 2026

Respectfully submitted,

s/ *Claire Horan*
Claire Marie Horan (VSB No. 95386)
APPALACHIAN MOUNTAIN ADVOCATES
P.O. Box 403
Charlottesville, Virginia 22902
choran@appalmad.org
(907) 687-8561

Isak Jordan Howell (VSB No. 75011)
APPALACHIAN MOUNTAIN ADVOCATES
P.O. Box 2186
Roanoke, Virginia 24009-2186
isak@howell-lawoffice.com
(540) 998-7744

*Counsel for Wild Virginia*

## IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF VIRGINIA
### AT RICHMOND

WILD VIRGINIA, INC.,

       **Plaintiff,**

      v.                             **CIVIL ACTION NO. 3:25-cv-1043**

UNITED STATED ENVIRONMENTAL
PROTECTION AGENCY; LEE ZELDIN,
in his official capacity as Administrator of
U.S. Environmental Protection Agency;
AMY VAN BLARCOM-LACKEY, in her
official capacity as Regional Administrator
for U.S. Environmental Protection Agency
Region III,

       **Defendants.**

### CERTIFICATE OF SERVICE

I, Claire Marie Horan, do hereby certify that on July 17, 2026, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF filing system.

s/ *Claire Horan*

Claire Marie Horan (VSB No. 95386)
Appalachian Mountain Advocates
P.O. Box 403
Charlottesville, Virginia 22902
choran@appalmad.org
(907) 687-8561

*Counsel for Wild Virginia*

3