IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

WILD VIRGINIA, INC.,
      Plaintiff,

v.                                            Civil No. 3:25-cv-1043

UNITED STATES ENVIRONMENTAL
PROTECTION AGENCY, et al.,
      Defendant.

ORDER

For the reasons set forth on the record on July 29, 2026, it is hereby ORDERED that PLAINTIFF'S MOTION FOR LEAVE TO FILE PLAINTIFF'S FIRST AMENDED AND SUPPLEMENTAL COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF (ECF No. 37) is GRANTED. In turn, Plaintiff shall file the AMENDED COMPLAINT by August 3, 2026. Defendants shall file their Answer to the AMENDED COMPLAINT by August 22, 2026. Accordingly, the following motions (ECF Nos. 15, 22, 24, 39) are DENIED as moot:

(1) PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT (ECF No. 15); and

(2) DEFENDANTS' MOTION TO DISMISS PURSUANT TO RULE 12(b)(1) OF THE FEDERAL RULES OF CIVIL PROCEDURE (ECF No. 22); and

(3) DEFENDANTS' MOTION TO DISMISS PURSUANT TO RULE 12(b)(1) OF THE FEDERAL RULES OF CIVIL PROCEDURE (ECF No. 24); and

(4) JOINT MOTION TO VACATE THE SCHEDULING ORDER, IN PART, AND ENTER A DISPOSITIVE MOTIONS BRIEFING SCHEDULE (ECF No. 39).

Further, it is hereby ORDERED that, by September 16, 2026,

1

the parties shall file notice of any disagreement as to production of the administrative record.

Further, it is hereby ORDERED that, by September 25, 2026, the parties shall file their respective Motions for Summary Judgment. By October 19, 2026, parties shall file their respective Responses. By October 26, 2026, parties shall file their respective Replies. A Hearing for Oral Argument on the Motions for Summary Judgment shall be held on November 20, 2026, at 10:00 A.M.

It is so ORDERED.

_____ /s/ _____

Robert E. Payne
Senior United States District Judge

Richmond, Virginia
Date: July 31, 2026