**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Richmond Division**

WILD VIRGINIA, INC.,

Plaintiff,

v.

UNITED STATES ENVIRONMENTAL PROTECTION AGENCY; LEE ZELDIN, in his official capacity as Administrator of U.S. Environmental Protection Agency; AMY VAN BLARCOM-LACKEY, in her official capacity as Regional Administrator for U.S. Environmental Protection Agency Region III.

Defendants.

No. 3:25-cv-01043

**NOTICE OF FILING CERTIFIED INDEX OF ADMINISTRATIVE RECORD CONTENTS**

EPA hereby respectfully provides notice of the filing of its certified index of the contents of the administrative record in the above-captioned case. Pursuant to the parties' agreement, EPA will provide the underlying documents to Plaintiff via electronic file exchange.

Dated: September 11, 2026,

Respectfully submitted,

ADAM R.F. GUSTAFSON
Principal Deputy Assistant Attorney General
Energy & Natural Resources Division

By: /s/___________________
SARAH WILLIAMS
DC Bar No. 1006622

Environmental Defense Section
United States Department of Justice
P.O. Box 7611
Washington, D.C. 20044
(202) 598-9728
sarah.williams@usdoj.gov

TODD W. BLANCHE DEPUTY ATTORNEY GENERAL
By: /s/___________________
Jonathan H. Hambrick
VSB No. 37590
Attorney for the Defendant
Office of the United States Attorney 919 East Main Street, Suite 1900 Richmond, Virginia 23219
Telephone: (804) 819-5400
Facsimile: (804) 771-2316
Email: jay.h.hambrick@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on this 11th day of September 2026, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to all counsel of record.

*/s/ Sarah Williams*
SARAH WILLIAMS
Environmental Defense Section
United States Department of Justice
P.O. Box 7611
Washington, D.C. 20044
(202) 598-9728
sarah.williams@usdoj.gov