**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**AT RICHMOND**

**WILD VIRGINIA, INC.,**

**Plaintiff,**

**v.** **CIVIL ACTION NO. 3:25-cv-1043**

**UNITED STATES ENVIRONMENTAL PROTECTION AGENCY; LEE ZELDIN, in his official capacity as Administrator of U.S. Environmental Protection Agency; AMY VAN BLARCOM-LACKEY, in her official capacity as Regional Administrator for U.S. Environmental Protection Agency Region III,**

**Defendants.**

## PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

Pursuant to Federal Rule of Civil Procedure 56(a) and the Order entered in this action (ECF No. 41), Plaintiff Wild Virginia hereby moves for summary judgment on the First Amended Complaint's First and Second Claims for Relief. ECF No. 42. Defendants violated their mandatory duties under the Sections 303(d) and 305(b) of the Clean Water Act ("CWA"), 33 U.S.C. §§ 1201 *et seq*., with respect to the list of impaired waterbodies submitted by Virginia Department of Environmental Quality ("VDEQ") on March 28, 2025.

Plaintiff's first claim challenges EPA's July 28, 2025 action approving VDEQ's 303(d) List, alleging that it was a violation of the APA to fail to address VDEQ's failure to evaluate PFAS impairment beyond the Chickahominy River and impairment beyond fish consumption. First Am. Compl., ECF No. 42, First Claim for Relief, ¶¶ 69-80. The second claim challenges EPA's June 8, 2026 action, alleging that it was a violation of the APA to approve VDEQ's failure to list the Chickahominy as impaired for PFAS. First Am. Compl., ECF No. 42, Second Claim for Relief, ¶¶

81-93. As is more fully explained in the accompanying memorandum and demonstrated in the Administrative Record, EPA's actions were unlawful as to both claims.

Plaintiffs respectfully request a declaration that EPA's actions violated the Administrative Procedure Act and vacatur of EPA's actions approving Virginia's 303(d) List.

Dated: September 25, 2026

Respectfully submitted,

s/ *Isak Howell*

Isak Jordan Howell (VSB No. 75011)
APPALACHIAN MOUNTAIN ADVOCATES
P.O. Box 2186
Roanoke, Virginia 24009-2186
isak@howell-lawoffice.com
(540) 998-7744

Claire Marie Horan (VSB No. 95386)
APPALACHIAN MOUNTAIN ADVOCATES
P.O. Box 403
Charlottesville, Virginia 22902
choran@appalmad.org
(907) 687-8561

Michael Becher (not admitted in Virginia; Pro Hac Vice motion pending)
APPALACHIAN MOUNTAIN ADVOCATES
P.O. Box 11571
Charleston, WV 25339
mbecher@appalmad.org

*Counsel for Wild Virginia*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**AT RICHMOND**

**WILD VIRGINIA, INC.,**

**Plaintiff,**

**v.** **CIVIL ACTION NO. 3:25-cv-1043**

**UNITED STATED ENVIRONMENTAL PROTECTION AGENCY; LEE ZELDIN, in his official capacity as Administrator of U.S. Environmental Protection Agency; AMY VAN BLARCOM-LACKEY, in her official capacity as Regional Administrator for U.S. Environmental Protection Agency Region III,**

**Defendants.**

## CERTIFICATE OF SERVICE

I, Isak Howell, do hereby certify that on September 25, 2026, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF filing system.

s/ *Isak Howell*
Isak Jordan Howell (VSB No. 75011)
APPALACHIAN MOUNTAIN ADVOCATES
P.O. Box 2186
Roanoke, Virginia 24009-2186
isak@howell-lawoffice.com
(540) 998-7744