**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Richmond Division**

| | |
|---|---|
| WILD VIRGINIA, INC.,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES ENVIRONMENTAL PROTECTION AGENCY; LEE ZELDIN, in his official capacity as Administrator of U.S. Environmental Protection Agency; AMY VAN BLARCOM-LACKEY, in her official capacity as Regional Administrator for U.S. Environmental Protection Agency Region III,<br><br>Defendants. | No. 3:25-cv-01043 |

**<u>DEFENDANTS' MOTION FOR SUMMARY JUDGMENT</u>**

Pursuant to Federal Rule of Civil Procedure 56, Defendants, by and through undersigned Counsel respectfully move this Honorable Court, for summary judgment in their favor on both counts in the First Amended and Supplemented Complaint, ECF 33. In support of their motion, Defendants refer the Court to their Memorandum in Support of Defendants' Motion for Summary Judgment filed this date.

WHEREFORE, Defendants by undersigned counsel respectfully request that the Court issue an order entering judgment in their favor, as a matter of law, on the counts in the First Amended and Supplemented Complaint.

Dated: September 25, 2026

Respectfully submitted,

ADAM R.F. GUSTAFSON
Principal Deputy Assistant Attorney General
Energy & Natural Resources Division

By: /s/__________________
SARAH WILLIAMS
DC Bar No. 1006622
Environmental Defense Section
United States Department of Justice
P.O. Box 7611
Washington, D.C. 20044
(202) 598-9728
sarah.williams@usdoj.gov

TODD W. BLANCHE
ATTORNEY GENERAL

THEOPHANI K. STAMOS
FIRST ASSISTANT UNITED STATES ATTORNEY

By: /s/__________________
Dennis C. Barghaan, Jr.
Chief, Civil Division
Assistant United States Attorney
2100 Jamieson Avenue
Alexandria, Virginia 22314
Telephone: (703) 299-3891
Facsimile: (703) 299-3983
Email: dennis.barghaan@usdoj.gov

**CERTIFICATE REGARDING USE OF ARTIFICIAL INTELLIGENCE**

I hereby certify that no artificial intelligence was employed in doing the research for the preparation of this document, with the exception of such artificial intelligence embedded in the standard on-line legal research sources Westlaw, Lexis, FastCase, and Bloomberg; and that every statement and every citation to an authority contained in this document has been checked by an attorney in this case and/or a paralegal working at his/her direction as to the accuracy of the proposition for which it is offered, and the citation to authority provided.

*/s/ Sarah Williams*
SARAH WILLIAMS
Environmental Defense Section
United States Department of Justice
P.O. Box 7611
Washington, D.C. 20044
(202) 598-9728

**CERTIFICATE OF SERVICE**

I hereby certify that on this 25th day of September 2026, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to all counsel of record.

*/s/ Sarah Williams*
SARAH WILLIAMS
Environmental Defense Section
United States Department of Justice
P.O. Box 7611
Washington, D.C. 20044
(202) 598-9728
sarah.williams@usdoj.gov