**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Richmond Division**

| | |
|---|---|
| WILD VIRGINIA, INC.,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES ENVIRONMENTAL PROTECTION AGENCY; LEE ZELDIN, in his official capacity as Administrator of U.S. Environmental Protection Agency; AMY VAN BLARCOM-LACKEY, in her official capacity as Regional Administrator for U.S. Environmental Protection Agency Region III.<br><br>Defendants. | No. 3:25-cv-01043 |

**NOTICE OF FILING SUPPLEMENTED CERTIFIED INDEX OF THE ADMINISTRATIVE RECORD CONTENTS**

EPA hereby respectfully provides notice of the filing of a supplemented certified index of the contents of the administrative record in the above-captioned case, adding the EPA's Integrated Reporting Memoranda under the Clean Water Act Sections 303(d), 305(b) and 314 for Integrated Reporting and Listing Decisions in 2024 and 2026. EPA has conferred with Plaintiff, and the Parties agree that these documents should be included in the administrative record.

Dated: October 9, 2026,

Respectfully submitted,

ADAM R.F. GUSTAFSON
Principal Deputy Assistant Attorney General
Energy & Natural Resources Division

By: /s___________________
SARAH WILLIAMS
DC Bar No. 1006622
Environmental Defense Section
United States Department of Justice
P.O. Box 7611
Washington, D.C. 20044
(202) 598-9728
sarah.williams@usdoj.gov

TODD W. BLANCHE
ATTORNEY GENERAL

THEOPHANI K. STAMOS
FIRST ASSISTANT UNITED STATES ATTORNEY

By: /s/___________________
Jonathan H. Hambrick
VSB No. 37590
Attorney for the Defendant
Office of the United States Attorney 919 East Main Street, Suite 1900 Richmond, Virginia 23219
Telephone: (804) 819-5400
Facsimile: (804) 771-2316
Email: jay.h.hambrick@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on this 8th day of October 2026, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to all counsel of record.

*/s/ Sarah Williams*
SARAH WILLIAMS
Environmental Defense Section
United States Department of Justice
P.O. Box 7611
Washington, D.C. 20044
(202) 598-9728
sarah.williams@usdoj.gov