**CIVIL PROCEEDINGS — U. S. DISTRICT COURT — EASTERN DISTRICT OF VIRGINIA: RICHMOND DIVISION**

PRESIDING: ROBERT E. PAYNE, SENIOR U.S. DISTRICT JUDGE    DOCKET NO. 3:25-CV-1043
COURT REPORTER: KRISTA LISCIO    DATE: NOVEMBER 16, 2026

# CIVIL MOTIONS/MISCELLANEOUS MINUTES

Case Style: *WILD VIRGINIA, INCORPORATED v. UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, et al.*
Counsel for Plaintiff(s): CLAIRE HORAN and ISAK HOWELL
Counsel for Defendant(s): JONATHAN HAMBRICK and SARAH WILLIAMS

**MATTER COMES ON FOR:**

☒ MOTION HEARING: MOTIONS FOR SUMMARY JUDGMENT (ECF NOS. 45 & 48)
☐ OTHER: ______________________________

**APPEARANCES:** ☒ BY COUNSEL / ☐ WITH COUNSEL ☐ PRO SE

---

**COURT PROCEEDINGS:**

☐ PLAINTIFF(S) ADDUCED EVIDENCE

| LABEL | MARKED | ADMITTED | DESCRIPTION OF EXHIBIT or WITNESS |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

☐ DEFENDANT(S) ADDUCED EVIDENCE

| LABEL | MARKED | ADMITTED | DESCRIPTION OF EXHIBIT or WITNESS |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

☐ REBUTTAL EVIDENCE ADDUCED    ☐ EVIDENCE CONCLUDED
☒ ARGUMENTS OF COUNSEL HEARD    ☐ EXHIBITS RETURNED TO COUNSEL

☐ SUPPLEMENTAL/ REPLACEMENT/ NEW BRIEFING REQUIRED
PLAINTIFF(S)/DEFENDANT(S) FILE BY: ______________
PLAINTIFF(S)/DEFENDANT(S) RESPOND BY: ______________
PLAINTIFF(S)/DEFENDANT(S) REPLY BY: ______________
☐ TRANSCRIPT TO BE ORDERED BY PARTIES; ☐ EXPEDITED

**ADDITIONAL NOTATIONS:**
PARTIES TO DISCUSS POSSIBILITY OF COURT MAKING A REFERRAL TO A MAGISTRATE JUDGE FOR A SETTLEMENT CONFERENCE.
DEFENDANTS TO SUBMIT A SPREADSHEET TO THE COURT RE: STREAMS AND STATE REGIONS BY NOVEMBER 20, 2026.

**MATTER CONTINUED TO:** ______________ AT ________ FOR ______________.

RECESSES TAKEN 11:31 AM – 11:57 AM; 12:54 PM – 2:02 PM; 2:51 PM – 3:40 PM

CASE SET: **10:00 AM** BEGAN: **10:05 AM** ENDED: **4:03 PM** TIME IN COURT: **3 HRS. 35 MIN.**